1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (State Bar No. 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407

5  CARLA MENINSKY (State Bar No. 233470)
   O'MELVENY & MYERS LLP
6  Embarcadero Center West
   275 Battery Street, Suite 2600
7  San Francisco, CA 94111-3305

8  Attorneys for Plaintiffs
   The United States Olympic Committee and
9  the International Olympic Committee

10
               UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13

14 The United States Olympic Committee       Case No.
   and the International Olympic
15 Committee,                                **PLAINTIFFS THE UNITED STATES
                                             OLYMPIC COMMITTEE AND THE
                Plaintiffs,                  INTERNATIONAL OLYMPIC
16                                           COMMITTEE'S *EX PARTE*
        v.                                   APPLICATION FOR TEMPORARY
17                                           RESTRAINING ORDER AND ORDER
   Does 1-10, inclusive,                     TO SHOW CAUSE RE PRELIMINARY
18                                           INJUNCTION**
                Defendants.
19                                           Date:
                                             Time:
20                                           Dept:

21

22

23

24

25

26

27

28

1  Plaintiffs The United States Olympic Committee and the International
2  Olympic Committee hereby move the Court, pursuant to Civil Local Rules 7-10 and 65-1,
3  for a temporary restraining order prohibiting Defendants, their agents, employees,
4  partners, associates, co-conspirators, and anyone acting on their behalf or in concert with
5  them, from continuing to engage in the unlawful acts described below.
6  Pursuant to those same authorities, Plaintiffs further move for an order to
7  show cause, if any, why Defendants should not be enjoined during the pendency of this
8  action from continuing to engage in the unlawful acts described below.
9  This *Ex Parte* Application is brought on shortened notice to Defendants,
10  because Defendants' unlawful conduct directed against others threatens Plaintiffs with
11  irreparable harm before this matter could be heard on regular notice.  Plaintiffs have
12  provided proper notice of this *Ex Parte* Application to Defendants as required by Federal
13  Rule of Civil Procedure 5(b).  Plaintiffs have also provided notice of this *Ex Parte*
14  Application to Defendants by email to their website, www. beijingticketing.com, at
15  sales@beijingticketing.com.
16  The *Ex Parte* Application is based on the Application itself, the attached
17  Memorandum of Points and Authorities, the Declarations of Howard M. Stupp, Richard
18  Burton, Peter Mueller, David Plotts, Thomas Dunbar, Kai Lintumaa, and Courtney
19  Schneider, the pleadings, records, and files herein, and such other matters as the Court
20  may deem proper.  Plaintiffs have not previously sought similar relief.

| | |
|---|---|
| 1 | Dated: July 22, 2008 |
| 2 | O'MELVENY & MYERS LLP |
| 4 | By: /s/ Carla Meninsky<br>Carla Meninsky |
| 6 | Attorneys for Plaintiffs<br>The United States Olympic Committee and<br>the International Olympic Committee |