DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407
dtorres@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Does 1-10, inclusive,<br><br>                    Defendants. | Case No.<br><br>**DECLARATION OF THOMAS DUNBAR IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Thomas W. Dunbar, HEREBY DECLARE AS FOLLOWS:

1.    I am a resident of Arlington, Virginia.  Except for any facts stated on information and belief, all facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.    In November of 2007, I attempted to purchase a ticket to the 2008 Olympic Opening Ceremony from a Website www.beijingticketing.com ("Beijing Ticketing"), which claimed to sell tickets to the 2008 Olympics, after I failed to obtain an Opening Ceremony ticket through the CoSport lottery.  Attached as **Exhibit A** is a true and correct copy of the Beijing Ticketing Website.

3.    I believed that Beijing Ticketing was a legitimate source of tickets because the Website contained logos that looked very much like the official 2008 Olympic logos, including the red human figure logo.

4.    The site offered a ticket to the 2008 Olympic Opening Ceremony for $1,100.

5.    On November 1, 2007, I placed my order for 1 ticket for $1,150 to the Opening Ceremony.  I entered my contact information as well as my credit card information in the spaces provided on the site.  Beijing Ticketing did not ask for, and I did not provide, my photograph or passport details.

6.    After placing my order, I received an email from Beijing Ticketing on November 19, 2007 stating, "Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched with 2-4 four weeks prior to the event date."  The monthly credit card statement that I received after placing my order showed a $1,180.00 charge for the ticket and handling fee in favor of XL&H Ltd.  This is the name of the entity shown in the Terms and Conditions on the Beijing Ticketing Website.

7.    On May 21, 2008, I emailed Beijing Ticketing at sales@beijingticketing.com requesting Beijing Ticketing to confirm that I would

T. DUNBAR DEC. IN SUPPORT OF
MOTION FOR TRO

1    receive my ticket before I planned to leave to attend the Games.  Beijing Ticketing

2    responded in an email on May 22, 2008, stating that, "We can confirm that tickets

3    will be in your hands prior to your leaving date."

4         8.    On May 29, 2008, I became aware of the requirement that tickets for

5    the Opening Ceremony would be embedded with a microchip containing the ticket

6    holder's photograph and passport details.  I emailed Beijing Ticketing on May 29,

7    2008 to inform the company of the identification requirements for tickets to the

8    Opening Ceremony and asked if the company needed any information from me.

9    Beijing Ticketing responded by email on May 30, 2008, stating that it would be "in

10   contact in the next 4 weeks to gain details" from me.

11        9.    By June 20, 2008, I still had not heard from Beijing Ticketing and over

12   the next week, I sent Beijing Ticketing a series of emails.  Initially, Beijing

13   Ticketing did not respond to my emails.  After continuing to send emails, on July 1,

14   2008, I received an email from Beijing Ticketing stating that, "All tickets will be

15   with our customers on Monday the 21st of July via Fed Ex International delivery."

16   Also, on July 1, 2008, Beijing Ticketing sent me an email stating that "we have all

17   the relevant information on the registration information you gave us when you

18   initially registered.  However, our operations department will be emailing everyone

19   next week with all the relevant information."  Beijing Ticketing had not requested,

20   nor had it received, my photograph or passport information.  I sent Beijing

21   Ticketing a series of emails over the next week inquiring whether it needed my

22   passport information or photograph and how the company was planning to comply

23   with the identification requirements.

24        10.   On July 8, 2008, I received an email from Beijing Ticketing, claiming

25   that "As our tickets come directly from the sponsors no name id or photo pictures

26   are required on the ticket."  I then contacted CoSport to inquire as to whether such

27   information was accurate.  CoSport informed me that such information was

28   incorrect and that all tickets to the Opening Ceremony are embedded with a

- 3 -

microchip containing photo identification and passport information.

11.    On July 1, 2008, I attempted to contact Beijing Ticketing by phone at the two telephone numbers provided on its Website, however, I have been unable to reach anyone to discuss this issue.  The telephone rang continuously and after approximately twenty rings, the line went dead.

12.    On July 21, 2008, the date that Beijing Ticketing claimed the company would be sending via FedEx the ticket that I ordered, I emailed the company to confirm that it would be sending my ticket as previously stated.  I received a response from Beijing Ticketing stating that there was a "slight delay" and that my ticket would be sent on July 25, 2008.  Attached hereto as **Exhibit B** is a true and correct copy of my email correspondence with Beijing Ticketing.

13.    The Terms and Conditions on the Beijing Ticketing Website state that XL&H Ltd. is a registered company in the state of Delaware.  I have attempted to confirm this information on the website of the Delaware Secretary of State.  When I input this name in the name search field to check corporate status, no match is found.  Information I have found on the Internet suggests that XL&H Ltd. is an abbreviation for Xclusive Leisure & Hospitality Ltd.  When I input this name in the name search field on the website of the Delaware Secretary of State, no match is found.

14.    At this point, I have not received any tickets from Beijing Ticketing and, based on the information outlined herein, I have a concern whether any ticket I might receive will be a valid ticket to provide me with entrance to the Opening Ceremony.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

T. DUNBAR DEC. IN SUPPORT OF
MOTION FOR TRO

1

2

3

4

5   Executed on this 22nd day of July, 2008 at Washington, D.C.

6

7

8

9                                         _____

10                                         Thomas W. Dunbar

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# Beijing 2008 Ticketing

Welcome to Beijing Olympic Tickets Website | | Sign In

⌂ Home | Register | Search | Help | Contact Us

## Sports Schedule

Please call us at
+44 (0) 207 593 2088
for telephone orders.

### Sports

- Opening Ceremony Tickets
- Closing Ceremony Tickets
- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets
- Kayak Slalom Tickets
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets
- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets

## Welcome to Beijing 2008 Ticketing

Buy Now! Opening Ceremony Tickets

Search Competitions Tickets [Search]

### Login

e-mail
Password
[Login]
Forgot Password

Closing Ceremony
Get Your Tickets Now!



### Archery Competition
Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition in Beijing National Stadium.

### Badminton Competition
Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on The Badminton Competition in Beijing University

### Baseball Competition
Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition in Xinghua Workers Stadium.

### Games :

- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets

- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets
- Gymnastics Trampoline Tickets
- Handball Tickets

- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets



Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

**[HACKER SAFE]** TESTED DAILY 17-JUL

Bookmark
BeijingTicketing.com :

**Olympic Venues:**

**Cities:**

- Beijing Tickets
- Qingdao Tickets
- Tianjin Tickets
- Shanghai Tickets
- Shenyang Tickets
- Qinhuangdao Tickets
- Hong Kong Tickets

- Wrestling Tickets
- Weightlifting Tickets
- Water Polo Tickets
- Volleyball Tickets
- Triathlon Tickets
- Tennis Tickets
- Taekwondo Tickets
- Table Tennis Tickets
- Synchronised Swimming Tickets
- Swimming Tickets
- Softball Tickets
- Shooting Tickets
- Sailing Tickets
- Rowing Tickets
- Modern Pentathlon Tickets
- Judo Tickets
- Hockey Tickets
- Handball Tickets
- Gymnastics Trampoline Tickets

