1  DIANA M. TORRES
   DALE M. CENDALI
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407

5  Attorneys for Plaintiffs
   The International Olympic Committee and
6  The United States Olympic Committee

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 The United States Olympic              Case No.
   Committee and The International
11 Olympic Committee,                     DECLARATION OF PETER
                                          MUELLER IN SUPPORT OF
12                      Plaintiffs,       PLAINTIFFS' MOTION FOR A
                                          TEMPORARY RESTRAINING
13          v.                            ORDER

14 Does 1-10, inclusive,

15                      Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Peter Mueller, HEREBY DECLARE AS FOLLOWS:

1.     I am a resident of Lake Forest, Illinois.  Except for the facts stated on information and belief, all of facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.     My wife and I are avid supporters of the Olympic Games and have attended the Games since 1994.

3.     In December of 2007, I went onto the Internet to search for available tickets to the 2008 Olympic opening ceremonies.  I entered the terms "Beijing Olympic Opening Ceremony" into the Google search engine.  On the first results page, I found the Website www.beijingticketing.com ("Beijing Ticketing"), which claimed to sell tickets to the 2008 Olympics.  The site claimed to be a "well-known" and "trusted" ticket agent with "100% guaranteed" delivery.  Attached as **Exhibit A** is a true and correct copy of the Beijing Ticketing Website.

4.     Beijing Ticketing appeared to me to be a source of legitimate tickets for the 2008 Olympics.  The site contained several seemingly official Olympic logos, such as the red human figure logo designed specifically for the 2008 Beijing Games.

5.     The site claimed to have exactly the types of tickets that I was looking for—tickets to the 2008 Olympic Opening Ceremony.  The tickets were offered for $1,850 per ticket.

6.     On December 12, 2007, I began to place my order for two tickets to the Opening Ceremony.  I entered my contact information as well as my credit card information in the spaces provided on the site.  Beijing Ticketing did not ask for, and I did not provide, my photograph or passport details.

7.     However, after entering my credit card information into the site, I decided not to complete the order and did not click on the "purchase" button at the

bottom of the page to enter the transaction. Instead, I attempted to cancel the order by clicking on the red "X" stop button on the top of my web browser.

8.      Even without clicking on "purchase" button, however, the order appeared to process and shortly thereafter I received an email from Beijing Ticketing stating, "Thank you for choosing Beijing Ticketing as Olympic Tickets providers and booking tickets online" and informing me that my order was being processed.

9.      Just minutes after receiving this email, I emailed Beijing Ticketing asking why my order was processed when the order was never completed. Beijing Ticketing, however, never provided me with an explanation.

10.      Before I proceeded to book my travel arrangements for Beijing, I sent a series of emails to Beijing Ticketing on December 13, 2007 in an effort to confirm that my order had gone through and that I would be receiving tickets to the Opening Ceremonies. Beijing Ticketing responded that the tickets were "guaranteed" and that they had them "in inventory." They also assured me that I was "all set."

11.      In fear that such assurances were false, I decided to look into the validity of the information provided by Beijing Ticketing on their Website. The contact information listed on the Website at http://www.beijingticketing.com/contact_us.aspx provides an Arizona office address. When I contacted individuals at this address, however, I found that that company had no affiliation whatsoever with Beijing Ticketing.

12.      In addition, Beijing Ticketing claims to be operated by a company called XL & H Ltd., which the Website states is registered in Delaware. Upon contacting the Delaware Division of Corporations, however, I was informed that there was no record of this entity being formed in Delaware.

13.      On December 17, 2007, I emailed Beijing Ticketing to inquire further regarding XL & H Ltd.'s purported status as a registered company in Delaware. In

P. MUELLER DEC. IN SUPPORT OF
MOTION FOR TRO

1  response, Beijing Ticketing wrote, "Instead of asking questions and going around

2  the houses and spending silly amounts of time emailing us and trying to catch out

3  after booking, why dont(sic) you just ask for your money back and for us to cancel

4  your order instead of trying to make youself(sic) a private detective and wasting

5  your time and ours."

