1  DIANA M. TORRES
   DALE M. CENDALI
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407

5  Attorneys for Plaintiffs
   The International Olympic Committee and
6  The United States Olympic Committee

7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORIA

9

10  The United States Olympic            Case No.
11  Committee and The International
    Olympic Committee,                   **DECLARATION OF DAVID PLOTTS**
12                                        **IN SUPPORT OF PLAINTIFFS'**
                  Plaintiffs,             **MOTION FOR A TEMPORARY**
13                                        **RESTRAINING ORDER**
          v.
14
    Does 1-10, inclusive,
15
                  Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

I, David Plotts, HEREBY DECLARE AS FOLLOWS:

1.    I am a resident of Stayton, Oregon.  Except for the facts stated on information and belief, all of facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.    My wife and I have been planning to attend the 2008 Olympic Games for the past seven years.  We knew that this would be the only time in our lives that we would be able both to afford to attend the Games and have the time and flexibility to do so.  In order to get the complete Olympic experience, we wanted to attend both the athletic events as well as the Opening Ceremony.

3.    After being unable to secure tickets to the Opening Ceremony from CoSport, in November of 2007, I went onto the Internet to search for available tickets to the 2008 Olympic Opening Ceremony.  I entered the terms "Opening Ceremony tickets" into the Google search engine.  On the first results page, I found the Website www.beijingticketing.com ("Beijing Ticketing"), which claimed to sell tickets to the 2008 Olympics.  Attached as **Exhibit A** is a true and correct copy of the Beijing Ticketing Website.

4.    The Beijing Ticketing website contained several seemingly official Olympic logos, such as the red human figure logo designed specifically for the 2008 Beijing Games, and appeared to me to be a source of legitimate tickets for the 2008 Olympics.

5.    The site claimed to have exactly the types of tickets that I was looking for—tickets to the 2008 Olympic Opening Ceremony.  The tickets were offered for $1,450 per ticket.

6.    On November 27, 2007, I placed my order for two tickets to the Opening Ceremony.  I entered my contact information as well as my credit card information in the spaces provided on the site.  Beijing Ticketing did not ask for, and I did not provide, my photograph or passport details.

7.    Shortly after placing my order, I received an email from Beijing Ticketing stating, "Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date."

8.    Months went by and I did not receive any tickets from Beijing Ticketing.  On June 30, 2008, when I had still not received anything from Beijing Ticketing, I emailed them at sales@beijingticketing.com requesting that someone from the organization contact me via telephone to discuss my order.

9.    Hearing nothing, I emailed Beijing Ticketing again on July 6, 2008. This time Beijing Ticketing responded, stating that, "All tickets will be dispatched to you by 12pm, 21st July 2008 by FedEx."

10.    After receiving this email, however, I became further convinced that Beijing Ticketing was a fraudulent company as Opening Ceremony tickets require registration with a passport photo and passport information and I had not provided such information to Beijing Ticketing.

11.    I sent Beijing Ticketing a series of emails informing them of this fact and requesting information about my order, however, I have received no response. Attached as **Exhibit B** is a copy of my email correspondence with Beijing Ticketing.

12.    I have also attempted to contact Beijing Ticketing by phone at the number provided on their Website, however, I have been unable to reach anyone with whom to discuss this issue.

13.    At this point, I have not nor do I expect to receive any tickets from Beijing Ticketing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

D. PLOTTS DEC. IN SUPPORT OF
MOTION FOR TRO

1    Executed on this 17th day of July, 2008 at Stayton, Oregon.

2

3

4

5                                                    David Plotts

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**



Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

**Handball Tickets**
**Gymnastics Trampoline Tickets**

☑ Cycling BMX Tickets
☑ Cycling Mountain Bike Tickets
☑ Cycling Road Tickets
☑ Cycling Track Tickets
☑ Diving Tickets
☑ Closing Ceremony Tickets

