1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407
   dtorres@omm.com
5
   Attorneys for Plaintiffs
6  The United States Olympic Committee and
   the International Olympic Committee
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | The United States Olympic Committee | Case No.  3:08-cv-03514-JSW
   | and the International Olympic        |
12 | Committee,                           |
                                          | **PROOF OF SERVICE**
13 |              Plaintiffs,             |

14 |      v.                              |

15 | Does 1-10, inclusive,                |

16 |              Defendants.             |

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY EMAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On July 23, 2008, I transmitted from my business email account, sdrucker@omm.com, an electronic service copy of the following:

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**

to the following, at the email address indicated below:

**sales@beijingticketing.com**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 23, 2008, at San Francisco, California.

/s/ Stacey H. Drucker
Stacey H. Drucker

SF1:722833.1