IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 24, 2008                 **Court Reporter:** Kathy Sullivan


**CASE NO.: C- 08-3514   JSW**

**TITLE:** The U. S. Olympic Committee and the International Olympic Committee v. Does 1 - 10, Inclusive


**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

**Diana Torres**                        No appearance by or for defendants


**PROCEEDINGS:**    Hearing on Motion for Temporary Restraining Order

**RESULTS:**    The Court heard argument from counsel.
                The motion is taken under submission.
                A written ruling shall issue.