DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (State Bar No. 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Plaintiffs
The International Olympic Committee and the United
States Olympic Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The International Olympic Committee and the United States Olympic Committee,<br><br>               Plaintiffs,<br><br>   v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>               Defendants. | Case No.  C 08-03514 JSW<br><br>**SUPPLEMENTAL DECLARATION OF COURTNEY SCHNEIDER IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, COURTNEY SCHNEIDER, HEREBY DECLARE AS FOLLOWS:

1.      I am an associate in the law firm of O'Melveny & Myers LLP, counsel for Plaintiffs in this matter.  I am personally familiar with the facts and circumstances set forth herein, and would and could competently testify to them if called as a witness.

2.      According to the WhoIs records available at http://www.networksolutions.com/whois/index.jsp, ServePath is the host server of the following websites:  Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; and Olympicticketsbeijing2008.com.  Attached as **Exhibit A** are true and accurate copies of the WhoIs records for each of the websites.  According to ServPath's website, the headquarters and data centers that house ServePath's webhosting servers are located in San Francisco, California.  Attached as **Exhibit B** is a true and correct copy of the ServPath's website, located at www.servpath.com.

3.      According to its official website, VeriSign, Inc. maintains the official registry for all .com and .net domain names and is headquartered in Mountain View, California.  Attached as **Exhibit C** is a true and correct copy of the relevant pages of VeriSign's website, located at www.verisign.com.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 29th day of July, 2008, at New York, New York.

_____
Courtney Schneider

SUPPLEMENTAL DECL. IN SUPPORT OF
MOTION FOR TRO

Exhibit A

NetworkSolutions

🐌Call us 1-800-333-7680 (U.S. Only)    Sho

Login    Help

# WHOIS Search Results

Available **beijingticketing** extensions:

| .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

## Your WHOIS Search Results

### beijingticketing.com

**Make an instant, anonymous offer to the current domain registrant.**

=.=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: BEIJINGTICKETING.COM

Administrative Contact:
   XLH
   IT Manager (bulkregisterdomains@gmail.com)
   +44.08452309339

Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Technical Contact:
    XLH
    IT Manager (bulkregisterdomains@gmail.com)
    +44.08452309339
    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Registrant Contact:
    XLH
    IT Manager

    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 17 May 2007 15:34:27
Expiration date: 17 May 2009 15:34:27
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting

this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 69.59.138.21 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW YORK-NEW YORK |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | ok |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 4 |
| Data as of: | 22-Apr-2008 |




**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go »

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go »



↻ Close window

## ARIN Details

**beijingticketing.com**

**69.59.138.21**
**Record Type:**                                      IP Address

```
OrgName:   ServePath, LLC
OrgID:     SERVEP
Address:   345 Spear Street
Address:   Suite 515
City:      San Francisco
StateProv: CA
PostalCode: 94105
Country:   US
```

ReferralServer: rwhois://rwhois.servepath.com:4321

```
NetRange:  69.59.128.0 - 69.59.191.255
CIDR:      69.59.128.0/18
NetName:   SERVEPATH-BLK2
NetHandle: NET-69-59-128-0-1
Parent:    NET-69-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:   http://www.servepath.com/
RegDate:   2003-06-24
Updated:   2003-10-06
```

```
RNOCHandle: SN458-ARIN
RNOCName:  NOC, ServePath, ServePath
RNOCPhone: +1-415-252-3600
RNOCEmail: noc@servepath.com
```

```
OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:  ServePath Abuse Administrator
OrgAbusePhone: +1-415-869-7000
OrgAbuseEmail: abuse@servepath.com
```

```
OrgNOCHandle: SERVE11-ARIN
OrgNOCName:  ServePath NOC
OrgNOCPhone: +1-415-869-7000
OrgNOCEmail: noc@servepath.com
```

```
OrgTechHandle: JAL168-ARIN
OrgTechName:  Lassoff, Jonathan Alexander
OrgTechPhone: +1-415-869-6915
OrgTechEmail: jlassoff@servepath.com
```

```
OrgTechHandle: YAN-ARIN
OrgTechName:  Angrish, Yogesh
```

OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName:  Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail:  schen@servepath.com

# NetworkSolutions

Call us 1-800-333-7680 (U.S. Only)

Login    Help

Sho

## WHOIS Search Results

Available **2008-0lympics** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s)

### Your WHOIS Search Results

### 2008-0lympics.com

Make an instant, anonymous offer to the current domain
registrant.

