1  DIANA M. TORRES
   DALE M. CENDALI
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407

5  Attorneys for Plaintiffs
   The International Olympic Committee and
6  The United States Olympic Committee

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORIA

10
    The United States Olympic              Case No.  C 08-03514 JSW
11  Committee and The International
    Olympic Committee,                     **DECLARATION OF MARY DAVIS IN
12                                         SUPPORT OF PLAINTIFFS'
                     Plaintiffs,            MOTION FOR A TEMPORARY
13                                         RESTRAINING ORDER**
           v.
14
    Xclusive Leisure & Hospitality Ltd.;
15  Beijingticketing.com; 2008-
    0lympics.com;
16  Beijingolympic2008tickets.com;
    Beijingolympictickets2008.com;
17  Olympic-tickets.net;
    Olympicticketsbeijing2008.com;
18  Does 1-10, inclusive,

19                   Defendants.

20

21

22

23

24

25

26

27

28

I, Mary Davis, HEREBY DECLARE AS FOLLOWS:

1.    I am a resident of New York, New York.  Except for the facts stated on information and belief, all of facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2.    In December of 2007, while searching the Internet for available tickets to several of the 2008 Olympic Games events, I found the Website www.beijingticketing.com ("Beijing Ticketing").  The site claimed to sell tickets to the 2008 Olympics.  Attached as **Exhibit A** is a true and correct copy of the Beijing Ticketing Website.

3.    The Beijing Ticketing website contained several seemingly official Olympic logos, leading me to believe that the site was official and was a legitimate source of tickets for the 2008 Olympics.

4.    On December 10, 2008, I placed an order for four tickets to each of the following Olympic athletic events: Volleyball, Diving, Table Tennis, Gymnastics and Track and Field.  I entered my contact information as well as my credit card information in the spaces provided on the site.  Beijing Ticketing did not ask for, and I did not provide, my photograph or passport details.

5.    That same day, I received an email from Beijing Ticketing stating, "Thanks for choosing our services to book your tickets online.  We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date."  The email indicated that the total for my order, which included a $30 delivery fee, was $6,630.

6.    Shortly after I placed my order, I began to have doubts about the veracity of the website.  I tried to contact Beijing Ticketing via telephone using the number listed on the website.  When I was unable to reach anyone, I emailed Beijing Ticketing at sales@beijingticketing.com on December 10, 2007, informing the company that I believed its listed telephone number to be out of service and

M. DAVIS DEC. IN SUPPORT OF MOTION
FOR TRO

asking Beijing Ticketing to contact me immediately to verify that I had purchased "actual tickets." I then emailed Beijing Ticketing again requesting that the company cancel my order and refund my money.

7.    That same day, someone by the name of "Tony" from Beijing Ticketing called me. He stated that I would receive the tickets I had ordered, however, I was still doubtful.

8.    On December 12, 2008, my husband emailed Beijing Ticketing on my behalf, asking the company to confirm that the order had been cancelled and the charge credited to my credit card. Beijing Ticketing responded by email, stating that all sales were final and suggesting that my husband "think carefully what you do next."

9.    Most recently on July 16, 2008, I received a brief email from Beijing Ticketing stating that my tickets would be sent to me via Federal Express on July 25, 2008. However, at this point, I have not nor do I expect to receive any tickets from Beijing Ticketing.

10.    I have sent emails to Beijing Ticketing since July 16, 2008 inquiring about my ticket order, however, I have not received a response to my inquiries.

11.    Attached as **Exhibit B** are true and accurate copies of my correspondence with Beijing Ticketing.

12.    As a result of my order, my credit card has been charged by a company called "Xclusive Leisure and Hospitality Limited."

13.    After learning that Dale Cendali represented the United States Olympic Committee, I contacted Ms. Cendali on the morning of July 25, 2008 to discuss my experience with Beijing Ticketing and offer to help. Prior to that day, I had no contact with Ms. Cendali or anyone else representing the plaintiffs in this matter.

M. DAVIS DEC. IN SUPPORT OF MOTION
FOR TRO

1

2          I declare under penalty of perjury under the laws of the United States that the

3   foregoing is true and correct.

