1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone:  (213) 430-6000
   Facsimile:   (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORIA**

10             **SAN FRANCISCO DIVISION**

11

12
   The United States Olympic         Case No.  C 08-03514 JSW
13 Committee and The International
   Olympic Committee,                **DECLARATION OF "ALICE" YU-**
14                                   **PING CHEN IN SUPPORT OF**
                    Plaintiffs,      **PLAINTIFFS' MOTION FOR A**
15                                   **TEMPORARY RESTRAINING**
        v.                           **ORDER**
16
   Xclusive Leisure & Hospitality Ltd.;
17 Beijingticketing.com; 2008-
   0lympics.com;
18 Beijingolympic2008tickets.com;
   Beijingolympictickets2008.com;
19 Olympic-tickets.net;
   Olympicticketsbeijing2008.com;
20 Does 1-10, inclusive,

21                  Defendants.

22

23

24

25

26

27

28

I, ALICE CHEN, HEREBY DECLARE AS FOLLOWS:

1.    I am a resident of Palo Alto, California.  All of the facts set forth herein are known to me personally, and if called as a witness, I could testify competently to them.

2.    On behalf of my employer, the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP located in Palo Alto, California, I used the BeijingTicketing.com website ("Beijing Ticketing") to place two separate orders for tickets to various sporting events at the upcoming Olympic Games.  I placed the first order on February 1, 2008 for ten tickets at a total cost of $3,072.57.  I placed another order on July 9, 2008 for 20 tickets at a total cost of $6,111.43.

3.    The Olympic logos on the Beijing Ticketing website led me to believe that the website was an official source of Olympic tickets and that I was buying tickets that were legitimate.

4.    At no time when placing either order did Beijing Ticketing ask for nor did I provide photographs or passport information.

5.    I did not receive any tickets.  I did some research and attempted to contact Beijing Ticketing via telephone and email but received no response.  At this point, I do not believe I will receive the tickets I ordered.  Attached as **Exhibit A** are true and accurate copies of my email correspondence with Beijing Ticketing.

6.    After reading a press release issued by the United States Olympic Committee (the "USOC"), I contacted the USOC on July 25, 2008 to offer my help in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 29th day of July, 2008 at Palo Alto, California.

"Alice" Yu-Ping Chen

- 2 -

"ALICE" YU-PING CHEN DEC. IN
SUPPORT OF PLAINTIFFS' MOTION

Exhibit A

**From:** sales@beijingticketing.com
**Sent:** Friday, February 01, 2008 5:45 PM
**To:** Chen, Alice
**Cc:** admin@beijingticketing.com
**Subject:** Welcome to BeijingTicketing.com



| | | |
|---|---|---|
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| Ticket Search Helpline: | +44 (0) 207 593 2088 |
|---|---|
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |

Home | About Us | Contact Us | My Account | Site Map

**Beijing 2008 Ticketing**

Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

| From: | sales@beijingticketing.com |
|---|---|
| Sent: | Friday, February 01, 2008 5:58 PM |
| To: | Chen, Alice |
| Cc: | admin@beijingticketing.com |
| Subject: | Your Order at BeijingTicketing 2008 |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**REDACTED**

Home - Sign In

**Beijing 2008 Ticketing**

Dear Ms. Alice Chen

Thank you for choosing BeijingTicketing as Olympic Tickets provider and booking tickets online.

| Order #: | 29545 |
|---|---|
| OrderDate: | Friday, February 01, 2008 |
| Order Status: | In Progress |

| | | Quantity : Price : Total : |
|---|---|---|
| Sport : | Diving - ( DV02 ) | |
| Date : | Monday, August 11, 2008 | |
| Time : | 14:30 - 15:45 | Quantity : 2 |
| Category: | Best Seating in venue | Price : $475.00 |
| Venue : | National Aquatics Centre | Total : $950.00 |
| City : | Beijing | |
| Session | Men's Synchronised 10m Platform Finals-Round 00 | |
| Details : | Men's Synchronised 10m Platform Medal Ceremony | |
| Sport : | Volleyball - ( VO10 ) | |
| Date : | Tuesday, August 12, 2008 | |
| Time : | 09:00 - 12:30 | Quantity : 2 |
| Category: | Best Seating in venue | Price : $175.00 |
| Venue : | Beijing Institute of Technology Gymnasium | Total : $350.00 |
| City : | Beijing | |
| Session | Men's Preliminaries - Group B Match 04 | |
| Details : | Men's Preliminaries - Group B Match 05 | |
| Sport : | Gymnastics Artistic - ( GA09 ) | |
| Date : | Wednesday, August 13, 2008 | |
| Time : | 10:15 - 12:20 | Quantity : 2 |
| Category: | Best Seating in venue | Price : $175.00 |
| Venue : | National Indoor Stadium | Total : $350.00 |
| City : | Beijing | |
| Session | Women's Team Final | |

