1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>Plaintiffs,<br><br>v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF LAN PEI IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Lan Pei, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of San Mateo, California. All of facts set forth herein are known to me personally, and if called as a witness, I could testify competently to them.

2. I placed an order for two tickets to the Opening Ceremonies at the upcoming Olympic Games on the BeijingTicketing.com website on December 1, 2007. I found the site when I did a Google search for Beijing Olympic tickets. I thought the site was an official Olympic site because it had the Olympic logos. I believed that I was buying tickets that were official. No one asked for my passport or photo. Attached as Exhibit A is a true and correct copy of my order confirmation.

3. On July 14, 2008, I sent the email confirmation to ask a friend who lives in London to call the number on the website. I also sent an email to the web seller. The next day, my friend left a message for me on my cell phone and said no one answered the phone call. That same day, on the morning of July 15, 2008, I received an email from beijingticketing.com, stating that they will be sending tickets on July 23 by Fedex. Attached hereto as Exhibit B is a true and correct copy of that email.

4. Yesterday, July 28, 2008, when I had still not received any tickets, I did another search online to see if I could find some information. I learned about the Olympic Committees' counsel and contacted her by email.

5. I have not received any tickets from BeijingTicketing.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 29th day of July, 2008 at San Mateo, California.

_____
Lan Pei

# Exhibit A

REDACTED

Your Payment Received.

Saturday, December 1, 2007 6:12 AM
From:
sales@beijingticketing.com
To:

Cc:
admin@beijingticketing.com
Home <http://www.beijingticketing.com/>  - Sign In
<http://www.beijingticketing.com/signin.aspx>

Dear Ms. lan pei

Thanks for choosing our services to book your tickets online.We have re
the payment and your tickets will be dispatched within 2-4 four weeks p
the event date.

Many Thanks

Beijingticketing.com

Order #:            29173

```
OrderDate:              Saturday, December 01, 2007
Order Status:           Paid
Sport :  Opening Ceremony        Quantity :     2
Price :  $1450.00
Total :  $2900.00
Date  :  Friday, August 08, 2008
Time  :  20:00 - 23:30
Category:          Next Best seating
Venue :  National Stadium
City  :  Beijing
Session Details :       Opening Ceremony
Sub Total :             $2900.00
Delivery Fee:           $30.00
Total :        $2930.00
```

Featured Events

Archery Competition

<http://www.beijingticketing.com/olympic-beijing/sports/archery-tickets
Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition I
Beijing National Stadium
<http://www.beijingticketing.com/olympic-beijing/sports/archery-tickets

Badminton Competition

<http://www.beijingticketing.com/olympic-beijing/sports/badminton-ticke
Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competiti
Beijing University
<http://www.beijingticketing.com/olympic-beijing/sports/badminton-ticke

Baseball Competition

<http://www.beijingticketing.com/olympic-beijing/sports/baseball-ticket
Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition
Wukesong Baseball Field
<http://www.beijingticketing.com/olympic-beijing/sports/baseball-ticket

Games :
 Archery Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/archery-tickets
         Equestrian Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/equestrian-tick
         Rowing Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/rowing-tickets.

 Athletics Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/athletics-ticke
         Fencing Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/fencing-tickets
         Sailing Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/sailing-tickets

```
Badminton Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/badminton-ticke
        Football Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/football-ticket
        Shooting Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/shooting-ticket

 Baseball Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/baseball-ticket
        Gymnastics Artistic Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/gymnastics-arti
        Softball Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/softball-ticket

 Basketball Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/basketball-tick
        Gymnastics Rhythmic Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/gymnastics-rhyt
        Swimming Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/swimming-ticket

 Beach Volleyball Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/beach-volleybal
        Gymnastics Trampoline Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/gymnastics-tram
        Synchronised Swimming Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/synchronised-sw

 Boxing Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/boxing-tickets.
        Handball Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/handball-ticket
        Table Tennis Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/table-tennis-ti

 Closing Ceremony Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/closing-ceremon
        Hockey Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/hockey-tickets.
        Taekwondo Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/taekwondo-ticke

 Cycling BMX Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/cycling-bmx-tic
        Judo Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/judo-tickets.as
        Tennis Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/tennis-tickets.

 Cycling Mountain Bike Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/cycling-mountai
        Kayak Flatwater Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/kayak-flatwater
        Triathlon Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/triathlon-ticke

 Cycling Road Tickets
<http://www.beijingticketing.com/olympic-beijing/sports/cycling-road-ti
        Kayak Slalom Tickets
```

```
        <http://www.beijingticketing.com/olympic-beijing/sports/kayak-slalom-ti
                Volleyball Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/volleyball-tick

         Cycling Track Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/cycling-track-t
                Modern Pentathlon Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/modern-pentathl
                Water Polo Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/water-polo-tick

         Diving Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/diving-tickets.
                Opening Ceremony Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/opening-ceremon
                Weightlifting Tickets
        <http://www.beijingticketing.com/olympic-beijing/sports/weightlifting-t

        Questions?
        Please feel free to contact www.BeijingTicketing.com
        <http://www.beijingticketing.com/>  team for any queries and further
        information.
        Ticket Search Helpline:  +44 (0) 207 593 2088
        Ticket Sales :  sales@beijingticketing.com
        <http://us.mc321.mail.yahoo.com/mc/compose?to=sales@beijingticketing.co

        General Information :   sales@beijingticketing.com
        <http://us.mc321.mail.yahoo.com/mc/compose?to=sales@beijingticketing.co




                   Home <http://www.beijingticketing.com/> | About Us
        <http://www.beijingticketing.com/about_us.aspx> | Contact Us
        <http://www.beijingticketing.com/contact_us.aspx> | My Account
        <http://www.beijingticketing.com/signin.aspx> | Site Map
        <http://www.beijingticketing.com/sitemap.xml>
        Beijing Ticketing 2008 Inc. All rights reserved.
        Terms and Conditions
        <http://www.beijingticketing.com/terms_conditions.aspx> |Contact us
        at:sales@beijingticketing.com
        <http://us.mc321.mail.yahoo.com/mc/compose?to=sales@beijingticketing.co
```

# Exhibit B

REDACTED

```
--- On Tue, 7/15/08, sales@beijingticketing.com
<sales@beijingticketing.com> wrote:

    From: sales@beijingticketing.com <sales@beijingticketing.com>
    Subject: RE: Fwd: Your Payment Received.

    Date: Tuesday, July 15, 2008, 4:37 AM

    Hi There,
```

Tickets will be sent to you on 23rd July 2008 by Fedex.

Regards,

Sales


From: Lan Pei
Date: 7/14/08 19:12
Subject: Fwd: Your Payment Received.

REDACTED

Now it is only three weeks left. I will be go to China end of July. What ti
I
will be get the tickets?
lan

--- On Sun, 12/2/07, Lan Pei ·                                    wrote:
 From: Lan Pei
Subject: Fwd: Your Payment Received.
To:
Date: Sunday, December 2, 2007, 12:34 AM


Note: forwarded message attached.
   Be a better sports nut! Let your teams follow you with Yahoo Mobile. Try
now.

7/29/2008