1  DIANA M. TORRES
   DALE M. CENDALI
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407

5  Attorneys for Plaintiffs
   The International Olympic Committee and
6  The United States Olympic Committee

7
               **UNITED STATES DISTRICT COURT**
8
               **NORTHERN DISTRICT OF CALIFORIA**
9

10
    The United States Olympic              Case No.  C 08-03514 JSW
11  Committee and The International
    Olympic Committee,                     **DECLARATION OF FEI LONG IN**
12                                         **SUPPORT OF PLAINTIFFS'**
                   Plaintiffs,             **MOTION FOR A TEMPORARY**
13                                         **RESTRAINING ORDER**
           v.
14
    Xclusive Leisure & Hospitality Ltd.;
15  Beijingticketing.com; 2008-
    Olympics.com;
16  Beijingolympic2008tickets.com;
    Beijingolympictickets2008.com;
17  Olympic-tickets.net;
    Olympicticketsbeijing2008.com;
18  Does 1-10, inclusive,

19                 Defendants.

20

21

22

23

24

25

26

27

28

                                              F. LONG DEC. IN SUPPORT OF MOTION
                                                                       FOR TRO

I, Fei Long, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of Simi Valley, California. Except for the facts stated on information and belief, all of facts set forth herein are known to me personally, and if called as a witness, I could and would testify competently thereto.

2. In April of 2008, I was searching the Internet for available tickets to the 2008 Olympic Closing Ceremony as well as the Men's Table Tennis Final. On the first results page of my Google search, I found the Website www.beijingticketing.com ("Beijing Ticketing"). The site claimed to sell tickets to the 2008 Olympics. Attached as **Exhibit A** is a true and correct copy of the Beijing Ticketing Website.

3. The Beijing Ticketing website contained several seemingly official Olympic logos, such as the red human figure logo designed specifically for the 2008 Beijing Games, and appeared to me to be a source of legitimate tickets for the 2008 Olympics.

4. On April 25, 2008, I placed my order for two tickets to the Closing Ceremony for $950 each. I also placed an order for two tickets to the Men's Table Tennis Final for $325 each. I entered my contact information as well as my credit card information in the spaces provided on the site. Beijing Ticketing did not ask for, and I did not provide, my photograph or passport details.

5. On April 26, 2008, I received an email from Beijing Ticketing stating, "Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date." The email indicated that the total for my order, which included a $30 delivery fee, came to $2,580. Attached as **Exhibit B** are true and correct copies of the emails I received from Beijing Ticketing.

6. In an effort to verify exactly when my tickets would be delivered and how I could expect delivery, I tried to contact Beijing Ticketing via telephone at

F. LONG DEC. IN SUPPORT OF MOTION FOR TRO

1. least ten times using the number listed on the website, however, no one ever answered the line.

2. 7. I also sent emails to sales@beijingticketing.com and tried to contact Beijing Ticketing using the "Enquiry Form" on the website, however, I received no response to any of my emails or online inquiries.

3. 8. My credit card has been charged as a result of my order, however, at this point, I have not nor do I expect to receive any tickets from Beijing Ticketing.

4. 9. After learning from an online posting that Diana Torres represented the United States Olympic Committee, I contacted Ms. Torres on the morning of July 28, 2008 to discuss my experience with Beijing Ticketing and offer my help. Prior to that date, I had never had any contact with Ms. Torres or anyone else representing the plaintiffs in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of July, 2008 at Simi Valley, California.

