1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (State Bar No. 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:   (213) 430-6407

5  CARLA MENINSKY (State Bar No. 233470)
   O'MELVENY & MYERS LLP
6  Embarcadero Center West
   275 Battery Street, Suite 2600
7  San Francisco, CA 94111-3305

8  Attorneys for Plaintiffs
   The United States Olympic Committee and
9  the International Olympic Committee

10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                     **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>            Plaintiffs,<br><br>     v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>            Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF CARLA MENINSKY IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, RENEWED** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AGAINST DOMAIN NAMES** |

1  I, CARLA MENINSKY, HEREBY DECLARE AS FOLLOWS:

2  1. I am an associate with the law firm O'Melveny & Myers LLP, counsel for
3  Plaintiffs in this matter. I am personally familiar with the facts and circumstances herein,
4  and would and could competently testify to them if called as a witness.

5  2. On July 29, 2008, I personally emailed a copy of each of the following
6  documents to sales@beijingtickets.com:

7  - First Amended Complaint;
8  - Plaintiffs' *Ex Parte* Motion For Reconsideration, Or In The Alternative,
9    Renewed *Ex Parte* Application For Temporary Restraining Order
10   Against Domain Names;
11 - Memorandum Of Points And Authorities In Support Of Plaintiffs' *Ex*
12   *Parte* Motion For Reconsideration, Or In The Alternative, Renewed *Ex*
13   *Parte* Application For Temporary Restraining Order Against Domain
14   Names;
15 - Declaration of Lan Pei in Support of Plaintiff's Motion for Temporary
16   Restraining Order;
17 - Pei Exhibit A;
18 - Pei Exhibit B;
19 - Declaration of Fei Long in Support of Plaintiff's Motion for Temporary
20   Restraining Order;
21 - Long Exhibit A;
22 - Long Exhibit B;
23 - Declaration of Mary Davis in Support of Plaintiff's Motion for
24   Temporary Restraining Order;
25 - Davis Exhibit A;
26 - Davis Exhibit B;
27 - Declaration of "Alice" Yu-Ping Chen in Support of Plaintiff's Motion
28   for Temporary Restraining Order;

MENINSKY DEC ISO PLS' *EX PARTE* MOT
FOR RECONSIDERATION, OR, RENEWED
*EX PARTE* APP FOR TRO

- Chen Exhibit A;
- Declaration of Courtney Schneider in Support of Plaintiff's Motion for Temporary Restraining Order;
- Schneider Exhibit A;
- Schneider Exhibit B;
- Schneider Exhibit C;
- [Proposed] Order Granting Motion For Reconsideration; Or, In The Alternative, [Proposed] Order Granting Renewed Motion For Temporary Restraining Order And Expedited Discovery.

I declare under perjury of the laws of the United States that the foregoing is true and correct.

Dated: July 29, 2008

O'MELVENY & MYERS LLP

By: /s/ Carla Meninsky
Carla Meninsky

Attorneys for Plaintiffs
The United States Olympic Committee and the International Olympic Committee

SF1:723438.1

- 2 -

MENINSKY DEC ISO PLS' *EX PARTE* MOT FOR RECONSIDERATION, OR, RENEWED *EX PARTE* APP FOR TRO