DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407
dtorres@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee, | Case No. 3:08-cv-03514-JSW |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| Does 1-10, inclusive, | |
| Defendants. | |

## PROOF OF SERVICE BY EMAIL

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On July 30 2008, I transmitted from my business email account, sdrucker@omm.com, an electronic service copy of the following:

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**

to the following, at the email address indicated below:

**sales@beijingticketing.com**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 30, 2008, at San Francisco, California.


                                    _____
                                          /s/ Stacey H. Drucker
                                          Stacey H. Drucker

SF1:723485.1