DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dtorres@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and the
International Olympic Committee

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>Plaintiffs,<br><br>v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF XIN GAO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Xin Gao, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of East Palo Alto, California. All of the facts set forth herein are known to me personally and, if called as a witness, I could testify to them competently.

2. On May 13, 2008, I placed an order for one ticket to the Opening Ceremony for the upcoming Olympic Games on the BeijingTicketing.com website in June of 2008.

3. I believed that the website was an official Beijing Olympic ticket site because of the domain name, BeijingTicketing.com, as well as the fact that the site had the Beijing Olympic logo. I thought that the site was legitimate and that I was buying tickets that were official.

4. I have not received any tickets from BeijingTicketing.com.

5. I contacted counsel for the United States Olympic Committee and International Olympic Committee on July 29, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 3[1st] day of July, 2008 at Beijing, China.

_____
Xin Gao