1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

## SAN FRANCISCO DIVISION

| The United States Olympic Committee and The International Olympic Committee, | Case No. C 08-03514 JSW |
|---|---|
| Plaintiffs, | **DECLARATION OF GIN-GIN WU IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-Olympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive, | |
| Defendants. | |

I, Gin-Gin Wu, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of Burlingame, California. All of the facts set forth herein are known to me personally and, if called as a witness, I could testify to them competently.

2. On December 29, 2007, I placed an order for two tickets to the Opening Ceremony of the upcoming Olympic Games on the BeijingTicketing.com website. On June 10, 2008, I placed another order for two additional tickets to the Opening Ceremony.

3. I believed the site was legitimate as it contained the Beijing Olympic logo as well as information about the Olympic Games. The domain name, BeijingTicketing.com, also led me to believe that the site was legitimate and that the tickets I was purchasing were official.

4. I have not received any tickets from BeijingTicketing.com.

5. I contacted counsel for the United States Olympic Committee and International Olympic Committee on July 31, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31 day of July, 2008 at Burlingame, California.

_____
Gin-Gin Wu