1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-Olympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF RODNEY WOOTERS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Rodney Wooters, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of Keller, Texas. All of the facts set forth herein are known to me personally and, if called as a witness, I could testify to them competently.

2. I placed an order for tickets to the upcoming Olympic Games on the BeijingTicketing.com website in June of 2008.

3. The domain name, BeijingTicketing.com, as well as the fact that the site had the Beijing Olympic logo, led me to believe that the website had been established as an official Beijing Olympic ticket site. Also, the links on the site, such as the "Event Calendar," made me think that the site was legitimate and that I was buying tickets that were official.

4. I have not received any tickets from BeijingTicketing.com.

5. I contacted counsel for the United States Olympic Committee and International Olympic Committee on July 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31 day of July, 2008 at Keller, Texas.

_____
Rodney Wooters