1   DALE M. CENDALI (admitted for all purposes 11/30/93)
2   DIANA M. TORRES (SBN 162284)
    O'MELVENY & MYERS LLP
3   400 South Hope Street
    Los Angeles, CA  90071-2899
4   Telephone:  (213) 430-6000
    Facsimile:   (213) 430-6407
5   dtorres@omm.com

6   Attorneys for Plaintiffs
    The United States Olympic Committee and the
7   International Olympic Committee

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>Plaintiffs,<br><br>v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>Defendants. | Case No.  C 08-03514 JSW<br><br>**DECLARATION OF DAVID LOWE IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, David Lowe, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of Tustin, California. All of the facts set forth herein are known to me personally and, if called as a witness, I could testify to them competently.

2. On December 2, 2007, I placed an order for two tickets for $1,850 each to the Opening Ceremony for the upcoming Olympic Games on the BeijingTicketing.com website.

3. After reading over the website, I believed that the website was an official Beijing Olympic ticket site as the site contained facts about the Olympics and a calendar of events. In addition, the domain name, BeijingTicketing.com, as well as the fact that the site had the Beijing Olympic logo led me to believe that the site was legitimate and that I was buying tickets that were official.

4. I have not received any tickets from BeijingTicketing.com.

5. I contacted the United States Olympic Committee on July 31, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 1st day of August, 2008 at Irvine, California.

_David Lowe_