DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dtorres@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and the
International Olympic Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>Plaintiffs,<br><br>v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-Olympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF "JOHNNY" JIAN WANG IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

JIAN WANG DEC. IN SUPPORT OF
PLAINTIFFS' MOTION

I, "JOHNNY" JIAN WANG, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of Cupertino, California. All of facts set forth herein are known to me personally and, if called as a witness, I could testify competently to them.

2. On Saturday, July 26, 2008, I placed an order for two tickets to a Men's Basketball event at the upcoming Olympics on the BeijingTicketing.com website. I ordered these tickets because my seven year old son loves basketball and I wanted to take him to see an Olympic basketball game.

3. I saw many websites that had domain names with Olympic trademarks. They all led to BeijingTicketing.com. Everything about that site indicated to me that it was an official site -- its name, BeijingTicketing.com, indicated to me that it had been established as an official Beijing Olympic ticket agent and it had the Beijing Olympics logo. I believed the site was legitimate and that I was buying tickets that were official. Attached as Exhibit A is a true and correct copy of an email I received on the morning of Monday, July 28, 2008, from BeijingTicketing.com confirming my payment.

4. I emailed on Monday (7/28) to BeijingTicketing.com through the "contact us" page on their contact website, http://beijingticketing.com/contact_us.aspx, and said I am leaving next Tuesday and please let me know when I can receive the tickets. I received no reply at all.

5. I have not received any tickets from BeijingTicketing.com. Now, after doing some research, I realize I have been defrauded and will not receive my tickets. My wife and son have already left for Beijing. I stayed behind for work but have a plane ticket to join them next week. I am going to have to tell my son next week that we will not be able to go to the Olympics basketball game that I had promised to take him to. Telling him this is going to be harder for me than losing the money.

JIAN WANG DEC. IN SUPPORT OF
PLAINTIFFS' MOTION

6. I did not know the website might not be legitimate until Monday when I saw a posting online. I then emailed counsel for the United States Olympic Committee and International Olympic Committee, Diana Torres, at approximately 10:30 p.m. on Monday, July 28, 2008 to ask how I could help stop this activity and help prevent it from happening to others. I called her on Wednesday, July 30, 2008, to confirm that I would submit a declaration about my experience to the court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of July, 2008 at Cupertino, California.

_____
"Johnny" Jian Wang