1   DALE M. CENDALI (admitted for all purposes
    11/30/93)
2   DIANA M. TORRES (SBN 162284)
    O'MELVENY & MYERS LLP
3   400 South Hope Street
    Los Angeles, CA  90071-2899
4   Telephone:   (213) 430-6000
    Facsimile:    (213) 430-6407
5   dtorres@omm.com

6   Attorneys for Plaintiffs
    The United States Olympic Committee and the
7   International Olympic Committee

8

9                 **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORIA**

11                  **SAN FRANCISCO DIVISION**

12

13   The United States Olympic                Case No.  C 08-03514 JSW
     Committee and The International
     Olympic Committee,                       **DECLARATION OF CYNTHIA SPRY
14                                             IN SUPPORT OF PLAINTIFFS'
                                               MOTION FOR A TEMPORARY
15                  Plaintiffs,                RESTRAINING ORDER**

16          v.

17   Xclusive Leisure & Hospitality Ltd.;
     Beijingticketing.com; 2008-
18   0lympics.com;
     Beijingolympic2008tickets.com;
19   Beijingolympictickets2008.com;
     Olympic-tickets.net;
20   Olympicticketsbeijing2008.com;
     Does 1-10, inclusive,

21                  Defendants.

22

23

24

25

26

27

28
                                        CYNTHIA SPRY DEC. IN SUPPORT OF
                                              PLAINTIFFS' MOTION

1    I, Cynthia Spry, HEREBY DECLARE AS FOLLOWS:

2

3    1.    I am a resident of New York, New York.  All of the facts set forth

4  herein are known to me personally and, if called as a witness, I could testify to them

5  competently.

6    2.    I placed an order for two tickets to the Opening Ceremony for the

7  upcoming Olympic Games on the BeijingTicketing.com website on November 7,

8  2007.  The total cost of my order was $2,300.

9    3.    I thought that the site was legitimate and that it was a source of official

10  tickets to the Olympic Games because of the domain name, BeijingTicketing.com,

11  and the website's claim that "Beijing 2008 Ticketing is a well known tickets agent

12  and a trusted market place for buyers to find and book Olympic tickets.  We assure

13  100% guaranteed tickets delivery."  In addition, the information on the site, such as

14  the event calendar, the list of all of the events for which tickets could be purchased

15  and the facts about the Olympic Games, also made me think that the site was

16  legitimate.

17    4.    I have not received any tickets from BeijingTicketing.com.

18    5.    I contacted counsel for the United States Olympic Committee and

19  International Olympic Committee on July 31, 2008.

20

21    I declare under penalty of perjury under the laws of the United States that the

22  foregoing is true and correct.

23

24  Executed on this 1st day of August, 2008 at New York, New York.

25

26

27  _____
    Cynthia Spry

28

- 2 -                                CYNTHIA SPRY DEC. IN SUPPORT OF
                                     PLAINTIFFS' MOTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CYNTHIA SPRY DEC. IN SUPPORT OF
PLAINTIFFS' MOTION