1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407
   dtorres@omm.com
5
   Attorneys for Plaintiffs
6  The United States Olympic Committee and
   the International Olympic Committee
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | The United States Olympic Committee and the International Olympic Committee, | Case No.  3:08-cv-03514-JSW |
| --- | --- | --- |
| 12 | | **PROOF OF SERVICE** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | Does 1-10, inclusive, | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY EMAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On August 1 2008, I transmitted from my business email account, pkanbar@omm.com, an electronic service copy of the following:

**DECLARATION OF XIN GAO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF RODNEY WOOTERS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF GIN-GIN WU IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF "JOHNNY" JAIN WANG IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF DAVID LOWE IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

**DECLARATION OF CYNTHIA SPRY IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

to the following, at the email address indicated below:

**sales@beijingticketing.com**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 1, 2008, at San Francisco, California.

/s/ *Paulina Kanbar*
Paulina Kanbar

SF1:723485.2