1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

SAN FRANCISCO DIVISION

| The United States Olympic Committee and The International Olympic Committee, | Case No. C 08-03514 JSW |
|---|---|
| Plaintiffs, | **DECLARATION OF CYNTHIA SPRY IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-Olympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive, | |
| Defendants. | |

1  I, Cynthia Spry, HEREBY DECLARE AS FOLLOWS:

2

3  1.  I am a resident of New York, New York. All of the facts set forth
4  herein are known to me personally and, if called as a witness, I could testify to them
5  competently.
6  2.  I placed an order for two tickets to the Opening Ceremony for the
7  upcoming Olympic Games on the BeijingTicketing.com website on November 7,
8  2007. The total cost of my order was $2,300.
9  3.  I thought that the site was legitimate and that it was a source of official
10 tickets to the Olympic Games because of the domain name, BeijingTicketing.com,
11 and the website's claim that "Beijing 2008 Ticketing is a well known tickets agent
12 and a trusted market place for buyers to find and book Olympic tickets. We assure
13 100% guaranteed tickets delivery." In addition, the information on the site, such as
14 the event calendar, the list of all of the events for which tickets could be purchased
15 and the facts about the Olympic Games, also made me think that the site was
16 legitimate.
17 4.  I have not received any tickets from BeijingTicketing.com.
18 5.  I contacted counsel for the United States Olympic Committee and
19 International Olympic Committee on July 31, 2008.
20

21 I declare under penalty of perjury under the laws of the United States that the
22 foregoing is true and correct.
23

24 Executed on this 1st day of August, 2008 at New York, New York.
25
26
27           *Cynthia Spry*   Aug 1, 2008
   Cynthia Spry
28

- 2 -                CYNTHIA SPRY DEC. IN SUPPORT OF
                     PLAINTIFFS' MOTION