1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| The United States Olympic Committee and The International Olympic Committee,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. C 08-03514 JSW<br><br>**DECLARATION OF ALAN HIBDON IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Alan Hibdon, HEREBY DECLARE AS FOLLOWS:

1. I am a resident of San Francisco, California. All of the facts set forth herein are known to me personally and, if called as a witness, I could testify to them competently.

2. On February 28, 2008, I placed an order for numerous tickets to the upcoming Olympic Games on the BeijingTicketing.com website, including tickets to the Opening Ceremony. I was not asked to provide a photograph or information about my passport. The total cost of my order was $12,390.

3. I am a (retired) software engineer. I have done web design and am fairly cautious about purchasing tickets online. Before placing my order, I reviewed the BeijingTicketing.com website fairly thoroughly. I found its sophistication and thoroughness to indicate that it was a legitimate source of tickets and specifically reviewed the site's "sporting and events calendar" several times, which I viewed as a tool to facilitate purchasing decisions. In addition, the site was at the top of Google search results for several months and I found favorable reviews of the site on Google that I now believe to have been planted by the operators of the site. I also saw the Olympic logo and assumed the site had authority to sell tickets to the Olympic Games.

4. After placing my order, I was originally told my tickets would ship in late June by Federal Express. I was later told that my tickets should ship on July 21, 2008, by noon by Federal Express. Since then I have had no response to my many calls and emails.

5. I have not received any tickets from BeijingTicketing.com. By the time I realized I had likely been scammed, it was too late to find replacement tickets to the Opening Ceremonies.


6. I contacted counsel for the United States Olympic Committee on August 2, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 4th day of August, 2008 at Beijing, China.

_____
Alan Hibdon

- 3 -

ALAN HIBDON DEC. IN SUPPORT OF
PLAINTIFFS' MOTION