1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA 90071-2899
4  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
5  dtorres@omm.com

6  Attorneys for Plaintiffs
   The United States Olympic Committee and the
7  International Olympic Committee

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORIA**

10                    **SAN FRANCISCO DIVISION**

11

12

13  The United States Olympic          Case No. C 08-03514 JSW
    Committee and The International
    Olympic Committee,                  **DECLARATION OF DIANA M.**
14                                      **TORRES IN SUPPORT OF**
                      Plaintiffs,       **PLAINTIFFS' MOTION FOR A**
15                                      **TEMPORARY RESTRAINING**
          v.                            **ORDER**
16
17  Xclusive Leisure & Hospitality Ltd.;
    Beijingticketing.com; 2008-
18  0lympics.com;
    Beijingolympic2008tickets.com;
19  Beijingolympictickets2008.com;
    Olympic-tickets.net;
20  Olympicticketsbeijing2008.com;
    Does 1-10, inclusive,
21
                      Defendants.
22

23

24

25

26

27

28

1    I, Diana M. Torres, hereby declare as follows:

2

3        1.    I am counsel of record for plaintiffs the United States Olympic

4    Committee and the International Olympic Committee.  I submit this declaration to

5    provide the Court with exhibits relevant to the questions posed in the Court's July

6    30, 2008, Order.  All of the facts set forth herein are known to me personally and, if

7    called as a witness, I could competently testify to them.

8        2.    I have personally visited the website www.BeijingTicketing.com (the

9    "Site").  Every page of that site displays the following logo:

10

11
        
12

13

14

15

16        3.    The privacy page of the Site, available at

17   http://www.beijingticketing.com/Privacy.aspx, begins with the following sentence:

18

19        Welcome to the Official Ticketing Website of the Beijing 2008 Olympic
         Games (BEIJING TICKETING WEBSITE or the "Website").
20

21   The Privacy page also has the following Copyright and Trademark notices:

22

23        Copyright Notice:

24        The Beijing Organizing Committee for the Games of the XXIX Olympiad
         (BOCOG) owns the intellectual property rights to all content on the Website
25       as well as the Website's design, structure, and compilation ("Look and Feel").
         Unless otherwise stated, Copyright Law of the People's Republic of China
         and other laws and regulations protect all materials contained in this Website.
26       The content in this Website is for the purpose of personal use; it may not be
         reproduced, distributed, transmitted, displayed, published or broadcast for
27       any other purpose without prior written permission of BOCOG.

28

TORRES DEC. IN SUPPORT OF
PLAINTIFFS' MOTION

Logo and Trademarks:

The Olympic Emblem, Trademarks and Technical Terms are registered internationally and are protected under existing laws and regulations. According to existing laws and regulations, it is illegal to use any of the trademarks or service marks or other intellectual property accessible through the Website for any other purposes unless such trademarks or service marks or other intellectual property are provided by BOCOG and are allowed to be used for any other purposes. It is illegal to misrepresent yourself in any way sponsored by, affiliated with, or endorsed by BOCOG or any of BOCOG's Sponsors. It is illegal to defame or disparage BEIJING TICKETING WEBSITE, the trademarks or service marks of BOCOG, or any aspect of the Website.

4.      There is a portion of the homepage of the Site titled "Facts About Summer Olympic 2008."  Under that title are statements preceded by bullet points. In those statements are three links.  The first link is the words "Olympics 2008" in the first bullet point; clicking it simply brings the user back to the top of the homepage of the site.   The second link is found in the sixth bullet point where it says "calendar for the 2008 Olympic Games" (although the word "games" does not appear to be part of the link) while the third link is in the seventh bullet point at the phrase "2008 Olympic Games."  The second and third links both take the user to the "Events and Sports Schedule Beijing Olympics 2008."   Attached hereto as **Exhibit A** is a true and correct copy of the homepage of the Site and its Privacy page.

5.      The "Events and Sports Schedule Beijing Olympics 2008" page lists a calendar in grid form of the events and games at the upcoming Olympic Games in Beijing.  Across the top is a list of day and dates while down the left side of the page is a list of the events and sports matches.  Within the grid are icons that indicate which events take place on which days.  Each of the events and sports matches listed on the left side of the grid serves as a link to purchase tickets to that particular type of sports match or event.  Each of the icons within the grid serves as a link to purchase tickets to the particular type of sports match or event on the specific date indicated on the grid.  For example, clicking on the word "Archery"

TORRES DEC. IN SUPPORT OF
PLAINTIFFS' MOTION

on the left side of the grid brings the user to the purchasing page for the Archery competitions reflected in **Exhibit B** attached hereto, which I printed from the Site on August 3, 2008.  And, clicking the icon OP shown on the grid under the date Monday, August 11, 2008, and to the right of the word/link "Archery" (referenced above) brings the user to the purchasing page with the option to purchase tickets to the specific Archery competitions taking place on August 11, 2008, as reflected in **Exhibit C** attached hereto, which I printed from the Site on August 3, 2008.  By my count, there are well in excess of 200 links to ticket purchase pages contained on the "Events and Sports Schedule Beijing Olympics 2008" page.

6.      The official website of the Beijing 2008 Olympic Games can be found at en.Beijing2008.cn.  That site can be viewed in several language.  On a subpage of the official website, available at http://www.beijing2008.cn/spirit/beijing2008/ when viewed in Chinese is the following image:



Attached hereto as **Exhibit D** is a true and correct copy of a printout of that subpage from the Chinese language version of the official website of the Beijing 2008 Olympic Games.  (The printout looks slightly different in terms of the positioning of some of the icons that appears to be due to the conversion from .html to .pdf.)

7.      Since last Monday, July 27, 2008, I have received many emails from people who have ordered tickets from the Site, BeijingTicketing.com.  Those who have contacted me uniformly report that they have not received any tickets from the

TORRES DEC. IN SUPPORT OF
PLAINTIFFS' MOTION

1   Site.  We have submitted declarations from some but not all of those people.  Some

2   had already left for Beijing.  Many had purchased the tickets from the Site as gifts

3   for family members.

4          8.      There is an online discussion group on Topix.com about

5   BeijingTicketing.com at

6   http://www.topix.com/forum/olympics/T69SBMFUMDO47718A.  Those who have

7   posted comments on the Topix site also report that they have not received tickets.

8   Their comments, like those of the people who have contacted me, reflect feelings of

9   anguish, disbelief, anger and distress.

10         I declare under penalty of perjury under the laws of the United States that the

11  foregoing is true and correct.

