1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:  (213) 430-6407
   dtorres@omm.com
5
   Attorneys for Plaintiffs
6  The United States Olympic Committee and
   the International Olympic Committee
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 The United States Olympic Committee   | Case No. 3:08-cv-03514-JSW
   and the International Olympic
12 Committee,                            | **PROOF OF SERVICE**

13              Plaintiffs,

14       v.

15 Does 1-10, inclusive,

16              Defendants.

## PROOF OF SERVICE BY EMAIL

I am a citizen of the United States and employed in Los Angeles County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. My business address is 400 South Hope Street, Los Angeles, CA 90071-2899. On August 4, 2008, I transmitted from my business email account, mlayman@omm.com, an electronic service copy of the following:

1. DECLARATION OF DIANA M. TORRES IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER; and

2. DECLARATION OF ALAN HIBDON IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER.

to the following, at the email address indicated below:

sales@beijingticketing.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 4, 2008, at Los Angeles, California.

Mary C. Layman

LA2:866836.1