# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 4, 2008  **Court Reporter:** Belle Ball

**CASE NO.: C- 08-3514   JSW**

**TITLE:** The U. S. Olympic Committee and the International Olympic Committee v. Does 1 - 10, Inclusive

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

**Diana Torres**  **No appearance by or for defendants**

**PROCEEDINGS:**    Motion for Reconsideration or in the Alternative Renewed Motion for Temporary Restraining Order

**RESULTS:**    The Court heard argument from counsel.
The motion is taken under submission.
A written ruling shall issue.