1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407
   dtorres@omm.com
5
   Attorneys for Plaintiffs
6  The United States Olympic Committee and
   the International Olympic Committee
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | The United States Olympic Committee | Case No. C 08-03514 JSW
   | and the International Olympic
12 | Committee, | **[PROPOSED] ORDER GRANTING**
   |  | **MOTION FOR RECONSIDERATION;**
13 |           Plaintiffs, | **OR, IN THE ALTERNATIVE,**
   |  | **[PROPOSED]** ORDER GRANTING
14 |      v. | RENEWED MOTION FOR TEMPORARY
   |  | RESTRAINING ORDER AND
15 | Xclusive Leisure & Hospitality Ltd.; | EXPEDITED DISCOVERY
   | Beijingticketing.com; 2008-
16 | 0lympics.com;
   | Beijingolympic2008tickets.com;
17 | Beijingolympictickets2008.com;
   | Olympic-tickets.net;
18 | Olympicticketsbeijing2008.com; Does
   | 1-10, inclusive,
19
   |           Defendants.
20

21

22

23

24

25

26

27

28
                                                    ORDER GRANTING TRO, EXPEDITED
                                                    DISCOVERY AND OSC

**[PROPOSED] ORDER**

Plaintiffs, the United States Olympic Committee and the International Olympic Committee, having moved *ex parte* for a Motion for Reconsideration of the Court's denial on July 25, 2008, of their *Ex Parte* Motion for Temporary Restraining Order or, in the alternative, having renewed their Motion for Temporary Restraining Order and Expedited Discovery, and the Court having reviewed Plaintiffs' First Amended Complaint, filed on or about July 29, 2008, Plaintiffs' *Ex Parte* Application, the memorandum of points and authorities and declarations filed in support thereof, the Court finds that there is **GOOD CAUSE** appearing to

~~___ **GRANT** Plaintiffs' *Ex Parte* Motion for Reconsideration~~

~~OR~~

_X_  **GRANT** Plaintiffs' Renewed *Ex Parte* Motion for Temporary Restraining Order,

and finds as follows:

1. Plaintiffs have established that this Court has:

    _X_  personal jurisdiction over Defendant XLH;

    _X_  personal jurisdiction over the Doe Defendants that operate the websites and use the domain names at issue here;

    ~~___ *in rem* jurisdiction over the domain name Defendants Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; and Olympicticketsbeijing2008.com~~

2. Plaintiffs have met their burden of demonstrating that they are likely to succeed on the merits of their claims against Defendants;

3. There is a reasonable inference that unless enjoined, Defendants will continue to use Plaintiffs' trademarks deceptively to market and solicit sales of tickets to the 2008 Olympic Games in Beijing;

4. Defendants have caused and, if permitted to continue such conduct unrestrained, Defendants will likely continue to cause, irreparable damage and harm to Plaintiffs;

5. The harm to Plaintiffs if a Temporary Restraining Order is not granted far outweighs any harm that Defendants may suffer if it is granted;

6. The relief Plaintiffs request is in the public interest.

**TEMPORARY RESTRAINING ORDER**

**PURSUANT TO PLAINTIFFS'** ~~MOTION FOR RECONSIDERATION~~ RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER**, IT IS HEREBY ORDERED** that, pending a hearing on a preliminary injunction, Defendants and all persons and/or entities acting on their behalf, for their benefit or in active concert or participation with them are **HEREBY TEMPORARILY RESTRAINED** as follows:

1. They shall not display (1) the word mark OLYMPIC, U.S. Trademark Registration Nos. 968,566, 2,311,493 and 2,777,890; (2) the word mark BEIJING 2008, U.S. Trademark Registration Nos. 2,739,492 and 2,764,102; or (3) the official emblem of the Beijing 2008 Olympic Games, U.S. Trademark Registration No. 3,043,229, or any part or variation thereof (the "Olympic Marks"), or any terms that are confusingly similar thereto, on the Websites or any other website;

2. They shall not directly or indirectly infringe the Olympic Marks in any manner including, but not limited to, by using them in advertising or offering for sale any tickets or other goods or services using said trademarks;

3. They shall not engage in any conduct that tends falsely or misleadingly to represent that the actions of Defendants, the tickets sold by Defendants, or Defendants themselves are connected with Plaintiffs or organizations guided by the Olympic Charter, including the IOC, the USOC, the international sports federations, and the other National Olympic Committees,

