| | |
|---|---|
| 1 | DALE M. CENDALI (admitted for all purposes 11/30/93) |
| | DIANA M. TORRES (SBN 162284) |
| 2 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 3 | Los Angeles, CA  90071-2899 |
| | Telephone:   (213) 430-6000 |
| 4 | Facsimile:    (213) 430-6407 |
| | dtorres@omm.com |

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Does 1-10, inclusive,<br><br>                    Defendants. | Case No.  3:08-cv-03514-JSW<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE BY EMAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On August 8, 2008, I transmitted from my business email account, sdrucker@omm.com, an electronic service copy of the following:

**TEMPORARY RESTRAINING ORDER**

to the following, at the email addresses indicated below:

**sales@beijingticketing.com**

**bulkregisterdomains@gmail.com**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 8, 2008, at San Francisco, California.

                                        /s/ Stacey H. Drucker
                                        Stacey H. Drucker

SF1:724465.1