1   DALE M. CENDALI (admitted for all purposes 11/30/93)
     DIANA M. TORRES (State Bar No. 162284)

2   O'MELVENY & MYERS LLP
     400 South Hope Street

3   Los Angeles, CA  90071-2899
     Telephone:   (213) 430-6000

4   Facsimile:   (213) 430-6407

5   CARLA MENINSKY (State Bar No. 233470)
     O'MELVENY & MYERS LLP

6   Embarcadero Center West
     275 Battery Street, Suite 2600

7   San Francisco, CA 94111-3305

8   Attorneys for Plaintiffs
     The United States Olympic Committee and

9   the International Olympic Committee

10

11             UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | The United States Olympic Committee and The International Olympic Committee, | Case No.  C 08-03514 JSW |
|---|---|---|
| 15 | Plaintiffs, | **REGISTRAR CERTIFICATE FOR THE DOMAIN NAMES olympic-tickets.net, beijingticketing.com,** |
| 16 | v. | **beijingolympic2008tickets.com,** |
| 17 | Xclusive Leisure & Hospitality Ltd.; | **beijingolympictickets2008.com, olympicticketsbeijing2008.com, and 2008-0lympics.com** |
| 18 | Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; | |
| 19 | Beijingolympictickets2008.com; Olympic-tickets.net; | |
| 20 | Olympicticketsbeijing2008.com; Does 1-10, inclusive, | |
| 21 | | |
| 22 | Defendants. | |

23

24

25

26

27

28

I, Christina Radocha, hereby declare:

1. I have personal knowledge of the facts stated in this Registrar Certificate and could and would testify to these facts if called on as a witness in this matter. I am an attorney in the Legal Department of eNom Inc. ("eNom").

2. eNom is a registrar of Internet second-level domain names in the top-level domains .COM, .NET, and .ORG located in Bellevue, Washington.

3. Our records indicate that the registrants of the domain names are:

**olympic-tickets.net:**   XLH, Suite 700, 2415 East Camelback Rd, Phoenix, AZ ,

**beijingticketing.com:**  XLH, Suite 700, 2415 East Camelback Rd, Phoenix, AZ ,

**beijingolympic2008tickets.com:**

   XLH, Suite 700, 2415 East Camelback Rd, Phoenix,  AZ,

**beijingolympictickets2008.com:**

   XLH, Suite 700, 2415 East Camelback Rd, Phoenix,  AZ,

**olympicticketsbeijing2008.com:**

   XLH, Suite 700, 2415 East Camelback Rd, Phoenix,  AZ,

**2008-0lympics.com:**   XLH, Suite 700, 2415 East Camelback Rd, Phoenix,  AZ.

4. Through the deposit of this Registrar Certificate with the Court, eNom hereby tenders to the Court complete control and authority over the registration for the domain names.

5. The registration for each of the domain names is currently on registrar hold, and eNom will not permit transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims.

6. By tendering this Registrar Certificate, eNom takes no position as to the legal status of the domain name registration which is the subject of this action or the merits of the instant action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7 , 2008, at Bellevue, Washington.

1
2
3    By: _Christina Radocha_
4        Christina Radocha
         eNom Inc.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28