
1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (State Bar No. 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407
   dtorres@omm.com
5

6  Attorneys for Plaintiffs
   The United States Olympic Committee and
7  the International Olympic Committee

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11

12  The United States Olympic Committee and the International Olympic Committee,

13

14              Plaintiffs,

15       v.

16  Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-
    0lympics.com;
17  Beijingolympic2008tickets.com;
    Beijingolympictickets2008.com;
18  Olympic-tickets.net;
    Olympicticketsbeijing2008.com;
19  Does 1-10, inclusive,

20              Defendants.

Case No. C 08-03514 JSW

**PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND TO CONTINUE PRELIMINARY INJUNCTION HEARING**

Date:  August 13, 2008
Time:  9:00 a.m.
Judge: Hon. Jeffrey S. White

21
22
23
24
25
26
27
28

Plaintiffs, The United States Olympic Committee ("USOC") and the International Olympic Committee ("IOC"), hereby move the Court, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, to extend the Temporary Restraining Order (Doc. # 17) and continue the August 13, 2008, hearing on the preliminary injunction. Immediately upon receipt of the Temporary Restraining Order, Plaintiffs conducted expedited discovery and determined that at least some of the contact information the owners of the domain names Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com provided the domain name registrar is erroneous. As more fully explained in the Memorandum of Points and Authorities filed contemporaneously herewith, Plaintiffs respectfully suggest that good cause exists for the Court to extend the Temporary Restraining Order for 20 days from the date of the Order, the maximum allowed under Rule 65(b)(2), to allow Plaintiffs time to locate and serve Defendants in accordance with Rule 65(a)(1).

Dated: August 8, 2008

O'MELVENY & MYERS LLP

By: /s/ Diana M. Torres
     Diana M. Torres
Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

SF1:724418.1