DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407
dtorres@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. C 08-03514 JSW<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND TO CONTINUE PRELIMINARY INJUNCTION HEARING** |

Plaintiffs, The United States Olympic Committee ("USOC") and the International Olympic Committee ("IOC"), having moved for an order extending the Temporary Restraining Order and continuing the Preliminary Injunction Hearing, and good cause being shown,

IT IS ORDERED that the Plaintiff's Motion For Extension Of Temporary Restraining Order And To Continue Preliminary Injunction Hearing (Doc. #    ) is

1  GRANTED and the hearing for the preliminary injunction is rescheduled to August

2  _____at _____;

3      Dated this _____ day of August, 2008.

					By_____
					United States District Court Judge

SF1:724421.1