1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (State Bar No. 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:     (213) 430-6000
4  Facsimile:     (213) 430-6407
   dtorres@omm.com
5
   CARLA MENINSKY (State Bar No. 233470)
6  O'MELVENY & MYERS LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
8  cmeninsky@omm.com

9  Attorneys for Plaintiffs
   The United States Olympic Committee and
10 the International Olympic Committee

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

| The United States Olympic Committee and the International Olympic Committee, | Case No.  C 08-01345- JSW |
|---|---|
| Plaintiffs, | **DECLARATION OF CARLA MENINSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND TO CONTINUE PRELIMINARY INJUNCTION HEARING** |
| v. | |
| Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive, | |
| Defendants. | |

1  I, CARLA MENINSKY, HEREBY DECLARE AS FOLLOWS:

2  1.  I am an associate with the law firm of O'Melveny & Myers LLP, counsel for Plaintiffs in this matter. I am personally familiar with the facts and circumstances set forth herein, and would and could competently testify to them if called as a witness.

3  2.  On August 4, 2008, before this Court issued the temporary restraining order, I attempted to access the website www.beijingticketing.com. I was unable to do so as the website was no longer active.

4  3.  On the morning of August 4, 2008, we received emails from Alice Chen and Thomas Dunbar, declarants in this case, forwarding an email message sent from "sales@xclusiveticket.com; on behalf of; Sales Team [sales@beijingticketing.com]" and signed "Alan Scott," notifying them that the tickets they ordered would not be forthcoming. Attached as Exhibit A are the emails from Alice Chen and Thomas Dunbar.

5  4.  Subsequently, both declarants informed us that responses they had sent to the August 4, 2008, emails were returned as undeliverable. Attached as Exhibit B is a copy of the undeliverable message sent to Alice Chen.

6  5.  On July 31, we received an email from Wei Zhang, a victim of Defendants who had researched Defendants after not having received tickets he purchased from beijingticketing.com. Mr. Zhang informed us that he had discovered that the corporate operator of the beijingticketing.com website is XCLUSIVE LEISURE & HOSPITALITY LIMITED, an entity located in the United Kingdom. He also forwarded a report listing the company's address as 202 Blackfriars Road, London SE1 8NJ. Attached as Exhibit C is the relevant email and the above-mentioned report we received from Wei Zhang.

7  6.  Additionally, on August 5, 2008, we received information from another source that the websites are operated by persons or entities doing business as Xclusive Leisure & Hospitality Ltd. whose registered address is c/o B and C Associates, Trafalgar House, Grenville Place, Mill Hill, London, England NW7 3S. Xclusive Leisure & Hospitality Ltd lists its trading address to be 202 Blackfriars Road, London SE1 8NJ. We received further information that this address is merely an "accommodation address" or mail drop and were provided with the address of the sole

1  listed director of the English company, Xclusive Leisure & Hospitality Ltd, and its associated
2  company, Xclusive Tickets Limited, Alan Thomas Scott.  The address we were given for Mr.
3  Scott is different from the address listed above for Xclusive Leisure & Hospitality Ltd. or from
4  Mr. Zhang.  Because of the public nature of this filing, we are not setting forth that address here
5  but can provide it to the Court if requested.
6      7.   As of this date, we have not had sufficient time to verify the accuracy of any of
7  this information.

9  Executed this 11th day of August, 2008 at San Francisco, California.

12  By:  /s/ Carla Meninsky
    Carla Meninsky

14  SF1:724563.1

- 2 -                             MENINSKY DEC ISO MTN FOR EXTENSION

**From:** Dunbar, Thomas
**Sent:** Tuesday, August 05, 2008 8:19 AM
**To:** 'Sales Team'; 'sales@xclusiveticket.com'; 'admin@beijingticketing.com'
**Subject:** RE: Questions regarding Olympic Tickets

I request that you respond to the items below by the close of business today.

Thank you.


**Thomas W. Dunbar**
[redacted]

---

**From:** Dunbar, Thomas
**Sent:** Monday, August 04, 2008 3:46 PM
**To:** 'Sales Team'; 'sales@xclusiveticket.com'; 'admin@beijingticketing.com'
**Subject:** Questions regarding Olympic Tickets
**Importance:** High

Dear Mr. Scott:

I received your email dated August 4, 2008, in which you state that I should contact my credit card company to receive a refund on my ticket order.

I am confused as to why this is necessary. Why can't your company refund my money directly? If your supplier has not delivered tickets to you, you should still have my money. I ask that you please refund the $1,180.00 charged to my credit card as a result of my order. Please do so immediately.

In your email, you also indicate that your suppliers have filed for bankruptcy. Who exactly were your intended suppliers and where have they filed for bankruptcy?

