1 | DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
2 | O'MELVENY & MYERS LLP
400 South Hope Street
3 | Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
4 | Facsimile:    (213) 430-6407
dtorres@omm.com
5 |
Attorneys for Plaintiffs
6 | The United States Olympic Committee and
the International Olympic Committee
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**
10 |
11 | The United States Olympic Committee and the International Olympic Committee,

Case No.  3:08-cv-03514-JSW

**PROOF OF SERVICE**

Plaintiffs,

v.

Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,

Defendants.

PROOF OF SERVICE
CASE NO. 3:08-CV-03514-JSW

# PROOF OF SERVICE BY EMAIL

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On August 11, 2008, I transmitted from my business email account, cmeninsky@omm.com, an electronic service copy of the following:

**PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND TO CONTINUE PRELIMINARY INJUNCTION HEARING**

**MEMORANDUM IN SUPPORT**

**[PROPOSED] ORDER**

**DECLARATION OF CARLA MENINSKY IN SUPPORT with EXHIBITS**

to the following, at the email addresses indicated below:

**beijingticketing@googlemail.com**

**bulkregisterdomains@gmail.com**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 11, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Carla Meninsky
　　　　　　　　　　　　　　　　　　　　　　Carla Meninsky

SF1:724618.1