1  DALE M. CENDALI (admitted for all purposes 11/30/93)
2  DIANA M. TORRES (SBN 162284)
   O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:    (213) 430-6407
   dtorres@omm.com
5
   Attorneys for Plaintiffs
6  The United States Olympic Committee and
   the International Olympic Committee
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  The United States Olympic            Case No. C 08-03514 JSW
    Committee and the International
12  Olympic Committee,                   **[PROPOSED] ORDER GRANTING**
                                         ***EX PARTE* MOTION FOR**
13                Plaintiffs,            **EXTENSION OF TEMPORARY**
                                         **RESTRAINING ORDER AND TO**
14       v.                              **CONTINUE PRELIMINARY**
                                         **INJUNCTION HEARING**
15  Xclusive Leisure & Hospitality Ltd.;
    Beijingticketing.com; 2008-
16  0lympics.com;
    Beijingolympic2008tickets.com;
17  Beijingolympictickets2008.com;
    Olympic-tickets.net;
18  Olympicticketsbeijing2008.com;
    Does 1-10, inclusive,
19
                  Defendants.
20

21

22       Plaintiffs, The United States Olympic Committee ("USOC") and the

23  International Olympic Committee ("IOC"), having moved for an order extending

24  the Temporary Restraining Order and continuing the Preliminary Injunction

25  Hearing, and good cause being shown,

26       IT IS ORDERED that the Plaintiff's Motion For Extension Of Temporary

27  Restraining Order And To Continue Preliminary Injunction Hearing (Doc. #    ) is

28

1    GRANTED and the hearing for the preliminary injunction is rescheduled to August

2    ___22___ at _9:00 a.m._ ; Ten days is the maximum amount the Court may extend the TRO without

3    notice. *See* FRCP 65(b)(2); *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1982); *Flying Cross Check, LLC v. Cent. Hockey League, Inc.*, 153 F. Supp. 2d 1253, 1260 (D. Kan. 2001).

    Dated this __12____ day of August, 2008.

4

5                                                    By_____

6                                                       United States District Court Judge

7    SF1:724421.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
MTN FOR EXT OF TRO AND TO
CONTINUE PI HEARING