1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (State Bar No. 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407
   dtorres@omm.com
5
   CARLA MENINSKY (State Bar No. 233470)
6  O'MELVENY & MYERS LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
8  cmeninsky@omm.com

9  Attorneys for Plaintiffs
   The United States Olympic Committee and
10 the International Olympic Committee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-03514 JSW<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**<br><br>Date:　August 22, 2008<br>Time:　9:00 a.m.<br>Judge:　Hon. Jeffrey S. White |

Plaintiffs, the United States Olympic Committee ("USOC") and the International Olympic Committee ("IOC"), hereby move the Court for permission to serve Defendants, who were doing business as XLH and operating the websites at olympic-tickets.net, beijingticketing.com, beijingolympic2008tickets.com, beijingolympictickets2008.com, olympicticketsbeijing2008.com, and 2008-0lympics.com, via email. In response to various subpoenas served on Defendants' web hosting company and registrar, Plaintiffs have obtained conflicting information about the physical addresses for Defendants. In contrast, Plaintiffs have successfully transmitted documents in connection with this litigation via the web addresses of bulkregisterdomains.gmail.com and beijingticketing.googlemail.com. And, the company that hosts the websites has successfully communicated with Defendants via the web address Mohammad.Irfan@gmail.com. As more fully explained in the Memorandum of Points and Authorities filed contemporaneously herewith, Plaintiffs respectfully suggest that it is appropriate for the Court to allow Plaintiffs to continue to serve Defendants via email.

Dated: August 19, 2008

**O'MELVENY & MYERS, LLP**

By: /s/ Diana M. Torres
Diana M. Torres

Attorneys for Plaintiffs
The United States Olympic Committee and the International Olympic Committee

CASE NO. C 0803514 JSW         - 1 -         PLAINTIFFS' MOTION FOR LEAVE