- ☒ Closing Ceremony Tickets
- ☒ Cycling BMX Tickets
- ☒ Cycling Mountain Bike Tickets
- ☒ Cycling Road Tickets
- ☒ Cycling Track Tickets
- ☒ Diving Tickets

- ☒ Archery Tickets
- ☒ Judo Tickets
- ☒ Kayak Flatwater Tickets
- ☒ Kayak Slalom Tickets
- ☒ Modern Pentathlon Tickets
- ☒ Opening Ceremony Tickets

- ☒ Table Tennis Tickets
- ☒ Tennis Tickets
- ☒ Triathlon Tickets
- ☒ Volleyball Tickets
- ☒ Water Polo Tickets
- ☒ Weightlifting Tickets

**Hot Selling Olympic Summer Games:**

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

**Hot Selling Olympic Summer Games:**

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

**Ticketing Summary:**

- Beijing Ticketing reserve the rights to change timeline dates and prices.
- Ticketing Information and event schedule are subject to change on this site.
- Buying tickets from Beijing Ticketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the 'Bird Nest' because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.

Get Your Tickets Now! ☐

**Finals Tickets**

**Sports and Events**
Calendar Beijing 2008!

**Sports Schedule**

**[SATISFACTION GUARANTEE]**

**Total Satisfaction**
Guarantee



**Hospitality Packages**
An Unforgettable Experience!



**Safe & Secure**
Transactions



**[SAFEGUARD]**



**Bookmark BeijingTicketing.com**

- ☐ Google
- ☒ Yahoo
- ☒ Reddit
- ☒ Facebook
- ☒ Netscape
- ☒ StumbleUpon
- ☒ Delicious
- ☒ Ask

Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

Google
Reddit
Netscape
Delicious
Yahoo
Facebook
StumbleUpon
Ask

http://beijingticketing.com/

Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets



**Archery Competition**
Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition in Beijing National Stadium



**Badminton Competition**
Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on; The Badminton Competition in Beijing University



**Baseball Competition**
Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations, The Baseball Competition in Xinghua Workers Stadium

**Login**
e-mail
Password
Login    Forgot Password

**Closing Ceremony**
Get Your Tickets Now!



**Finals Tickets**
Get Your Tickets Now!

**Sports Schedule**

**Sports and Events**
Calendar Beijing 2008.

**Total Satisfaction**
Guarantee










## Games :

- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets
- Closing Ceremony Tickets
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets

- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets
- Gymnastics Trampoline Tickets
- Handball Tickets
- Hockey Tickets
- Judo Tickets
- Kayak Flatwater Tickets
- Kayak Slalom Tickets
- Modern Pentathlon Tickets
- Opening Ceremony Tickets

- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets
- Taekwondo Tickets
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets

### Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent, now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing Information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.

- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



An Unforgettable Experience!

Hospitality Packages

Safe & Secure Transactions

Bookmark BeijingTicketing.com




Google      Yahoo
Reddit      Facebook
Netscape    StumbleUpon
Delicious   Ask

http://beijingticketing.com/

Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

Page 6 of 6

### Venues

- Beijing Institute of Technology Gymnasium
- Beijing Shooting Complex
- Beijing University of Aeronautics And Astronautics Gymnasium
- Beijing University of Technology Gymnasium
- Capital Indoor Stadium
- Chaoyang Park Beach Volleyball Ground
- China Agricultural University Gymnasium
- Fencing Hall
- Fengtai Softball Field
- Hong Kong Equestrian Venue (Beas River)
- Hong Kong Equestrian Venue (Shatin)
- Laoshan Bicycle Moto Cross (BMX) Venue
- Laoshan Mountain Bike Course

- Laoshan Velodrome
- Modern Pentathlon Venue
- National Aquatics Centre
- National Indoor Stadium
- National Stadium
- Olympic Green Archery Field
- Olympic Green Hockey Field
- Olympic Green Tennis Centre
- Olympic Sports Centre Gymnasium
- Peking University Gymnasium
- Qingdao Olympic Sailing Centre
- Qinhuangdao Olympic Sports Centre Stadium
- Shanghai Stadium

- Shenyang Olympic Sports Centre Stadium
- Shunyi Olympic Rowing-Canoeing Park
- Tianjin Olympic Centre Stadium
- Triathlon Venue
- University of Science and Technology Beijing Gymnasium
- Cycling Road Course
- Workers Indoor Arena
- Workers Stadium
- Wukesong Baseball Field
- Wukesong Indoor Stadium
- Ying Tung Natatorium



Beijing 2008 Ticketing

Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.

Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues

Olympic 2008 Schedule

Olympic 2008 Request Tickets



HACKER SAFE
TESTED 17-JUL

7/17/2008

**EXHIBIT B**

E-Mail Beijingticketing.com

---

## Dunbar, Thomas

**From:** sales@beijingticketing.com
**Sent:** Wednesday, October 31, 2007 1:01 PM
**To:** Dunbar, Thomas
**Cc:** admin@beijingticketing.com
**Subject:** Welcome to Olympic Tickets 2008

---

Home - Sign In

# REDACTED

Welcome!

Dear Mr. Thomas Dunbar

Welcome to Beijing 2008 Ticketing We are specialized for providing sold out event tickets in very economical prices. Find your tickets from this website and buy tickets. However if you cannot find your tickets here just give us a ring or drop an email anytime. We will be pleased to help you for finding the tickets you are looking for!

Your login details are as follows:

URL:            http://www.beijingticketing.com/

---

Check Our Events
**Featured Events**







**Archery Competition**
Sun, 10 Aug 08
 Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Badminton Competition**
Sat, 09 Aug 08
 Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Baseball Competition**
Web, 13 Aug 08
 Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

---

| Games : | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| | | |

10/31/2007

E-Mail Beijingticketing.com

## Dunbar, Thomas

**From:** sales@beijingticketing.com
**Sent:** Thursday, November 01, 2007 9:58 AM
**To:** Dunbar, Thomas
**Cc:** admin@beijingticketing.com
**Subject:** Your Order at Beijingticketing 2008

Home - Sign In

## REDACTED

Welcome!

Thanks for choosing our services to book your tickets online.

| | |
|---|---|
| Order #: | 28991 |
| OrderDate: | Thursday, November 01, 2007 |
| Order Status: | In Progress |
| Sport : | Opening Ceremony |
| Date : | Friday, August 08, 2008 |
| Time : | 20:00 - 23:30 |
| Category: | Next Best seating |
| Venue : | National Stadium |
| City : | Beijing |
| Session Details : | Opening Ceremony |

| | | |
|---|---|---|
| Quantity : | 1 |
| Price : | $1150.00 |
| Total : | $1150.00 |

| | |
|---|---|
| Sub Total : | $1150.00 |
| Delivery Fee: | $30.00 |
| Total : | $1180.00 |

**Check Our Events**
**Featured Events**



**Archery Competition**

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium



**Badminton Competition**

Sat, 09 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium



**Baseball Competition**

Web, 13 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Games :**

Archery Tickets          Equestrian Tickets          Rowing Tickets

11/1/2007

## Dunbar, Thomas

**From:** sales@beijingticketing.com
**Sent:** Monday, November 19, 2007 8:20 AM
**To:** Dunbar, Thomas
**Cc:** admin@beijingticketing.com
**Subject:** Your Payment Received.