6      14.    I readily took Beijing Ticketing's advice and emailed them back that

7  same day to ask that they refund my money.  I received no response to my email,

8  nor did I receive a response to my three subsequent emails similarly requesting that

9  Beijing Ticketing refund my money.

10      15.    Attached as **Exhibit B** is a true and accurate copy of my email

11  correspondence with Beijing Ticketing.

12      16.    On December 17, 2007 I also contacted my credit card company to

13  cancel payment to Beijing Ticketing.

14      17.    I have attempted to contact Beijing Ticketing by phone at the number

15  provided on their Website, however, I have been unable to reach anyone with

16  whom to discuss this issue.

17      18.    At this point, I have not nor do I expect to receive any tickets from

18  Beijing Ticketing.

19

20      I declare under penalty of perjury under the laws of the United States that the

21  foregoing is true and correct.

22

23  Executed this 18th day of July, 2008 at Lake Forest, Illinois.

24

25

26                 Peter Mueller

27

28

P. MUELLER DEC. IN SUPPORT OF
MOTION FOR TRO

**EXHIBIT A**

HACKER SAFE
TESTED DAILY   17-JUL

**Olympic Venues**

- Hong Kong Tickets
- Qinhuangdao Tickets
- Shenyang Tickets
- Shanghai Tickets
- Tianjin Tickets
- Qingdao Tickets

**Cities**

- Beijing Tickets

- Wrestling Tickets
- Weightlifting Tickets
- Water Polo Tickets
- Volleyball Tickets
- Triathlon Tickets
- Tennis Tickets
- Taekwondo Tickets
- Table Tennis Tickets
- Synchronized Swimming Tickets
- Swimming Tickets
- Softball Tickets
- Shooting Tickets
- Sailing Tickets
- Rowing Tickets
- Modern Pentathlon Tickets
- Judo Tickets
- Hockey Tickets
- Handball Tickets
- Gymnastics Trampoline Tickets

☒ Closing Ceremony Tickets
☒ Cycling BMX Tickets
☒ Cycling Mountain Bike Tickets
☒ Cycling Road Tickets
☒ Cycling Track Tickets
☒ Diving Tickets

☒ Hockey Tickets
☒ Judo Tickets
☒ Kayak Flatwater Tickets
☒ Kayak Slalom Tickets
☒ Modern Pentathlon Tickets
☒ Opening Ceremony Tickets

☒ Tennis Tickets
☒ Triathlon Tickets
☒ Volleyball Tickets
☒ Water Polo Tickets
☒ Weightlifting Tickets

### Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletics competition in history, and Summer Olympic Tickets tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

### Coming Up Next: Vancouver 2010 Winter Olympic Games

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

### Facts About Summer Olympic 2008

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



Finals Tickets
Get Your Tickets Now!

Sports and Events
Calendar Beijing 2008!

Total Satisfaction
Guarantee

Hospitality Packages
An Unforgettable Experience!

Safe & Secure
Transactions

**Bookmark BeijingTicketing.com :**



Google    Yahoo
Reddit    Facebook
Netscape  StumbleUpon
Delicious Ask






Google
Reddit
Netscape
Delicious
Yahoo
Facebook
StumbleUpon
Ask

Case 3:08-cv-03514-JSW    Document 10-2    Filed 07/22/2008    Page 4 of 6

## Login

e-mail

Password

[Login]

Forgot Password



## Closing Ceremony

Get Your Tickets Now!



## Finals Tickets

Get Your Tickets Now!

Sports and Events
Calendar Beijing 2008

Sports Schedule

Total Satisfaction
Guarantee







## Archery Competition

**Sun, 10 Aug 08**
Get the Best Archery Tickets on the Locations The Tickets on the Locations of Archery Competition in Beijing National Stadium.