☑ Judo Tickets
☑ Kayak Flatwater Tickets
☑ Kayak Slalom Tickets
☑ Modern Pentathlon Tickets
☑ Opening Ceremony Tickets

☑ Tennis Tickets
☑ Triathlon Tickets
☑ Volleyball Tickets
☑ Water Polo Tickets
☑ Weightlifting Tickets

**Hockey Tickets**
**Judo Tickets**
**Modern Pentathlon Tickets**
**Rowing Tickets**
**Sailing Tickets**
**Shooting Tickets**
**Softball Tickets**
**Swimming Tickets**
**Synchronised Swimming Tickets**
**Table Tennis Tickets**
**Taekwondo Tickets**
**Triathlon Tickets**
**Volleyball Tickets**
**Water Polo Tickets**
**Weightlifting Tickets**
**Wrestling Tickets**

**Cities**
**Beijing Tickets**
**Qingdao Tickets**
**Tianjin Tickets**
**Shanghai Tickets**
**Shenyang Tickets**
**Qinhuangdao Tickets**
**Hong Kong Tickets**

**HACKER SAFE**
TESTED DAILY  17-JUL

**Olympic Venues**

**Bookmark**
**BeijingTicketing.com :**

### Hot Selling Olympic Summer Games!

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games!

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

### Coming Up Next: Vancouver 2010 Winter Olympic Games

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

### Facts About Summer Olympic 2008

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



**Bookmark BeijingTicketing.com**

🔲 Google          🔲 Yahoo
🔲 Reddit          🔲 Facebook
🔲 Netscape        🔲 StumbleUpon
🔲 Delicious       🔲 Ask








Google
Reddit
Netscape
Delicious
Yahoo
Facebook
StumbleUpon
Ask

http://beijingticketing.com/

7/17/2008



**Archery Competition**

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition in Beijing National Stadium...



**Badminton Competition**

Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on The Badminton Competition in Beijing University



**Baseball Competition**

Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition in Xinghua Workers Stadium

**Games :**




- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets
- Closing Ceremony Tickets
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets

- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets
- Gymnastics Trampoline Tickets
- Handball Tickets
- Hockey Tickets
- Judo Tickets
- Kayak Flatwater Tickets
- Kayak Slalom Tickets
- Modern Pentathlon Tickets
- Opening Ceremony Tickets

- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets
- Taekwondo Tickets
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets

**Hot Selling Olympic Summer Games:**

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing, Quindgao , Tianjin , Shanghai, Shenyang , Qinhuangdao , Hong Kong ), Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

**Hot Selling Olympic Summer Games:**

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

**Ticketing Summary:**

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.

**Login**

e-mail

Password

Login

Forgot Password

**Closing Ceremony**
Get Your Tickets Now!

**Finals Tickets**
Get Your Tickets Now!

**Sports and Events**
Calendar Beijing 2008


Sports Schedule




SATISFACTION GUARANTEE


**Total Satisfaction** Guarantee



Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



Hospitality Packages
An Unforgettable Experience!

Safe & Secure Transactions

Bookmark BeijingTicketing.com

- Google
- Reddit
- Netscape
- Delicious

- Yahoo
- Facebook
- StumbleUpon
- Ask



http://beijingticketing.com/

7/17/2008

http://beijingticketing.com/

Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

Page 6 of 6

## Venues

- Beijing Institute of Technology Gymnasium
- Beijing Shooting Complex
- Beijing University of Aeronautics And Astronautics Gymnasium
- Beijing University of Technology Gymnasium
- Capital Indoor Stadium
- Chaoyang Park Beach Volleyball Ground
- China Agricultural University Gymnasium
- Fencing Hall
- Fengtai Softball Field
- Hong Kong Equestrian Venue (Beas River)
- Hong Kong Equestrian Venue (Shatin)
- Laoshan Bicycle Moto Cross (BMX) Venue
- Laoshan Mountain Bike Course