=.=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: 2008-0LYMPICS.COM

Registrant Contact:
  XLH
  IT Manager

Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Administrative Contact:
    XLH
    IT Manager (bulkregisterdomains@gmail.com)
    +44.08452309339
    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Technical Contact:
    XLH
    IT Manager (bulkregisterdomains@gmail.com)
    +44.08452309339
    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 06 Feb 2004 07:29:03
Expiration date: 06 Feb 2009 07:29:03
=.=.=.=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting

this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.151.82.60 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 22-Apr-2008 |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee





Page 1 of 2

⊃ Close window

# ARIN Details

**2008-0lympics.com**

**64.151.82.60**
**Record Type:**                                            IP Address

OrgName:    ServePath, LLC
OrgID:      SERVEP
Address:    345 Spear Street
Address:    Suite 515
City:       San Francisco
StateProv:  CA
PostalCode: 94105
Country:    US

ReferralServer: rwhois://rwhois.servepath.com:4321

NetRange:   64.151.64.0 - 64.151.127.255
CIDR:       64.151.64.0/18
NetName:    SERVEPATH-BLK4
NetHandle:  NET-64-151-64-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:    http://www.servepath.com/
RegDate:    2004-01-27
Updated:    2004-09-01

RNOCHandle: SN458-ARIN
RNOCName:   NOC, ServePath, ServePath
RNOCPhone:  +1-415-252-3600
RNOCEmail:  noc@servepath.com

OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:   ServePath Abuse Administrator
OrgAbusePhone:  +1-415-869-7000
OrgAbuseEmail:  abuse@servepath.com

OrgNOCHandle: SERVE11-ARIN
OrgNOCName:   ServePath NOC
OrgNOCPhone:  +1-415-869-7000
OrgNOCEmail:  noc@servepath.com

OrgTechHandle: JAL168-ARIN
OrgTechName:   Lassoff, Jonathan Alexander
OrgTechPhone:  +1-415-869-6915
OrgTechEmail:  jlassoff@servepath.com

OrgTechHandle: YAN-ARIN
OrgTechName:   Angrish, Yogesh

OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName: Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail: schen@servepath.com

NetworkSolutions.

🛍Call us 1-800-333-7680 (U.S. Only)          Sho

Login      Help

# WHOIS Search Results

Available **olympic-tickets** extensions:

| .us | .mobi | .biz | .eu | .bz |
|-----|-------|------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

## Your WHOIS Search Results

### olympic-tickets.net

**Make an instant, anonymous offer to the current domain registrant.**

=.=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: OLYMPIC-TICKETS.NET

Registrant Contact:
   XLH
   IT Manager

Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Administrative Contact:
XLH
IT Manager (bulkregisterdomains@gmail.com)
+44.08452309339
Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Technical Contact:
XLH
IT Manager (bulkregisterdomains@gmail.com)
+44.08452309339
Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Status: Locked

Name Servers:
dns1.name-services.com
dns2.name-services.com
dns3.name-services.com
dns4.name-services.com
dns5.name-services.com

Creation date: 19 Jul 2004 14:51:22
Expiration date: 19 Jul 2009 14:51:00
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting

this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 64.151.82.60 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW YORK-NEW YORK |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 14-Jun-2005 |




**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee



» **Close window**

## ARIN Details

**olympic-tickets.net**

**64.151.82.60**
**Record Type:**                                                    IP Address

OrgName:   ServePath, LLC
OrgID:     SERVEP
Address:   345 Spear Street
Address:   Suite 515
City:      San Francisco
StateProv: CA
PostalCode: 94105
Country:   US