4

5   Executed on this 29 th day of July, 2008 at New York, New York.

6

7

8                                          _MCR Davis_
                                           Mary Davis
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              - 4 -          M. DAVIS DEC. IN SUPPORT OF MOTION
                                                              FOR TRO

**EXHIBIT A**

Case 3:08-cv-03514-JSW   Document 23-2   Filed 07/29/2008   Page 2 of 8

**Gymnastics Trampoline Tickets**
**Handball Tickets**
**Hockey Tickets**
**Judo Tickets**
**Modern Pentathlon Tickets**
**Rowing Tickets**
**Sailing Tickets**
**Shooting Tickets**
**Softball Tickets**
**Swimming Tickets**
**Synchronised Swimming Tickets**
**Table Tennis Tickets**
**Taekwondo Tickets**
**Tennis Tickets**
**Triathlon Tickets**
**Volleyball Tickets**
**Water Polo Tickets**
**Weightlifting Tickets**
**Wrestling Tickets**

**Cities:**
**Beijing Tickets**
**Qingdao Tickets**
**Tianjin Tickets**
**Shanghai Tickets**
**Shenyang Tickets**
**Qinhuangdao Tickets**
**Hong Kong Tickets**

**Olympic Venues**

HACKER SAFE
TESTED DAILY 17-JUL

**Bookmark**
**BeijingTicketing.com :**

---

| ☒ Closing Ceremony Tickets | ☒ Hockey Tickets |
| --- | --- |
| ☒ Cycling BMX Tickets | ☒ Judo Tickets |
| ☒ Cycling Mountain Bike Tickets | ☒ Kayak Flatwater Tickets |
| ☒ Cycling Road Tickets | ☒ Kayak Slalom Tickets |
| ☒ Cycling Track Tickets | ☒ Modern Pentathlon Tickets |
| ☒ Diving Tickets | ☒ Opening Ceremony Tickets |

| ☒ Tennis Tickets |
| --- |
| ☒ Triathlon Tickets |
| ☒ Volleyball Tickets |
| ☒ Water Polo Tickets |
| ☒ Weightlifting Tickets |

## Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quindgao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

## Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swimming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

## Ticketing Summary:

• BeijingTicketing reserve the rights to change timeline dates and prices.
• Ticketing information and event schedule are subject to change on this site.
• Buying tickets from BeijingTicketing will protect your purchase from frauds.
• We make sure that your Olympic Tickets are guaranteed and secure.
• Browse Event Calendar to find your tickets.
• Download printable, easy to use Event Schedule

## Coming Up Next: Vancouver 2010 Winter Olympic Games

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

## Facts About Summer Olympic 2008

• BEIJING The head of ticket sales for the Olympics 2008
• The sale of 1.85 million tickets, available first-come first-served bases.
• Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
• The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
• The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
• The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
• The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
• Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



   

**Bookmark BeijingTicketing.com**

☒ Google   ☒ Yahoo
☒ Reddit   ☒ Facebook
☒ Netscape   ☒ StumbleUpon
☒ Delicious   ☒ Ask

Google
Reddit
Netscape
Delicious
Yahoo
Facebook
StumbleUpon
Ask

Case 3:08-cv-03514-JSW    Document 23-2    Filed 07/29/2008    Page 4 of 6



**Archery Competition**

**Sun, 10 Aug 08**
Get the Best Archery Tickets on the Locations The Archery Competition in Beijing National Stadium.



**Badminton Competition**

**Sat, 09 Aug 08**
Get the Best Badminton Tickets the Locations on The Badminton Competition in Beijing University



**Baseball Competition**

**Wed, 13 Aug 08**
Get the Best Baseball Tickets on the Locations The Baseball Competition in Xinghua Workers Stadium



## Games :

- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets
- Closing Ceremony Tickets
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets

- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets
- Gymnastics Trampoline Tickets
- Handball Tickets
- Hockey Tickets
- Judo Tickets
- Kayak Flatwater Tickets
- Kayak Slalom Tickets
- Modern Pentathlon Tickets
- Opening Ceremony Tickets

- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets
- Taekwondo Tickets
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets

**Hot Selling Olympic Summer Games:**

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and and can be searched by sport, venue and dates.