7/29/2008

| Details : | Women's Team Medal Ceremony | | |
|---|---|---|---|
| Sport : | Swimming - ( SW10 ) | | |
| Date : | Thursday, August 14, 2008 | | |
| Time : | 10:00 - 12:03 | | |
| Category: | Best Seating in venue | | |
| Venue : | National Aquatics Centre | | |
| City : | Beijing | | |
| Session Details : | Men's 200m Breaststroke Final Women's 100m Freestyle Semifinal 00 Men's 200m Backstroke Semifinal 00 Men's 200m Breaststroke Medal Ceremony Women's 200m Butterfly Final Men's 100m Freestyle Final Women's 200m Breaststroke Semifinal 00 Men's 200m Individual Medley Semifinal 00 Women's 200m Butterfly Medal Ceremony Women's 4 x 200m Freestyle Relay Final Men's 100m Freestyle Medal Ceremony Women's 4 x 200m Freestyle Relay Medal Ceremony | Quantity : Price : Total : | 2 $475.00 $950.00 |
| Sport : | Table Tennis - ( TT07 ) | | |
| Date : | Friday, August 15, 2008 | | |
| Time : | 10:00 - 13:00 | Quantity : | 2 |
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | Peking University Gymnasium | Total : | $350.00 |
| City : | Beijing | | |
| Session Details : | Women's Team Quarterfinal 1 Women's Team Quarterfinal 2 | | |
| Sub Total : | $2950.00 | | |
| Delivery Fee: | $30.00 | | |
| Total : | $2980.00 | | |

Your Order is InProcess now. As soon as we successfully process your Credit/Debit card you will get an Order confirmation email.

## Featured Events

**Archery Competition**

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

**Badminton Competition**

Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

**Baseball Competition**

Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

Games :

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| | |
|---|---|
| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

| **From:** | sales@beijingticketing.com |
| **Sent:** | Monday, February 04, 2008 9:12 AM |
| **To:** | Chen, Alice |
| **Cc:** | admin@beijingticketing.com |
| **Subject:** | Your Payment Received. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

REDACTED



Home - Sign In

Dear Ms. Alice Chen

Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.

**American Express Card Users:**

**Please Note that orders with American Express cards will be charged in British Pounds (GBP) Currency. Currency conversion rates of the order date will be used in currency conversion. Please be advised that your credit card statement will show transaction in GBP (British Pounds) against this order. Please contact our sales team if you need any further assistance.**

Many Thanks

Beijingticketing.com

| **Order #:** | 29545 | | |
| **OrderDate:** | Friday, February 01, 2008 | | |
| **Order Status:** | Paid | | |
| **Sport :** | Diving - ( DV02 ) | | |
| **Date :** | Monday, August 11, 2008 | | |
| **Time :** | 14:30 - 15:45 | **Quantity :** | 2 |
| **Category:** | Best Seating in venue | **Price :** | $475.00 |
| **Venue :** | National Aquatics Centre | **Total :** | $950.00 |
| **City :** | Beijing | | |
| **Session** | Men's Synchronised 10m Platform Finals-Round 00 | | |
| **Details :** | Men's Synchronised 10m Platform Medal Ceremony | | |
| **Sport :** | Volleyball - ( VO10 ) | | |
| **Date :** | Tuesday, August 12, 2008 | | |