Fei Long

**EXHIBIT A**

**Bookmark BeijingTicketing.com :**

HACKER SAFE TESTED DAILY 17-JUL

### Olympic Venues

### Cities
- Beijing Tickets
- Qingdao Tickets
- Tianjin Tickets
- Shanghai Tickets
- Shenyang Tickets
- Qinhuangdao Tickets
- Hong Kong Tickets

Olympic Tickets:
- Gymnastics Trampoline Tickets
- Handball Tickets
- Hockey Tickets
- Judo Tickets
- Modern Pentathlon Tickets
- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets
- Taekwondo Tickets
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets
- Wrestling Tickets

Closing Ceremony Tickets:
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets

Tickets:
- Judo Tickets
- Kayak Flatwater Tickets
- Kayak Slalom Tickets
- Modern Pentathlon Tickets
- Opening Ceremony Tickets

Tickets:
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets

### Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

- Olympic Tickets: Opening Ceremony Beijing
- Olympic Tickets: Swimming Final Tickets Beijing
- Olympic Tickets: Tennis Singles & Final Tickets Beijing
- Olympic Tickets: Gymnastic Rythmic Tickets Beijing
- Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

### Coming Up Next: Vancouver 2010 Winter Olympic Games

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

### Facts About Summer Olympic 2008

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.







**Bookmark BeijingTicketing.com**





- Google
- Reddit
- Netscape
- Delicious
- Yahoo
- Facebook
- StumbleUpon
- Ask

- Google
- Reddit
- Netscape
- Delicious
- Yahoo
- Facebook
- StumbleUpon
- Ask

### Archery Competition



Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition in Beijing National Stadium

### Badminton Competition



Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on The Badminton Competition in Beijing University

### Baseball Competition



Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition in Xinghua Workers Stadium

### Games :

- Archery Tickets
- Athletics Tickets
- Badminton Tickets
- Baseball Tickets
- Basketball Tickets
- Beach Volleyball Tickets
- Boxing Tickets
- Closing Ceremony Tickets
- Cycling BMX Tickets
- Cycling Mountain Bike Tickets
- Cycling Road Tickets
- Cycling Track Tickets
- Diving Tickets
- Equestrian Tickets
- Fencing Tickets
- Football Tickets
- Gymnastics Artistic Tickets
- Gymnastics Rhythmic Tickets
- Gymnastics Trampoline Tickets
- Handball Tickets
- Hockey Tickets
- Judo Tickets
- Kayak Flatwater Tickets
- Kayak Slalom Tickets
- Modern Pentathlon Tickets
- Opening Ceremony Tickets
- Rowing Tickets
- Sailing Tickets
- Shooting Tickets
- Softball Tickets
- Swimming Tickets
- Synchronised Swimming Tickets
- Table Tennis Tickets
- Taekwondo Tickets
- Tennis Tickets
- Triathlon Tickets
- Volleyball Tickets
- Water Polo Tickets
- Weightlifting Tickets

### Hot Selling Olympic Summer Games:

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quingdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

### Hot Selling Olympic Summer Games:

The Olympic Games is the longest run athletes competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

- Olympic Tickets: Opening Ceremony Beijing
- Olympic Tickets: Swimming Final Tickets Beijing
- Olympic Tickets: Tennis Singles & Final Tickets Beijing
- Olympic Tickets: Gymnastic Rythmic Tickets Beijing
- Olympic Tickets: Closing Ceremony Beijing

### Ticketing Summary:

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.



Login
e-mail
Password
Login
Forgot Password

### Closing Ceremony

Get Your Tickets Now!

### Finals Tickets

Get Your Tickets Now!

### Sports Schedule

### Sports and Events

Calendar Beijing 2008



Total Satisfaction Guarantee





- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.