12  Executed on this 3rd day of August, 2008 at Los Angeles, California.

13

14

15                                        /s/ Diana M. Torres
                                   Diana M. Torres

16

17

18

19

20

21

22

23

24

25

26

27

28

TORRES DEC. IN SUPPORT OF
PLAINTIFFS' MOTION



**Welcome to Beijing Olympic Tickets Website ! | Sign in**

⌂ Home | 📄 Register | 🔍 Search | ❓ Help | ☎ Contact Us



**Please call us at
+44 (0) 207 593 2088
for telephone orders.**

Sports

**Opening Ceremony Tickets**

**Closing Ceremony Tickets**

**Archery Tickets**

**Athletics Tickets**

**Badminton Tickets**

**Baseball Tickets**

**Basketball Tickets**

**Beach Volleyball Tickets**

**Boxing Tickets**

**Kayak Flatwater Tickets**

**Kayak Slalom Tickets**

**Cycling BMX Tickets**

**Cycling Mountain Bike Tickets**

**Cycling Road Tickets**

**Cycling Track Tickets**

**Diving Tickets**

**Equestrian Tickets**

**Fencing Tickets**

**Football Tickets**



**Buy Now!
Opening Ceremony Tickets**

**Search Competitions Tickets** 



**Archery Competition**

 Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium



**Badminton Competition**

 Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on The Badminton Competition In Beijing University



**Baseball Competition**

 Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In XingHua Workers Stadium

e-mail

Password

 Login

Forgot Password



**Closing Ceremony
Get Your Tickets Now!**

**Games :**

🏃 Archery Tickets

🏃 Athletics Tickets

🏃 Badminton Tickets

🏃 Equestrian Tickets

🏃 Fencing Tickets

🏃 Football Tickets

🏃 Rowing Tickets

🏃 Sailing Tickets

🏃 Shooting Tickets

Gymnastics Artistic Tickets

Gymnastics Rhythmic Tickets

Gymnastics Trampoline Tickets

Handball Tickets

Hockey Tickets

Judo Tickets

Modern Pentathlon Tickets

Rowing Tickets

Sailing Tickets

Shooting Tickets

Softball Tickets

Swimming Tickets

Synchronised Swimming Tickets

Table Tennis Tickets

Taekwondo Tickets

Tennis Tickets

Triathlon Tickets

Volleyball Tickets

Water Polo Tickets

Weightlifting Tickets

Wrestling Tickets

Cities

Beijing Tickets

Qinqdao Tickets

Tianjin Tickets

Shanghai Tickets

Shenyang Tickets

Qinhuangdao Tickets

Hong Kong Tickets

Olympic Venues

Baseball Tickets
Basketball Tickets
Beach Volleyball Tickets
Boxing Tickets
Closing Ceremony Tickets
Cycling BMX Tickets
Cycling Mountain Bike Tickets
Cycling Road Tickets
Cycling Track Tickets
Diving Tickets

Gymnastics Artistic Tickets
Gymnastics Rhythmic Tickets
Gymnastics Trampoline Tickets
Handball Tickets
Hockey Tickets
Judo Tickets
Kayak Flatwater Tickets
Kayak Slalom Tickets
Modern Pentathlon Tickets
Opening Ceremony Tickets

Softball Tickets
Swimming Tickets
Synchronised Swimming Tickets
Table Tennis Tickets
Taekwondo Tickets
Tennis Tickets
Triathlon Tickets
Volleyball Tickets
Water Polo Tickets
Weightlifting Tickets











**Hot Selling Olympic Summer Games:**

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quinqdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

**Hot Selling Olympic Summer Games:**

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swiming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing

**Ticketing Summary:**

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed

Bookmark BeijingTicketing.com

 Google       Yahoo

**Bookmark BeijingTicketing.com :**

 Google
 Reddit
 Netscape
 Delicious
 Yahoo
 Facebook
 StumbleUpon
 Ask



**Archery Competition**



Sun, 10 Aug 08
Get the Best Archery Tickets on the Locations The Archery Competition In Beijing National Stadium



**Badminton Competition**



Sat, 09 Aug 08
Get the Best Badminton Tickets on the Locations on The Badminton Competition In Beijing University



**Baseball Competition**



Wed, 13 Aug 08
Get the Best Baseball Tickets on the Locations The Baseball Competition In XingHua Workers Stadium



e-mail

Password

 Login

Forgot Password

Games :

| | | |
|---|---|---|
| Archery Tickets | Equestrian Tickets | Rowing Tickets |
| Athletics Tickets | Fencing Tickets | Sailing Tickets |
| Badminton Tickets | Football Tickets | Shooting Tickets |
| Baseball Tickets | Gymnastics Artistic Tickets | Softball Tickets |
| Basketball Tickets | Gymnastics Rhythmic Tickets | Swimming Tickets |
| Beach Volleyball Tickets | Gymnastics Trampoline Tickets | Synchronised Swimming Tickets |
| Boxing Tickets | Handball Tickets | Table Tennis Tickets |
| Closing Ceremony Tickets | Hockey Tickets | Taekwondo Tickets |
| Cycling BMX Tickets | Judo Tickets | Tennis Tickets |
| Cycling Mountain Bike Tickets | Kayak Flatwater Tickets | Triathlon Tickets |
| Cycling Road Tickets | Kayak Slalom Tickets | Volleyball Tickets |
| Cycling Track Tickets | Modern Pentathlon Tickets | Water Polo Tickets |
| Diving Tickets | Opening Ceremony Tickets | Weightlifting Tickets |

**Hot Selling Olympic Summer Games:**

BeijingTicketing is experienced ticket agent now selling Summer Olympic Tickets which is going to take place in China ( Beijing , Quinqdao , Tianjin , Shanghai , Shenyang , Qinhuangdao , Hong Kong ). Browse hundreds of tickets for all sessions of Men's and Women's sports of Olympic Summer Games, sorted by date and can be searched by sport, venue and dates.

**Hot Selling Olympic Summer Games:**

The Olympic Games is the longest run athletics competition in history, and Summer 2008 Olympics tickets are a passport to this rich world of tradition and ceremony. The 2008 Summer Olympics in Beijing, China , will be known as the Games of the XXIX Olympiad. The Olympics will be celebrated from August 8, 2008 to August 24, 2008. Buy tickets to Beijing Summer Olympic and see this awesome festival live! Popular games of Olympic are as follows.

Olympic Tickets: Opening Ceremony Beijing
Olympic Tickets: Swiming Final Tickets Beijing
Olympic Tickets: Tennis Singles & Final Tickets Beijing
Olympic Tickets: Gymnastic Rythmic Tickets Beijing
Olympic Tickets: Closing Ceremony Beijing









**Ticketing Summary:**

- BeijingTicketing reserve the rights to change timeline dates and prices.
- Ticketing information and event schedule are subject to change on this site.
- Buying tickets from BeijingTicketing will protect your purchase from frauds.
- We make sure that your Olympic Tickets are guaranteed and secure.
- Browse Event Calendar to find your tickets.
- Download printable, easy to use Event Schedule

**Coming Up Next: Vancouver 2010 Winter Olympic Games**

Pricing and ticket information for the Winter Games in Vancouver Canada are currently unavailable as it is not provided by Official Seller. BeijingTicketing is selling tickets for Summer Olympic Games Tickets and will sell tickets for all events at the Winter Games (Olympic 2010), so please check back with our site for up-to-date information, or register with us to get free updates on the Olympic Games.

**Facts About Summer Olympic 2008**

- BEIJING The head of ticket sales for the Olympics 2008
- The sale of 1.85 million tickets, available first-come first-served bases.
- Beijing was elected the host city on July 13 2001 during the 112th Session in Moscow, beating Toronto Paris Istanbul ,and Osaka
- The centerpiece of the 2008 Summer Olympics will be the Beijing National Stadium, nicknamed the "Bird Nest" because of its nest -like skeletal structure.
- The Beijing municipal authority has declared that more than 70 local laws and decrees would be made before the 2008 Summer Olympics.
- The calendar for the 2008 Olympic Games is the most recent version of the games schedule.
- The Main Press Centre (MPC) is the central work place for the 5,600 accredited written and photographic press covering the 2008 Olympic Games.
- Media Service Guide for accredited media organizations for the Beijing 2008 Paralympic Games is released on the official website of BOCOG.