Organizing Committees of the Olympic Games and local clubs and the persons belonging to them (the "Olympic Movement"), are sponsored, approved, or licensed by Plaintiffs or the Olympic Movement, or are in some way connected or affiliated with Plaintiffs or the Olympic Movement, or that is likely to confuse, mislead, or deceive members of the public, into believing same;

4.  They shall not affix, apply, annex, or use in connection with tickets or any other goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods or services as being those of Plaintiffs;

5.  They shall not otherwise compete unfairly with Plaintiffs in any manner;

6.  The following domain names shall be impounded, such that eNom, Inc. and VeriSign, Inc., or any other entity having authority and control over the domain names are hereby directed to immediately disable the aforementioned domain names via a registrar or registry hold or other procedure, and deliver a certificate attesting thereto, so that neither Defendants nor the consuming public can gain access thereto: http://beijingticketing.com; http://www.beijingolympic2008tickets.com; http://www.olympic-tickets.net; http://www.beijingolympictickets2008.com; http://www.2008-0lympics.com; http://www.olympicticketsbeijing2008.com; and http://www.buy-olympic-tickets.co.uk;

7.  Defendants shall not use, and shall forfeit so long as this Order is in effect, any and all domain names that incorporate or utilize in any way any of the Olympic Marks or any terms similar thereto, including but not limited to: http://beijingticketing.com; http://www.beijingolympic2008tickets.com; http://www.olympic-tickets.net; http://www.beijingolympictickets2008.com; http://www.2008-0lympics.com; http://www.olympicticketsbeijing2008.com; and http://www.buy-olympic-tickets.co.uk;

1          8.    Defendants shall no longer continue to operate the following Websites under the current domain names or under any other domain name: http://beijingticketing.com; http://www.beijingolympic2008tickets.com; http://www.olympic-tickets.net; http://www.beijingolympictickets2008.com; http://www.2008-0lympics.com; http://www.olympicticketsbeijing2008.com; and http://www.buy-olympic-tickets.co.uk; and

        9.    They shall not effect assignments or transfers, form new entities or associations or utilize any other means or device for the purpose of circumventing or otherwise avoiding prohibitions set forth herein.

~~**IN THE ALTERNATIVE, UNDER DEFENDANTS' RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER, IT IS ORDERED THAT:**~~

~~1.    The domain name Defendants shall be impounded, such that eNom, Inc. and VeriSign, Inc., or any other entity having authority and control over the domain names http://beijingticketing.com; http://www.beijingolympic2008tickets.com; http://www.olympic-tickets.net; http://www.beijingolympictickets2008.com; http://www.2008-0lympics.com; and http://www.olympicticketsbeijing2008.com, are hereby directed to immediately disable the aforementioned domain names via a registrar or registry hold or other procedure, and deliver a certificate attesting thereto, so that neither Defendants nor the consuming public can gain access thereto.~~

**IT IS FURTHER ORDERED** that the Temporary Restraining Order shall remain in effect until a ruling is issued on a preliminary injunction pursuant to the Order to Show Cause.

### ORDER TO SHOW CAUSE

1.    **IT IS FURTHER ORDERED** that on _August 13_, 2008, at 9:00 a.m. in Courtroom _2_ of the above-captioned Court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Defendants are

1  **ORDERED** appear at a hearing as to why a preliminary injunction should not issue
2  against them as follows under the same terms and conditions as set forth in the
3  ~~temporary restraining order set forth above and issued herewith.~~ Defendants shall submit any opposition to the request for preliminary injunction by 3:30 a.m. on August 7, 2008. Plaintiffs
4  may file a reply, if any, by no later than 3:30 p.m. on August 11, 2008.

**[~~PROPOSED~~] ORDER GRANTING EXPEDITED DISCOVERY**

     Good cause appearing therefore, Plaintiffs motion for an order expediting discovery in conjunction with its Motion for Temporary Restraining Order against Defendants is granted. Therefore, it is hereby ordered:

    1.    Plaintiffs may conduct discovery directed to ServePath and eNom, Inc., whom Plaintiffs believe are likely to have information regarding Defendants' identities and contact information, including the identities of those working with or for Defendant Xclusive Leisure & Hospitality, Ltd. Plaintiffs may conduct such discovery to obtain the names, addresses, email address and telephone numbers of Defendants and any other information likely to lead to the discovery of the identity of Defendants.

**IT IS SO ORDERED.**

Dated: ~~July~~ August 4, 2008

By: _____
United States District Court Judge