I would appreciate a response to my inquiries by 5:00 p.m. east coast time in the US tomorrow—Tuesday, August 5th. That is the last time that I will have access to e-mail prior to departing for Beijing.

Thank you.


**Thomas W. Dunbar**
[redacted]

---

**From:** sales@xclusiveticket.com [mailto:sales@xclusiveticket.com] **On Behalf Of** Sales Team
**Sent:** Monday, August 04, 2008 12:51 PM
**Subject:** Olympic Tickets Update


Dear Customer,

We regret to inform you that our suppliers have not been able to honour their commitments to us in supplying tickets for the Summer Olympics, despite having received written assurances from these suppliers.

We are given to understand that they have placed themselves in to bankruptcy, despite having been paid in full by our company.

We can assure you that, we have done everything in our power to protect your position but at this point in time, we have to advise you to immediately get in touch with your credit card company and to apply for a full refund. (A refund that under their Terms and Conditions, they are bound to pay you)

We once again apologize for the inconvenience caused, but trust there will be no financial loss to you. As you will appreciate this has placed our company in a very onerous position and our advisers will be in contact with you within the next 48 hours with a call centre number that may be of further assistance.

Kind Regards,

Alan Scott

**From:** Chen, Alice
**Sent:** Monday, August 04, 2008 1:31 PM
**To:** 'Sales Team'
**Subject:** RE: Olympic Tickets Update

Dear Mr. Scott,

In your email dated August 4, 2008, you suggest that I contact my credit card company to receive a refund on my ticket order. Please tell me why your company cannot refund my money directly. I ask that you please refund me the full amount that was charged to my credit card as a result of my order. Please do so immediately.

In your email, you also indicate that your suppliers have filed for bankruptcy. Who exactly were your intended suppliers and where have they filed for bankruptcy?

I would appreciate a response to my inquiries as soon as possible.

Alice Chen

**Alice Chen**
[redacted]

---

**From:** sales@xclusiveticket.com [mailto:sales@xclusiveticket.com] **On Behalf Of** Sales Team
**Sent:** Monday, August 04, 2008 9:51 AM
**Subject:** Olympic Tickets Update

Dear Customer,

We regret to inform you that our suppliers have not been able to honour their commitments to us in supplying tickets for the Summer Olympics, despite having received written assurances from these suppliers.

We are given to understand that they have placed themselves in to bankruptcy, despite having been paid in full by our company.

We can assure you that, we have done everything in our power to protect your position but at this point in time, we have to advise you to immediately get in touch with your credit card company and to apply for a full refund. (A refund that under their Terms and Conditions, they are bound to pay you)

We once again apologize for the inconvenience caused, but trust there will be no financial loss to you. As you will appreciate this has placed our company in a very

onerous position and our advisers will be in contact with you within the next 48 hours with a call centre number that may be of further assistance.

Kind Regards,

Alan Scott

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you."

| | |
|---|---|
| **From:** | Microsoft Exchange [MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@finnegan.com] |
| **To:** | 'Sales Team' |
| **Sent:** | Monday, August 04, 2008 1:31 PM |
| **Subject:** | Undeliverable: RE: Olympic Tickets Update |

Your message did not reach some or all of the intended recipients.

    Subject:    RE: Olympic Tickets Update
    Sent:    8/4/2008 1:31 PM

The following recipient(s) could not be reached:

    'Sales Team' on 8/4/2008 1:31 PM
        No route was found for the recipient server.  Please contact your system administrator.
        < #5.4.4 smtp;554 5.4.4 SMTPSEND.DNS.NonExistentDomain; nonexistent domain>

**From:** Zhang, Wei
**Sent:** Thursday, July 31, 2008 1:08 PM
**To:** Torres, Diana
**Subject:** Regarding BEIJINGTICKETING.COM

Hi Diana, I do not live in California, but I have some information which may be relevant to your case. Also notice that the privacy notice on the website claims to be the "the Official Ticketing Website of the Beijing 2008 Olympic Games".

http://www.beijingticketing.com/Privacy.aspx

I actually tried to expose this site way back earlier this year to newspapers and also to the Bejing Olympics Committee, I don't want to rehash the same things I wrote earlier so I have attached some emails here. It seems like no one took it that seriously until now...

**Wei Zhang**

Dear Sirs,

My family recently purchased Olympic tickets from a website (http://www.beijingticketing.com/) run by a company in the UK that has acted under false and fraudulent pretenses. This website pretended to be the official ticketing website for the Beijing 2008 Olympics - as evidenced in this link -http://www.beijingticketing.com/Privacy.aspx.