Home - Sign In

# REDACTED

Dear Mr Thomas Dunbar

Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.

Many Thanks

Beijingticketing.com

| | | | |
|---|---|---|---|
| **Order #:** | 28991 | | |
| **OrderDate:** | Thursday, November 01, 2007 | | |
| **Order Status:** | Paid | | |
| **Sport :** | Opening Ceremony | | |
| **Date :** | Friday, August 08, 2008 | | |
| **Time :** | 20:00 - 23:30 | **Quantity :** | 1 |
| **Category:** | Next Best seating | **Price :** | $1150.00 |
| **Venue :** | National Stadium | **Total :** | $1150.00 |
| **City :** | Beijing | | |
| **Session Details :** | Opening Ceremony | | |
| **Sub Total :** | $1150.00 | | |
| **Delivery Fee:** | $30.00 | | |
| **Total :** | $1180.00 | | |

**Featured Events**




**Archery Competition**
Sun, 10 Aug 08
Get the Best Archery Tickets on the




**Badminton Competition**
Sat, 09 Aug 08
Get the Best Badminton Tickets on the




**Baseball Competition**
Web, 13 Aug 08
Get the Best Baseball Tickets on the

11/19/2007

## Dunbar, Thomas

| | |
|---|---|
| From: | sales@beijingticketing.com |
| Sent: | Friday, May 30, 2008 5:50 AM |
| To: | Dunbar, Thomas |
| Subject: | RE: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |

Hi Thomas,

Thank you for your enquiry. We are awaiting the plans from our sponsors for the microchips so please bear with us. We will be in contact in the next 4 weeks to gain details from you.

Kind Regards,

Sales

From:    "Dunbar, Thomas"
Date:    5/29/08 18:43Subject:   RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

I have attached an article regarding Opening Ceremonies tickets.  Please let me know if you need me to provide any information in connection with the embedded microchip.

Thank you.

Thomas W. Dunbar

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Thursday, May 22, 2008 4:37 AM
To: Dunbar, Thomas
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Hi Thomas,

We can confirm that tickets will be in your hands prior to your leaving date.

Kind Regards,

Sales

From: "Dunbar, Thomas"
Date: 5/21/08 21:05
Subject: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Please confirm that I will receive my ticket to the Opening Ceremonies prior to leaving the United States and that I will not be responsible for obtaining the ticket at a location in Beijing.

Thank you.

Thomas W. Dunbar

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Monday, June 30, 2008 5:01 PM |
| **To:** | 'sales@xclusiveticket.com' |
| **Cc:** | 'sales@beijingticketing.com' |
| **Subject:** | FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |
| **Importance:** | High |

I request that you respond to this e-mail no later than July 1, 2008. I have not received any response from www.beijingticketing.com, which is a company that has the same contact information as yours (xl&h ltd.), to the series of e-mails that I sent over the last several weeks. When I originally contacted Beijing Ticketing by e-mail on May 29, 2008 regarding requirements for the microchip, I received an e-mail on May 30, 2008 stating that I would be contacted within 4 weeks. That is the last communication I received. I believe that your company owes me the courtesy of an explanation.

## REDACTED

-----Original Message-----
From: Dunbar, Thomas
Sent: Monday, June 30, 2008 1:49 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 27, 2008 9:59 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, June 24, 2008 3:16 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 20, 2008 11:27 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Has any decision been made regarding how you intend to handle information required for the microchip for Opening Ceremonies tickets?

1

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 8:00 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | RE: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |
| **Importance:** | High |

My ticket is for the opening ceremonies.  It is my understanding that these tickets will have a microchip which will include a photo and passport number.  You have not requested any of this information from me.  How do you intend to solve this problem.  I request that you respond to this e-mail immediately to advise how this will be handled.

# REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 5:58 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Dear Sir/Madam,

Thank you for your enquiry. All tickets will be with our customers on Monday the 21st of July via Fed Ex International delivery. If you have any further questions please do not hesitate to contact us.

Kind Regards,

Sales

From:
Date:     6/30/08 21:01Subject          - Order Number 28991 - Opening
Ceremonies Ticket

I request that you respond to this e-mail no later than July 1, 2008.  I have not received any response from www.beijingticketing.com, which is a company that has the same contact information as yours (xl&h ltd.), to the series of e-mails that I sent over the last several weeks.  When I originally contacted Beijing Ticketing by e-mail on May 29, 2008 regarding requirements for the microchip, I received an e-mail on May 30, 2008 stating that I would be contacted within 4 weeks.  That is the last communication I received.  I believe that your company owes me the courtesy of an explanation.

REDACTED

-----Original Message-----
From: Dunbar, Thomas
Sent: Monday, June 30, 2008 1:49 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 27, 2008 9:59 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, June 24, 2008 3:16 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 20, 2008 11:27 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

Has any decision been made regarding how you intend to handle
information required for the microchip for Opening Ceremonies tickets?

2

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 8:22 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Cc:** | 'sales@xclusiveticket.com'; 'admin@beijingticketing.com' |
| **Subject:** | RE: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |
| **Importance:** | High |

*ALSO SENT E-MAIL THROUGH WEB SITE*

I just tried calling your office to discuss this situation and the phone rang without answer. Your e-mail DOES NOT provide a satisfactory response on how you intend to deal with the information required for the microchip for opening ceremonies tickets. I request that you contact me by telephone at the number listed below or provide an e-mail response to me TODAY to advise how this situation will be addressed. I inquired about this over a month ago and still have not received a satisfactory response. I believe that I have been more than patient and would like to have some sense that this matter has been adequately addressed.

## REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 5:58 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Dear Sir/Madam,

Thank you for your enquiry. All tickets will be with our customers on Monday the 21st of July via Fed Ex International delivery. If you have any further questions please do not hesitate to contact us.

Kind Regards,

Sales

From:    "Dunbar, Thomas"
Date:    6/30/08 21:01Subject: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

I request that you respond to this e-mail no later than July 1, 2008. I have not received any response from www.beijingticketing.com, which is a company that has the same contact information as yours (xl&h ltd.), to the series of e-mails that I sent over the last several weeks. When I originally contacted Beijing Ticketing by e-mail on May 29, 2008 regarding requirements for the microchip, I received an e-mail on May 30, 2008 stating that I would be contacted within 4 weeks. That is the last communication I received. I believe that your company owes me the courtesy of an explanation.

1

-----Original Message-----
From: Dunbar, Thomas
Sent: Monday, June 30, 2008 1:49 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 27, 2008 9:59 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, June 24, 2008 3:16 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 20, 2008 11:27 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

Has any decision been made regarding how you intend to handle
information required for the microchip for Opening Ceremonies tickets?