## Badminton Competition

**Sat, 09 Aug 08**
Get the Best Badminton Tickets the Locations of The Badminton Competition in Beijing University

## Baseball Competition

**Wed, 13 Aug 08**
Get the Best Baseball Tickets on the Locations The Baseball Competition in Xinghua Workers Stadium

## Games :

- ☑ Archery Tickets
- ☑ Athletics Tickets
- ☑ Badminton Tickets
- ☑ Baseball Tickets
- ☑ Basketball Tickets
- ☑ Beach Volleyball Tickets
- ☑ Boxing Tickets
- ☑ Closing Ceremony Tickets
- ☑ Cycling BMX Tickets
- ☑ Cycling Mountain Bike Tickets
- ☑ Cycling Road Tickets
- ☑ Cycling Track Tickets
- ☑ Diving Tickets

- ☑ Equestrian Tickets
- ☑ Fencing Tickets
- ☑ Football Tickets
- ☑ Gymnastics Artistic Tickets
- ☑ Gymnastics Rhythmic Tickets
- ☑ Gymnastics Trampoline Tickets
- ☑ Handball Tickets
- ☑ Hockey Tickets
- ☑ Judo Tickets
- ☑ Kayak Flatwater Tickets
- ☑ Kayak Slalom Tickets
- ☑ Modern Pentathlon Tickets
- ☑ Opening Ceremony Tickets

- ☑ Rowing Tickets
- ☑ Sailing Tickets
- ☑ Shooting Tickets
- ☑ Softball Tickets
- ☑ Swimming Tickets
- ☑ Synchronised Swimming Tickets
- ☑ Table Tennis Tickets
- ☑ Taekwondo Tickets
- ☑ Tennis Tickets
- ☑ Triathlon Tickets
- ☑ Volleyball Tickets
- ☑ Water Polo Tickets
- ☑ Weightlifting Tickets

### Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swiming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.

Case 3:08-cv-03514-JSW    Document 10-2    Filed 07/22/2008    Page 5 of 6

- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



Hospitality Packages
An Unforgettable Experience!

Safe & Secure
Transactions

**Bookmark BeijingTicketing.com**

- Google
- Yahoo
- Reddit
- Facebook
- Netscape
- StumbleUpon
- Delicious
- Ask

## Venues

- Beijing Institute of Technology Gymnasium
- Beijing Shooting Complex
- Beijing University of Aeronautics And Astronautics Gymnasium
- Beijing University of Technology Gymnasium
- Capital Indoor Stadium
- Chaoyang Park Beach Volleyball Ground
- China Agricultural University Gymnasium
- Fencing Hall
- Fengtai Softball Field
- Hong Kong Equestrian Venue (Beas River)
- Hong Kong Equestrian Venue (Shatin)
- Laoshan Bicycle Moto Cross (BMX) Venue
- Laoshan Mountain Bike Course

- Laoshan Velodrome
- Modern Pentathlon Venue
- National Aquatics Centre
- National Indoor Stadium
- National Stadium
- Olympic Green Archery Field
- Olympic Green Hockey Field
- Olympic Green Tennis Centre
- Olympic Sports Centre Gymnasium
- Peking University Gymnasium
- Qingdao Olympic Sailing Centre
- Qinhuangdao Olympic Sports Centre Stadium
- Shanghai Stadium

- Shenyang Olympic Sports Centre Stadium
- Shunyi Olympic Rowing-Canoeing Park
- Tianjin Olympic Centre Stadium
- Triathlon Venue
- University of Science and Technology Beijing Gymnasium
- Cycling Road Course
- Workers Indoor Arena
- Workers Stadium
- Wukesong Baseball Field
- Wukesong Indoor Stadium
- Ying Tung Natatorium



**Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.**

Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues

Home . About Us . Contact Us . My Account . Site Map
XL & H Ltd. All rights reserved.    Terms and Conditions
Privacy Policy | Contact us at: sales@beijingticketing.com

Olympic 2008
Schedule

Olympic 2008
Request Tickets

HACKER SAFE
TESTED 17-JUL

**EXHIBIT B**

Subj:   **Beijing Opening Cat A tickets needed**
Date:   12/12/2007 9:43:45 AM Central Standard Time

To:     sales@beijingticketing.com

Please provide me with a phone number so that I can discuss purchase with you.

**REDACTED**

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18473858477                    PETER MUELLER                          PAGE  08

Subj:    RE: Beijing Opening Cat A tickets needed
Date:    12/12/2007 9:53:49 AM Central Standard Time
From:    sales@beijingticketing.com

REDACTED

Dear Client,

Our central office number for Beijing tickets is +44 207 593 2088 were a member of our team
will be glad to help you.

Kind Regards BJ Ticketing.


Date: 12/12/07 15:45
Subject: Beijing Opening Cat A tickets needed


Please provide me with a phone number so that I can discuss purchase with you.