- Laoshan Velodrome
- Modern Pentathlon Venue
- National Aquatics Centre
- National Indoor Stadium
- National Stadium
- Olympic Green Archery Field
- Olympic Green Hockey Field
- Olympic Green Tennis Centre
- Olympic Sports Centre Gymnasium
- Peking University Gymnasium
- Qingdao Olympic Sailing Centre
- Qinhuangdao Olympic Sports Centre Stadium
- Shanghai Stadium

- Shenyang Olympic Sports Centre Stadium
- Shunyi Olympic Rowing-Canoeing Park
- Tianjin Olympic Centre Stadium
- Triathlon Venue
- University of Science and Technology Beijing Gymnasium
- Cycling Road Course
- Workers Indoor Arena
- Workers Stadium
- Wukesong Baseball Field
- Wukesong Indoor Stadium
- Ying Tung Natatorium

Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.

Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues

Home . About Us . Contact Us . My Account . Site Map
XI & H Ltd. All rights reserved.    Terms and Conditions
Privacy Policy | Contact us at: sales@beijingticketing.com

Olympic 2008 Schedule

Olympic 2008 Request Tickets

HACKER SAFE
TESTED 17-JUL

7/17/2008

**EXHIBIT B**

REDACTED

```
> From: sales@beijingticketing.com

> CC: admin@beijingticketing.com
> Date: Tue, 27 Nov 2007 07:44:00 +0000
> Subject: Your Payment Received.
>
> Home - Sign In
>
>
>
>
>
> Dear Mr. David Plotts
>
> Thanks for choosing our services to book your tickets online.We have received the
payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.
>
> Many Thanks
>
> Beijingticketing.com
>
> Order #:              29147
> OrderDate:            Tuesday, November 27, 2007
> Order Status:        Paid
> Sport : Opening Ceremony
> Quantity :     2
> Price : $1450.00
> Total : $2900.00
>
> Date :  Friday, August 08, 2008
> Time :  20:00 - 23:30
> Category:       Next Best seating
> Venue : National Stadium
> City :  Beijing
> Session Details :      Opening Ceremony
> Sub Total :            $2900.00
> Delivery Fee:          $30.00
> Total :        $2930.00
>
>
>
>
>  Featured Events
>
> [http://www.beijingticketing.com/mail/sport01_01.jpg]
>  Archery Competition
> [http://www.beijingticketing.com/mail/sport01_03.gif]Sun, 10 Aug 08
> Get the Best Archery Tickets on the Locations The Archery Competition In Beijing
National Stadium
>
> [http://www.beijingticketing.com/mail/sport02_01.jpg]
>  Badminton Competition
> [http://www.beijingticketing.com/mail/sport02_03.gif]Sat, 09 Aug 08
```

1

> Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing
University
>
> [http://www.beijingticketing.com/mail/sport03_01.jpg]
>  Baseball Competition
> [http://www.beijingticketing.com/mail/sport03_03.gif]Web, 13 Aug 08
> Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong
Baseball Field
>
>
>
> Games :
> [http://www.beijingticketing.com/icons/i_archery.gif] Archery Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Equestrian Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Rowing Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Athletics Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Fencing Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Sailing Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Badminton Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Football Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Shooting Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Baseball Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Gymnastics Artistic Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Softball Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Basketball Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Gymnastics Rhythmic Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Swimming Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Beach Volleyball Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Gymnastics Trampoline Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Synchronised Swimming Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Boxing Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Handball Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Table Tennis Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Closing Ceremony Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Hockey Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Taekwondo Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Cycling BMX Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Judo Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Tennis Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Cycling Mountain Bike Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Kayak Flatwater Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Triathlon Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Cycling Road Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Kayak Slalom Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Volleyball Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Cycling Track Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Modern Pentathlon Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Water Polo Tickets
> [http://www.beijingticketing.com/icons/i_archery.gif] Diving Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Opening Ceremony Tickets
[http://www.beijingticketing.com/icons/i_archery.gif]  Weightlifting Tickets
>
> Questions?
> Please feel free to contact www.BeijingTicketing.com team for any queries and further
information.
> Ticket Search Helpline: +44 (0) 207 593 2096
> Ticket Sales :  sales@beijingticketing.com
> General Information :  sales@beijingticketing.com
>
>
>
> [http://www.beijingticketing.com/mail/logo-effect.gif]  Home  | About Us  | Contact Us
| My Account  | Site Map
> Beijing Ticketing 2008 Inc. All rights reserved.
> Terms and Conditions  |Contact us at:sales@beijingticketing.com