ReferralServer: rwhois:/rwhois.servepath.com:4321

NetRange:  64.151.64.0 - 64.151.127.255
CIDR:      64.151.64.0/18
NetName:   SERVEPATH-BLK4
NetHandle: NET-64-151-64-0-1
Parent:    NET-64-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:   http://www.servepath.com/
RegDate:   2004-01-27
Updated:   2004-09-01

RNOCHandle: SN458-ARIN
RNOCName:  NOC, ServePath, ServePath
RNOCPhone: +1-415-252-3600
RNOCEmail: noc@servepath.com

OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:  ServePath Abuse Administrator
OrgAbusePhone: +1-415-869-7000
OrgAbuseEmail: abuse@servepath.com

OrgNOCHandle: SERVE11-ARIN
OrgNOCName:  ServePath NOC
OrgNOCPhone: +1-415-869-7000
OrgNOCEmail: noc@servepath.com

OrgTechHandle: JAL168-ARIN
OrgTechName:  Lassoff, Jonathan Alexander
OrgTechPhone: +1-415-869-6915
OrgTechEmail: jlassoff@servepath.com

OrgTechHandle: YAN-ARIN
OrgTechName:  Angrish, Yogesh

OrgTechPhone:  +1-415-869-7000
OrgTechEmail:  yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName:   Chen, Simon
OrgTechPhone:  +1-415-869-7000
OrgTechEmail:  schen@servepath.com

Network**Solutions**.

⚊Call us 1-800-333-7680 (U.S. Only)          Shc
                                    Login      Help

# WHOIS Search Results

Available **beijingolympic2008tickets** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

## Your WHOIS Search Results

### beijingolympic2008tickets.com
Services from Network Solutions:

- Let us help you get this domain name!

- Try to get this name when it becomes available.

SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Domain name: BEIJINGOLYMPIC2008TICKETS.COM

Registrant Contact:
  XLH
  IT Manager

  Suite 700
  2415 East Camelback Road
  Phoenix Arizona, AZ 85016
  US

Administrative Contact:
  XLH
  IT Manager (bulkregisterdomains@gmail.com)
  +44.08452309339
  Suite 700
  2415 East Camelback Road
  Phoenix Arizona, AZ 85016
  US

Technical Contact:
  XLH
  IT Manager (bulkregisterdomains@gmail.com)
  +44.08452309339
  Suite 700
  2415 East Camelback Road
  Phoenix Arizona, AZ 85016
  US

Status: Locked

Name Servers:
  dns1.name-services.com
  dns2.name-services.com
  dns3.name-services.com
  dns4.name-services.com
  dns5.name-services.com

Creation date: 06 Jun 2007 09:48:45
Expiration date: 06 Jun 2009 09:48:45
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic

WHOIS domain registration information results for beijingolympic2008tickets.com from ...    Page 4 of 6

mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than ...
Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.151.82.60 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 22-Apr-2008 |

When you register a domain name, current policies require that the contact information for your domain name
registration be included in a public database known as WHOIS. To learn about actions you can take to protect
your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use
of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner
that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network
Solutions for information purposes only, and to assist persons in obtaining information about or related to a
domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful
purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or
facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited
without the prior written consent of Network Solutions. Network Solutions reserves all rights and remedies it now
has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS
database in its sole discretion, for any violations by you of these terms of use, including without limitation, for

» Close window

## ARIN Details

**beijingolympic2008tickets.com**

**64.151.82.60**
**Record Type:**                                            IP Address

OrgName:    ServePath, LLC
OrgID:      SERVEP
Address:    345 Spear Street
Address:    Suite 515
City:       San Francisco
StateProv:  CA
PostalCode: 94105
Country:    US