**Hot Selling Olympic Summer Games:**

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swiming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

**Ticketing Summary:**

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.

## Login

e-mail

Password

[Login]

Forgot Password

## Closing Ceremony
Get Your Tickets Now!



## Finals Tickets
Get Your Tickets Now!

Sports and Events
Calendar Beijing 2008


Sports Schedule


Total Satisfaction Guarantee

Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets

- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.



An Unforgettable Experience!
**Hospitality Packages**

**Safe & Secure** Transactions

**Bookmark BeijingTicketing.com**



- Google
- Yahoo
- Reddit
- Facebook
- Netscape
- StumbleUpon
- Delicious
- Ask

# Olympic Tickets | Beijing Olympic Tickets | Buy 2008 Olympic Tickets



Beijing 2008 Ticketing

## Venues

- Beijing Institute of Technology Gymnasium
- Beijing Shooting Complex
- Beijing University of Aeronautics And Astronautics Gymnasium
- Beijing University of Technology Gymnasium
- Capital Indoor Stadium
- Chaoyang Park Beach Volleyball Ground
- China Agricultural University Gymnasium
- Fencing Hall
- Fengtal Softball Field
- Hong Kong Equestrian Venue (Beas River)
- Hong Kong Equestrian Venue (Shatin)
- Laoshan Bicycle Moto Cross (BMX) Venue
- Laoshan Mountain Bike Course

- Laoshan Velodrome
- Modern Pentation Venue
- National Aquatics Centre
- National Indoor Stadium
- National Stadium
- Olympic Green Archery Field
- Olympic Green Hockey Field
- Olympic Green Tennis Centre
- Olympic Sports Centre Gymnasium
- Peking University Gymnasium
- Qingdao Olympic Sailing Centre
- Qinhuangdao Olympic Sports Centre Stadium
- Shanghal Stadium

- Shenyang Olympic Sports Centre Stadium
- Shunyi Olympic Rowing-Canoeing Park
- Tianjin Olympic Centre Stadium
- Triathlon Venue
- University of Science and Technology Beijing Gymnasium
- Cycling Road Course
- Workers Indoor Arena
- Workers Stadium
- Wukesong Baseball Field
- Wukesong Indoor Stadium
- Ying Tung Natatorium

Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.

Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues

Home . About Us . Contact Us . My Account . Site Map
XL & H Ltd. All rights reserved.     Terms and Conditions
Privacy Policy |Contact us at: sales@beijingticketing.com

Olympic 2008   Olympic 2008
Schedule        Request Tickets

HACKER SAFE
TESTED 17-JUL

Exhibit B

**From:** sales@beijingticketing.com

**Sent:** Monday, December 10, 2007 9:15 AM

**To:**

**Cc:** admin@beijingticketing.com

**Subject:** Welcome to BeijingTicketing.com

REDACTED



# Welcome !

*Dear Mrs. Mary Davis*

Welcome to BeijingTicketing.com We are specialized in providing sold out Olympic Summer games tickets in very economical prices. Find your tickets from our secure and guaranteed website and book them as soon as possible. However if you cannot find your tickets here just give us a ring or drop an email anytime. We will be pleased to help you for finding your tickets.

Your login details are as follows:

**URL:** http://www.beijingticketing.com/

**Login:**

**Password:**

**Featured Events**

**Archery Competition**
Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Badminton Competition**
Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

**Baseball Competition**
Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

**Games :**

Archery Tickets          Equestrian Tickets          Rowing Tickets
Athletics Tickets        Fencing Tickets             Sailing Tickets

7/29/2008

E-Mail Beijingticketing.com

| | | |
|---|---|---|
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| | |
|---|---|
| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com



E-Mail Beijingticketing.com

**From:** sales@beijingticketing.com
**Sent:** Monday, December 10, 2007 9:52 AM
**To:**
**Cc:** admin@beijingticketing.com
**Subject:** Your Payment Received.

REDACTED



Dear Mrs. Mary Davis

Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.