E-Mail Beijingticketing.com

| Time : | 09:00 - 12:30 | Quantity : | 2 |
|---|---|---|---|
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | Beijing Institute of Technology Gymnasium | Total : | $350.00 |
| City : | Beijing | | |
| Session Details : | Men's Preliminaries - Group B Match 04 Men's Preliminaries - Group B Match 05 | | |

| Sport : | Gymnastics Artistic - ( GA09 ) | | |
|---|---|---|---|
| Date : | Wednesday, August 13, 2008 | | |
| Time : | 10:15 - 12:20 | Quantity : | 2 |
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | National Indoor Stadium | Total : | $350.00 |
| City : | Beijing | | |
| Session Details : | Women's Team Final Women's Team Medal Ceremony | | |

| Sport : | Swimming - ( SW10 ) | | |
|---|---|---|---|
| Date : | Thursday, August 14, 2008 | | |
| Time : | 10:00 - 12:03 | | |
| Category: | Best Seating in venue | | |
| Venue : | National Aquatics Centre | | |
| City : | Beijing | | |
| Session Details : | Men's 200m Breaststroke Final | Quantity : | 2 |
| | Women's 100m Freestyle Semifinal 00 | Price : | $475.00 |
| | Men's 200m Backstroke Semifinal 00 | Total : | $950.00 |
| | Men's 200m Breaststroke Medal Ceremony | | |
| | Women's 200m Butterfly Final | | |
| | Men's 100m Freestyle Final | | |
| | Women's 200m Breaststroke Semifinal 00 | | |
| | Men's 200m Individual Medley Semifinal 00 | | |
| | Women's 200m Butterfly Medal Ceremony | | |
| | Women's 4 x 200m Freestyle Relay Final | | |
| | Men's 100m Freestyle Medal Ceremony | | |
| | Women's 4 x 200m Freestyle Relay Medal Ceremony | | |

| Sport : | Table Tennis - ( TT07 ) | | |
|---|---|---|---|
| Date : | Friday, August 15, 2008 | | |
| Time : | 10:00 - 13:00 | Quantity : | 2 |
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | Peking University Gymnasium | Total : | $350.00 |
| City : | Beijing | | |
| Session Details : | Women's Team Quarterfinal 1 Women's Team Quarterfinal 2 | | |

| Sub Total : | $2950.00 |
|---|---|
| Delivery Fee: | $30.00 |
| Total : | $2980.00 |

**Featured Events**

E-Mail Beijingticketing.com



**Archery Competition**

Sun, 10 Aug 08
**Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium**

**Badminton Competition**

Sat, 09 Aug 08
**Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University**

**Baseball Competition**

Web, 13 Aug 08
**Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field**

**Games :**

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| | |
|---|---|
| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |

Home | About Us | Contact Us | My Account | Site Map

Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

Beijing 2008 Ticketing

E-Mail Beijingticketing.com

| From: | sales@beijingticketing.com |
|---|---|
| Sent: | Tuesday, July 08, 2008 8:25 PM |
| To: | Chen, Alice |
| Cc: | admin@beijingticketing.com |
| Subject: | Your Order at BeijingTicketing 2008 |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

REDACTED



Dear Ms. Alice Chen

Thank you for choosing BeijingTicketing as Olympic Tickets provider and booking tickets online.

| Order #: | 31067 |
|---|---|
| OrderDate: | Wednesday, July 09, 2008 |
| Order Status: | In Progress |

| Sport : | Diving - ( DV02 ) | | |
|---|---|---|---|
| Date : | Monday, August 11, 2008 | | |
| Time : | 14:30 - 15:45 | Quantity : | 4 |
| Category: | Best Seating in venue | Price : | $475.00 |
| Venue : | National Aquatics Centre | Total : | $1900.00 |
| City : | Beijing | | |
| Session | Men's Synchronised 10m Platform Finals-Round 00 | | |
| Details : | Men's Synchronised 10m Platform Medal Ceremony | | |

| Sport : | Volleyball - ( VO10 ) | | |
|---|---|---|---|
| Date : | Tuesday, August 12, 2008 | | |
| Time : | 09:00 - 12:30 | Quantity : | 4 |
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | Beijing Institute of Technology Gymnasium | Total : | $700.00 |
| City : | Beijing | | |
| Session | Men's Preliminaries - Group B Match 04 | | |
| Details : | Men's Preliminaries - Group B Match 05 | | |

| Sport : | Gymnastics Artistic - ( GA09 ) | | |
|---|---|---|---|
| Date : | Wednesday, August 13, 2008 | | |
| Time : | 10:15 - 12:20 | Quantity : | 4 |
| Category: | Best Seating in venue | Price : | $175.00 |
| Venue : | National Indoor Stadium | Total : | $700.00 |
| City : | Beijing | | |
| Session | Women's Team Final | | |