**Bookmark BeijingTicketing.com**

- Google
- reddit
- Netscape
- Delicious
- Yahoo
- Facebook
- StumbleUpon
- Ask

### Venues

- Beijing Institute of Technology Gymnasium
- Beijing Shooting Complex
- Beijing University of Aeronautics And Astronautics Gymnasium
- Beijing University of Technology Gymnasium
- Capital Indoor Stadium
- Chaoyang Park Beach Volleyball Ground
- China Agricultural University Gymnasium
- Fencing Hall
- Fengtai Softball Field
- Hong Kong Equestrian Venue (Beas River)
- Hong Kong Equestrian Venue (Shatin)
- Laoshan Bicycle Moto Cross (BMX) Venue
- Laoshan Mountain Bike Course
- Laoshan Velodrome
- Modern Pentathlon Venue
- National Aquatics Centre
- National Indoor Stadium
- Olympic Green Archery Field
- Olympic Green Hockey Field
- Olympic Green Tennis Centre
- Olympic Sports Centre Gymnasium
- Peking University Gymnasium
- Qingdao Olympic Sailing Centre
- Qinhuangdao Olympic Sports Centre Stadium
- Shanghai Stadium
- Shenyang Olympic Sports Centre Stadium
- Shunyi Olympic Rowing-Canoeing Park
- Tianjin Olympic Centre Stadium
- Triathlon Venue
- University of Science and Technology Beijing Gymnasium
- Cycling Road Course
- Workers Indoor Arena
- Workers Stadium
- Wukesong Baseball Field
- Wukesong Indoor Stadium
- Ying Tung Natatorium

Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100% guaranteed tickets delivery.

Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues


Beijing 2008 Ticketing

Home . About Us . Contact Us . My Account . Site Map
XL & H Ltd. All rights reserved. Terms and Conditions
Privacy Policy | Contact us at: sales@beijingticketing.com

Olympic 2008 Schedule | Olympic 2008 Request Tickets

HACKER SAFE TESTED 17-JUL

Exhibit B

REDACTED

---------- Forwarded message ----------
From: **sales@beijingticketing.com** <sales@beijingticketing.com>
Date: 25 Apr 2008 17:50:55 +0100
Subject: Welcome to BeijingTicketing.com
To:
Cc: admin@beijingticketing.com



# Welcome !

Dear Mr. Fei Long

Welcome to BeijingTicketing.com We are specialized in providing sold out Olympic Summer games tickets in very economical prices. Find your tickets from our secure and guaranteed website and book them as soon as possible. However if you cannot find your tickets here just give us a ring or drop an email anytime. We will be pleased to help you for finding your tickets.

Your login details are as follows:

URL:        http://www.beijingticketing.com/
Login:
Password:   XXXXXXX

**Featured Events**

| Sun, 10 Aug 08 | Sat, 09 Aug 08 | Web, 13 Aug 08 |
| Get the Best Archery | Get the Best Badminton | Get the Best Baseball |

7/28/2008

| Tickets on the Locations The Archery Competition In Beijing National Stadium | Tickets on the Locations The Badminton Competition In Beijing University | Tickets on the Locations The Baseball Competition In Wukesong Baseball Field |
|---|---|---|
| **Games :** | | |
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| | |
|---|---|
| **Ticket Search Helpline:** | +44 (0) 207 593 2088 |
| **Ticket Sales :** | sales@beijingticketing.com |
| **General Information :** | sales@beijingticketing.com |

Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

7/28/2008

**REDACTED**

---------- Forwarded message ----------
From: sales@beijingticketing.com <sales@beijingticketing.com>
Date: 26 Apr 2008 13:42:35 +0100
Subject: Your Payment Received.
To:
Cc: admin@beijingticketing.com

Dear Mr. Fei Long

Thanks for choosing our services to book your tickets online. We have received the payment and your tickets will be dispatched within 2-4 four weeks prior to the event date.

American Express Card Users:

**Please Note that orders with American Express cards will be charged in British Pounds (GBP) Currency. Currency conversion rates of the order date will be used in currency conversion. Please be advised that your credit card statement will show transaction in GBP (British Pounds) against this order.** Please contact our sales team if you need any further assistance.