**Bookmark BeijingTicketing.com**

 Google           Yahoo

 Reddit           Facebook

Netscape          StumbleUpon

 Delicious           Ask

## Venues

Beijing Institute of Technology Gymnasium

Beijing Shooting Complex

Beijing University of Aeronautics And Astronautics
Gymnasium

Beijing University of Technology Gymnasium

Capital Indoor Stadium

Chaoyang Park Beach Volleyball Ground

China Agricultural University Gymnasium

Fencing Hall

Fengtai Softball Field

Hong Kong Equestrian Venue (Beas River)

Hong Kong Equestrian Venue (Shatin)

Laoshan Bicycle Moto Cross (BMX) Venue

Laoshan Mountain Bike Course

Laoshan Velodrome

Modern Pentathlon Venue

National Aquatics Centre

National Indoor Stadium

National Stadium

Olympic Green Archery Field

Olympic Green Hockey Field

Olympic Green Tennis Centre

Olympic Sports Centre Gymnasium

Peking University Gymnasium

Qingdao Olympic Sailing Centre

Qinhuangdao Olympic Sports Centre
Stadium

Shanghai Stadium

Shenyang Olympic Sports Centre Stadium

Shunyi Olympic Rowing-Canoeing Park

Tianjin Olympic Centre Stadium

Triathlon Venue

University of Science and Technology Beijing
Gymnasium

Cycling Road Course

Workers Indoor Arena

Workers Stadium

Wukesong Baseball Field

Wukesong Indoor Stadium

Ying Tung Natatorium

**Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.**
**Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues**



Home  . About Us  . Contact Us  . My Account  . Site Map
XL & H Ltd. All rights reserved.    Terms and Conditions
Privacy Policy |Contact us at:  sales@beijingticketing.com

Olympic 2008    Olympic 2008
Schedule       Request Tickets

## THE TICKETING WEBSITE OF BEIJING 2008 OLYMPIC GAMES
### GENERAL TERMS AND CONDITIONS OF USE

**Introduction:**

Welcome to the Official Ticketing Website of the Beijing 2008 Olympic Games (BEIJING TICKETING WEBSITE or the "Website"). For your protection and ours, we have established the following General Terms and Conditions of Use for this Site ("Terms and Conditions"). XL & H Ltd. trading as BEIJING TICKETING WEBSITE offers you a variety of online content and services throughout this Website, all of which are subject to these Terms and Conditions. By using this Website in any way you are agreeing to comply with these Terms and Conditions. As these Terms and Conditions are subject to change without notice, we encourage you to visit this page often. Your use of the Website is also governed by the XL & H Ltd. Privacy Policy.

References to "we or us" below should be read appropriately pursuant to their context to mean XL & H Ltd. trading as BEIJING TICKETING WEBSITE.

**Copyright Notice:**

The Beijing Organizing Committee for the Games of the XXIX Olympiad (BOCOG) owns the intellectual property rights to all content on the Website as well as the Website's design, structure, and compilation ("Look and Feel"). Unless otherwise stated, Copyright Law of the People's Republic of China and other laws and regulations protect all materials contained in this Website. The content in this Website is for the purpose of personal use; it may not be reproduced, distributed, transmitted, displayed, published or broadcast for any other purpose without prior written permission of BOCOG.

**No Commercial Use:**

No area of this Website may be used by any visitors for any commercial purposes such as to conduct sales of tickets, merchandise or services of any kind. You must obtain prior written consent from BEIJING TICKETING WEBSITE before making commercial offers of any kind, whether by advertising, solicitations, links, or any other form of communication. Without prejudice to the foregoing, any visitors may not resell or link other websites to this Website for the purpose of selling tickets of any kind. BEIJING TICKETING WEBSITE will investigate and take appropriate legal action against anyone who violates this provision, including without limitation, removing the relevant communication contents from this Website and barring such violators from use of this Website. BEIJING TICKETING WEBSITE reserves the right to block access to or cancel a ticket application of any user known or reasonably believed to be associated with any ticket broker or dealer, and utilizing automated means to process or submit ticket applications, or submitting tickets of an amount exceeding the limit.

**Access and Interference:**

You agree that you will not use any Robot, Spider, other automatic device, or manual process to monitor or copy BEIJING TICKETING WEBSITE web pages or the content contained thereon or for any other unauthorized purpose without the prior expressed written permission of BEIJING TICKETING WEBSITE. You agree that you will not use any device, software or program to interfere or attempt to interfere with the proper working of the BEIJING TICKETING WEBSITE. You agree that you will not take any action that imposes an unreasonable or disproportionately large load on our infrastructure. You agree that, except for the purpose of your own personal and non-commercial use, you will not copy, reproduce, alter, modify, create derivative works, or publicly display any content from this Website without the prior expressed written permission of

BEIJING TICKETING WEBSITE.

**Logo and Trademarks:**

The Olympic Emblem, Trademarks and Technical Terms are registered internationally and are protected under existing laws and regulations. According to existing laws and regulations, it is illegal to use any of the trademarks or service marks or other intellectual property accessible through the Website for any other purposes unless such trademarks or service marks or other intellectual property are provided by BOCOG and are allowed to be used for any other purposes. It is illegal to misrepresent yourself in any way sponsored by, affiliated with, or endorsed by BOCOG or any of BOCOG's Sponsors. It is illegal to defame or disparage BEIJING TICKETING WEBSITE, the trademarks or service marks of BOCOG, or any aspect of the Website.

**Exclusion of Liability:**

Whilst we have made all reasonably commercial efforts to maintain the security and functions of the Website, BEIJING TICKETING WEBSITE does not promise that the Website will be error-free, uninterrupted, nor that it will bear specific results from use of the Website or any content, search or link on it. The Website and its content are delivered on an "as-is" and "as-available" basis. BEIJING TICKETING WEBSITE cannot ensure that files you download from the Website will be free of viruses or contamination or destructive features. BEIJING TICKETING WEBSITE does not promise any warranties, express or implied, including also any implied warranties of merchantability and fitness for a particular purpose. To the maximum extent permitted by laws and regulations, BEIJING TICKETING WEBSITE will not be liable for any damages of any kind arising from the use of this Website, including without limitation, direct, indirect, incidental, punitive and consequential damages. BEIJING TICKETING WEBSITE makes no guarantee of any specific resulted from use of this Website or use of any of its service.

**External Sites:**

This Website may contain links to a third party's websites over which BEIJING TICKETING WEBSITE exercises no control ("External Sites"). BEIJING TICKETING WEBSITE does not endorse, and is not responsible for, or liable for any content, advertising, products, services, or other materials on, or available from, such External Sites. The same applies to a third party's websites that may contain links to the BEIJING TICKETING WEBSITE.

This Website is compatible with the browser of Microsoft Internet Explorer (6.x), and may also use the browser of Safari (1.2+) for Firefox (1.5 +) system and for Mac OS system.

The Website is optimized for minimum screen resolution 800 X 600.

**Accessibility:**

BEIJING TICKETING WEBSITE values web accessibility and is committed to making itself accessible to as many people as possible. The Website's content is designed for client's independence and supports an array of technologies. In its research and design of web pages' content and services, BEIJING TICKETING WEBSITE consulted the

W3C Web Pages' Content Accessibility Guidelines. We are making an effort to comply with as many of these guidelines as possible, so that we can offer a Level A compliant site.