Also, it is falsely claiming to be a United States, Delaware registered company as "XL & H Ltd" - as mentioned in this link - http://www.beijingticketing.com/terms_conditions.aspx . I checked with the Delaware business registration database and found that is a false claim. There is no record whatsoever of this entity and "Ltd" is not even a U.S. corporate designation.

Another indication this website is fraudulent is the fact that you are allowed to buy unlimited number of tickets for the opening ceremony (999 tickets at one time and can be repeated). Which seems to indicate the site is designed to make as many sales as possible regardless of tickets availability.

Upon further investigation, I found the The Beijingticketing.com operator is XCLUSIVE LEISURE & HOSPITALITY LIMITED, an entity located in the United Kingdom, and has a London business address listed here: http://www.creditgate.com/companysearch/XCLUSIVE+LEISURE+amp%3B+HOSPITALITY+LIMITED.aspx; They have a UK address listed at 202 Blackfriars Rd., London SE1 8NJ and a phone number of +44 (0) 207 593 2099. I have also attached here a report with names of the managers of this company.

XCLUSIVE LEISURE & HOSPITALITY LIMITED has a history of fraudulent activities operating other ticketing websites it owns. In all of these websites, which are listed below, they all falsely claim to be registered in Delaware, U.S. in the Terms and Conditions, and they identically list their U.S. registered address as:

Suite 700,
2415 East Camelback Road,
Phoenix, Arizona
United States

| | |
|---|---|
| www.xclusiveticket.com | http://www.xclusiveticket.com/static/contact.asp |
| http://www.beijingticketing.com/ | http://www.beijingticketing.com/contact_us.aspx |
| www.theonlineticketshop.com/ | http://www.theonlineticketshop.com/static/aboutus.asp |

But clearly they are not even a U.S. entity but a UK business. I found numerous complaints about this company operating these ticketing websites, clearly pointing to a general pattern of fraud and deceit; the general pattern seems to be that they sell tickets to costumers and then fail to deliver the tickets and then refuse to refund the customers. It is very clear they are engaging in the same type of fraud in regard to the sale of Olympic tickets taking place right now. Please see below links about the complaints and newspaper articles about these websites.

http://www.reviewcentre.com/reviews110512.html.

http://www.tickettout.org/voting-comments.aspx?cid=43&cn=Xclusive%20Ticket

http://www.tickettout.org/voting-comments.aspx?cid=42&cn=The%20Online%20Ticket%20Shop

http://www.blagger.com/db4/company_id/7747/companyname/Xclusiveticket.com.html

http://www.ixat.net/Default.asp?PageID=21&PostID=9097

http://www.topix.com/entertainment/2007/09/led-zeppelin-fans-clamor-for-tickets - reviews at bottom half of page

News articles:
http://www.sundaymail.co.uk/news/scottish-news/2007/12/02/fake-that-78057-20191238/
http://www.sundaymail.co.uk/news/newsfeed/2007/12/09/fan-taken-in-by-tout-78057-20224372/
http://www.thestar.co.uk/action/I-can39t-take-ticket-woe.3585734.jp
Please contact me if you would like additional details, this problem seems serious and probably needs to be addressed immediately. I have the original emails of my family's purchase of the tickets and would like a refund as soon as possible.

**Wei Zhang**



# OneSource Report
# for Xclusive Leisure & Hospitality Ltd.
# 12 February 2008



Global Business Browser

# Xclusive Leisure & Hospitality Ltd.

202 Blackfriars Road
London , SE1 8NJ
United Kingdom

Suggest Company URL

| | |
|---|---|
| **Employees:** | NA |
| **Company Type:** | Private Parent |
| **Corporate Family:** | 3 Companies |
| **Quoted Status:** | Non-quoted Company |
| **Incorporation Date:** | 2006 |

| | |
|---|---|
| **Reporting Currency:** | British Pound Sterling |
| **Annual Sales:** | NA |
| **Total Assets:** | NA |

## Business Description

General Commercial Company
*Source: RM Online Ltd*

## Industry

| | |
|---|---|
| **Industry** | Retail (Specialty) |
| **US 1987 SIC:** | 5990 - Retail stores, nec |
| **UK 2003 SIC:** | 52480 - Other retail sale in specialised stores not elsewhere classified |
| **NAICS:** | 45399 - All Other Miscellaneous Store Retailers |

## Key Executives

| Name | Title | Source |
|---|---|---|
| Alan Thomas Scott | General Manager | RM Online Ltd |
| Geert Van Meel | Company Secretary | RM Online Ltd |

**Key ID<sup>SM</sup> Number:** 95365895    **Registered No.:** 05944048

1 - Profit & Loss Item Exchange Rate: USD 1 = GBP 0.5434378
2 - Balance Sheet Item Exchange Rate: USD 1 = GBP 0.510947