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 9:15 AM |
| **To:** | 'sales@beijingticketing.com'; 'sales@xclusiveticket.com' |
| **Cc:** | 'admin@beijingticketing.com' |
| **Subject:** | FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans |
| **Importance:** | High |

I have scans of my passport and Chinese visa that I can forward to you to address the information required for the microchip for the opening ceremonies ticket. I will be happy to forward these items to you. However, before I do so, I would like for you to advise if you need any additional information so that I can provide all information to you at the same time. Please respond to this e-mail at your earliest convenience.

Thank you.

REDACTED

**Dunbar, Thomas**

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 10:45 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Cc:** | 'sales@xclusiveticket.com'; 'admin@beijingticketing.com' |
| **Subject:** | RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |
| **Importance:** | High |

My ticket is for the opening ceremonies. It is my understanding that these tickets will have a microchip which will include a photo and passport number. You have not requested any of this information from me. How do you intend to solve this problem? Is there still time to provide you with the required information and obtain a valid ticket?

Your e-mail does not address this issue at all. I do not want to accept delivery of a ticket that I will not be able to use. I request that you respond to this e-mail immediately to advise how this issue will be handled. At the present time, your lack of direct response to my questions (and my inability to get through to the two telephone numbers that I have found for your company in the UK) does not give me a great comfort level regarding this purchase.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 5:58 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket

Dear Sir/Madam,

Thank you for your enquiry. All tickets will be with our customers on Monday the 21st of July via Fed Ex International delivery. If you have any further questions please do not hesitate to contact us.

Kind Regards,

Sales

From:
Date:    6/30/08 21:01Subject:    FW:                    - Order Number 28991 - Opening
Ceremonies Ticket

I request that you respond to this e-mail no later than July 1, 2008. I have not received any response from www.beijingticketing.com, which is a company that has the same contact information as yours (xl&h ltd.), to the series of e-mails that I sent over the last several weeks. When I originally contacted Beijing Ticketing by e-mail on May 29, 2008 regarding requirements for the microchip, I received an e-mail on May

1

30, 2008 stating that I would be contacted within 4 weeks.  That is the
last communication I received.  I believe that your company owes me the
courtesy of an explanation.


REDACTED


-----Original Message-----
From: Dunbar, Thomas
Sent: Monday, June 30, 2008 1:49 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 27, 2008 9:59 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, June 24, 2008 3:16 PM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket


-----Original Message-----
From: Dunbar, Thomas
Sent: Friday, June 20, 2008 11:27 AM
To: 'sales@beijingticketing.com'
Subject: RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies
Ticket

Has any decision been made regarding how you intend to handle
information required for the microchip for Opening Ceremonies tickets?

**Dunbar, Thomas**

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 11:11 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans |

I request that you provide me with a response now on the status of this matter.  You must have some information that you can report.  If not, I would at least request the courtesy of what you are waiting on in order to provide me with a response.  The lack of communication from your company over the course of the last month has caused me concern-- particularly in light of the fact that the travel company that I booked my airfare with advised me yesterday that they obtained passport information from clients weeks ago for the microchips for the opening ceremonies tickets.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:05 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans

Hi There,

Will be in touch shortly.

Regards,

Sales

From: "Dunbar, Thomas"
Date: 7/1/08 13:14
Subject: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans

I have scans of my passport and Chinese visa that I can forward to you to address the information required for the microchip for the opening ceremonies ticket.  I will be happy to forward these items to you.  However, before I do so, I would like for you to advise if you need any additional information so that I can provide all information to you at the same time.  Please respond to this e-mail at your earliest convenience.

Thank you.

1

**Dunbar, Thomas**

| | |
|---|---|
| From: | Dunbar, Thomas |
| Sent: | Tuesday, July 01, 2008 11:15 AM |
| To: | 'sales@beijingticketing.com' |
| Subject: | RE: Contact US ! |

My records do not reflect that I provided you with my passport information at the time I placed this order in November, 2007.

Even if that were the case, my passport was to expire at the end of this year, and, in order to travel to Beijing, I had to obtain a new passport.

So even if I provided you with passport information, it is no longer valid.

And I have no evidence that I have provided you with a photo of any type.

As best I can tell, the only information you have for me is my billing address and delivery address for the ticket.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:07 AM
To: Dunbar, Thomas
Subject: RE: Contact US !

Hi There,

We have all the relevant information on the registration information you gave us when you initially registered. However our operations department will be emailing everyone next week with all the relevant information.

Regards,

Sales


Date: 7/1/08 12:21
Subject: Contact US !


Order # 28991
I request that you respond to the two e-mails that I have sent inquiring how you intend to address the information required for the microchip for the ticket I have purchased through your company for the opening ceremonies. I inquired about this on May 29th and received an e-mail on May 30th indicating that I would be contacted for informaiton within four weeks. Despite several follow-up e-mails, I never received a response until today when I received a rather form-like response stating that tickets would be sent by overnight delivery by mid-July. I have never been asked for the information required for the mocrochip and I do

1

not believe that you have satisfactorily addressed by concerns. At this point, time is of the essence to address this issue. Please respond to this e-mail today. I called your office this morning and the telephone simply rang and rang without answer.

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 01, 2008 3:14 PM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |

I request that you respond to the points outlined in my e-mail below.

I also request that you advise why there is no answer at the following telephone numbers found on your web site and my receipt when I try to reach your company:

44 (0) 207-593-2088
44 (0) 207-593-2096

I find it strange that no one answers the telephone at your office during normal business hours (despite the time difference between the USA and the UK, I have tried calling your office during normal business hours in the UK; the phone rings continuously and after 20 or more rings simply disconnects).

I purchased this ticket in good faith. However, I believe I am entitled to an explanation why you cannot be reached by telephone and why I did not hear from your company for a month requesting information required for the microchip. I believe that these are legitimate concerns. And I am sure that there are other purchasers that have had similar concerns. The responses that you have provided to me today do not seem satisfactory.

You state that your operations department will be e-mailing people next week with relevant information. I believe that in order to address any concerns that I have about this purchase, you should be able to provide information now. In my mind, waiting another week is simply another delay without a satisfactory explanation.

REDACTED

-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, July 01, 2008 11:15 AM
To: 'sales@beijingticketing.com'
Subject: RE: Contact US !

My records do not reflect that I provided you with my passport information at the time I placed this order in November, 2007.

Even if that were the case, my passport was to expire at the end of this year, and, in order to travel to Beijing, I had to obtain a new passport.

So even if I provided you with passport information, it is no longer valid.

And I have no evidence that I have provided you with a photo of any type.

As best I can tell, the only information you have for me is my billing address and delivery address for the ticket.

-----Original Message-----

1

From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:07 AM
To: Dunbar, Thomas
Subject: RE: Contact US !

Hi There,

We have all the relevant information on the registration information you gave us when
you initially registered. However our operations department will be emailing everyone
next week with all the relevant information.

Regards,

Sales


## REDACTED


Date: 7/1/08 12:21
Subject: Contact US !