See AOL's top rated recipes and easy ways to stay in shape for winter.


Wednesday, December 26, 2007 America Online:

Subj:    **RE: Re: Beijing Opening Cat A tickets needed**
Date:    12/12/2007 10:15:24 AM Central Standard Time
From:    sales@beijingticketing.com

# REDACTED

london


Date: 12/12/07 15:54
Subject: Re: Beijing Opening Cat A tickets needed

Where are you located?


See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477          PETER MUELLER                    PAGE  10

Subj:  **Re: Beijing Opening Cat A tickets needed**          **REDACTED**
Date:  12/12/2007 10:20:40 AM Central Standard Time

To:    sales@beijingticketing.com

Great! Now please quote the per ticket price US Dollars for two Cat. A tickets. How does the photo credentialing process work with tickets that I purchase thru you?

Thank You.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477          PETER MUELLER                    PAGE  11
E-Mail Beijingticketing.com

Subj:   **Welcome to BeijingTicketing.com**
Date:   12/12/2007 11:06:04 AM Central Standard Time
From:   sales@beijingticketing.com
To:
CC:     admin@beijingticketing.com

# REDACTED

Home - Sign In

# Welcome !

Dear Dr. Peter Mueller

Welcome to BeijingTicketing.com We are specialized in providing sold
out Olympic Summer games tickets in very economical prices. Find your tickets
from our secure and guaranteed website and book them as soon as possible.
However if you cannot find your tickets here just give us a ring or drop an email
anytime. We will be pleased to help you for finding your tickets.

Your login details are as follows:

URL:        http://www.beijingticketing.com/

Login:

Password:

## Featured Events





**Archery Competition**
Sun, 10 Aug 08
**Get the Best Archery
Tickets on the
Locations The Archery
Competition In Beijing
National Stadium**





**Badminton Competition**
Sat, 09 Aug 08
**Get the Best Badminton
Tickets on the
Locations The
Badminton Competition
In Beijing University**





**Baseball Competition**
Web, 13 Aug 08
**Get the Best Baseball
Tickets on the
Locations The Baseball
Competition In
Wukesong Baseball
Field**

| Games : | | |
| --- | --- | --- |
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14   18472358477          PETER MUELLER                      PAGE  12

E-Mail Beijingticketng.com

REDACTED

| | | |
|---|---|---|
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

Questions?
Please feel free to contact http://www.beijingticketing.com/ team for any queries and further information.

Ticket Search Helpline:     +44 (0) 207 593 2088
Ticket Sales :              sales@beijingticketing.com
General Information :        sales@beijingticketing.com



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at sales@beijingticketing.com

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    19472958477                          PETER MUELLER                          PAGE  13
                                                                                                      Page 1 of 1

REDACTED

Subj:    **Re: Your Order at BeijingTicketing 2008**
Date:    12/12/2007 11:12:10 AM Central Standard Time
From:
To:      sales@beijingticketing.com

I never hit the tab to complete this order but it was processed. How did that happen?

Please email me

---

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14   18472958477          PETER MUELLER                    PAGE   14
E-Mail Beijingticketing.com

**REDACTED**

Subj:   **Your Order at BeijingTicketing 2008**
Date:   12/12/2007 11:10:14 AM Central Standard Time
From:   sales@beijingticketing.com
To:
CC:     admin@beijingticketing.com

Home - Sign In

Dear Dr. Peter Mueller

Thank you for choosing BeijingTicketing as Olympic Tickets provider and booking tickets online.

| | |
|---|---|
| Order #: | 29290 |
| OrderDate: | Wednesday, December 12, 2007 |
| Order Status: | In Progress |
| Sport : | Opening Ceremony |
| Date : | Friday, August 08, 2008 |
| Time : | 20:00 - 23:30 |
| Category: | Best Seating in venue |
| Venue : | National Stadium |
| City : | Beijing |
| Session Details : | Opening Ceremony |

Quantity :      2
Price :    $1850.00
Total :   $3700.00

| | |
|---|---|
| Sub Total : | $3700.00 |
| Delivery Fee: | $30.00 |
| Total : | $3730.00 |

Your Order is InProcess now. As soon as we successfully process your Credit/Debit card you will get an Order confirmation email.