REDACTED

> From: sales@beijingticketing.com
>
> CC: admin@beijingticketing.com
> Date: Tue, 27 Nov 2007 00:09:13 +0000
> Subject: Your Order at BeijingTicketing 2008
>
> Home - Sign In
>
>
>
>
>
>
> Dear Mr. David Plotts
>
> Thank you for choosing BeijingTicketing as Olympic Tickets provider and booking tickets
online.
>
> Order #:                29147
> OrderDate:              Tuesday, November 27, 2007
> Order Status:           In Progress
> Sport : Opening Ceremony
> Quantity :       2
> Price : $1450.00
> Total : $2900.00
>
> Date : Friday, August 08, 2008
> Time :  20:00 - 23:30
> Category:       Next Best seating
> Venue : National Stadium
> City :  Beijing
> Session Details :       Opening Ceremony
> Sub Total :             $2900.00
> Delivery Fee:           $30.00
> Total :       $2930.00
>
> Your Order is InProcess now. As soon as we successfully process your Credit/Debit card
you will get an Order confirmation email.
>
>
>
>
>   Featured Events
>
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]
>   Archery Competition
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]Sun, 10 Aug 08
> Get the Best Archery Tickets on the Locations The Archery Competition In Beijing
National Stadium
>
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]
>   Badminton Competition
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]Sat, 09 Aug 08

1

> Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University
>
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]
>  Baseball Competition
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]Web, 13 Aug 08
> Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field
>
>
>
> Games :
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Archery Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Equestrian Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Rowing Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Athletics Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Fencing Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Sailing Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Badminton Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Football Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Shooting Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Baseball Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Gymnastics Artistic Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Softball Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Basketball Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Gymnastics Rhythmic Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Swimming Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Beach Volleyball Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Gymnastics Trampoline Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Synchronised Swimming Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Boxing Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Handball Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Table Tennis Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Closing Ceremony Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Hockey Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Taekwondo Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Cycling BMX Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Judo Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Tennis Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Cycling Mountain Bike Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Kayak Flatwater Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Triathlon Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Cycling Road Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Kayak Slalom Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Volleyball Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Cycling Track Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Modern Pentathlon Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Water Polo Tickets
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif] Diving Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Opening Ceremony Tickets
[http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]  Weightlifting Tickets
>
> Questions?
> Please feel free to contact www.BeijingTicketing.com team for any queries and further information.
> Ticket Search Helpline: +44 (0) 207 593 2096
> Ticket Sales :  sales@beijingticketing.com
> General Information :   sales@beijingticketing.com
>
>
>
> [http://gfx1.hotmail.com/mail/w3/pr01/ltr/i_safe.gif]    Home | About Us | Contact Us |
My Account | Site Map
> Beijing Ticketing 2008 Inc. All rights reserved.
> Terms and Conditions |Contact us at:sales@beijingticketing.com

REDACTED

> To: sales@beijingticketing.com
> Subject: RE: Your Payment Received.
> Date: Mon, 30 Jun 2008 11:32:15 -0700
>
>
> I have ordered Opening Ceremonies tickets from your company for the 2008 Summer Olympics
in Beijing.  I am interested in purchasing more tickets through your company, but I would
like to talk with someone ASAP.
>
> Please call me today!  I have questions about my Opening Ceremonies tickets and also
about purchasing more athletics tickets.
>

>
>> From: sales@beijingticketing.com

>> CC: admin@beijingticketing.com
>> Date: Tue, 27 Nov 2007 07:44:00 +0000
>> Subject: Your Payment Received.
>>
>> Home
>
> Need to know now? Get instant answers with Windows Live Messenger.
> http://www.windowslive.com/messenger/connect_your_way.html?
ocid=TXT_TAGLM_WL_Refresh_messenger_062008