ReferralServer: rwhois://rwhois.servepath.com:4321

NetRange:   64.151.64.0 - 64.151.127.255
CIDR:       64.151.64.0/18
NetName:    SERVEPATH-BLK4
NetHandle:  NET-64-151-64-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:    http://www.servepath.com/
RegDate:    2004-01-27
Updated:    2004-09-01

RNOCHandle: SN458-ARIN
RNOCName:   NOC, ServePath, ServePath
RNOCPhone:  +1-415-252-3600
RNOCEmail:  noc@servepath.com

OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:   ServePath Abuse Administrator
OrgAbusePhone:  +1-415-869-7000
OrgAbuseEmail:  abuse@servepath.com

OrgNOCHandle: SERVE11-ARIN
OrgNOCName:   ServePath NOC
OrgNOCPhone:  +1-415-869-7000
OrgNOCEmail:  noc@servepath.com

OrgTechHandle: JAL168-ARIN
OrgTechName:   Lassoff, Jonathan Alexander
OrgTechPhone:  +1-415-869-6915
OrgTechEmail:  jlassoff@servepath.com

OrgTechHandle: YAN-ARIN
OrgTechName:   Angrish, Yogesh

OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName: Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail: schen@servepath.com

NetworkSolutions.

📞Call us 1-800-333-7680 (U.S. Only)        Sho

Login    Help

# WHOIS Search Results

Available **beijingolympictickets2008** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

## Your WHOIS Search Results

### beijingolympictickets2008.com

**Make an instant, anonymous offer to the current domain registrant.**

=.=.=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: BEIJINGOLYMPICTICKETS2008.COM

Administrative Contact:
  XLH
  IT Manager (bulkregisterdomains@gmail.com)
  +44.08452309339

Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Technical Contact:
   XLH
   IT Manager (bulkregisterdomains@gmail.com)
   +44.08452309339
   Suite 700
   2415 East Camelback Road
   Phoenix Arizona, AZ 85016
   US

Registrant Contact:
   XLH
   IT Manager

   Suite 700
   2415 East Camelback Road
   Phoenix Arizona, AZ 85016
   US

Status: Active

Name Servers:
   dns1.name-services.com
   dns2.name-services.com
   dns3.name-services.com
   dns4.name-services.com
   dns5.name-services.com

Creation date: 17 May 2007 14:55:59
Expiration date: 17 May 2009 14:55:59
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting

this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.151.82.60 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 22-Apr-2008 |



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

Go ≫



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

Go ≫

» Close window

## ARIN Details

**beijingolympictickets2008.com**

**64.151.82.60**
**Record Type:**                                    IP Address

OrgName:   ServePath, LLC
OrgID:     SERVEP
Address:   345 Spear Street
Address:   Suite 515
City:      San Francisco
StateProv: CA
PostalCode: 94105
Country:   US

ReferralServer: rwhois://rwhois.servepath.com:4321

NetRange:  64.151.64.0 - 64.151.127.255
CIDR:      64.151.64.0/18
NetName:   SERVEPATH-BLK4
NetHandle: NET-64-151-64-0-1
Parent:    NET-64-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:   http://www.servepath.com/
RegDate:   2004-01-27
Updated:   2004-09-01

RNOCHandle: SN458-ARIN
RNOCName:  NOC, ServePath, ServePath
RNOCPhone: +1-415-252-3600
RNOCEmail: noc@servepath.com

OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:   ServePath Abuse Administrator
OrgAbusePhone: +1-415-869-7000
OrgAbuseEmail: abuse@servepath.com

OrgNOCHandle: SERVE11-ARIN
OrgNOCName:  ServePath NOC
OrgNOCPhone: +1-415-869-7000
OrgNOCEmail: noc@servepath.com

OrgTechHandle: JAL168-ARIN
OrgTechName:  Lassoff, Jonathan Alexander
OrgTechPhone: +1-415-869-6915
OrgTechEmail: jlassoff@servepath.com

OrgTechHandle: YAN-ARIN
OrgTechName:  Angrish, Yogesh

OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName:  Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail: schen@servepath.com