Many Thanks

Beijingticketing.com

| | | | |
|---|---|---|---|
| **Order #:** | 29246 | | |
| **OrderDate:** | Monday, December 10, 2007 | | |
| **Order Status:** | Paid | | |
| **Sport :** | Volleyball | | |
| **Date :** | Monday, August 11, 2008 | | |
| **Time :** | 20:00 - 23:30 | **Quantity :** | 4 |
| **Category:** | Class Ticket | **Price :** | $75.00 |
| **Venue :** | Capital Gymnasium | **Total :** | $300.00 |
| **City :** | Beijing | | |
| **Session Details :** | Women's Preliminaries - Group A Match 05 Women's Preliminaries - Group A Match 06 | | |
| **Sport :** | Diving | | |
| **Date :** | Friday, August 15, 2008 | | |
| **Time :** | 13:30 - 16:30 | **Quantity :** | 4 |
| **Category:** | Class Ticket | **Price :** | $125.00 |
| **Venue :** | National Aquatics Centre | **Total :** | $500.00 |
| **City :** | Beijing | | |
| **Session Details :** | Women's 3m Springboard Preliminary | | |
| **Sport :** | Table Tennis | | |
| **Date :** | Wednesday, August 13, 2008 | | |
| **Time :** | 10:00 - 13:00 | | |
| **Category:** | Class Ticket | | |

E-Mail Beijingticketing.com

| | | | | |
|---|---|---|---|---|
| **Venue :** | Peking University Gymnasium | | **Quantity :** | 4 |
| **City :** | Beijing | | **Price :** | $100.00 |
| | Women's Team Group 1st rd-Match 1 | | **Total :** | $400.00 |
| | Women's Team Group 1st rd-Match 2 | | | |
| | Women's Team Group 1st rd-Match 3 | | | |
| **Session** | Women's Team Group 1st rd-Match 4 | | | |
| **Details :** | Men's Team Group First Round - Match 1 | | | |
| | Men's Team Group First Round - Match 2 | | | |
| | Men's Team Group First Round - Match 3 | | | |
| | Men's Team Group First Round - Match 4 | | | |
| **Sport :** | Gymnastics Artistic | | | |
| **Date :** | Sunday, August 17, 2008 | | | |
| **Time :** | 18:00 - 21:00 | | | |
| **Category:** | Class Ticket | | | |
| **Venue :** | National Indoor Stadium | | | |
| **City :** | Beijing | | **Quantity :** | 4 |
| | Men's Floor Exercise Final | | **Price :** | $425.00 |
| | Men's Floor Exercise Medal Ceremony | | **Total :** | $1700.00 |
| | Women's Floor Exercise Final | | | |
| **Session** | Women's Floor Exercise Medal Ceremony | | | |
| **Details :** | Men's Pommel Horse Final | | | |
| | Men's Pommel Horse Medal Ceremony | | | |
| | Women's Vault Final | | | |
| | Women's Vault Medal Ceremony | | | |
| **Sport :** | Gymnastics Artistic | | | |
| **Date :** | Monday, August 18, 2008 | | | |
| **Time :** | 18:00 - 20:57 | | | |
| **Category:** | Best Seating in venue | | | |
| **Venue :** | National Indoor Stadium | | | |
| **City :** | Beijing | | **Quantity :** | 4 |
| | Men's Rings Final | | **Price :** | $475.00 |
| | Men's Rings Medal Ceremony | | **Total :** | $1900.00 |
| | Women's Uneven Bars Final | | | |
| **Session** | Women's Uneven Bars Medal Ceremony | | | |
| **Details :** | Men's Vault Final | | | |
| | Men's Vault Medal Ceremony | | | |
| | Women's Trampoline Final | | | |
| | Women's Trampoline Medal Ceremony | | | |
| **Sport :** | Athletics | | | |
| **Date :** | Wednesday, August 20, 2008 | | | |
| **Time :** | 19:00 - 23:10 | | | |
| **Category:** | Next Best seating | | | |
| **Venue :** | National Stadium | | | |
| **City :** | Beijing | | **Quantity :** | 4 |
| | Men's 800m Round 1 | | **Price :** | $450.00 |
| | Women's Hammer Throw Final | | **Total :** | $1800.00 |
| **Session** | Men's 5000m Round 1 | | | |
| **Details :** | Men's Pole Vault Qualifying Round - Group A/B | | | |
| | Men's 110m Hurdles Semifinals | | | |
| | Women's 200m Semifinals | | | |