7/29/2008

E-Mail Beijingticketing.com

| Details : | Women's Team Medal Ceremony | | |
|---|---|---|---|
| Sport : | Swimming - ( SW10 ) | | |
| Date : | Thursday, August 14, 2008 | | |
| Time : | 10:00 - 12:03 | | |
| Category: | Best Seating in venue | | |
| Venue : | National Aquatics Centre | | |
| City : | Beijing | | |
| Session Details : | Men's 200m Breaststroke Final<br>Women's 100m Freestyle Semifinal 00<br>Men's 200m Backstroke Semifinal 00<br>Men's 200m Breaststroke Medal Ceremony<br>Women's 200m Butterfly Final<br>Men's 100m Freestyle Final<br>Women's 200m Breaststroke Semifinal 00<br>Men's 200m Individual Medley Semifinal 00<br>Women's 200m Butterfly Medal Ceremony<br>Women's 4 x 200m Freestyle Relay Final<br>Men's 100m Freestyle Medal Ceremony<br>Women's 4 x 200m Freestyle Relay Medal Ceremony | Quantity :      4<br>Price :     $475.00<br>Total :     $1900.00 | |
| Sport : | Table Tennis - ( TT07 ) | | |
| Date : | Friday, August 15, 2008 | | |
| Time : | 10:00 - 13:00 | | |
| Category: | Best Seating in venue | Quantity :      4 | |
| Venue : | Peking University Gymnasium | Price :     $175.00 | |
| City : | Beijing | Total :     $700.00 | |
| Session Details : | Women's Team Quarterfinal 1<br>Women's Team Quarterfinal 2 | | |
| Sub Total : | $5900.00 | | |
| Delivery Fee: | $30.00 | | |
| Total : | $5930.00 | | |

Your Order is InProcess now. As soon as we successfully process your Credit/Debit card you will get an Order confirmation email.

**Featured Events**

Archery Competition

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

Badminton Competition

Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

Baseball Competition

Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

**Games :**

7/29/2008

E-Mail Beijingticketing.com

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| Ticket Search Helpline: | +44 (0) 207 593 2088 |
|---|---|
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |



Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

| From: | sales@beijingticketing.com |
| Sent: | Wednesday, July 09, 2008 4:31 AM |
| To: | Chen, Alice |
| Cc: | admin@beijingticketing.com |
| Subject: | Your Payment Received. |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**REDACTED**



Dear Ms. Alice Chen

Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.

**American Express Card Users:**

**Please Note that orders with American Express cards will be charged in British Pounds (GBP) Currency. Currency conversion rates of the order date will be used in currency conversion. Please be advised that your credit card statement will show transaction in GBP (British Pounds) against this order. Please contact our sales team if you need any further assistance.**

Many Thanks

Beijingticketing.com

| Order #: | 31067 | | |
| OrderDate: | Wednesday, July 09, 2008 | | |
| Order Status: | Paid | | |
| **Sport :** | Diving - ( DV02 ) | | |
| **Date :** | Monday, August 11, 2008 | | |
| **Time :** | 14:30 - 15:45 | **Quantity :** | 4 |
| **Category:** | Best Seating in venue | **Price :** | $475.00 |
| **Venue :** | National Aquatics Centre | **Total :** | $1900.00 |
| **City :** | Beijing | | |
| **Session** | Men's Synchronised 10m Platform Finals-Round 00 | | |
| **Details :** | Men's Synchronised 10m Platform Medal Ceremony | | |
| **Sport :** | Volleyball - ( VO10 ) | | |
| **Date :** | Tuesday, August 12, 2008 | | |