Many Thanks

Beijingticketing.com

| | |
|---|---|
| Order #: | 30277 |
| OrderDate: | Saturday, April 26, 2008 |
| Order Status: | Paid |
| Sport: | Closing Ceremony - ( ZC01 ) |
| Date: | Sunday, August 24, 2008 |
| Time: | 20:00 - 23:00 |
| Category: | Best Seating in venue |
| Venue: | National Stadium |

Quantity : 2
Price : $950.00

7/28/2008

| | | | |
|---|---|---|---|
| City : | Beijing | Total : | $1900.00 |
| Session Details : | Closing Ceremony | | |
| Sport : | Table Tennis - ( TT29 ) | | |
| Date : | Saturday, August 23, 2008 | | |
| Time : | 19:30 - 21:30 | | |
| Category: | Best Seating in venue | Quantity : | 2 |
| Venue : | Peking University Gymnasium | Price : | $325.00 |
| City : | Beijing | Total : | $650.00 |
| Session Details : | Men's Singles Bronze Medal Match Men's Singles Gold Medal Match Men's Singles Medal Ceremony | | |
| Sub Total : | $2550.00 | | |
| Delivery Fee : | $30.00 | | |
| Total : | $2580.00 | | |

**Featured Events**

| | | |
|---|---|---|
| Sun, 10 Aug 08 Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium | Sat, 09 Aug 08 Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University | Web, 13 Aug 08 Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field |

Games :

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

Questions?
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

Ticket Search Helpline: +44 (0) 207 593 2088
Ticket Sales : sales@beijingticketing.com
General Information : sales@beijingticketing.com

7/28/2008

Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

7/28/2008

REDACTED

---------- Forwarded message ----------
From: **Fei Long**
Date: Jul 28, 2008 12:14 AM
Subject: Re: Your Order at BeijingTicketing 2008
To: sales@beijingticketing.com

Hi please answer my email or I'll dispute credit card. Thanks!


On Thu, Jun 12, 2008 at 11:24 PM, Fei Long <            > wrote:
  Hi can you let me know when will the tickets arrive?

  Thanks!

  Fei


  ---------- Forwarded message ----------
  From: <sales@beijingticketing.com>
  Date: Fri, Apr 25, 2008 at 10:39 PM
  Subject: Your Order at BeijingTicketing 2008
  To:
  Cc: admin@beijingticketing.com

Dear Mr. Fei Long

Thank you for choosing BeijingTicketing as Olympic Tickets provider and booking tickets online.

| | |
|---|---|
| **Order #:** | 30277 |
| **OrderDate:** | Saturday, April 26, 2008 |
| **Order Status:** | In Progress |

7/28/2008

| | | | |
|---|---|---|---|
| Sport : | Closing Ceremony - ( ZC01 ) | | |
| Date : | Sunday, August 24, 2008 | | |
| Time : | 20:00 - 23:00 | Quantity : | 2 |
| Category: | Best Seating in venue | Price : | $950.00 |
| Venue : | National Stadium | Total : | $1900.00 |
| City : | Beijing | | |
| Session Details : | Closing Ceremony | | |
| Sport : | Table Tennis - ( TT29 ) | | |
| Date : | Saturday, August 23, 2008 | | |
| Time : | 19:30 - 21:30 | Quantity : | 2 |
| Category: | Best Seating in venue | Price : | $325.00 |
| Venue : | Peking University Gymnasium | Total : | $650.00 |
| City : | Beijing | | |
| Session Details : | Men's Singles Bronze Medal Match<br>Men's Singles Gold Medal Match<br>Men's Singles Medal Ceremony | | |
| Sub Total : | $2550.00 | | |
| Delivery Fee: | $30.00 | | |
| Total : | $2580.00 | | |

Your Order is InProcess now. As soon as we successfully process your Credit/Debit card you will get an Order confirmation email.

**Featured Events**

Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium

Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations The Badminton Competition In Beijing University

Web, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In Wukesong Baseball Field

**Games :**

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |

7/28/2008

| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
|---|---|---|
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Questions?**
Please feel free to contact www.BeijingTicketing.com team for any queries and further information.

| | |
|---|---|
| Ticket Search Helpline: | +44 (0) 207 593 2088 |
| Ticket Sales : | sales@beijingticketing.com |
| General Information : | sales@beijingticketing.com |

Home | About Us | Contact Us | My Account | Site Map
Beijing Ticketing 2008 Inc. All rights reserved.
Terms and Conditions |Contact us at:sales@beijingticketing.com

7/28/2008