**Indemnification:**

By using this Website, you agree to indemnify BEIJING TICKETING WEBSITE, its officers, trustees, members, employees, volunteers, agents, and representatives and hold them harmless from any and all claims and expenses, including attorneys' fees, arising from your improper use of the Website. To the maximum extent permitted by laws and regulations, you further agree to irrevocably release BEIJING TICKETING WEBSITE and its officers, trustees, members, employees, volunteers, agents, and representatives from any and all claims, demands, debts, obligations, damages (actual or consequential), costs, and expenses of any kind, (known or unknown, suspected or unsuspected, disclosed or undisclosed) that you may have against them arising out of, or in any way related to, your use of the Website or to any disputes regarding use of ideas or related materials submitted to BEIJING TICKETING WEBSITE.

**Governing Law and Dispute Resolution:**

Unless otherwise stipulated expressly, all disputes arising from, or in connection with, your use of the Website shall be governed and construed in accordance with the laws of the People's Republic of China. And such disputes shall be resolved through consultation between the parties in the spirit of utmost candor and good faith and in the joint and best interests of the parties. In the event that the parties are unable to resolve such disputes through consultation, such disputes shall be submitted by either party to the jurisdiction of the people's court in the place where BOCOG has its domicile.

**Violation of Terms and Conditions:**

Should you violate these Terms and Conditions or any other rights of XL & H Ltd. trading as BEIJING TICKETING WEBSITE. XL & H Ltd. trading as BEIJING TICKETING WEBSITE reserves the right to pursue any and all legal liabilities against you. If you are aware of any violations of these Terms and Conditions, please report them to us:

**Privacy Policy**

Your privacy is very important to us. Please read this Privacy Policy to learn about the ways in which we use and protect your personal information. If you have additional questions about BeijingTicketing.com's general privacy principles, please either read the pages at our Privacy Central section available or contact info@beijingticketing.com.

**Overview**

By accepting this Privacy Policy and the User Agreement, you expressly consent to our use and disclosure of your personal information in the manner prescribed in this Privacy Policy. If you object to this use and disclosure please do not register with us.

This Privacy Policy contains a number of references to other pages on our Site and other websites. Please note: underlined words and phrases are click-through links to these pages and websites. BeijingTicketing.com strongly recommends that you click on such links to obtain further important details about the Privacy Policy, as they may contain further terms and conditions which apply to you as an BeijingTicketing.com member.

This Privacy Policy applies to the http://www.beijingticketing.com website (the "Site").

**An Important Note about Children.**

Our services are not available to children and we ask that persons under the age of 18 do not submit any personal information to us. If you are under 18 years old, you can use this service only in conjunction with and under the supervision of a parent or guardian.

**Information We Collect.**

Our primary goal in collecting personal information is to provide you with a safe, efficient, and personalised experience.
In general, you can browse the Site without telling us who you are or revealing any personal information about yourself. Once you give us your personal information, you are not anonymous to us. If you choose to use our services, we may require you to provide contact and identity information, financial information and other personal information as indicated on the forms throughout the Site. Where possible, we indicate which fields are required and which fields are optional.

You always have the option not to provide information by choosing not to use a particular service or feature.
Under some circumstances we may require some additional financial information, such as, but not limited to, credit card details if you are registering using an email account at certain email services, or registering to buy tickets from the Site. We use this financial information to help verify your name, address, and other information. We may also use this information to charge you for your use of our services.

We automatically collect and process certain information based upon your use of the Site. We use this information to conduct internal research on our users' demographics, interests, and behaviour to better understand, serve and protect you and our community. This information may include the URL that you just came from (whether this URL is on the Site or not), which URL you next go to (whether this URL is on the Site or not), browser information, and your IP address.

We use data collection devices such as "cookies" on certain pages of the Site. "Cookies" are small files placed on your hard drive that assist us in providing customised services and to help promote safer trading. We also offer certain features that are only available through the use of a cookie. We also use cookies to allow you to enter your password less frequently while you are using the Site. Cookies can also help us provide information which we tailor to your interests. Most cookies are "session cookies", meaning that they are automatically deleted from your hard drive at the end of a session using the Site. You are always free to decline our

cookies if your browser permits, although in that case you may not be able to use certain features on the Site and you may be required to re-enter your password more frequently while you are using the Site.

Additionally, you may encounter "cookies" or other similar devices on certain pages of the Site that are placed by third parties. For example, if you view a web page created by a user, there may be a "cookie" placed within that web page. We do not control the use of cookies by third parties.

If you choose to buy on the Site, we collect information about your buying behaviour.

If you establish a credit account with us to pay the fees we charge, we collect some additional information, including but not limited to a billing address, a credit card number and a credit card expiration date.

If you send us personal correspondence, such as emails or letters, or if other users or third parties send us correspondence about your activities or postings on the Site, we may collect such information into a file specific to you.

If you register for Beijingticketing.com (a) on another web site, or (b) use a web site providing a service for BeijingTicketing.com, or (c) a web site that helps facilitate your activity on BeijingTicketing.com, that web site may provide personal information about you and your transactions back to BeijingTicketing.com.

**Our Use of Your Information.**

We use information in the files we maintain about you, and other information we obtain from your current and past activities on the Site, to resolve disputes, provide customer support, troubleshoot problems and enforce our User Agreement and policies. At times, we may look across multiple users to identify problems or resolve disputes, and in particular we may examine your information to identify users using multiple User IDs or aliases.

You agree that we may use personally identifiable information about you to improve our marketing and promotional efforts, to analyze site usage, improve our content and product offerings, and customise the Site's content, layout, and services. These uses improve the Site and better tailor it to meet your needs.

You agree that we may use your information to contact you and deliver information to you that, in some cases, are targeted to your interests, such as targeted banner advertisements, administrative notices, product offerings, and communications relevant to your use of the Site. By accepting the User Agreement and reading this Privacy Policy, you expressly agree to receive this information. If you do not wish to receive these communications, please notify us by email to info@beijingticketing.com

**Our Disclosure of Your Information.**

BeijingTicketing.com MAY USE YOUR INFORMATION FOR ANY LEGALLY PERMISSIBLE PURPOSE AS DETERMINED IN OUR SOLE DISCRETION. Without limiting the foregoing, we may share or sell your personally identifiable information with third parties for their direct and online marketing purposes. Though we are selective as to the identities of these third parties and endeavour to work with entities with similar policies and practices, we do not control the policies and practices of these third parties, and it is possible that they will use your information in a manner which is inconsistent with this privacy policy, and they may not provide the opportunity to opt-out or unsubscribe from their service.

We may enhance or merge your personally identifiable information with data collected from other sources to use in direct or online marketing, including the data services described on the Site. All information provided to us may be used to support our marketing and data services businesses. These services include the provision of and use of personally identifiable data to marketing companies, advertising agencies, data compilers, data companies, and, to the extent permitted by law, individual reference and look-up service programs.

We send e-mail to individuals who have agreed on the Site to receive e-mail from us or to individuals who have agreed on third party websites to receive e-mail from third parties such as us. As a result, laws requiring particular information or certain formatting for unsolicited commercial e-mail are not applicable to our messages.

NOTWITHSTANDING ANY OTHER PROVISION OF THIS POLICY, WE MAY SELL OR TRANSFER YOUR INDIVIDUAL INFORMATION TO THIRD PARTIES FOR ANY PURPOSE IN OUR SOLE DISCRETION.