© 2008 RM Online, Ltd. All Rights Reserved
Published by OneSource Information Services, Inc., 2008

---

# Xclusive Leisure & Hospitality Ltd.                                           Corporate Overview

**Location**
202 Blackfriars Road
London , SE1 8NJ
London County
United Kingdom

Suggest Company URL

| | | | |
|---|---|---|---|
| **Sales GBP(mil):** | NA | **Year Founded:** | 2006 |
| **Assets GBP(mil):** | NA | **Company Type:** | Private Parent |
| **Employees:** | NA | **Quoted Status:** | Not Quoted |
| **KeyID<sup>SM</sup>:** | 95365895 | **Registered No.:** | 05944048 |
| **Industry:** | Retail (Specialty) | **General Manager:** | Alan Thomas Scott |

### Contents
Industry Codes
Business Description
Financial Data

## Industry Codes

**US 1987 SIC Codes:**
5990 - Retail stores, nec

**UK 2003 SIC Codes:**
52480 - Other retail sale in specialised stores not elsewhere classified

**NAICs Codes:**
45399 - All Other Miscellaneous Store Retailers

**ANZ SIC Codes:**
5259 - Retailing n.e.c.

## Business Description

General Commercial Company
*Source: RM Online Ltd*

## Financial Data

**Financials in:**   GBP(mil)

**1 Year Growth**

**Issued Capital:**   0.0

© 2008 RM Online, Ltd. All Rights Reserved

**Corporate Family**  **Corporate Structure News:**
Xclusive Leisure & Hospitality Ltd.

### Xclusive Leisure & Hospitality Ltd.
Total Corporate Family Members: 3

| Company Name | Company Type | Location | Country | Industry | Sales ( mil) | Employees | Source |
|---|---|---|---|---|---|---|---|
| Xclusive Leisure & Hospitality Ltd. | Parent | London | United Kingdom | Retail (Specialty) | | | RM |
| World Hospitality Co. Ltd. | Subsidiary | London | United Kingdom | Business Services | | | RM |
| Xclusive Tickets Ltd. | Subsidiary | London | United Kingdom | Business Services | | | RM |

Data Noted as Source: RM, © 2008 RM Online, Ltd. All Rights Reserved
Published by OneSource Information Services, Inc., 2008

### Xclusive Leisure & Hospitality Ltd.
### Executives Report

**Address:**
202 Blackfriars Road
London , SE1 8NJ
London County
United Kingdom

| Board of Directors | | | |
|---|---|---|---|
| **Name** | **Title** | **Function** | **Source** |
| Alan Thomas Scott | General Manager | Director/Board Member | RM |
| **Executives** | | | |
| **Name** | **Title** | **Function** | **Source** |
| Alan Thomas Scott | General Manager | Managing Director | RM |
| Geert Van Meel | Company Secretary | Company Secretary | RM |

Data Noted as Source: RM, © 2008 RM Online, Ltd. All Rights Reserved
Published by OneSource Information Services, Inc., Feb, 2008

## Xclusive Leisure & Hospitality Ltd.
### Directors and Shareholders Report

**Main Office Address:**
202 Blackfriars Road
London
United Kingdom SE1 8NJ

**Total Issued Capital (GBP 000):** 1

**Individual Directors**

| Name | Status | DOB | Filed Address | Appointment Date | Resignation Date | Summary of Directorships |
|---|---|---|---|---|---|---|
| Alan Thomas Scott | Current | 17 Jun 1954 | 3 Mauretania Building, Wapping, London, E1W 3WB | 16 Oct 2006 | NA | Current:1 Previous:0 Disqualifications:0 |
| Geert Van Meel | Previous | 19 Jul 1957 | 2 Elm Place, London, SW7 3QH | 22 Sep 2006 | 08 Nov 2006 | Current:1 Previous:1 Disqualifications:0 |

**Corporate Directors**

There are no corporate directors for this company.

**Individual Secretaries**

| Name | Status | DOB | Filed Address | Appointment Date | Resignation Date | Summary of Directorships |
|---|---|---|---|---|---|---|
| Geert Van Meel | Current | 19 Jul 1957 | 2 Elm Place, London, SW7 3QH | 08 Nov 2006 | NA | Current:4 Previous:4 Disqualifications:0 |
| Richard Nicholas | Previous | NA | 2 Elm Place, London, SW7 3QH | 22 Sep 2006 | 08 Nov 2006 | Current:0 Previous:1 Disqualifications:0 |

**Corporate Secretaries**

There are no corporate secretaries for this company.

**Shareholders**

OneSource currently does not provide shareholding information for this company.

© 2008 RM Online, Ltd. All rights reserved.
Published by OneSource Information Services, Inc., 2008

News: 0 Matches

Articles: 0 Matches