I request that you respond to the two e-mails that I have sent inquiring how you intend to
address the information required for the microchip for the ticket I have purchased through
your company for the opening ceremonies. I inquired about this on May 29th and received an
e-mail on May 30th indicating that I would be contacted for informaiton within four weeks.
Despite several follow-up e-mails, I never received a response until today when I received
a rather form-like response stating that tickets would be sent by overnight delivery by
mid-July. I have never been asked for the information required for the mocrochip and I do
not believe that you have satisfactorily addressed by concerns. At this point, time is of
the essence to address this issue. Please respond to this e-mail today. I called your
office this morning and the telephone simply rang and rang without answer.

2

## Dunbar, Thomas

**From:**      sales@beijingticketing.com
**Sent:**      Wednesday, July 02, 2008 5:57 AM
**To:**        Dunbar, Thomas
**Subject:**   RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket


Hi There,

Soory about that it's just we are really busy with Wimbledon tennis right now.
We will be able to organise all queries after Wimbledon has finished on Monday.

Regards,

Sales


**From:**
**Date:**      7/1/08 19:07 **Subject:**              - Order Number 28991 - Opening Ceremonies
Ticket

I request that you respond to the points outlined in my e-mail below.

I also request that you advise why there is no answer at the following telephone numbers
found on your web site and my receipt when I try to reach your company:

44 (0) 207-593-2088
44 (0) 207-593-2096

I find it strange that no one answers the telephone at your office during normal business
hours (despite the time difference between the USA and the UK, I have tried calling your
office during normal business hours in the UK; the phone rings continuously and after 20
or more rings simply disconnects).

I purchased this ticket in good faith.  However, I believe I am entitled to an explanation
why you cannot be reached by telephone and why I did not hear from your company for a
month requesting information required for the microchip.  I believe that these are
legitimate concerns.  And I am sure that there are other purchasers that have had similar
concerns.
The responses that you have provided to me today do not seem
satisfactory.

You state that your operations department will be e-mailing people next week with relevant
information.  I believe that in order to address any concerns that I have about this
purchase, you should be able to provide information now.  In my mind, waiting another week
is simply another delay without a satisfactory explanation.


REDACTED


-----Original Message-----
From: Dunbar, Thomas
Sent: Tuesday, July 01, 2008 11:15 AM
To: 'sales@beijingticketing.com'

1

Subject: RE: Contact US !

My records do not reflect that I provided you with my passport information at the time I placed this order in November, 2007.

Even if that were the case, my passport was to expire at the end of this year, and, in order to travel to Beijing, I had to obtain a new passport.

So even if I provided you with passport information, it is no longer valid.

And I have no evidence that I have provided you with a photo of any type.

As best I can tell, the only information you have for me is my billing address and delivery address for the ticket.

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:07 AM
To: Dunbar, Thomas
Subject: RE: Contact US !

Hi There,

We have all the relevant information on the registration information you gave us when you initially registered. However our operations department will be emailing everyone next week with all the relevant information.

Regards,

Sales

REDACTED

Subject: Contact US !

I request that you respond to the two e-mails that I have sent inquiring how you intend to address the information required for the microchip for the ticket I have purchased through your company for the opening ceremonies. I inquired about this on May 29th and received an e-mail on May 30th indicating that I would be contacted for informaiton within four weeks. Despite several follow-up e-mails, I never received a response until today when I received a rather form-like response stating that tickets would be sent by overnight delivery by mid-July. I have never been asked for the information required for the mocrochip and I do not believe that you have satisfactorily addressed by concerns. At this point, time is of the essence to address this issue. Please respond to this e-mail today. I called your office this morning and the telephone simply rang and rang without answer.

**Dunbar, Thomas**

| | |
|---|---|
| From: | sales@beijingticketing.com |
| Sent: | Wednesday, July 02, 2008 6:22 AM |
| To: | Dunbar, Thomas |
| Subject: | RE: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans |

Hi There,

We will have all the details next week for you.

Regards,

Sales


Date:    7/1/08 15:04Subject:  RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport
and Visa Scans

I request that you provide me with a response now on the status of this matter.  You must
have some information that you can report.  If not, I would at least request the courtesy
of what you are waiting on in order to provide me with a response.  The lack of
communication from your company over the course of the last month has caused me concern--
particularly in light of the fact that the travel company that I booked my airfare with
advised me yesterday that they obtained passport information from clients weeks ago for
the microchips for the
opening ceremonies tickets.

REDACTED


-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:05 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and
Visa Scans


Hi There,

Will be in touch shortly.

Regards,

Sales


From: "Dunbar, Thomas"
Date: 7/1/08 13:14
Subject: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa
Scans

1

I have scans of my passport and Chinese visa that I can forward to you to address the information required for the microchip for the opening ceremonies ticket.  I will be happy to forward these items to you. However, before I do so, I would like for you to advise if you need any additional information so that I can provide all information to you at the same time.  Please respond to this e-mail at your earliest convenience.

Thank you.

REDACTED

| Sent: | Tuesday, July 08, 2008 8:16 AM |
| To: | 'sales@beijingticketing.com' |
| Subject: | RE: RE: FW:          Order Number 28991 |
| Importance: | High |

I request that you provide me with an update on what information is required for the microchip for the ticket that I purchased for the Opening Ceremonies. From information that I have found on line, it is my understanding that the deadline for this information is July 15th--one week from today. Although you may have been busy with Wimbledon activities, if July 15th is, in fact, the correct deadline, I would hope that you would have provided your clients with necessary information so that they could respond in a timely manner.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 02, 2008 6:22 AM
To: Dunbar, Thomas
Subject: RE: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans

Hi There,

We will have all the details next week for you.

Regards,

Sales

From:
Date:       7/1/08 15:04 Subject:   RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport
and Visa Scans

I request that you provide me with a response now on the status of this matter. You must have some information that you can report. If not, I would at least request the courtesy of what you are waiting on in order to provide me with a response. The lack of communication from your company over the course of the last month has caused me concern--particularly in light of the fact that the travel company that I booked my airfare with advised me yesterday that they obtained passport information from clients weeks ago for the microchips for the opening ceremonies tickets.

1

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:05 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and
Visa Scans

Hi There,

Will be in touch shortly.

Regards,

Sales


From: "Dunbar, Thomas"
Date: 7/1/08 13:14
Subject: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa
Scans


I have scans of my passport and Chinese visa that I can forward to you
to address the information required for the microchip for the opening
ceremonies ticket.  I will be happy to forward these items to you.
However, before I do so, I would like for you to advise if you need any
additional information so that I can provide all information to you at
the same time.  Please respond to this e-mail at your earliest
convenience.

Thank you.

REDACTED

2

## Dunbar, Thomas

**From:** Dunbar, Thomas
**Sent:** Tuesday, July 08, 2008 11:12 AM
**To:** 'sales@beijingticketing.com'
**Subject:** RE: Thomas W. Dunbar - Order Number 28991

**Attachments:** BOCOG Ticket Information.pdf; Olympic Games Spectator Registration Form.pdf


BOCOG Ticket
Information.pdf (...


Olympic Games
Spectator Regist...