**Featured Events**





**Archery Competition**

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Badminton Competition**

Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

**Baseball Competition**

Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477    PETER MUELLER    PAGE 15
E-Mail Beijingticketing.com    Page 2 of 2

## REDACTED

| Games : | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact http://www.beijingticketing.com/ team for any queries and further information.

| | |
|---|---|
| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at sales@beijingticketing.com

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477                    PETER MUELLER                    PAGE  16
                                                                                      Page 1 of 1

# REDACTED

Subj:    **RE: Opening Ceremony tickets**
Date:    12/13/2007 8:45:46 AM Central Standard Time
From:    sales@beijingticketing.com


Dear Peter,

Our tickets come from sponsers and federations and no ID will be required as they do not have
submit names of there guests.

Regards BJ Ticketing


Date: 12/13/07 14:41
Subject: Opening Ceremony tickets


If I purchase Opening Ceremony tickets for Beijing 2008 from you how will you handle the
photo ID submission requirements for the tickets? This is a requirement established by the
BOCOG otherwise tickets will not be honored..   Please advise as soon as possible.   Peter
Mueller


See AOL's top rated recipes and easy ways to stay in shape for winter.


Wednesday, December 26, 2007 America Online: :

Subj:    RE: Fwd: Opening Ceremony tickets
Date:    12/13/2007 9:32:39 AM Central Standard Time
From:    sales@beijingticketing.com



We know all about that but we are told that it does not apply to sponsers tickets it may be better that you do not purchase them if your not 100% happy.

Regards BJ Ticketing.


Date: 12/13/07 15:20
Subject: Fwd: Opening Ceremony tickets


In a message dated 12/13/2007 9:24:34 AM Central Standard Time, Pfmuellerod writes:
Sorry about that, This is basis of my concern about the Opening Ceremony tickets that I wish to purchase.    BOCOG announcement on illegal resale of Beijing Olympic ticketsUpdated□ 2007-10-01
(BEIJING, September 30) – The Legal Affairs Department of the Organizing Committee for the Games of the XXIX Olympiad (BOCOG) issued an announcement on illegal resale transactions and fraud cases during the ticket sales for the Beijing 2008 Olympic Games Sunday.
According to the ticketing process, those who want to transfer tickets in a rightful way should pay for their tickets in advance. Also, tickets for the Opening and Closing Ceremonies are not transferable indiscriminately.
Those who wish to transfer tickets for the Opening and Closing Ceremonies will need to follow BOCOG's ticket transfer policy.
The transfer for competition tickets is feasible under the BOCOG's ticket policy.
Any resale of Olympic tickets for profit, however, is illegal. BOCOG will support the legal authorities to crack down on suspected illegal transactions and fraud cases through all necessary means.
People who engage in criminal activity will be subject to firm punishment according to the Criminal Law of the People's Republic of China.
Ticket holders who acquire tickets through an improper process shall bear the consequences by themselves.
BOCOG officials remind the public to buy and transfer tickets through the proper process and avoid unnecessary expenses.


See AOL's top rated recipes and easy ways to stay in shape for winter.


Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477               PETER MUELLER                     PAGE  18
                                                                                 Page 1 of 1

| | |
|---|---|
| Subj: | RE: Re: Opening Ceremony tickets |
| Date: | 12/13/2007 9:14:02 AM Central Standard Time |
| From: | sales@beijingticketing.com |

**REDACTED**

Dear Peter,

If you order the tickets then they are guaranteed we do not have to source them we have them in inventory.

Regards BJ Ticketing.



Date: 12/13/07 14:59
Subject: Re: Opening Ceremony tickets


Okay. If I order the tickets what is the realistic chance that you'll be able to source them? I'd like to know this before I make arrangements to go to Beijing.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online: .

REDACTED

Subj:   **RE: Re: Opening Ceremony tickets**
Date:   12/13/2007 9:31:42 AM Central Standard Time
From:   sales@beijingticketing.com


you are quite right and when they are we will forward them to you if you choose to buy them.


  Regards BJ Ticketing.

From:
Date: 12/13/07 15:15
Subject: Re: Opening Ceremony tickets


I was under the impression that the tickets will not be printed until next year


See AOL's top rated recipes and easy ways to stay in shape for winter.