Use video conversation to talk face-to-face with Windows Live Messenger.
http://www.windowslive.com/messenger/connect_your_way.html?
ocid=TXT_TAGLM_WL_Refresh_messenger_video_072008

1

# REDACTED

----------------------------------------

> To: sales@beijingticketing.com
> Subject: Opening Ceremonies Information
> Date: Tue, 8 Jul 2008 20:38:55 -0700
>
>
> Beijingticketing.com~
>
> My wife and I purchased Opening Ceremonies tickets from your company back in November.
We spent nearly $3000 on the tickets and you haven't yet obtained our passport information
or photos.  These are necessary for the tickets to be registered with BOCOG so that we can
presumably use them in Beijing.  Since you haven't contacted us yet, I can only assume
that you're company is a fraudulent company.  I have read literally hundreds of comments
about your company online and I have no reason to believe that my conclusions regarding
your company are untrue.
>
> We have contacted the local television station and they are doing an expose on your
company tomorrow.  Furthermore, we are contacting our credit card company, the local
police, and the FBI.  Please consider this as a warning to your company that we will not
be defrauded and go quietly.
>
> David Plotts
>
> _____
> Making the world a better place one message at a time.
> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_BetterPlace

_____
With Windows Live for mobile, your contacts travel with you.
http://www.windowslive.com/mobile/overview.html?ocid=TXT_TAGLM_WL_mobile_072008

REDACTED

```
----------------------------------------
> Date: Wed, 9 Jul 2008 08:18:28 +0000
> From: sales@beijingticketing.com
:
> Subject: RE: Opening Ceremonies Information
> CC:
>
>
>
> Hi There,
>
> All tickets will be dispatched to you by 12pm, 21st July 2008
> by Fedex.
>
> Regards,
>
>
>
> From:     David Plotts
> Date:     7/9/08 3:38Subject:   Opening Ceremonies Information
>
>
> Beijingticketing.com~
>
> My wife and I purchased Opening Ceremonies tickets from your company back in November.
We spent nearly $3000 on the tickets and you haven't yet obtained our passport information
or photos.  These are necessary for the tickets to be registered with BOCOG so that we can
presumably use them in Beijing..  Since you haven't contacted us yet, I can only assume
that you're company is a fraudulent company.  I have read literally hundreds of comments
about your company online and I have no reason to believe that my conclusions regarding
your company are untrue.
>
> We have contacted the local television station and they are doing an expose on your
company tomorrow.  Furthermore, we are contacting our credit card company, the local
police, and the FBI.  Please consider this as a warning to your company that we will not
be defrauded and go quietly.
>
> David Plotts
>
> _____
> Making the world a better place one message at a time.
> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_BetterPlace

_____
Stay in touch when you're away with Windows Live Messenger.
http://www.windowslive.com/messenger/overview.html?ocid=TXT_TAGLM_WL_messenger2_072008
```

1

# REDACTED

------------------------------------------

> To: sales@beijingticketing.com
> Subject: RE: Opening Ceremonies Information
> Date: Wed, 9 Jul 2008 09:03:21 -0700
>
>
> Opening Ceremonies tickets require registration with passport photo and passport
information.  Your company does not have either of this information.   If the tickets are
dispatched to us, how will we be able to use them if they haven't been registered with
BOCOG?  The registration deadline is July 14th.
>
> I've done my homework; I'll know whether the tickets that I get are legitimate.
>
> David Plotts
> ------------------------------------------
>> Date: Wed, 9 Jul 2008 08:18:28 +0000
>> From: sales@beijingticketing.com
>>
>> Subject: RE: Opening Ceremonies Information
>> CC:
>>
>>
>>
>> Hi There,
>>
>> All tickets will be dispatched to you by 12pm, 21st July 2008
>> by Fedex.
>>
>> Regards,
>>
>>
>>
>> From:     David Plotts
>> Date:     7/9/08 3:38Subject:  Opening Ceremonies Information
>>
>>
>> Beijingticketing.com~
>>
>> My wife and I purchased Opening Ceremonies tickets from your company back in November.
We spent nearly $3000 on the tickets and you haven't yet obtained our passport information
or photos.  These are necessary for the tickets to be registered with BOCOG so that we can
presumably use them in Beijing..  Since you haven't contacted us yet, I can only assume
that you're company is a fraudulent company.  I have read literally hundreds of comments
about your company online and I have no reason to believe that my conclusions regarding
your company are untrue.
>>
>> We have contacted the local television station and they are doing an expose on your
company tomorrow.  Furthermore, we are contacting our credit card company, the local
police, and the FBI.  Please consider this as a warning to your company that we will not
be defrauded and go quietly.
>>
>> David Plotts
>>
>> _____

1

REDACTED

---------------------------------------

> To: sales@beijingticketing.com
> Subject: RE: Opening Ceremonies Information
> Date: Thu, 10 Jul 2008 23:13:37 -0700
>
>
> Beijingticketing.com~
>
> I've been in contact tonight with another customer/victim and we're piecing together
what has happened thus far with each of our ticketing fiascos.  I've got to hand it to you
guys: the scam you came up with is the most legitimate looking scam I've ever seen.
Here's the bad news, the Oregon Attorney General and the FBI are now on your case.
>
> I've told you repeatedly that I've done my homework and I'll know if the tickets I get
are legitimate.  The gentleman that I spoke with tonight said that he received an email
from your company stating that the tickets that he will receive are sponsor tickets and
thus don't require a passport photo or passport information.  I have not received such an
email.  He then emailed the official Olympic ticketing office in Beijing and asked if that
it was in fact true that sponsor tickets don't have to be registered.  The answer he
received: SPONSOR TICKETS DO HAVE TO BE REGISTERED WITH PASSPORT INFO AND PASSPORT PHOTOS!
What this means is that whatever tickets that you send on July 21st will likely be
counterfeit.  I know it, you know it, and I know that you know it.
>
> You have no idea of the pain, anger, and frustration that you have caused.  We've been
planning our trip to the Olympics for 7 years.  You have robbed us of what was sure to be
our brightest memory.  We are frustrated, hurt, angry, and WE WON'T GO AWAY.  You, and
your parent company, won't soon forget the pain you've caused us.
>
> David Plotts
> ---------------------------------------
>> Date: Wed, 9 Jul 2008 08:18:28 +0000
>> From: sales@beijingticketing.com
>>
>> Subject: RE: Opening Ceremonies Information
>> CC:
>>
>>
>>
>> Hi There,
>>
>> All tickets will be dispatched to you by 12pm, 21st July 2008
>> by Fedex.
>>
>> Regards,
>>
>>
>>
>> From:      David Plotts
>> Date:      7/9/08 3:38Subject:  Opening Ceremonies Information
>>
>>
>> Beijingticketing.com~
>>
>> My wife and I purchased Opening Ceremonies tickets from your company back in November.

1

REDACTED

------------------------------------------

> To: sales@beijingticketing.com
> Subject: RE: Opening Ceremonies Information
> Date: Thu, 10 Jul 2008 01:02:35 -0700
>
>
> Futhermore, I've been in contact with several other "customers" that have been
defrauded. More reports being made to the authorities and the credit card companies. If
your company and the Opening Ceremonies tickets are legitimate, you need to be in contact
with your customers NOW to get their passport information so that it can be submitted to
BOCOG.
> ------------------------------------------
>> Date: Wed, 9 Jul 2008 08:18:28 +0000
>> From: sales@beijingticketing.com

>> Subject: RE: Opening Ceremonies Information
>> CC:
>>
>>
>>
>> Hi There,
>>
>> All tickets will be dispatched to you by 12pm, 21st July 2008
>> by Fedex.
>>
>> Regards,
>>
>>
>>
>> From:      David Plotts
>> Date:      7/9/08 3:38Subject:   Opening Ceremonies Information
>>
>>
>> Beijingticketing.com~
>>
>> My wife and I purchased Opening Ceremonies tickets from your company back in November.
We spent nearly $3000 on the tickets and you haven't yet obtained our passport information
or photos.  These are necessary for the tickets to be registered with BOCOG so that we can
presumably use them in Beijing..  Since you haven't contacted us yet, I can only assume
that you're company is a fraudulent company.  I have read literally hundreds of comments
about your company online and I have no reason to believe that my conclusions regarding
your company are untrue.
>>
>> We have contacted the local television station and they are doing an expose on your
company tomorrow.  Furthermore, we are contacting our credit card company, the local
police, and the FBI.  Please consider this as a warning to your company that we will not
be defrauded and go quietly.
>>
>> David Plotts
>>
>> _____
>> Making the world a better place one message at a time.
>> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_BetterPlace
                                      1

We spent nearly $3000 on the tickets and you haven't yet obtained our passport information or photos.  These are necessary for the tickets to be registered with BOCOG so that we can presumably use them in Beijing..  Since you haven't contacted us yet, I can only assume that you're company is a fraudulent company.  I have read literally hundreds of comments about your company online and I have no reason to believe that my conclusions regarding your company are untrue.
>>
>> We have contacted the local television station and they are doing an expose on your company tomorrow.  Furthermore, we are contacting our credit card company, the local police, and the FBI.  Please consider this as a warning to your company that we will not be defrauded and go quietly.
>>
>> David Plotts
>>
>> _____
>> Making the world a better place one message at a time.
>> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_BetterPlace
>
> _____
> The i'm Talkaton. Can 30-days of conversation change the world?
> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_ChangeWorld

_____
Time for vacation? WIN what you need- enter now!
http://www.gowindowslive.com/summergiveaway/?ocid=tag_jlyhm

REDACTED

```
-------------------------------------------
> To: sales@beijingticketing.com
> Subject: RE: Opening Ceremonies Information
> Date: Thu, 10 Jul 2008 01:02:35 -0700
>
>
>
> Futhermore, I've been in contact with several other "customers" that have been
defrauded. More reports being made to the authorities and the credit card companies. If
your company and the Opening Ceremonies tickets are legitimate, you need to be in contact
with your customers NOW to get their passport information so that it can be submitted to
BOCOG.
> -------------------------------------------
>> Date: Wed, 9 Jul 2008 08:18:28 +0000
>> From: sales@beijingticketing.com

>> Subject: RE: Opening Ceremonies Information
>> CC:
>>
>>
>>
>> Hi There,
>>
>> All tickets will be dispatched to you by 12pm, 21st July 2008
>> by Fedex.
>>
>> Regards,
>>
>>
>>
>> From:    David Plotts
>> Date:    7/9/08 3:38Subject:  Opening Ceremonies Information
>>
>>
>> Beijingticketing.com~
>>
>> My wife and I purchased Opening Ceremonies tickets from your company back in November.
We spent nearly $3000 on the tickets and you haven't yet obtained our passport information
or photos.  These are necessary for the tickets to be registered with BOCOG so that we can
presumably use them in Beijing..  Since you haven't contacted us yet, I can only assume
that you're company is a fraudulent company.  I have read literally hundreds of comments
about your company online and I have no reason to believe that my conclusions regarding
your company are untrue.
>>
>> We have contacted the local television station and they are doing an expose on your
company tomorrow.  Furthermore, we are contacting our credit card company, the local
police, and the FBI.  Please consider this as a warning to your company that we will not
be defrauded and go quietly.
>>
>> David Plotts
>>
>> _____
>> Making the world a better place one message at a time.
>> http://www.imtalkathon.com/?source=EML_WLH_Talkathon_BetterPlace
                                   1
```