NetworkSolutions

🐾 Call us 1-800-333-7680 (U.S. Only)      Sho

Login      Help

# WHOIS Search Results

Available **olympicticketsbeijing2008** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

## Your WHOIS Search Results

### olympicticketsbeijing2008.com

**Make an instant, anonymous offer to the current domain registrant.**

=:=:=:=

Registration Service Provided By: Enom, Inc
Contact: CustomerSupport@enom.com
Visit: www.enom.com

Domain name: OLYMPICTICKETSBEIJING2008.COM

Administrative Contact:
   XLH
   IT Manager (bulkregisterdomains@gmail.com)
   +44.08452309339

Suite 700
2415 East Camelback Road
Phoenix Arizona, AZ 85016
US

Technical Contact:
    XLH
    IT Manager (bulkregisterdomains@gmail.com)
    +44.08452309339
    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Registrant Contact:
    XLH
    IT Manager

    Suite 700
    2415 East Camelback Road
    Phoenix Arizona, AZ 85016
    US

Status: Active

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 17 May 2007 14:56:05
Expiration date: 17 May 2009 14:56:05
=.=.=.=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting

WHOIS domain registration information results for olympicticketsbeijing2008.com from ...     Page 3 of 4

this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name
other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | ENOM, INC. |
| **IP Address:** | 64.151.82.60 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | ok |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |


**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee




**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

» Close window

## ARIN Details

**olympicticketsbeijing2008.com**

**64.151.82.60**
**Record Type:**                              IP Address


OrgName:   ServePath, LLC
OrgID:     SERVEP
Address:   345 Spear Street
Address:   Suite 515
City:      San Francisco
StateProv: CA
PostalCode: 94105
Country:   US

ReferralServer: rwhois://rwhois.servepath.com:4321

NetRange:  64.151.64.0 - 64.151.127.255
CIDR:      64.151.64.0/18
NetName:   SERVEPATH-BLK4
NetHandle: NET-64-151-64-0-1
Parent:    NET-64-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVEPATH.COM
NameServer: NS1.SERVEPATH.COM
Comment:   http://www.servepath.com/
RegDate:   2004-01-27
Updated:   2004-09-01

RNOCHandle: SN458-ARIN
RNOCName:  NOC, ServePath, ServePath
RNOCPhone: +1-415-252-3600
RNOCEmail: noc@servepath.com

OrgAbuseHandle: SAA10-ARIN
OrgAbuseName:  ServePath Abuse Administrator
OrgAbusePhone: +1-415-869-7000
OrgAbuseEmail: abuse@servepath.com

OrgNOCHandle: SERVE11-ARIN
OrgNOCName:  ServePath NOC
OrgNOCPhone: +1-415-869-7000
OrgNOCEmail: noc@servepath.com

OrgTechHandle: JAL168-ARIN
OrgTechName:  Lassoff, Jonathan Alexander
OrgTechPhone: +1-415-869-6915
OrgTechEmail: jlassoff@servepath.com

OrgTechHandle: YAN-ARIN
OrgTechName:  Angrish, Yogesh

OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.com

OrgTechHandle: SCH149-ARIN
OrgTechName: Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail: schen@servepath.com

**EXHIBIT B**



**EXHIBIT C**

Case 3:08-cv-03514-JSW    Document 22-4    Filed 07/29/2008    Page 2 of 9

# Increase Transactions by Increasing



# Get the #1 trust mark
# on the Internet

**What's New:** VeriSign Secures Microsoft HealthVault Users

## Featured Product



VeriSign® Extended Validation (EV) SSL Certificates show that your Web site can be trusted. EV triggers new browsers like Internet Explorer 7 to turn the address bar green when visitors view your site. Learn more >>

**View All Products** ⊡

## Industry Solutions

- Consumer Products and Retail
- Financial Services
- Healthcare and Life Sciences
- Media and Entertainment
- Public Sector
- Telecommunications

## Resources For

- Large Enterprises
- Online Merchants

## Quick Links

- News and Events
- RSS Feeds XML
- Investor Relations
- VeriSign Research
- Partners
- Support
- VeriSign Blogs

## Customers



### SSL Certificates

| | |
|---|---|
| BUY | SSL Certificates |
| BUY | Code Signing |
| TRY | Free SSL Trial |
| RENEW | Renew Now |

Products & Services : Solutions : Support : About VeriSign : Existing Customers
US Home : Worldwide Sites : Site Map : Search : Feedback

VeriSign (Nasdaq: VRSN) is the trusted provider of Internet infrastructure services for the digital world. Billions of times each day, companies and consu...
Internet infrastructure to communicate and conduct commerce with confidence. VeriSign offerings include SSL, SSL Certificates, and digital content solu...
Validation, two-factor authentication, identity protection, managed network security, public key infrastructure (PKI), security consulting, information mana...
solutions for intelligent communications, and content.



US Home | ⊕ Worldwide Sites |

**Products & Services** | **Solutions** | **Support** | **About VeriSign** | **Existing C**

You Are Here: <u>US Home</u> > <u>Domain Name Services</u> > <u>Domain Name Services</u> > COM NET Registry

**Contact Us**

Phone: (703) 92
info@verisign-gr



How can we h

# COM NET Registry for Domain Registrars

VeriSign's COM NET Registry is the authoritative registry for .com
and .net domain names. VeriSign manages relationships with more than
150 ICANN-accredited registrars who submit over 100 million domain
name transactions daily. VeriSign is fully committed to equitable
treatment of all ICANN-accredited registrars.

**Past Events >>**

**Get Started**

Become a Registrar

**Existing Customers**

Marketing Tools for Registrars
Domain Name Customer Support

**Related Links**

VeriSign's Bid to
Administration of

Domain Name In

Domain Name M

Find a Registrar

FAQs

Glossary

Whois

TLD Zone Acces

VeriSign Registr

## Registrar Information

- Become a Registrar
- Find a Certified Registrar
- Domain Name Support

## Open Source Software >>

To deploy any of these services, use these Registry/Registrar Protocol software development kits provided by
VeriSign as <u>open source software</u>.

## ConsoliDate >>

<u>ConsoliDate</u> synchronizes domain name expirations to help customers manage renewals for multiple domain
name portfolios. By offering a choice of renewal date, registrars support their highest value customers and
offer flexibility to all registrants.

## Restore >>

A redemption grace period gives customers 30 days to restore expired or deleted domain name registrations,
and <u>Restore</u>, makes it convenient for registrars to offer a service that helps customers manage their domain
names.

**Related Resou**

Guides
Consolidate Valu

Newsletter
Registrar Conne

Archived Web S
.com and .net EF

SDKs
.com/.net SDKs

**Related Products & Services**
Internationalized Domain Names
.TV .JOBS .CC: Other Top-Level
Domains

**News**

VeriSign Expand
Infrastructure in

Internet Keeps P
Quarterly Growth
2007

Political Junkies
Internet into TV
Themed Video S

Contact Us | Careers | Legal Notices | Privacy | Repository | ©1995-2008 VeriSign, Inc. All rights reserved.



US Home  |  🌐 Worldwide Sites  |  Contact Us  |  Site Map

Search

| Products & Services | Solutions | Support | About VeriSign | Existing Customers |

You Are Here: US Home > About VeriSign > Contact Us

## About VeriSign

### Contact VeriSign, Inc.

VeriSign (Nasdaq: VRSN) is the trusted provider of Internet infrastructure services for the digital world. Billions of times each day, companies and consumers rely on our Internet infrastructure to communicate and conduct commerce with confidence.

**Contact Us**
**Contact VeriSign**
**Worldwide Headquarters at 650-961-7500**

**Learn More**
Investor Relations
News & Events
Government Relations
Careers
Contact Us

**Related Links**
Executive Briefing Center
Fact Sheet
Press Releases
Upcoming Events
VeriSign Corporate Brochure

**On this page:**

- Product Sales
- Customer Support
- Billing Inquiries
- Regional Offices
- International Offices
- Employment
- Analyst Relations
- Government Relations
- Investor Relations
- Permissions

### Product Sales

**SSL Certificates**
Phone: 650-426-5112 or 866-893-6565
Submit inquiry online

**SSL Renewals**
Phone: 866-893-6565 - option 2
or 650-426-3347
E-mail: renewals-team@verisign.com

**SSL Channel Sales / ISP SSL Sales**
650-426-5106
E-mail: channel-partners@verisign.com

**Managed PKI for SSL**
**Multiple Server Certificates**
Phone: 650-426-5115
E-mail: verisales@verisign.com

**Managed PKI**
Phone: 650-426-5310
Submit inquiry online

**Managed PKI/Adobe Certified**
**Document Services**
Phone: 650-426-5310
Submit inquiry online

**MSS-Managed Security Services**
Phone: 650-426-5310
Submit inquiry online

**Global Security Consulting**
Consulting Services
Phone: 650-426-5310
Submit inquiry online

**Anti-Phishing Solution**
Phone: 650-426-5310
Submit inquiry online

**VeriSign Supply Chain Services**
E-mail: info@incodewireless.com

**DNS Assurance Services**
If you have questions about your existing account or the Brand Manager, call toll-free 1-866-907-3267; outside the US, +1-650-426-3267

**VeriSign Communications Services**
Phone: 650-426-5310
Submit inquiry online

### Billing Inquiries

**For SSL, MPKI or MSS Products**
E-mail: billing@verisign.com

### Regional Offices

**VeriSign Worldwide Headquarters**
487 East Middlefield Road
Mountain View, CA 94043

**Massachusetts**
311 Arsenal Street
Watertown, MA 02472

Phone: 650-961-7500
Fax: 650-961-7300

**California**
487 East Middlefield Road
Mountain View, CA 94043
Phone: 650-961-7500
Fax: 650-961-7300

**DC**
1666 K Street
Washington, DC 20006
Phone: 202-973-6600

**Florida**
2502 Rocky Point Drive
Suite 250
Tampa, FL 33607
Phone: 813-676-8711

**Georgia**
222 W Oglethorpe Ave
Savannah, GA 31401
Phone: 912-234-8899

**Illinois**
200 S. Wacker Street, 31st Floor
Chicago, IL 60606
Phone: 312 660-7800

**Kansas**
7400 West 129th St
Overland Park, KS 66213
Phone: 913-814-6200
Fax: 913-814-6501

Phone: 617-673-2400
Fax: 617-673-2401

**New York**
3 East 54th Street
Suite 1100
New York, NY 10022
Phone: 917-322-3600

**Rhode Island**
90 Royal Little Drive
Providence, RI 02904
Phone: 877-456-0500

**Texas**
17300 Dallas Parkway Suite 2000
Dallas, TX 75248
Phone: 214-640-4101

**Virginia**
21355 Ridgetop Circle - Lakeside III
Dulles, VA 20166
Phone: 703-948-3200

21345 Ridgetop Circle - Lakeside II
Dulles, VA 20166
Phone: 703-948-3200

22340 Dresdan Street
Ashburn, VA 20166
Phone: 703-948-7083

**Washington**
4501 Intelco Loop SE
PO Box 2909
Olympia, WA 98507
Phone: 360-493-6000

## International Offices

**Europe Headquarters**
VeriSign Europe
8, Chemin de Blandonnet
Vernier-Geneva CH-1214
Switzerland
Phone: + 41 22 545 0200
Fax: + 41 22 545 0300

**Australia Headquarters**
VeriSign Australia
Lvl 5/6-10 O'Connell Street
Sydney, New South Wales, 2000
AUSTRALIA
Phone: +612 9236 0509
Fax: +612 9236 0532

**Japan Headquarters**
VeriSign Japan K.K.
Nittobo Bldg. 13F
8-1 Yaesu, 2-chome, Chuo-ku,
Tokyo 104-0028 Japan
Phone: +81 3 3271 7011

**India**
VeriSign Services India Pvt Ltd.,
"Summit" 6/B, 7th Main, 80 Feet Road Koramangala,
Koramangala Industrial Layout, Corporation Ward No.68,

Koramangala, Bangalore - 560 034, KARNATAKA,
INDIA
Telephone: +91 80 6653 3000

VeriSign Services India Pvt Ltd.,
Suite #210, 21 Paharpur Business Centre
Nehru Place Greens
New Delhi 110019
Phone: +91 11 41207210
Fax: +91 11 41207207

**Germany**
VeriSign Deutschland GmbH
Karl-Liebknecht-Straße 5
10178 Berlin
Tel: +49 (0)30-269-32-0
Fax: +49 (0)30-269-32-100

Fax: +81 3 3271 7027

**Africa**
Table Bay Building
Tygerberg Office Park
163 Hendrik Verwoerd Drive
Plattekloof 7500
Cape Town, South Africa
Phone: +27 21 937 8901
Fax: +27 21 937 8965

Mailing Address:
P O Box 2749
Durbanville
7551
South Africa

**Brazil**
VeriSign Brasil
Av. Maria Coelho Aguiar, 215 - Bloco B
5o. andar - JD. São Luís
CEP 05804-907 - São Paulo - SP
Brasil: (0) XX 11 5853 2900
Internacionais: + 55 11 5853 2900

**Austria**
Hasnerstrasse 123
1660 Vienna
Austria
Tel: +43 1 5955805-0
Fax: +43 1 5955805-55

**France**
VeriSign France SAS
Les Algorithmes, Bâtiment Aristote A
2000, route des Lucioles
Sophia Antipolis
06410 Biot
France
Tél : 0800 90 43 51
Fax : 0800 90 28 76

**Sweden**
VeriSign Sweden AB
Angelholmsgatan 1 C
200 42 Malmö
Sweden
Digital Brand Management Services
Tel: +46 40 691 91 50
VeriSign Security Services
Tel: +46 85 85 369 10

**Switzerland**
VeriSign Sarl
Route des Arsenaux 41
CH-1705 Fribourg
Switzerland
Phone +41 22 54 50 288
Fax +45 70 30 03 61

**United Arab Emirates**
VeriSign Middle East
P.O. Box 502566 Al Shatha Tower (35th Floor)
Dubai Media City
Dubai, United Arab Emirates
Phone: +971 4 364 2330
Fax: +971 4 429 0635
For SSL Sales & support please call: +41 22 54 50 288

**United Kingdom**
VeriSign UK Ltd.
2nd Floor, Waterfront
Chancellors Road
London W6 9RU
United Kingdom
Phone: 0800 032 2101 (UK calls only)
Outside of the UK call + 44 (0) 208 6000 740

## Customer Support

VeriSign Support Contacts

**Certificate Abuse**
Report Code Signing Misuse
Report Secured Seal Misuse
Report EV Certificate Complaint

## Employment

Careers at VeriSign

## Analyst Relations

Katie Hammler
Phone: 703-948-4367

E-mail: khammler@verisign.com

## Government Relations

Phone: 202-973-6600
E-mail: dcpolicy@verisign.com

## Investor Relations

Investor Relations Dept.
487 E. Middlefield Rd.
Mountain View, CA 94043
Phone: 800-922-4917
Fax: 650-961-7300
E-mail: IR@verisign.com

## Permissions



ABOUT SSL CERTIFICATES

If you have questions regarding the VeriSign Secured Seal, including how to obtain it for use on your site, how to implement it, or how it is being used on a site you have visited, please read our Frequently Asked Questions, at: http://www.verisign.com/products-services/ security-services/secured-seal/page_002751.html.

Contact Us  |  Careers  |  Legal Notices  |  Privacy  |  Repository  |  ©1995-2008 VeriSign, Inc. All rights reserved.