E-Mail Beijingticketing.com

|  | Men's 200m Final |
|--|--|
|  | Women's 400m Hurdles Final |
| Sub Total : | $6600.00 |
| Delivery Fee: | $30.00 |
| Total : | $6630.00 |

## Featured Events



**Archery Competition**



**Badminton Competition**



**Baseball Competition**

 Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

 Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

## Games :

| | | |
|--|--|--|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

## Questions?

Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

**Beijing 2008 Ticketing**

**From:**
**Sent:**    Wednesday, December 12, 2007 10:24 AM
**To:**
**Subject:** Fw: Cancellation, Order

REDACTED

----- Forwarded by                          12/12/2007 10:18 AM -----
**sales@beijingticketing.com**                      To

12 December 2007  10:12 AM                    cc

                                              Subject RE: Re: Cancellation, Order

Hello Mr Davies

We dont have a canelation policy, as all sales are final
However i do think think the claim you are making that the card was fradulently used, is actually illegal, and
i will have to check with my accounts manager what we will do in this situation, as all sakes are final, and if
you lie to the credit card company regarding this i am sure they will come down hard on you, so i suggest you
think carefully what you do next
The tickets will be sent 1 week beofore the show

Many Thanks

David

From:
Date: 12/12/07 14:46
Subject: Re: Cancellation, Order

Following up on my wife's e-mails of yesterday and the day before, I would be grateful if you would confirm
that Order        has been cancelled and the charge card credited.

7/29/2008

"Mary Rothwell Davis"
11 December 2007   01:43 PM
                   To              sales@beijingticketing.com
                   cc
                   Subject          Cancellation, Order

REDACTED

Please confirm, as per my phone and email messages of yesterday, that this
order has been cancelled and my credit card reimbursed.
Thank you for your attention,
Mary Rothwell Davis

-----Original Message-----
From: Mary Rothwell Davis
Sent: Monday, December 10, 2007 11:44 AM
To: 'sales@beijingticketing.com'
Cc: '
Subject: RE: Need additional confirmation, Order

As stated in my phone message, please do cancel this order immediately and
refund to the        used in the original purchase.

-----Original Message-----
From: Mary Rothwell Davis
Sent: Monday, December 10, 2007 10:23 AM
To: 'sales@beijingticketing.com'
Subject: Need additional confirmation, Order

I have just purchased multiple tickets to the 2008 Olympics, order number
29246.
I am extremely concerned that your listed telephone number is not in service
and suspect that your site is fraudulent.
Please call me immediately at            (US) and provide verification
that these are actual tickets purchased, or I will stop payment.
Mary Davis

REDACTED

-----Original Message-----
From: Mary Davis [mailto:
Sent: Tuesday, June 03, 2008 1:12 PM
To: 'sales@beijingticketing.com'
Cc: '
Subject:     Details concerning delivery of Olympics Tickets: Order

Dear Beijing Ticketing:

Below please find the details for delivery of our Olympics Tickets, Order
No.          We are asking that they be sent to the Beijing office of my
husband's            for safekeeping, care of            and his
secretary,

REDACTED

Please confirm to me at                    when delivery is pending.

Best,
Mary Davis

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Friday, February 22, 2008 4:28 AM
To: Mary Rothwell Davis
Subject: RE: Details concerning delivery of Olympics Tickets: Order 29246

Hi There,

We are not part of any lottery. These are confirmed tickets.
All our tickets are confirmed and are supplied by the official sponsors
of the Olympic games.

We receive our allocation 2/3 weeks prior to the opening ceremony
when our despatch department will then courier the tickets to you.

I think in this instance it's best if we send the tickets to your
address in Beijing (we can also send to any hotel in Beijing)
We will also have an office open for the duration of the games.

Please inform us of the delivery details no later than 6 weeks prior
to the opening ceremony.

Regards,

sales@beijingticketing.com


From:    "Mary Rothwell Davis"
Date:    2/22/08 0:32Subject:  Details concerning delivery of Olympics
Tickets: Order 29246

Dear Beijing Ticketing:

Our daughter is looking forward to her trip to Beijing in August, and I had
two questions as we begin to plan her itinerary:

1)  Now that the ticket lotteries are well underway, is your office still
confident that the tickets will be available as purchased?

2)  We are concerned about how close delivery time is to her departure for
China.  We could arrange to have tickets received at my husband's offices in
London or Beijing, depending on where your office will have them.  Which
would be quickest and most reliable?

Best,
Mary Davis

REDACTED

-----Original Message-----
From: Mary Davis [mailto:
Sent: Friday, July 25, 2008 9:50 AM
To: 'sales@beijingticketing.com'
Subject: Please confirm delivery of tickets,

Dear Sales,

Please confirm that you have secured tickets and arranged for their delivery
on Order No.

If I do not have the tickets by close of business on Monday I will contact
appropriate authorities to lodge a complaint.

Sincerely,
Mary Rothwell Davis.

1

REDACTED

-----Original Message-----
From: Mary Davis [mailto:
Sent: Wednesday, July 23, 2008 11:41 PM
To: 'sales@beijingticketing.com'
Subject: RE: Estimated Ticket Delivery, Order

Dear Beijing Ticketing:

Are you still on track for delivery on July 25th (tomorrow)?

Best,
Mary Davis

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 16, 2008 4:57 AM
To: Mary Davis
Subject: RE: Estimated Ticket Delivery?


Hi There,

All tickets will be dispatched to you on 25th July 2008 by Fedex.

Regards,

Sales


From:     "Mary Davis'
Date:     7/16/08 2:57Subject:  Estimated Ticket Delivery?

Dear Sirs:
Do you have an estimated delivery date for the Olympics tickets we purchased
last November?
Best,
Mary Davis

REDACTED

-----Original Message-----
From: Mary Rothwell Davis [mailto:
Sent: Friday, February 22, 2008 10:40 AM
To: 'sales@beijingticketing.com'
Subject: RE: Details concerning delivery of Olympics Tickets: Order

Thanks so much for this helpful reply.  We will contact you with the address
of the Beijing office of my husband's firm, and then arrange ourselves to
have the tickets conveyed to my daughter from there.
Many thanks,
Mary Davis

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Friday, February 22, 2008 4:28 AM
To: Mary Rothwell Davis
Subject: RE: Details concerning delivery of Olympics Tickets: Order


Hi There,

We are not part of any lottery. These are confirmed tickets.
All our tickets are confirmed and are supplied by the official sponsors
of the Olympic games.

We receive our allocation 2/3 weeks prior to the opening ceremony
when our despatch department will then courier the tickets to you.

I think in this instance it's best if we send the tickets to your
address in Beijing (we can also send to any hotel in Beijing)
We will also have an office open for the duration of the games.

Please inform us of the delivery details no later than 6 weeks prior
to the opening ceremony.

Regards,

sales@beijingticketing.com


From:    "Mary Rothwell Davis"
Date:    2/22/08 0:32Subject:  Details concerning delivery of Olympics
Tickets: Order

Dear Beijing Ticketing:

Our daughter is looking forward to her trip to Beijing in August, and I had
two questions as we begin to plan her itinerary:

1)  Now that the ticket lotteries are well underway, is your office still
confident that the tickets will be available as purchased?

2)  We are concerned about how close delivery time is to her departure for
China.  We could arrange to have tickets received at my husband's offices in

1

London or Beijing, depending on where your office will have them. Which
would be quickest and most reliable?

Best,
Mary Davis

REDACTED

**From:**          Mary Davis
**Sent:**          Tuesday, July 08, 2008 7:22 AM
**To:**            sales@beijingticketing.com
**Subject:**       RE: Details concerning delivery of Olympics Tickets: Order

Dear Beijing Ticketing:

This is to let you know that I have updated my account information to
reflect the Beijing address where our tickets are expected.

Do you have a sense of when the tickets will be released for delivery?

Best,
Mary Davis

**From:** Mary Davis [
**Sent:** Tuesday, July 15, 2008 11:02 PM
**To:** sales@beijingticketing.com
**Subject:** Estimated Ticket Delivery?

REDACTED

Dear Sirs:
Do you have an estimated delivery date for the Olympics tickets we purchased
last November?
Best,
Mary Davis

1

From:       Mary Davis :                              REDACTED
Sent:       Sunday, July 27, 2008 5:38 PM
To:         sales@beijingticketing.com
Subject:    Order

Please advise of delivery or pick up arrangements in Beijing.  We must
finalize our plans by Tuesday, 7/29 (Tuesday morning in Beijing).

| | |
|---|---|
| **From:** | Mary Davis |
| **Sent:** | Monday, July 28, 2008 10:49 PM |
| **To:** | |
| **Subject:** | FW: Estimated Ticket Delivery? |

**REDACTED**

-----Original Message-----
From: sales@beijingticketing.com [mailto:sales@beijingticketing.com]
Sent: Wednesday, July 16, 2008 4:57 AM
To: Mary Davis
Subject: RE: Estimated Ticket Delivery?

Hi There,

All tickets will be dispatched to you on 25th July 2008 by Fedex.

Regards,

Sales

From:    "Mary Davis"
Date:    7/16/08 2:57Subject:  Estimated Ticket Delivery?

Dear Sirs:
Do you have an estimated delivery date for the Olympics tickets we purchased
last November?
Best,
Mary Davis

1

| | | |
|---|---|---|
| **From:** | sales@beijingticketing.com | |
| **Sent:** | Monday, December 10, 2007 10:36 AM | **REDACTED** |
| **To:** | | |
| **Subject:** | RE: Contact US ! | |

Dear Mrs Davis,

Our phone number is +44 207 593 2097 and every is getting through no problem. I really do not like the fact you think it is a frudulent site and we are very good clients to the credit card company, perhaps you should try to call again and we will help you with any problems you may have. I look forward to hearing from you.

   Regards BJ Ticketing.


From:
Date: 12/10/07 15:17
Subject: Contact US !


 Mrs Mary Davis
 E-Mail Address =
 Order #
Your listed phone number is out of service. I am notifying my credit card company that this is a fraudulent site.

1

Hello Mr Davies

We dont have a canelation policy, as all sales are final
However i do think think the claim you are making that the card was
fradulently used, is actually illegal, and i will have to check with my
accounts manager what we will do in this situation, as all sakes are final,
and if you lie to the credit card company regarding this i am sure they will
come down hard on you, so i suggest you think carefully what you do next
The tickets will be sent 1 week beofore the show

Many Thanks

David

From:
Date: 12/12/07 14:46
Subject: Re: Cancellation, Order 29246


Following up on my wife's e-mails of yesterday and the day before, I would be
grateful if you would confirm that Order        has been cancelled and the
charge card credited.

REDACTED


                    "Mary Rothwell Davis"
11 December 2007   01:43 PM
                    To              sales@beijingticketing.com
                    cc
                    Subject         Cancellation, Order


Please confirm, as per my phone and email messages of yesterday, that this
order has been cancelled and my credit card reimbursed.
Thank you for your attention,

# REDACTED

|                    | "Mary Rothwell Davis" |                              |
|--------------------|-----------------------|------------------------------|
| 11 December 2007   | 01:43 PM               |                              |
|                    | To                    | sales@beijingticketing.com   |
|                    | cc                    | "                            |
|                    | Subject               | Cancellation, Order          |

Please confirm, as per my phone and email messages of yesterday, that this
order has been cancelled and my credit card reimbursed.
Thank you for your attention,
Mary Rothwell Davis

-----Original Message-----
From: Mary Rothwell Davis [mailto:
Sent: Monday, December 10, 2007 11:44 AM
To: 'sales@beijingticketing.com'
Cc: '
Subject: RE: Need additional confirmation, Order 29246

As stated in my phone message, please do cancel this order immediately and
refund to the Mastercard used in the original purchase.

-----Original Message-----
From: Mary Rothwell Davis [mailto:
Sent: Monday, December 10, 2007 10:23 AM
To: 'sales@beijingticketing.com'
Subject: Need additional confirmation, Order


I have just purchased multiple tickets to the 2008 Olympics, order number

I am extremely concerned that your listed telephone number is not in service
and suspect that your site is fraudulent
Please call me immediately at          (US) and provide verification
that these are actual tickets purchased, or I will stop payment.
Mary Davis