7/29/2008

| | | | | |
|---|---|---|---|---|
| **Time :** | 09:00 - 12:30 | | **Quantity :** | 4 |
| **Category:** | Best Seating in venue | | **Price :** | $175.00 |
| **Venue :** | Beijing Institute of Technology Gymnasium | | **Total :** | $700.00 |
| **City :** | Beijing | | | |
| **Session** | Men's Preliminaries - Group B Match 04 | | | |
| **Details :** | Men's Preliminaries - Group B Match 05 | | | |

| | | | | |
|---|---|---|---|---|
| **Sport :** | Gymnastics Artistic - ( GA09 ) | | | |
| **Date :** | Wednesday, August 13, 2008 | | | |
| **Time :** | 10:15 - 12:20 | | **Quantity :** | 4 |
| **Category:** | Best Seating in venue | | **Price :** | $175.00 |
| **Venue :** | National Indoor Stadium | | **Total :** | $700.00 |
| **City :** | Beijing | | | |
| **Session** | Women's Team Final | | | |
| **Details :** | Women's Team Medal Ceremony | | | |

| | | | | |
|---|---|---|---|---|
| **Sport :** | Swimming - ( SW10 ) | | | |
| **Date :** | Thursday, August 14, 2008 | | | |
| **Time :** | 10:00 - 12:03 | | | |
| **Category:** | Best Seating in venue | | | |
| **Venue :** | National Aquatics Centre | | | |
| **City :** | Beijing | | | |
| **Session Details :** | Men's 200m Breaststroke Final<br>Women's 100m Freestyle Semifinal 00<br>Men's 200m Backstroke Semifinal 00<br>Men's 200m Breaststroke Medal Ceremony<br>Women's 200m Butterfly Final<br>Men's 100m Freestyle Final<br>Women's 200m Breaststroke Semifinal 00<br>Men's 200m Individual Medley Semifinal 00<br>Women's 200m Butterfly Medal Ceremony<br>Women's 4 x 200m Freestyle Relay Final<br>Men's 100m Freestyle Medal Ceremony<br>Women's 4 x 200m Freestyle Relay Medal Ceremony | | **Quantity :**<br>**Price :**<br>**Total :** | 4<br>$475.00<br>$1900.00 |

| | | | | |
|---|---|---|---|---|
| **Sport :** | Table Tennis - ( TT07 ) | | | |
| **Date :** | Friday, August 15, 2008 | | | |
| **Time :** | 10:00 - 13:00 | | **Quantity :** | 4 |
| **Category:** | Best Seating in venue | | **Price :** | $175.00 |
| **Venue :** | Peking University Gymnasium | | **Total :** | $700.00 |
| **City :** | Beijing | | | |
| **Session** | Women's Team Quarterfinal 1 | | | |
| **Details :** | Women's Team Quarterfinal 2 | | | |

| | |
|---|---|
| **Sub Total :** | $5900.00 |
| **Delivery Fee:** | $30.00 |
| **Total :** | $5930.00 |

**Featured Events**

E-Mail Beijingticketing.com



**Archery Competition**

Sun, 10 Aug 08
**Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium**

**Badminton Competition**

Sat, 09 Aug 08
**Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University**

**Baseball Competition**

Web, 13 Aug 08
**Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field**

**Games :**

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

Ticket Search Helpline:    **+44 (0) 207 593 2088**

Ticket Sales :    sales@beijingticketing.com

General Information :    sales@beijingticketing.com

Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

**Beijing 2008 Ticketing**

REDACTED

| | |
|---|---|
| **From:** | Chen, Alice |
| **Sent:** | Wednesday, July 23, 2008 7:58 PM |
| **To:** | 'sales@beijingticketing.com' |
| **Subject:** | Tracking orders 29545 and 31067 |
| **Importance:** | High |

Hi,

We purchased and paid for 30 Olympic tickets but we have not received them.  Can you let us know if the tickets have been shipped and when we can expect them?  The order information is below:

Order Number: 29545 - 10 tickets ordered on February 1.
Order Number: 31067 - 20 tickets ordered on July 9.

We really appreciate your help, we need to receive the tickets as soon as possible to coordinate ticket distribution before leaving for China.

Thank you,
Alice

| From: | Chen, Alice |
|---|---|
| Sent: | Thursday, July 24, 2008 1:21 PM |
| To: | 'sales@beijingticketing.com' |
| Subject: | Tracking orders 29545 and 31067 |
| Importance: | High |

**REDACTED**

Hi,

We purchased and paid for 30 Olympic tickets but we have not received them.  Can you let us know if the tickets have been shipped and when we can expect them?  The order information is below:

Order Number: 29545 - 10 tickets ordered on February 1.
Order Number: 31067 - 20 tickets ordered on July 9.

We really appreciate your help, we need to receive the tickets as soon as possible to coordinate ticket distribution before leaving for China.

Thank you,
Alice

7/29/2008