BeijingTicketing.com cooperates with law enforcement inquiries, as well as other third parties, to enforce laws and third party rights, such as intellectual property rights and laws relating to fraud. Therefore, in response to a verified request by law enforcement or other government officials such as a Section 29 (3) Data Protection Act 1998 form relating to a criminal investigation or alleged illegal activity, or other activity that may expose us or you to legal liability, we can (and you authorise us to) disclose personal information such as name, address, telephone number, email address, User ID history and listing history about you as we, in our sole discretion, believe necessary or appropriate.

**Control of Your Password.**

You are responsible for all actions taken with your User ID and password, including those actions that result in fees being charged to your account. Therefore we do not recommend that you disclose your BeijingTicketing.com password to any third parties. If you choose to share your User ID and password or your information with third parties where it is necessary for you to do so for them to provide you additional services, you are responsible for all actions taken with your User ID and password and therefore you should review that third party's privacy policy. If you lose control of your password, you may lose substantial control over your personally identifiable information and may be subject to legally binding actions taken on your behalf. Therefore, if your password or account has been compromised for any reason, you should immediately change your password as detailed below.

**Accessing, Reviewing and Changing Your Personally Identifiable Information.**

You can change your User ID, password, contact information, financial information, postal address and user preferences by emailing us at info@beijingticketing.com.

You must promptly notify us if your personal information changes or is inaccurate.

Upon your written request, we will deactivate your account, contact information, and financial information from our active databases. To make this request, please contact info@beijingticketing.com. Such information will be deactivated as soon as reasonably possible in accordance with our deactivation policy and applicable law.

We will retain in our files information you have requested us to remove in some circumstances, such as to resolve disputes & troubleshoot problems. Further, such prior information is never completely removed from our databases due to technical and legal constraints, including stored "back up" systems. Therefore, you should not expect that all of your personally identifiable information will be completely removed from our databases in response to your requests.

**Other Information Collectors.**

Except as otherwise expressly included in this Privacy Policy, this document only addresses the use and disclosure of information we collect from you. To the extent that you disclose your information to other parties, whether they are buyers or sellers on the Site or other sites throughout the Internet, different rules may apply to their use or disclosure of the information you disclose to them. To the extent that we use third party advertisers, they adhere to their own privacy policies. Since BeijingTicketing.com does not control the privacy policies of third parties, you are subject to the privacy policies of that third party. We encourage you to ask questions before you disclose your personal information to others.

**Security.**

BeijingTicketing.com uses industry standard practices to safeguard the confidentiality of your personal identifiable information, including encryption, "firewalls" and Secure Socket Layers. BeijingTicketing.com treats data as an asset that must be protected against loss and unauthorised access. We employ many different security techniques to protect such data from unauthorised access by users inside and outside the company. However, "perfect security" does not exist on the Internet.

**Notice.**

We may amend this Privacy Policy from time to time in order that it accurately reflects the regulatory environment and our own data collection and disclosure practices. All amended terms shall automatically be effective 30 days after they are initially posted on the Site. In addition, we will notify you by posting the amended Privacy Policy on the Site.

Please be advised that information on this site is subject to change without notice.



About Us  ·   Contact Us  ·   Your Account  ·   Site Map
XL & H Ltd. All rights reserved.
Terms and Conditions  |

Privacy | Contact us at: sales@beijingticketing.com

Case 8:08-cv-03544-JSM-Document 42-4    Filed 09/04/2008



**Beijing 2008** Ticketing

Olympics 2008 - Beijing - Archery Tickets | Sign in

⌂ Home | 🖹 Register | 🔍 Search | ❓ Help | ☎ Contact Us



Please call us at
+44 (0) 207 593 2088
for telephone orders.

### Sports

Opening Ceremony Tickets

Closing Ceremony Tickets

Archery Tickets

Athletics Tickets

Badminton Tickets

Baseball Tickets

Basketball Tickets

Beach Volleyball Tickets

Boxing Tickets

Kayak Flatwater Tickets

Kayak Slalom Tickets

Cycling BMX Tickets

Cycling Mountain Bike
Tickets

Cycling Road Tickets

Cycling Track Tickets

Diving Tickets

Equestrian Tickets

Fencing Tickets

Football Tickets

Home >> Olympic >> Sports >> Archery
Olympic Beijing 2008

# Olympics 2008 - Beijing - Archery Tickets

BeijingTicketing.com is a secure and reliable ticket agent now selling Olympic Archery Tickets and Other Olympic sports tickets for 2008 Summer Olympic taking place in Beijing, China. Olympic tickets are available with multiple sessions which include Olympic Men's Sports and Olympic Women Sports. Our quite interactive website allows Olympic sports fans to buy multiple price level tickets for single game per session. Please feel free to contact for more information about tickets, venues and cities.

**Please Note : All ticket prices are in United States Dollars (USD).**

| Date / Time | Sport | Session Details | Venue | Price Levels | Order |
|---|---|---|---|---|---|
| Saturday 09-Aug-2008 12:00 - 14:00 | Archery Tickets Preliminaries (AR01) | Women's Ranking Round | Olympic Green Archery Field more details>> | Sold out - A | Order |
| Sunday 10-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR03) | Women's Team 1/8 Eliminations Women's Team Quarterfinals | Olympic Green Archery Field more details>> | $175 - A $150 - B $125 - C | Order |
| Sunday 10-Aug-2008 16:00 - 18:20 | Archery Tickets Finals (AR04) | Women's Team Semifinals Women's Team Bronze Medal Match Women's Team Gold Medal Match Women's Team Medal Ceremony | Olympic Green Archery Field more details>> | $475 - A $450 - B $425 - C | Order |
| Monday 11-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR05) | Men's Team 1/8 Eliminations Men's Team Quarterfinals | Olympic Green Archery Field more details>> | $175 - A $150 - B $125 - C | Order |
| Monday 11-Aug-2008 | Archery Tickets Finals | Men's Team Semifinals Men's Team Bronze Medal Match | Olympic Green Archery Field | $475 - A $450 - B | Order |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Gymnastics Artistic Tickets** | 16:00 - 18:20 | (AR06) | Men's Team Gold Medal Match | | $425 - C | |
| **Gymnastics Rhythmic Tickets** | | | Men's Team Medal Ceremony | | | |
| **Gymnastics Trampoline Tickets** | Tuesday 12-Aug-2008 | Archery Tickets Preliminaries | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field | $175 - A $150 - B | Order |
| **Handball Tickets** | 10:00 - 13:10 | (AR07) | | more details>> | $125 - C | |
| **Hockey Tickets** | Tuesday 12-Aug-2008 | Archery Tickets Preliminaries | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field | $175 - A $150 - B | Order |
| **Judo Tickets** | 15:30 - 18:41 | (AR08) | | more details>> | $125 - C | |
| **Modern Pentathlon Tickets** | Wednesday 13-Aug-2008 | Archery Tickets Preliminaries | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field | $250 - A $225 - B | Order |
| **Rowing Tickets** | 10:00 - 13:10 | (AR09) | | more details>> | $200 - C | |
| **Sailing Tickets** | Wednesday 13-Aug-2008 | Archery Tickets Preliminaries | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field | $250 - A $225 - B | Order |
| **Shooting Tickets** | 15:30 - 18:41 | (AR10) | | more details>> | $200 - C | |
| **Softball Tickets** | Thursday 14-Aug-2008 | Archery Tickets Preliminaries | Women's Individual 1/8 Eliminations | Olympic Green Archery Field | $375 - A $325 - B | Order |
| **Swimming Tickets** | 10:30 - 12:28 | (AR11) | | more details>> | $275 - C | |
| **Synchronised Swimming Tickets** | Thursday 14-Aug-2008 | Archery Tickets Finals | Women's Individual Quarterfinals | Olympic Green Archery Field | $475 - A $450 - B | Order |
| **Table Tennis Tickets** | 16:00 - 18:45 | (AR12) | Women's Individual Semifinals | | $425 - C | |
| **Taekwondo Tickets** | | | Women's Individual Bronze Medal Match | more details>> | | |
| **Tennis Tickets** | | | Women's Individual Gold Medal Match | | | |
| **Triathlon Tickets** | | | Women's Individual Medal Ceremony | | | |
| **Volleyball Tickets** | Friday 15-Aug-2008 | Archery Tickets Preliminaries | Men's Individual 1/8 Eliminations | Olympic Green Archery Field | $375 - A $325 - B | Order |
| **Water Polo Tickets** | 10:30 - 12:29 | (AR13) | | more details>> | $275 - C | |
| **Weightlifting Tickets** | Friday 15-Aug-2008 | Archery Tickets Finals | Men's Individual Quarterfinals | Olympic Green Archery Field | $475 - A $450 - B | Order |
| **Wrestling Tickets** | 16:00 - 18:45 | (AR14) | Men's Individual Semifinals | | $425 - C | |
| | | | Men's Individual Bronze Medal Match | more details>> | | |
| **Cities** | | | Men's Individual Gold Medal Match | | | |
| **Beijing Tickets** | | | Men's Individual Medal Ceremony | | | |

**Qinqdao Tickets**

**Tianjin Tickets**

**Shanghai Tickets**

**Shenyang Tickets**

**Qinhuangdao Tickets**

**Hong Kong Tickets**

**Olympic Venues**

### Are you looking for Beijing Olympic Archery Tickets ?

Archery Tickets for Summer Olympic games are now available at very competitive prices on BeijingTicketing.com.

You can enjoy multiple sessions game in the same venue within specific span of time by paying single ticket price.

Archery Finals Tickets and Archery Semi Finals Tickets are also listed in our sports list.

Archery Sport Tickets like any other sports tickets are in three price category.

Case 3:08-cv-03514-JSW   Document 1-4   Filed 08/04/2008

**Are you looking for Archery Game Tickets in Olympic Green Archery Field ?**

This is the right place to buy Archery Tickets for Olympic Green Archery Field.

Olympic Green Archery Field has been selected for the Archery Competitions of the 2008 Olympic games.

For more information about Olympic Green Archery Field.

**We are selling Summer Game Archery Olympic Tickets for:**

Buy Archery Tickets for Archery men's games and Archery women's games and other Archery Sessions on BeijingTicketing.com

2008 Olympic - Summer Sports : Preliminaries          ✓

2008 Olympic - Summer Sports : Quarter Final          ✓

2008 Olympic - Summer Sports : Semi Final             ✓

2008 Olympic - Summer Sports : Final                  ✓

## Are you looking for Beijing Olympic 2008 hospitality package?

BeijingTicketing doing business all over the world, has now announced the hospitality packages for in collaboration with its official partners. Hospitality Packages are available in three different price range depending upon sport, location and timings. Complete packages may include tickets for specific sport, travel and accommodation. Corporate hospitality packages may include other Beijing Olympic Game with Archery Olympic Games . For more information about Beijing Olympic Archery Sport hospitality packages , Please call 0044 (0) 20 7593 2080

### Search TAGS:

summer olympics,winter olympics,olympic tickets,beijing olympic tickets,2008 summer olympics,beijing olympics tickets,summer olympics 2008,olympics tickets,2008 olympic tickets,beijing 2008 tickets,2008 winter olympics,

Olympic Beijing 2008

**Olympic Sport: Archery Popularity**

**Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.**

**Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues**



Home  . About Us  . Contact Us  . My Account  . Site Map

XL & H Ltd. All rights reserved.       Terms and Conditions

Privacy Policy |Contact us at: sales@beijingticketing.com

Olympic 2008 Schedule       Olympic 2008 Request Tickets



**Olympics 2008 - Beijing - Archery Tickets | Sign in**

⌂ **Home** | 🗎 **Register** | 🔍 **Search** | 🛈 **Help** | ☎ **Contact Us**



**Please call us at
+44 (0) 207 593 2088
for telephone orders.**

**Sports**

**Opening Ceremony Tickets**

**Closing Ceremony Tickets**

**Archery Tickets**

**Athletics Tickets**

**Badminton Tickets**

**Baseball Tickets**

**Basketball Tickets**

**Beach Volleyball Tickets**

**Boxing Tickets**

**Kayak Flatwater Tickets**

**Kayak Slalom Tickets**

**Cycling BMX Tickets**

**Cycling Mountain Bike Tickets**

**Cycling Road Tickets**

**Cycling Track Tickets**

**Diving Tickets**

**Equestrian Tickets**

**Fencing Tickets**

**Football Tickets**

Home >> Olympic >> Sports >> Archery
Olympic Beijing 2008

# Olympics 2008 - Beijing - Archery Tickets

BeijingTicketing.com is a secure and reliable ticket agent now selling Olympic Archery Tickets and Other Olympic sports tickets for 2008 Summer Olympic taking place in Beijing, China. Olympic tickets are available with multiple sessions which include Olympic Men's Sports and Olympic Women Sports. Our quite interactive website allows Olympic sports fans to buy multiple price level tickets for single game per session. Please feel free to contact for more information about tickets, venues and cities.

**Please Note : All ticket prices are in United States Dollars (USD).**

| Date / Time | Sport | Session Details | Venue | Price Levels | Order |
|---|---|---|---|---|---|
| Saturday 09-Aug-2008 12:00 - 14:00 | Archery Tickets Preliminaries (AR01) | Women's Ranking Round | Olympic Green Archery Field *more details>>* | Sold out - A | Order |
| Sunday 10-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR03) | Women's Team 1/8 Eliminations Women's Team Quarterfinals | Olympic Green Archery Field *more details>>* | $175 - A $150 - B $125 - C | Order |
| Sunday 10-Aug-2008 16:00 - 18:20 | Archery Tickets Finals (AR04) | Women's Team Semifinals Women's Team Bronze Medal Match Women's Team Gold Medal Match Women's Team Medal Ceremony | Olympic Green Archery Field *more details>>* | $475 - A $450 - B $425 - C | Order |
| Monday 11-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR05) | Men's Team 1/8 Eliminations Men's Team Quarterfinals | Olympic Green Archery Field *more details>>* | $175 - A $150 - B $125 - C | Order |
| Monday 11-Aug-2008 | Archery Tickets Finals | Men's Team Semifinals Men's Team Bronze Medal Match | Olympic Green Archery Field | $475 - A $450 - B | Order |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Gymnastics Artistic Tickets** | 16:00 - 18:20 | (AR06) | Men's Team Gold Medal Match  Men's Team Medal Ceremony | more details>> | $425 - C | |
| **Gymnastics Rhythmic Tickets**  **Gymnastics Trampoline Tickets** | Tuesday  12-Aug-2008  10:00 - 13:10 | Archery Tickets  Preliminaries  (AR07) | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field  more details>> | $175 - A  $150 - B  $125 - C | Order |
| **Handball Tickets** | | | | | | |
| **Hockey Tickets** | Tuesday  12-Aug-2008  15:30 - 18:41 | Archery Tickets  Preliminaries  (AR08) | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field  more details>> | $175 - A  $150 - B  $125 - C | Order |
| **Judo Tickets** | | | | | | |
| **Modern Pentathlon Tickets** | Wednesday  13-Aug-2008  10:00 - 13:10 | Archery Tickets  Preliminaries  (AR09) | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field  more details>> | $250 - A  $225 - B  $200 - C | Order |
| **Rowing Tickets** | | | | | | |
| **Sailing Tickets** | Wednesday  13-Aug-2008  15:30 - 18:41 | Archery Tickets  Preliminaries  (AR10) | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field  more details>> | $250 - A  $225 - B  $200 - C | Order |
| **Shooting Tickets** | | | | | | |
| **Softball Tickets** | Thursday  14-Aug-2008  10:30 - 12:28 | Archery Tickets  Preliminaries  (AR11) | Women's Individual 1/8 Eliminations | Olympic Green Archery Field  more details>> | $375 - A  $325 - B  $275 - C | Order |
| **Swimming Tickets** | | | | | | |
| **Synchronised Swimming Tickets** | Thursday  14-Aug-2008  16:00 - 18:45 | Archery Tickets  Finals  (AR12) | Women's Individual Quarterfinals  Women's Individual Semifinals  Women's Individual Bronze Medal Match  Women's Individual Gold Medal Match  Women's Individual Medal Ceremony | Olympic Green Archery Field  more details>> | $475 - A  $450 - B  $425 - C | Order |
| **Table Tennis Tickets** | | | | | | |
| **Taekwondo Tickets** | | | | | | |
| **Tennis Tickets** | | | | | | |
| **Triathlon Tickets** | | | | | | |
| **Volleyball Tickets** | Friday  15-Aug-2008  10:30 - 12:29 | Archery Tickets  Preliminaries  (AR13) | Men's Individual 1/8 Eliminations | Olympic Green Archery Field  more details>> | $375 - A  $325 - B  $275 - C | Order |
| **Water Polo Tickets** | | | | | | |
| **Weightlifting Tickets** | Friday  15-Aug-2008  16:00 - 18:45 | Archery Tickets  Finals  (AR14) | Men's Individual Quarterfinals  Men's Individual Semifinals  Men's Individual Bronze Medal Match  Men's Individual Gold Medal Match  Men's Individual Medal Ceremony | Olympic Green Archery Field  more details>> | $475 - A  $450 - B  $425 - C | Order |
| **Wrestling Tickets** | | | | | | |
| **Cities** | | | | | | |
| **Beijing Tickets** | | | | | | |

**Cities**

**Beijing Tickets**

**Qingdao Tickets**

**Tianjin Tickets**

**Shanghai Tickets**

**Shenyang Tickets**

**Qinhuangdao Tickets**

**Hong Kong Tickets**

**Olympic Venues**

### Are you looking for Beijing Olympic Archery Tickets ?

Archery Tickets for Summer Olympic games are now available at very competitive prices on BeijingTicketing.com.

You can enjoy multiple sessions game in the same venue within specific span of time by paying single ticket price.

Archery Finals Tickets and Archery Semi Finals Tickets are also listed in our sports list.

Archery Sport Tickets like any other sports tickets are in three price category.

Case 3:08-cv-03514-BZ   Document 13-5   Filed 08/04/2008   Page 3 of 3

**Are you looking for Archery Game Tickets in Olympic Green Archery Field ?**

This is the right place to buy Archery Tickets for Olympic Green Archery Field.

Olympic Green Archery Field has been selected for the Archery Competitions of the 2008 Olympic games.

For more information about Olympic Green Archery Field.

**We are selling Summer Game Archery Olympic Tickets for:**

Buy Archery Tickets for Archery men's games and Archery women's games and other Archery Sessions on BeijingTicketing.com

2008 Olympic - Summer Sports : Preliminaries        ✓
2008 Olympic - Summer Sports : Quarter Final        ✓
2008 Olympic - Summer Sports : Semi Final           ✓
2008 Olympic - Summer Sports : Final                ✓

## Are you looking for Beijing Olympic 2008 hospitality package?

BeijingTicketing doing business all over the world, has now announced the hospitality packages for in collaboration with its official partners. Hospitality Packages are available in three different price range depending upon sport, location and timings. Complete packages may include tickets for specific sport, travel and accommodation. Corporate hospitality packages may include other Beijing Olympic Game with Archery Olympic Games . For more information about Beijing Olympic Archery Sport hospitality packages , Please call 0044 (0) 20 7593 2080

### Bookmark BeijingTicketing.com :

 Google
 Reddit
 Netscape
 Delicious
 Yahoo
 Facebook
 StumbleUpon
Ask

**Search TAGS:**

summer olympics,winter olympics,olympic tickets,beijing olympic tickets,2008 summer olympics,beijing olympics tickets,summer olympics 2008,olympics tickets,2008 olympic tickets,beijing 2008 tickets,2008 winter olympics,

Olympic Beijing 2008

**Olympic Sport: Archery Popularity**

**Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.**
**Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues**



**Beijing 2008 Ticketing**

Home  . About Us  . Contact Us  . My Account  . Site Map
XL & H Ltd. All rights reserved.      Terms and Conditions
Privacy Policy |Contact us at: sales@beijingticketing.com

Olympic 2008        Olympic 2008
Schedule        Request Tickets

Case 3:08-cv-03543-BSW Document 10-6 Filed 08/04/2008



Beijing 2008 Ticketing

**Olympics 2008 - Beijing - Archery Tickets | Sign in**

⌂ Home | 🖹 Register | 🔍 Search | ❔ Help | ☎ Contact Us



**Please call us at
+44 (0) 207 593 2088
for telephone orders.**

**Sports**

**Opening Ceremony Tickets**

**Closing Ceremony Tickets**

**Archery Tickets**

**Athletics Tickets**

**Badminton Tickets**

**Baseball Tickets**

**Basketball Tickets**

**Beach Volleyball Tickets**

**Boxing Tickets**

**Kayak Flatwater Tickets**

**Kayak Slalom Tickets**

**Cycling BMX Tickets**

**Cycling Mountain Bike Tickets**

**Cycling Road Tickets**

**Cycling Track Tickets**

**Diving Tickets**

**Equestrian Tickets**

**Fencing Tickets**

**Football Tickets**

Home >> Olympic >> Sports >> Archery
Olympic Beijing 2008

# Olympics 2008 - Beijing - Archery Tickets

BeijingTicketing.com is a secure and reliable ticket agent now selling Olympic Archery Tickets and Other Olympic sports tickets for 2008 Summer Olympic taking place in Beijing, China. Olympic tickets are available with multiple sessions which include Olympic Men's Sports and Olympic Women Sports. Our quite interactive website allows Olympic sports fans to buy multiple price level tickets for single game per session. Please feel free to contact for more information about tickets, venues and cities.

**Please Note : All ticket prices are in United States Dollars (USD).**

| Date / Time | Sport | Session Details | Venue | Price Levels | Order |
|---|---|---|---|---|---|
| Saturday 09-Aug-2008 12:00 - 14:00 | Archery Tickets Preliminaries (AR01) | Women's Ranking Round | Olympic Green Archery Field more details>> | Sold out - A | Order |
| Sunday 10-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR03) | Women's Team 1/8 Eliminations Women's Team Quarterfinals | Olympic Green Archery Field more details>> | $175 - A $150 - B $125 - C | Order |
| Sunday 10-Aug-2008 16:00 - 18:20 | Archery Tickets Finals (AR04) | Women's Team Semifinals Women's Team Bronze Medal Match Women's Team Gold Medal Match Women's Team Medal Ceremony | Olympic Green Archery Field more details>> | $475 - A $450 - B $425 - C | Order |
| Monday 11-Aug-2008 10:00 - 13:30 | Archery Tickets Quarter Finals (AR05) | Men's Team 1/8 Eliminations Men's Team Quarterfinals | Olympic Green Archery Field more details>> | $175 - A $150 - B $125 - C | Order |
| Monday 11-Aug-2008 | Archery Tickets Finals | Men's Team Semifinals Men's Team Bronze Medal Match | Olympic Green Archery Field | $475 - A $450 - B | Order |

**Gymnastics Artistic Tickets**

**Gymnastics Rhythmic Tickets**

**Gymnastics Trampoline Tickets**

**Handball Tickets**

**Hockey Tickets**

**Judo Tickets**

**Modern Pentathlon Tickets**

**Rowing Tickets**

**Sailing Tickets**

**Shooting Tickets**

**Softball Tickets**

**Swimming Tickets**

**Synchronised Swimming Tickets**

**Table Tennis Tickets**

**Taekwondo Tickets**

**Tennis Tickets**

**Triathlon Tickets**

**Volleyball Tickets**

**Water Polo Tickets**

**Weightlifting Tickets**

**Wrestling Tickets**

Cities

**Beijing Tickets**

**Qinqdao Tickets**

**Tianjin Tickets**

**Shanghai Tickets**

**Shenyang Tickets**

**Qinhuangdao Tickets**

**Hong Kong Tickets**

Olympic Venues

| | | | | | |
|---|---|---|---|---|---|
| 16:00 - 18:20 | (AR06) | Men's Team Gold Medal Match<br>Men's Team Medal Ceremony | more details>> | $425 - C | |
| Tuesday<br>12-Aug-2008<br>10:00 - 13:10 | Archery Tickets<br>Preliminaries<br>(AR07) | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field<br>more details>> | $175 - A<br>$150 - B<br>$125 - C | Order |
| Tuesday<br>12-Aug-2008<br>15:30 - 18:41 | Archery Tickets<br>Preliminaries<br>(AR08) | Women's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field<br>more details>> | $175 - A<br>$150 - B<br>$125 - C | Order |
| Wednesday<br>13-Aug-2008<br>10:00 - 13:10 | Archery Tickets<br>Preliminaries<br>(AR09) | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field<br>more details>> | $250 - A<br>$225 - B<br>$200 - C | Order |
| Wednesday<br>13-Aug-2008<br>15:30 - 18:41 | Archery Tickets<br>Preliminaries<br>(AR10) | Men's Individual 1/32&1/16 Eliminations | Olympic Green Archery Field<br>more details>> | $250 - A<br>$225 - B<br>$200 - C | Order |
| Thursday<br>14-Aug-2008<br>10:30 - 12:28 | Archery Tickets<br>Preliminaries<br>(AR11) | Women's Individual 1/8 Eliminations | Olympic Green Archery Field<br>more details>> | $375 - A<br>$325 - B<br>$275 - C | Order |
| Thursday<br>14-Aug-2008<br>16:00 - 18:45 | Archery Tickets<br>Finals<br>(AR12) | Women's Individual Quarterfinals<br>Women's Individual Semifinals<br>Women's Individual Bronze Medal Match<br>Women's Individual Gold Medal Match<br>Women's Individual Medal Ceremony | Olympic Green Archery Field<br>more details>> | $475 - A<br>$450 - B<br>$425 - C | Order |
| Friday<br>15-Aug-2008<br>10:30 - 12:29 | Archery Tickets<br>Preliminaries<br>(AR13) | Men's Individual 1/8 Eliminations | Olympic Green Archery Field<br>more details>> | $375 - A<br>$325 - B<br>$275 - C | Order |
| Friday<br>15-Aug-2008<br>16:00 - 18:45 | Archery Tickets<br>Finals<br>(AR14) | Men's Individual Quarterfinals<br>Men's Individual Semifinals<br>Men's Individual Bronze Medal Match<br>Men's Individual Gold Medal Match<br>Men's Individual Medal Ceremony | Olympic Green Archery Field<br>more details>> | $475 - A<br>$450 - B<br>$425 - C | Order |

## Are you looking for Beijing Olympic Archery Tickets ?

Archery Tickets for Summer Olympic games are now available at very competitive prices on BeijingTicketing.com.

You can enjoy multiple sessions game in the same venue within specific span of time by paying single ticket price.

Archery Finals Tickets and Archery Semi Finals Tickets are also listed in our sports list.

Archery Sport Tickets like any other sports tickets are in three price category.

Olympic Archery Tickets | Buy 2008 Olympic Archery Tickets | Buy 2008 Olympic Archery Tickets | Olympic Archery Field Tickets     Page 3 of 3          Page 3 of 3

Case 3:08-cv-03514-BSW   Document 1-6   Filed 08/04/2008

**Are you looking for Archery Game Tickets in Olympic Green Archery Field ?**

This is the right place to buy Archery Tickets for Olympic Green Archery Field.

Olympic Green Archery Field has been selected for the Archery Competitions of the 2008 Olympic games.

For more information about Olympic Green Archery Field.

**We are selling Summer Game Archery Olympic Tickets for:**

Buy Archery Tickets for Archery men's games and Archery women's games and other Archery Sessions on BeijingTicketing.com

| | |
|---|---|
| 2008 Olympic - Summer Sports : Preliminaries | ✓ |
| 2008 Olympic - Summer Sports : Quarter Final | ✓ |
| 2008 Olympic - Summer Sports : Semi Final | ✓ |
| 2008 Olympic - Summer Sports : Final | ✓ |

## Are you looking for Beijing Olympic 2008 hospitality package?

BeijingTicketing doing business all over the world, has now announced the hospitality packages for in collaboration with its official partners. Hospitality Packages are available in three different price range depending upon sport, location and timings. Complete packages may include tickets for specific sport, travel and accommodation. Corporate hospitality packages may include other Beijing Olympic Game with Archery Olympic Games . For more information about Beijing Olympic Archery Sport hospitality packages , Please call 0044 (0) 20 7593 2080

### Search TAGS:

summer olympics, winter olympics, olympic tickets, beijing olympic tickets, 2008 summer olympics, beijing olympics tickets, summer olympics 2008, olympics tickets, 2008 olympic tickets, beijing 2008 tickets, 2008 winter olympics,

Olympic Beijing 2008

**Olympic Sport: Archery Popularity**

**Beijing 2008 Ticketing is a well known tickets agent and a trusted market place for buyers to find book Olympic tickets. We assure 100 % guaranteed tickets delivery.**

**Olympic Summer Games - Olympic Finals - Olympic Semi Finals - Olympic Quarter Finals - Olympic Men's Sports - Olympic Women Sports - Olympic Venues**



Home  . About Us  . Contact Us  . My Account  . Site Map
XL & H Ltd. All rights reserved.      Terms and Conditions
Privacy Policy  |Contact us at: sales@beijingticketing.com

Olympic 2008     Olympic 2008
Schedule       Request Tickets

Bookmark
BeijingTicketing.com  :

 Google
Reddit
Netscape
Delicious
Yahoo
Facebook
StumbleUpon
Ask