I am a bit troubled by your response. I was advised last week that you had all relevant information needed from when I originally registered with you. Your e-mail also stated that your operations department would be e-mailing all people next week with "all relevant information" required for the microchip. Now you are advising me that no information is needed.

I have contacted CoSport, which is the official ticket distribution company in the US. I read your e-mail verbatim to the representative and was advised that the information is not correct. I was told that even the president of the IOC needs to have the chip embedded. Obviously, this is contrary to your information. I also was advised by CoSport that their deadline for obtaining information from customers to have Opening Ceremonies tickets embedded was June 10, 2008.

Your information also appears to be at odds with the information from the official Beijing Olympics web site. See attached. If sponsor tickets are exempt from this requirement, I would like to know how. I received a copy of the attached form for registration of information. It would appear that even a ticket from a sponsor (see box at top of form) would require that information be provided for the chip.

I tried calling your office last week to discuss this issue. However, the telephone rang for about 20 rings before disconnecting. I tried two different telephone numbers for your company (one on the web site and one on the receipt that I received) and had the same problem with both numbers.

Needless to say, the conflicting responses that I have received and the inability to contact your company by phone cause me some concern. I do not want to be in a position that I accept delivery of a ticket from your company and not be able to obtain entry to the Opening Ceremonies because any required procedures have not been followed. I would appreciate a more detailed explanation as to why sponsors are exempt from the chip requirement and what sponsor you have obtained the ticket from. I certainly would have a greater level of comfort with additional information--particularly if a representative of your company would contact me by telephone to discuss this purchase.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 08, 2008 9:48 AM
To: Dunbar, Thomas
Subject: RE: RE: RE: FW: Thomas W. Dunbar - Order Number 28991

1

Hi There,

As all our tickets come directly from the sponsors no name id or photo pictures are required on the ticket. Only the sponsors names appear on them.

All tickets will be dispatched by 21st July 2008, no later than 12pm.

Regards,

Sales

From:       "Dunbar, Thomas'
Date:       7/8/08 12:16Subject:   RE: RE: FW: Thomas W. Dunbar - Order Number 28991

I request that you provide me with an update on what information is required for the microchip for the ticket that I purchased for the Opening Ceremonies. From information that I have found on line, it is my understanding that the deadline for this information is July 15th--one week from today. Although you may have been busy with Wimbledon activities, if July 15th is, in fact, the correct deadline, I would hope that you would have provided your clients with necessary information so that they could respond in a timely manner.


REDACTED


-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 02, 2008 6:22 AM
To: Dunbar, Thomas
Subject: RE: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans


Hi There,

We will have all the details next week for you.

Regards,

Sales


From:       7/1/08 15:04Subject:  RE: FW: Thomas W. Dunbar - Order Number
Date:       28991 - Passport and Visa Scans

I request that you provide me with a response now on the status of this matter. You must have some information that you can report. If not, I would at least request the courtesy of what you are waiting on in order to provide me with a response. The lack of communication from your company over the course of the last month has caused me concern--particularly in light of the fact that the travel company that I booked my airfare with advised me yesterday that they obtained passport information from clients weeks ago for the microchips for the opening ceremonies tickets.

2

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:05 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and
Visa Scans

Hi There,

Will be in touch shortly.

Regards,

Sales

From: "Dunbar, Thomas"
Date: 7/1/08 13:14
Subject: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa
Scans

I have scans of my passport and Chinese visa that I can forward to you
to address the information required for the microchip for the opening
ceremonies ticket.  I will be happy to forward these items to you.
However, before I do so, I would like for you to advise if you need any
additional information so that I can provide all information to you at
the same time.  Please respond to this e-mail at your earliest
convenience.

Thank you.

## Dunbar, Thomas

| | |
|---|---|
| From: | sales@beijingticketing.com |
| Sent: | Tuesday, July 08, 2008 11:20 AM |
| To: | Dunbar, Thomas |
| Subject: | RE: RE: Thomas W. Dunbar - Order Number 28991 |

Hi There,

This is all now confirmed and our allocation does not require the ID information You are referring to the ballot tickets.

Regards,

Sales

From:
Date:    7/8/08 15:10Subject:                        - Order Number 28991

I am a bit troubled by your response. I was advised last week that you had all relevant information needed from when I originally registered with you. Your e-mail also stated that your operations department would be e-mailing all people next week with "all relevant information"
required for the microchip. Now you are advising me that no information is needed.

I have contacted CoSport, which is the official ticket distribution company in the US. I read your e-mail verbatim to the representative and was advised that the information is not correct. I was told that even the president of the IOC needs to have the chip embedded.
Obviously, this is contrary to your information. I also was advised by CoSport that their deadline for obtaining information from customers to have Opening Ceremonies tickets embedded was June 10, 2008.

Your information also appears to be at odds with the information from the official Beijing Olympics web site. See attached. If sponsor tickets are exempt from this requirement, I would like to know how. I received a copy of the attached form for registration of information.
It would appear that even a ticket from a sponsor (see box at top of
form) would require that information be provided for the chip.

I tried calling your office last week to discuss this issue. However, the telephone rang for about 20 rings before disconnecting. I tried two different telephone numbers for your company (one on the web site and one on the receipt that I received) and had the same problem with both numbers.

Needless to say, the conflicting responses that I have received and the inability to contact your company by phone cause me some concern. I do not want to be in a position that I accept delivery of a ticket from your company and not be able to obtain entry to the Opening Ceremonies because any required procedures have not been followed. I would appreciate a more detailed explanation as to why sponsors are exempt from the chip requirement and what sponsor you have obtained the ticket from. I certainly would have a greater level of comfort with additional information--particularly if a representative of your company would contact me by telephone to discuss this purchase.

## REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 08, 2008 9:48 AM
To: Dunbar, Thomas
Subject: RE: RE: RE: FW: Thomas W. Dunbar - Order Number 28991

Hi There,

As all our tickets come directly from the sponsors no name id or photo pictures
are required on the ticket. Only the sponsors names appear on them.

All tickets will be dispatched by 21st July 2008, no later than 12pm.

Regards,

Sales

From:
Date:      7/8/08 12:16Subject:  RE: RE: FW: Thomas W. Dunbar - Order
Number 28991

I request that you provide me with an update on what information is
required for the microchip for the ticket that I purchased for the
Opening Ceremonies.  From information that I have found on line, it is
my understanding that the deadline for this information is July
15th--one week from today.  Although you may have been busy with
Wimbledon activities, if July 15th is, in fact, the correct deadline, I
would hope that you would have provided your clients with necessary
information so that they could respond in a timely manner.

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 02, 2008 6:22 AM
To: Dunbar, Thomas
Subject: RE: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport
and Visa Scans

Hi There,

We will have all the details next week for you.

Regards,

Sales

Date:      7/1/08 15:04Subject:  RE: FW: Thomas W.        - Order Number

2

28991 - Passport and Visa Scans

I request that you provide me with a response now on the status of this matter. You must have some information that you can report. If not, I would at least request the courtesy of what you are waiting on in order to provide me with a response. The lack of communication from your company over the course of the last month has caused me concern--particularly in light of the fact that the travel company that I booked my airfare with advised me yesterday that they obtained passport information from clients weeks ago for the microchips for the opening ceremonies tickets.

## REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 01, 2008 11:05 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans

Hi There,

Will be in touch shortly.

Regards,

Sales

From: "Dunbar, Thomas"
Date: 7/1/08 13:14
Subject: FW: Thomas W. Dunbar - Order Number 28991 - Passport and Visa Scans

I have scans of my passport and Chinese visa that I can forward to you to address the information required for the microchip for the opening ceremonies ticket. I will be happy to forward these items to you. However, before I do so, I would like for you to advise if you need any additional information so that I can provide all information to you at the same time. Please respond to this e-mail at your earliest convenience.

Thank you.

3

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Tuesday, July 08, 2008 11:54 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | RE: RE: Thomas W. Dunbar - Order Number 28991 |

Will your company have representatives in Beijing during the Olympic Games? If so, please provide me with the address where your individuals/office will be located.

## REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Tuesday, July 08, 2008 11:20 AM
To: Dunbar, Thomas
Subject: RE: RE: Thomas W. Dunbar - Order Number 28991

Hi There,

This is all now confirmed and our allocation does not require the ID information
You are referring to the ballot tickets.

Regards,

Sales


From:        7/8/08 15:10Subject: RE: Thomas W. Dunbar - Order Number 28991
Date:

I am a bit troubled by your response. I was advised last week that you
had all relevant information needed from when I originally registered
with you. Your e-mail also stated that your operations department would
be e-mailing all people next week with "all relevant information"
required for the microchip. Now you are advising me that no information
is needed.

I have contacted CoSport, which is the official ticket distribution
company in the US. I read your e-mail verbatim to the representative
and was advised that the information is not correct. I was told that
even the president of the IOC needs to have the chip embedded.
Obviously, this is contrary to your information. I also was advised by
CoSport that their deadline for obtaining information from customers to
have Opening Ceremonies tickets embedded was June 10, 2008.

Your information also appears to be at odds with the information from
the official Beijing Olympics web site. See attached. I would like to know how. I
tickets are exempt from this requirement, I would like to know how. I
received a copy of the attached form for registration of information.
It would appear that even a ticket from a sponsor (see box at top of
form) would require that information be provided for the chip.

I tried calling your office last week to discuss this issue. However,

1

## Dunbar, Thomas

**From:** Dunbar, Thomas
**Sent:** Wednesday, July 09, 2008 9:10 AM
**To:** 'sales@beijingticketing.com'
**Subject:** FW: Thomas W. Dunbar - Opening Ceremonies Ticket

Please see the e-mail below from the official Beijing ticketing web site.

I request that you provide a detailed response why the ticket that I have purchased for the Opening Ceremonies does not need to have the appropriate microchip information. I do not want to accept delivery of a ticket from your company that will not permit me admission to the Opening Ceremonies.

REDACTED

**From:** 票务中心 [mailto:ticketing@beijing2008.cn]
**Sent:** Tuesday, July 08, 2008 9:35 PM
**To:** Dunbar, Thomas
**Subject:** 答复: Opening Ceremonies Ticket

That is not correct. www.beijingticketing.com does not have any relationship with BOCOG, it is unauthorized to sell tickets.

-----邮件原件-----
发件人: Dunbar, Thomas
发送时间: 2008年7月9日 1:48
收件人: ticketing@beijing2008.cn
主题: RE: Opening Ceremonies Ticket
重要性: 高

I have been advised by www.beijingticketing.com that the ticket I purchased for the Opening Ceremonies is a "sponsor" ticket and that no name, id or photo is required for the microchip.

Can you confirm whether this is correct? Or do all tickets, including, sponsor tickets, for the Opening Ceremonies require this information for the microchip?

If so, what is the deadline for submitting information for the microchip?

Please respond as soon as possible. I want to have information from the official ticket source to use in my discussions with www.beijingticketing.com.

7/9/2008

## Dunbar, Thomas

| | |
|---|---|
| **From:** | Dunbar, Thomas |
| **Sent:** | Wednesday, July 09, 2008 9:31 AM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | RE: FW, Thomas W. Dunbar - Opening Ceremonies Ticket |

It is my understanding from the articles I have read that the information for the chip is to include a photograph and passport information. Please confirm whether this is correct. If so, you do not have a photograph of me. Also, I do not recall providing you with my passport information at the time I placed the order in November, 2007. Even if I did, that information is no longer valid because I had to obtain a new passport at the beginning of this year because my passport was to expire within 6 months of returning from China.

Also, from what I have read in articles, each ticket must have the information for the bearer of the ticket--not just the information for the "lead person" as you state when multiple tickets are purchased.

I request that you respond to the items I have outlined above.

Also, please let me know if your company will have a representative in Beijing during the Games. If so, I would like the name of that person or persons and the location where your office will be.

Thank you.

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 09, 2008 9:12 AM
To: Dunbar, Thomas
Subject: RE: FW: Thomas W. Dunbar - Opening Ceremonies Ticket


Hi There,

I don't think you understand.

We have all your relevant information in the chip. This is the information we have stored when you registered on line. Basically we only require the lead persons name and details which is also used for all tickets when clients buy larger amounts.

This is only for the corporate tickets that we sell and has nothing to do with the ballot tickets.

Regards,

Sales


From: "Dunbar, Thomas"
Date: 7/9/08 13:09
Subject: FW: Thomas W. Dunbar - Opening Ceremonies Ticket


Please see the e-mail below from the official Beijing ticketing web site.

I request that you provide a detailed response why the ticket that I have purchased for the Opening Ceremonies does not need to have the appropriate microchip information. I do not want to accept delivery of a ticket from your company that will not permit me admission to the Opening Ceremonies.

1

REDACTED

From: 票务中心 [mailto:ticketing@beijing2008.cn]
Sent: Tuesday, July 08, 2008 9:35 PM

Subject: 答复: Opening Ceremonies Ticket

That is not correct. www.beijingticketing.com does not have any relationship with BOCOG, it is unauthorized to sell tickets.

-----邮件原件-----
发件人:
发送时间: 2008年7月9日 1:48
收件人: ticketing@beijing2008.cn
主题: RE: Opening Ceremonies Ticket
重要性: 高

I have been advised by www.beijingticketing.com that the ticket I purchased for the Opening Ceremonies is a "sponsor" ticket and that no name, id or photo is required for the microchip.

Can you confirm whether this is correct?  Or do all tickets, including, sponsor tickets, for the Opening Ceremonies require this information for the microchip?

If so, what is the deadline for submitting information for the microchip?

Please respond as soon as possible.  I want to have information from the official ticket source to use in my discussions with www.beijingticketing.com.

Thank you.

2

## Dunbar, Thomas

| | |
|---|---|
| **From:** | sales@beijingticketing.com |
| **Sent:** | Thursday, May 22, 2008 4:37 AM |
| **To:** | Dunbar, Thomas |
| **Subject:** | RE: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket |

Hi Thomas,

We can confirm that tickets will be in your hands prior to your leaving date.

Kind Regards,

Sales


From: "Dunbar, Thomas"
Date: 5/21/08 21:05
Subject: Thomas W. Dunbar - Order Number 28991 - Opening Ceremonies Ticket


Please confirm that I will receive my ticket to the Opening Ceremonies prior to leaving
the United States and that I will not be responsible for obtaining the ticket at a
location in Beijing.

Thank you.

Thomas W. Dunbar

REDACTED

1

ESPN.com | MyESPN | Profile | Register | Forgot: Password Member Name     Member Name:

Sears
LIVE LIKE IT'S SUMMER

all
LAWN & GARDEN EQUIPMENT
ON SALE

## *Olympic Sports*

ESPN    Fantasy    Sports    Olympics Home    Figure Skating    Cycling    Gymnastics    Skiing    Swimming    Track & F

# In effort to thwart protests, tix to contain personal inforn

Associated Press

Updated: May 27, 2008, 5:17 PM ET

Comment    Email    Print



BEIJING -- China has ratcheted up surveillance and security in every phase of the Beijing Olympics -- even the tickets.

In a move unprecedented for the Olympics, tickets for the opening and closing ceremonies are embedded with a microchip containing the bearer's photograph, passport details, addresses, e-mail and telephone numbers.

The intent is to keep potential troublemakers from the 91,000-seat National Stadium as billions watch on TV screens around the world. Along with terrorists, Chinese officials fear protesters might wreck the glitzy ceremonies, unfurling Tibet flags, anti-China banners or even T-shirts adorned with strident messages.

Aside from concerns about privacy and identity theft, the high-tech tickets also threaten chaos at the turnstiles.

Tickets for the Aug. 8 opening ceremony are the most expensive of the games -- a top price of $720 -- and many are in the hands of dignitaries and friends. Delays could create terrible publicity on opening night.

"They should be concentrating on sniffing out the kinds of dangerous stuff rather than worrying about the identify of the people with the tickets," said Roger Clarke, an Australian security expert. His Xamax Consultancy in Canberra advises businesses in online security and identity authentication.

"The way in which you recognize an evildoer, somebody who wants to throw a bomb, somebody who wants to unfurl a Tibet flag is not on the basis of their identify," Clarke added. "It's the act that they perform and it's the materials they carry with them."

China was toughened visa restrictions and increased checks at hotels and entertainment areas -- all designed to keep track of foreigners as the games approach. Several large public gatherings

have been canceled. Thousands of closed-circuit TV cameras will be deployed in and around the venues. Organizers have acknowledged that some security officials will be dressed in volunteer uniforms. Passengers riding the subway and major bus routes will also undergo strict checks.

China has developed some of the world's most advanced RFID (radio frequency identification) technology, some aimed at keeping tight control over its citizens and borders. It's used on Chinese driver's licenses and ID cards.

Chinese authorities initially considered tying all 6.8 million tickets to individuals, which was attempted two years ago in soccer's World Cup in Germany. German officials eventually backed off the plan -- it made tickets difficult to transfer or resell -- and scanned only 500 to 1,000 tickets at each game rather than all tickets.

The plan was aimed at deterring scalpers and soccer hooligans. But initially it caused long lines and criticism from fans and soccer's world governing body, which said it was too strict and elaborate.

Microchips are embedded in all Beijing Olympics tickets, but only opening and closing tickets contain the photos and passport data. This makes them -- in theory -- nontransferable. The other tickets are transferable, and the RFID technology is being touted as a deterrent and an anti-counterfeit device. That's useful in China, which produces fake products from DVDs to heart medicine.

Ticketmaster China, the official ticketing provider for the games, predicts every event in every venue will be sold out -- an Olympic first.

"We noticed the problem in Germany in 2006, and we learned a lesson from them," said Yang Yichun, director of the technology department for the Beijing organizing committee. "We have made contingency plans to deal with any potential problems."

One fan of the system is Minister of Science and Technology Wan Gang, who attended a World Cup game in Dortmund two years ago and is confident Beijing's technology is better.

"We're fully prepared and we are confident we can overcome all the difficulties," Wan said.

Clarke, the Australian security expert, said inaccurate data, ticket-holders mixing up tickets and the possibility for identity theft were likely.

"If somebody is handing out six tickets to six people, they somehow have to shuffle these tickets successfully to get the right ticket in the right hands," Clarke said. "If they fail and then people are separated in the queue, we'll get enormous delays at the gates."

The International Olympic Committee has said it is comfortable with Beijing's ticketing security. IOC spokeswoman Emmanuelle Moreau said the RFID technology was "tested thoroughly by BOCOG this summer and satisfied both BOCOG and the IOC that the technology is sound."

Xu Chaoying, one of China's leading experts in RFID, is the general manager of Beijing Dalang Telecom Co. Ltd., which lost in a bid for the Olympic RFID contract. Xu called RFID "mature technology" and discounted the comparison to Germany.

"For the 2006 World Cup, I think the main problem was about privacy," Xu said. "People doubted whether the data in the tickets would be completely deleted. But as for the technology, there

shouldn't be any problem."

Xu said it was possible the wireless technology could be disrupted, but he said any problems would be easy to fix.

Clarke disputed this. He said if Chinese officials choose to use a rudimentary RFID system, it would expose the data to easy theft. A more secure system using encrypted data would add complexity and more possibilities for chaos at the gate.

He said the high-tech ticket might also distract from procedures like frisks and bag checks, both more likely to uncover contraband entering the stadium.

"There's always a risk when you start putting efforts into an inappropriate mechanism that you deflect resources away from the important ones," Clarke said. "You reduce your effectiveness in finding flags and bombs and weapons because you've got too many people spending too much time worrying about other things."

*Copyright 2008 by The Associated Press*

Sponsored Links

**I Had High Blood Pressure**
Now it's down to 120/75. Find out how I did it without drugs

**Kaplan University Online®**
Kaplan University Online Degree Programs. Official Site. Apply Now!

**What's your Credit Score?**
A good Credit Score is 700+ and can save you money. See yours now - $0

Buy a link here

Presented by 

**conversation** beta

Be the first to comment on "In effort to thwart protests, tix to contain personal information"

REDACTED

REDACTED

**From:**          Dunbar, Thomas
**Sent:**          Tuesday, July 22, 2008 9:12 AM
**To:**
**Subject:**

REDACTED

Thomas W. Dunbar

REDACTED

REDACTED

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Monday, July 21, 2008 10:03 AM
To: Dunbar, Thomas
Subject: RE: RE: Thomas W. Dunbar - Opening Ceremonies Ticket - Order
28991

Hi There,

Sorry you should have received an email last week.

Slight delay with dispatching of tickets.

Tickets will now be sent by Fedex to you on the 25th July 2008
and will be with you on 28th July.

Regards,

Sales


From: "Dunbar, Thomas"
Date: 7/21/08 12:41
Subject: RE: Thomas W. Dunbar - Opening Ceremonies Ticket - Order 28991

Please confirm that you are sending myOpening Ceremonies ticket to me today as outlined in your previouse-mail.

Please provide me with the federal expresstracking number.

Thank you.


Thomas W. Dunbar