Wednesday, December 26, 2007 America Online:

**REDACTED**

Subj.:  RE: order # 29290
Date:   12/13/2007 10:04:24 AM Central Standard Time
From:   sales@beijingticketing.com

JUST CHECKING.....Yes so your all set


From: .
Date: 12/13/07 15:59
Subject: order # 29290


Has this credit card order been processed?


See AOL's top rated recipes and easy ways to stay in shape for winter.


Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477                  PETER MUELLER                        PAGE  21
                                                                              Page 1 of 1

Subj:    **RE: Re: Opening Ceremony tickets**                    **REDACTED**
Date:    12/13/2007 10:02:50 AM Central Standard Time
From:    sales@beijingticketing.com

We have been told that they will not be able to enforce or police what they say now you know
as much as we do so the choice is now yours we would not be selling them if we thought there
would be any problems.

FOR THE LAST TIME Regards BJ TICKETING

Date: 12/13/07 15:49
Subject: Re: Opening Ceremony tickets

Please don't get me wrong, I just wanted to know if you were aware of this, and if the BOCOG
enforces this where does it leave me.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online

04/14/2008  13:14   16472958477                    PETER MUELLER                        PAGE  22

Subj:   (no subject)
Date:   12/13/2007 11:30:29 AM Central Standard Time

REDACTED

To:   sales@beijingticketing.com

What is your corporate name in the state of Delaware?  XL & H Ltd. is not listed according to the State of Delaware.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477                PETER MUELLER                    PAGE  23

Subj:    **order # 29290**                           REDACTED
Date:    12/14/2007 10:41:18 AM Central Standard Time

To:      sales@beijingticketing.com

Please provide the name of your Delaware Corporation. XL&H ltd. is not a Delaware corp.  I have filed a formal
protest with my credit card carrier claiming fraud and have also done so with the State of Delaware.

Exclusive Leisure and Hospitality Limited  is also not listed.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477          PETER MUELLER                    PAGE   24
                                                                           Page 1 of 1

Subj:    **RE: order # 29290**
Date:    12/17/2007 6:55:31 AM Central Standard Time          **REDACTED**
From:    sales@beijingticketing.com

Good Morning, instead of asking questions and going around the houses and spending silly
amounts of time in emailing us and trying to catch out after booking, why dont you just ask for
your money back and for us to cancel your order instead of trying to make youself a private
detective and wasting your time and ours.

BJ Ticketing.


Date: 12/14/07 16:41
Subject: order # 29290


Please provide the name of your Delaware Corporation, XL&H ltd. is not a Delaware corp. I
have filed a formal protest with my credit card carrier claiming fraud and have also done so
with the State of Delaware.  Exclusive Leisure and Hospitality Limited  is also not listed.


See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008 13:14   18472958477            PETER MUELLER                    PAGE 25

Subj:   **Re: order # 29290**
Date:   12/17/2007 7:47:08 AM Central Standard Time

**REDACTED**

To:     sales@beijingticketing.com

Well that sounds like a great idea-please refund all funds for order # 29290.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

Subj:  Re: order # 29290
Date:  12/17/2007 9:27:25 AM Central Standard Time
To:    sales@beijingticketing.com

REDACTED

Sounds like a great idea! Please refund all fees associated with order # 29290.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

REDACTED

Subj:      Re: order # 29290
Date:      12/18/2007 8:26:37 PM Central Standard Time
From:
To:        sales@beijingticketing.com

I'VE ASKED TWICE NOW, SO LET'S MAKE THREE TIMES-PLEASE TAKE CARE OF THIS.

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online:

04/14/2008  13:14    18472958477              PETER MUELLER                    PAGE  29

Subj:     **Re: order # 29290**
Date:     12/19/2007 4:38:09 PM Central Standard Time

**REDACTED**

To:       sales@beijingticketing.com

This is my 4th request for the refund that you said I should ask for. How about it? If I don't receive it I'll contact the appropriate authorities both here in the US, State of Delaware corp fraud division and appropriate UK fraud/crime authorities

See AOL's top rated recipes and easy ways to stay in shape for winter.

Wednesday, December 26, 2007 America Online: