1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (State Bar No. 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dtorres@omm.com

CARLA MENINSKY (State Bar No. 233470)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
cmeninsky@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The United States Olympic Committee
and the International Olympic
Committee,

                    Plaintiffs,

        v.

Xclusive Leisure & Hospitality Ltd.;
Beijingticketing.com; 2008-
0lympics.com;
Beijingolympic2008tickets.com;
Beijingolympictickets2008.com;
Olympic-tickets.net;
Olympicticketsbeijing2008.com; Does
1-10, inclusive,

                    Defendants.

Case No.  C 08-01345- JSW

**DECLARATION OF CARLA MENINSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

Date:    August 22, 2008
Time:    9:00 a.m.
Judge:   Hon. Jeffrey S. White

I, CARLA MENINSKY, HEREBY DECLARE AS FOLLOWS:

1.    I am an associate with the law firm of O'Melveny & Myers LLP, counsel for Plaintiffs in this matter. I am personally familiar with the facts and circumstances set forth herein, and would and could competently testify to them if called as a witness.

2.    On August 8, 2008, in response to a subpoena, I received contact and billing information from ServePath LLC, Defendants' web hosting provider, concerning the websites olympic-tickets.net, beijingticketing.com, beijingolympic2008tickets.com, beijingolympictickets2008.com, olympicticketsbeijing2008.com, and 2008-0lympics.com. ServePath's records show that the physical address for these websites to be 202 Blackfriars Road, London SE1 8NJ and the email address to be beijingticketing@googlemail.com. ServePath's billing records indicate that Mohammad Irfan and Alan T. Scott have been regularly paying the monthly fees in support of this account. Attached as Exhibit A are true and correct copies of ServePath's Customer Information and Account History Detail on Beijing Ticketing.

3.    By cross-referencing the contact and billing information, ServePath also produced information on the related websites, Trading24Seven.com and Theonlineticketshop.com. ServePath's records show that Alan T. Scott, Terence Shepherd, Geert VanMeel, Thomas Coleman, Lynne Matthews, and Mohammad Irfan have been regularly paying the monthly fees in support of these accounts. Attached as Exhibit B are true and correct copies of ServePath's Customer Information and Account History Detail on Trading24Seven.

4.    In addition, ServePath produced their customer service log relating to the websites in question. ServePath has been in regular email contact with Mohammad Irfan in conjunction with their webhosting services through the email account Mohammad.Irfan@gmail.com. Attached as Exhibit C are true and correct copies of excerpts from ServePath's customer service logs.

5.    On August 3, 2008, ServePath alerted Beijing Ticketing at Mohammad.Irfan@gmail.com that ServePath had received complaints from several

1  individuals that the website www.beijingticketing.com was sending fraudulent email

2  messages requesting sensitive details about their bank accounts.  According to ServePath,

3  the purpose of this so-called "phishing" scam was to elicit personal information in order to

4  fraudulently access their bank accounts.  On August 4, 2008 at 4.08 AM, Beijing

5  Ticketing responded that they were investigating the issue.  However, after receiving no

6  further response, ServePath shut down the website later that morning.  Attached as Exhibit

7  D are true and correct copies of excerpts from ServePath's customer service logs

8  regarding the phishing complaints.

9          6.      On August 13, 2008, eNom, Inc., the registrar for the domain names in

10  question produced contact and billing information in response to Plaintiffs' subpoena.

11  eNom's records provide that  Alan T. Scott, Terence Shepherd, Geert VanMeel, and Greg

12  G. Shepherd have been paying for the domain names under the business names of

13  Theonlineticketshop.com, Xclusive Leisure & Hospitality Ltd, and XLH.  eNom lists the

14  following email addresses as contact information for Defendants:

15  bulkregisterdomains@gmail.com, Mohammad.Irfan@gmail.com,

16  webmaster@theonlineticketshop.com.  eNom also produced address information for each

17  of its contacts, however, as this is a public filing, the addresses are redacted.  Attached as

18  Exhibit E is a redacted true and correct copy of eNom's production.

19          7.      As of this date, however, we have not had sufficient time to verify the

20  accuracy of the physical addresses for the Defendants.

21          8.      On August 11, 2008 I emailed copies of Plaintiffs' *Ex Parte* Motion For

22  Extension of Temporary Restraining Order And to Continue Preliminary Injunction

23  Hearing and supporting papers to Defendants at bulkregisterdomain@gmail.com  and

24  beijingticketing@googlemail.com.  Attached as Exhibit F is a true and correct copy of the

25  successful delivery message.

26

27

28

1    Executed this 19th day of August, 2008 at San Francisco, California.

2

3

4                              By: __/s/ Carla Meninsky_____
                                   Carla Meninsky

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Customer Information

Printed by Mark Kratt on 8/8/2008  9:50:25AM

| | |
|---|---|
| **Customer ID** | 15961 |
| **Customer Name** | Beijing  Ticketing |
| **Contact** | IT MANAGER |
| **Username** | 15961 |
| **Password** | V@l3nt1n3d@y |
| **Email Address** | beijingticketing@googlemail.com |
| **Address** | 202 Blackfriars Road |
| **City** | London |
| **State** | |
| **Country** | GB |
| **Zip Code** | W2 4X |
| **Home Phone** | |
| **FAX** | |
| **Reference** | |
| **Salesperson** | Richard Fox |

| | | | |
|---|---|---|---|
| **Statement Method** | CREDIT CARD | **Signup Date** | 9/18/2007 |
| **Next Statement Date** | 9/18/2007 | **Account Status** | ACTIVE |
| **Guarantor** | | **Deactivated Date** | |
| | | **Web Signup** | NO |

**Billing Plan(s):**

3134.0431:M-Verisign SSL Cert-International
3122.0439:M-SQL Workgroup 2005, 2 Proc
3121.0335:M-Windows Server 2003, 2 Proc Lic
3113.0402:M-AdvancedPath 2000 Server

**Additional Email Addresses:**

| Active | Username | Password |
|---|---|---|

**EXHIBIT A**

# Account History Detail

Name: Beijing  Ticketing -- Email: beijingticketing@googlemail.com

Printed by Mark Kratt on 8/8/2008  9:50:01AM

## *Invoice History*

| Invoice | Date | Name | Guarantor | Total | Paid |
|---|---|---|---|---|---|
| 109548 | 09/18/2007 | Beijingtrading | | $829.94 | $829.94 |
| 112397 | 10/17/2007 | Beijing  Ticketing | | $629.96 | $629.96 |
| 115203 | 11/17/2007 | Beijing  Ticketing | | $629.96 | $629.96 |
| 117833 | 12/17/2007 | Beijing  Ticketing | | $629.96 | $629.96 |
| 121174 | 01/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 124337 | 02/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 127575 | 03/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 127778 | 03/19/2008 | Beijing  Ticketing | | $9.99 | $9.99 |
| 131944 | 04/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 137039 | 05/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 144574 | 06/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| 154717 | 07/17/2008 | Beijing  Ticketing | | $629.96 | $629.96 |
| | | | *Totals* | **$7,139.53** | **$7,139.53** |
| | | | *Customer Balance* | | **$0.00** |

## *Payments*

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 77370 | 9/18/07  12:00 am | Mohammad  Irfan | VISA | $829.94 | $829.94 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 109548 | $829.94 | 9/18/2007  11:07:21AM |

| | | | | | |
|---|---|---|---|---|---|
| 79476 | 10/17/07  12:00 am | Mohammad  Irfan | VISA | $629.96 | $629.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 112397 | $629.96 | 10/17/2007  10:42:01AM |

| | | | | | |
|---|---|---|---|---|---|
| 81524 | 11/17/07  12:00 am | Mohammad  Irfan | VISA | $629.96 | $629.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 115203 | $629.96 | 11/17/2007  6:06:25AM |

| | | | | | |
|---|---|---|---|---|---|
| 83494 | 12/18/07  12:00 am | Mohammad  Irfan | VISA | $629.96 | $629.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 117833 | $629.96 | 12/18/2007  6:06:30AM |

| | | | | | |
|---|---|---|---|---|---|
| 85910 | 1/21/08  12:00 am | Alan Scott | MASTERCARD | $629.96 | $629.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 121174 | $629.96 | 1/21/2008  6:06:24AM |

| | | | | | |
|---|---|---|---|---|---|
| 87986 | 2/18/08  12:00 am | Alan Scott | MASTERCARD | $629.96 | $629.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 124337 | $629.96 | 2/18/2008  8:47:05AM |

| | | | | | |
|---|---|---|---|---|---|
| 90746 | 3/20/08  12:00 am | MR A T SCOTT | VISA | $639.95 | $639.95 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|

**EXHIBIT A**

|  |  | 127575 | $629.96 | 3/20/2008  6:06:53AM |  |  |  |
|  |  | 127778 | $9.99 | 3/20/2008  6:06:53AM |  |  |  |

| 93922 | 4/17/08  12:00 am | MR A T SCOTT |  |  | VISA | $629.96 | $629.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 131944 | $629.96 | 4/17/2008  6:06:14AM |

| 97819 | 5/17/08  12:00 am | MR A T SCOTT |  |  | VISA | $629.96 | $629.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 137039 | $629.96 | 5/17/2008  6:06:17AM |

| 101211 | 6/17/08  12:00 am | MR A T SCOTT |  |  | VISA | $629.96 | $629.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 144574 | $629.96 | 6/17/2008  6:06:11AM |

| 105078 | 7/18/08  12:00 am | MR A T SCOTT |  |  | VISA | $629.96 | $629.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 154717 | $629.96 | 7/18/2008  6:06:09AM |

EXHIBIT A

# EXHIBIT B

# Customer Information

| | |
|---|---|
| **Customer ID** | 11845 |
| **Customer Name** | Trading24Seven.com |
| **Contact** | Mohammad Irfan |
| **Username** | 11845 |
| **Password** | minty999 |
| **Email Address** | Mohammad.Irfan@gmail.com |
| **Address** | 202 Blackfriars Road |
| **City** | London |
| **State** | UK |
| **Country** | GB |
| **Zip Code** | SE18NJ |
| **Home Phone** | 00442075932080 |
| **FAX** | 00442075932081 |
| **Reference** | |
| **Salesperson** | Richard Fox |

| | | | |
|---|---|---|---|
| **Statement Method** | CREDIT CARD | **Signup Date** | 8/18/2003 |
| **Next Statement Date** | 11/5/2003 | **Account Status** | ACTIVE |
| **Guarantor** | | **Deactivated Date** | |
| | | **Web Signup** | NO |

**Billing Plan(s):**

> A-12 Month Commitment Period
> 3133.0138:M-IP Addresses (16)
> 3133.0138:M-IP Addresses (16)
> 3133.0121:M-IP Addresses (8)
> 3122.0378:M-SQL Standard 2000, 2 Proc Lic
> 3121.0369:M-Windows Enterprise, 2 Proc
> 3115.0630:M-EnterprisePath4000

**Additional Email Addresses:**

| | Active | Username | Password |
|---|---|---|---|

**EXHIBIT B**

Page 1 of 1

# Account History Detail

Name: Trading24Seven.com -- Email: Mohammad.Irfan@gmail.com

Printed by Mark Kratt on 8/8/2008  12:19:06PM

## *Invoice History*

| Invoice | Date | Name | Guarantor | Total | Paid |
|---|---|---|---|---|---|
| 10862 | 08/18/2003 | Theonlineticketshop.com ltd | | $949.97 | $949.97 |
| 10976 | 08/21/2003 | Theonlineticketshop.com ltd | | $230.13 | $230.13 |
| 11359 | 08/29/2003 | Theonlineticketshop.com ltd | | $295.87 | $295.87 |
| 12116 | 09/17/2003 | Theonlineticketshop.com ltd | | $449.98 | $449.98 |
| 12150 | 09/18/2003 | Theonlineticketshop.com ltd | | $349.98 | $349.98 |
| 12202 | 09/20/2003 | Theonlineticketshop.com ltd | | $621.34 | $621.34 |
| 12257 | 09/22/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 12388 | 09/25/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 13276 | 10/17/2003 | Theonlineticketshop.com ltd | | $1,399.94 | $1,399.94 |
| 13457 | 10/21/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 13500 | 10/22/2003 | Theonlineticketshop.com ltd | | $24.99 | $24.99 |
| 13546 | 10/23/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 13714 | 10/28/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 14566 | 11/17/2003 | Theonlineticketshop.com ltd | | $391.21 | $391.21 |
| 14659 | 11/18/2003 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 15232 | 12/04/2003 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 16524 | 01/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 17748 | 02/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 17780 | 02/04/2004 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 19404 | 03/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 21117 | 04/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 22585 | 05/05/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 23793 | 06/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 25302 | 07/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 26807 | 08/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 28235 | 09/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 29594 | 10/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 31218 | 11/04/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 32484 | 12/06/2004 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 32875 | 12/13/2004 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 34168 | 01/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 35937 | 02/07/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 37573 | 03/07/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 39333 | 04/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 40928 | 05/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 42575 | 06/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 44149 | 07/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 45882 | 08/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 47678 | 09/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 47807 | 09/07/2005 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 49555 | 10/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 51566 | 11/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 51768 | 11/09/2005 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 53434 | 12/04/2005 | Theonlineticketshop.com ltd | | $699.97 | $699.97 |
| 53581 | 12/07/2005 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 54034 | 12/14/2005 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |
| 54600 | 12/21/2005 | Theonlineticketshop.com ltd | | $9.99 | $9.99 |

**EXHIBIT B**

| | | | | |
|---|---|---|---|---|
| 55058 | 12/28/2005 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 55612 | 01/04/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 55764 | 01/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 56153 | 01/11/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 58172 | 02/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 60265 | 03/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 62419 | 04/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 64570 | 05/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 66719 | 06/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 68892 | 07/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 71283 | 08/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 73540 | 09/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 73645 | 09/06/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 75976 | 10/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 76372 | 10/11/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 76899 | 10/18/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 78383 | 11/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 80798 | 12/04/2006 | Theonlineticketshop.com ltd | $699.97 | $699.97 |
| 80956 | 12/06/2006 | Theonlineticketshop.com ltd | $9.99 | $9.99 |
| 81399 | 12/11/2006 | Theonlineticketshop.com ltd | $31.57 | $31.57 |
| 83468 | 01/04/2007 | Trading24Seven.com | $707.97 | $707.97 |
| 86283 | 02/05/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 88888 | 03/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 89230 | 03/06/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 89671 | 03/07/2007 | Trading24Seven.com | $9.99 | $9.99 |
| 90411 | 03/07/2007 | <VOID>Trading24Seven.com | ($9.99) | ($9.99) |
| 90412 | 03/07/2007 | <VOID>Trading24Seven.com | ($957.97) | ($957.97) |
| 93345 | 04/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 96412 | 05/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 99006 | 06/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 102027 | 07/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 105299 | 08/06/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 108260 | 09/04/2007 | Trading24Seven.com | $957.97 | $957.97 |
| 109269 | 09/14/2007 | Trading24Seven.com | ($276.15) | ($276.15) |
| 109270 | 09/14/2007 | Trading24Seven.com | ($34.51) | ($34.51) |
| 109271 | 09/14/2007 | Trading24Seven.com | ($345.19) | ($345.19) |
| 109272 | 09/14/2007 | Trading24Seven.com | $655.85 | $655.85 |
| 109273 | 09/14/2007 | Trading24Seven.com | $1,452.10 | $1,452.10 |
| 111227 | 10/04/2007 | Trading24Seven.com | $1,507.97 | $1,507.97 |
| 113971 | 11/04/2007 | Trading24Seven.com | $1,507.97 | $1,507.97 |
| 116634 | 12/04/2007 | Trading24Seven.com | $1,507.97 | $1,507.97 |
| 119813 | 01/04/2008 | Trading24Seven.com | $1,507.97 | $1,507.97 |
| 122866 | 02/04/2008 | Trading24Seven.com | $1,507.97 | $1,507.97 |
| 125761 | 02/28/2008 | Trading24Seven.com | $31.31 | $31.31 |
| 126136 | 03/04/2008 | Trading24Seven.com | $1,539.97 | $1,539.97 |
| 130047 | 04/04/2008 | Trading24Seven.com | $1,539.97 | $1,539.97 |
| 134570 | 05/04/2008 | Trading24Seven.com | $1,539.97 | $1,539.97 |
| 140723 | 06/04/2008 | Trading24Seven.com | $1,539.97 | $1,539.97 |
| 150062 | 07/04/2008 | Trading24Seven.com | $1,539.97 | $1,539.97 |
| 162262 | 08/04/2008 | Trading24Seven.com | $1,539.97 | $0.00 |
| 163554 | 08/06/2008 | Trading24Seven.com | $9.99 | $0.00 |

| | | |
|---|---|---|
| **Totals** | **$57,488.47** | **$55,938.51** |
| **Customer Balance** | | **$1,549.96** |

**EXHIBIT B**

# *Payments*

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 6910 | 8/21/03  12:00 am | Geert Van Meel | VISA | $1,180.10 | $1,180.10 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 10862 | $949.97 | 8/21/2003  9:17:39AM |
| 10976 | $230.13 | 8/21/2003  9:17:39AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 7196 | 8/29/03  12:00 am | Geert Van Meel | VISA | $295.87 | $295.87 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 11359 | $295.87 | 8/29/2003  2:34:34PM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 7764 | 9/18/03  12:00 am | Geert Van Meel | VISA | $349.98 | $349.98 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 12150 | $349.98 | 9/18/2003  11:08:41AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 8037 | 9/29/03  12:00 am | Geert Van Meel | VISA | $1,091.30 | $1,091.30 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 12116 | $449.98 | 9/29/2003  9:27:44AM |
| 12202 | $621.34 | 9/29/2003  9:27:44AM |
| 12257 | $9.99 | 9/29/2003  9:27:44AM |
| 12388 | $9.99 | 9/29/2003  9:27:44AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 8914 | 10/29/03  12:00 am | Geert Van Meel | VISA | $1,454.90 | $1,454.90 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 13276 | $1,399.94 | 10/29/2003  3:01:15AM |
| 13457 | $9.99 | 10/29/2003  3:01:15AM |
| 13500 | $24.99 | 10/29/2003  3:01:15AM |
| 13546 | $9.99 | 10/29/2003  3:01:15AM |
| 13714 | $9.99 | 10/29/2003  3:01:15AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 9612 | 11/20/03  12:00 am | Geert Van Meel | AMEX | $401.20 | $401.20 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 14566 | $391.21 | 11/20/2003  4:42:21PM |
| 14659 | $9.99 | 11/20/2003  4:42:21PM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 9970 | 12/4/03  12:00 am | Geert Van Meel | AMEX | $699.97 | $699.97 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 15232 | $699.97 | 12/4/2003  3:01:10AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 10888 | 1/4/04  12:00 am | Geert Van Meel | AMEX | $699.97 | $699.97 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 16524 | $699.97 | 1/4/2004  3:00:36AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 11988 | 2/10/04  12:00 am | Geert Van Meel | AMEX | $709.96 | $709.96 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 17748 | $699.97 | 2/10/2004  11:52:19AM |
| 17780 | $9.99 | 2/10/2004  11:52:19AM |

| Payment ID | Date | Name | Type | Total | Applied |
|---|---|---|---|---|---|
| 13187 | 3/12/04  12:00 am | Terry Shepherd | VISA | $699.97 | $699.97 |

| Invoice | Amt. Applied | Applied Date |
|---|---|---|
| 19404 | $699.97 | 3/12/2004  12:42:47PM |

**EXHIBIT B**

| 14108 | 4/4/04 12:00 am | Terry Shepherd | | VISA | $699.97 | $699.97 |
|---|---|---|---|---|---|---|
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 21117 | $699.97 | 4/4/2004  3:01:08AM | | | |
| 15215 | 5/5/04 12:00 am | Terry Shepherd | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 22585 | $699.97 | 5/5/2004  10:09:46AM | | | |
| 16164 | 6/4/04 12:00 am | Terry Shepherd | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 23793 | $699.97 | 6/4/2004  3:01:29AM | | | |
| 17264 | 7/4/04 12:00 am | Terry Shepherd | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 25302 | $699.97 | 7/4/2004  3:01:12AM | | | |
| 18533 | 8/10/04 12:00 am | Terry Shepherd | | AMEX | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 26807 | $699.97 | 8/10/2004  4:21:03PM | | | |
| 19474 | 9/4/04 12:00 am | Terry Shepherd | | AMEX | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 28235 | $699.97 | 9/4/2004  3:01:07AM | | | |
| 20688 | 10/8/04 12:00 am | Terry Shepherd | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 29594 | $699.97 | 10/8/2004  7:50:52AM | | | |
| 21948 | 11/11/04 12:00 am | Mrs Lynne Matthews | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 31218 | $699.97 | 11/11/2004  3:01:10AM | | | |
| 23138 | 12/16/04 12:00 am | Mrs Lynne Matthews | | VISA | $709.96 | $709.96 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 32484 | $699.97 | 12/16/2004  9:30:28AM | | | |
| | 32875 | $9.99 | 12/16/2004  9:30:28AM | | | |
| 23994 | 1/4/05 12:00 am | Mrs Lynne Matthews | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 34168 | $699.97 | 1/4/2005  3:01:11AM | | | |
| 25229 | 2/7/05 12:00 am | Mrs Lynne Matthews | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 35937 | $699.97 | 2/7/2005  2:08:17PM | | | |
| 26518 | 3/8/05 12:00 am | Mrs Lynne Matthews | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 37573 | $699.97 | 3/8/2005  3:13:43AM | | | |
| 27725 | 4/4/05 12:00 am | Mrs Lynne Matthews | | VISA | $699.97 | $699.97 |
| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
| | 39333 | $699.97 | 4/4/2005  6:42:32AM | | | |

**EXHIBIT B**

| 28902 | 5/4/05 12:00 am | Mrs Lynne Matthews | | | VISA | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 40928 | $699.97 | 5/4/2005  4:01:39AM |

| 30143 | 6/4/05 12:00 am | Mrs Lynne Matthews | | | VISA | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 42575 | $699.97 | 6/4/2005  4:01:33AM |

| 31350 | 7/4/05 12:00 am | Mrs Lynne Matthews | | | VISA | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 44149 | $699.97 | 7/4/2005  4:01:54AM |

| 32605 | 8/4/05 12:00 am | Mrs Lynne Matthews | | | VISA | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 45882 | $699.97 | 8/4/2005  12:02:19AM |

| 34045 | 9/7/05 12:00 am | Mrs Lynne Matthews | | | VISA | $709.96 | $709.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 47678 | $699.97 | 9/7/2005  1:01:21AM |
| | 47807 | $9.99 | 9/7/2005  1:01:21AM |

| 35337 | 10/4/05 12:00 am | Mrs Lynne Matthews | | | VISA | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 49555 | $699.97 | 10/4/2005  1:01:12AM |

| 36952 | 11/9/05 12:00 am | Mrs Lynne Matthews | | | VISA | $709.96 | $709.96 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 51566 | $699.97 | 11/9/2005  1:00:34AM |
| | 51768 | $9.99 | 11/9/2005  1:00:34AM |

| 40064 | 1/17/06 12:00 am | Mr Thomas Coleman | | | MASTERCARD | $1,459.88 | $1,459.88 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 53434 | $699.97 | 1/17/2006  1:00:53AM |
| | 53581 | $9.99 | 1/17/2006  1:00:53AM |
| | 54034 | $9.99 | 1/17/2006  1:00:53AM |
| | 54600 | $9.99 | 1/17/2006  1:00:53AM |
| | 55058 | $9.99 | 1/17/2006  1:00:53AM |
| | 55612 | $9.99 | 1/17/2006  1:00:53AM |
| | 55764 | $699.97 | 1/17/2006  1:00:53AM |
| | 56153 | $9.99 | 1/17/2006  1:00:53AM |

| 41229 | 2/4/06 12:00 am | Mr Thomas Coleman | | | MASTERCARD | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 58172 | $699.97 | 2/4/2006  1:00:46AM |

| 42714 | 3/4/06 12:00 am | Mr Thomas Coleman | | | MASTERCARD | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 60265 | $699.97 | 3/4/2006  1:01:07AM |

| 44258 | 4/4/06 12:00 am | Mr Thomas Coleman | | | MASTERCARD | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|
| | 62419 | $699.97 | 4/4/2006  1:00:51AM |

| 45759 | 5/4/06 12:00 am | Mr Thomas Coleman | | | MASTERCARD | $699.97 | $699.97 |

| | **Invoice** | **Amt. Applied** | **Applied Date** |
|---|---|---|---|

**EXHIBIT B**

| | 64570 | $699.97 | 5/4/2006  1:01:45AM | | | |
|---|---|---|---|---|---|---|

| 47317 | 6/4/06  12:00 am | Mr Thomas Coleman | | MASTERCARD | $699.97 | $699.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 66719 | $699.97 | 6/4/2006  1:00:37AM | | | |

| 48908 | 7/4/06  12:00 am | Mr Thomas Coleman | | MASTERCARD | $699.97 | $699.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 68892 | $699.97 | 7/4/2006  1:00:48AM | | | |

| 50560 | 8/4/06  12:00 am | Mr Thomas Coleman | | MASTERCARD | $699.97 | $699.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 71283 | $699.97 | 8/4/2006  1:00:44AM | | | |

| 52602 | 9/12/06  12:00 am | Mr Thomas Coleman | | MASTERCARD | $709.96 | $709.96 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 73540 | $699.97 | 9/12/2006  1:00:39AM | | | |
| | 73645 | $9.99 | 9/12/2006  1:00:39AM | | | |

| 54817 | 10/20/06  12:00 am | Mr Terence Shepherd | | MASTERCARD | $719.95 | $719.95 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 75976 | $699.97 | 10/20/2006  9:56:45AM | | | |
| | 76372 | $9.99 | 10/20/2006  9:56:45AM | | | |
| | 76899 | $9.99 | 10/20/2006  9:56:45AM | | | |

| 55706 | 11/4/06  12:00 am | Mr Terence Shepherd | | MASTERCARD | $699.97 | $699.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 78383 | $699.97 | 11/4/2006  1:00:55AM | | | |

| 57702 | 12/8/06  12:00 am | MR GEERT VANMEEL | | MASTERCARD | $709.96 | $709.96 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 80798 | $699.97 | 12/8/2006  8:24:07AM | | | |
| | 80956 | $9.99 | 12/8/2006  8:24:07AM | | | |

| 57864 | 12/11/06  12:00 am | MR GEERT VANMEEL | | MASTERCARD | $31.57 | $31.57 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 81399 | $31.57 | 12/11/2006  3:23:33PM | | | |

| 59173 | 1/4/07  12:00 am | MR GEERT VANMEEL | | MASTERCARD | $707.97 | $707.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 83468 | $707.97 | 1/4/2007  1:01:03AM | | | |

| 61394 | 2/7/07  12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 86283 | $957.97 | 2/7/2007  10:25:31AM | | | |

| 63181 | 3/4/07  12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 88888 | $957.97 | 3/4/2007  1:00:57AM | | | |

| 63714 | 3/7/07  12:00 am | VOID RETURN | | VOID | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 89671 | $9.99 | 3/7/2007  12:11:53PM | | | |
| | 90411 | ($9.99) | 3/7/2007  12:11:53PM | | | |

**EXHIBIT B**

| 63715 | 3/7/07 12:00 am | VOID RETURN | | VOID | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 89230 | $957.97 | 3/7/2007 12:11:54PM | | | |
| | 90412 | ($957.97) | 3/7/2007 12:11:53PM | | | |

| 65853 | 4/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 93345 | $957.97 | 4/4/2007 6:06:41AM | | | |

| 68056 | 5/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 96412 | $957.97 | 5/4/2007 6:06:48AM | | | |

| 69961 | 6/5/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 99006 | $957.97 | 6/5/2007 6:06:36AM | | | |

| 71916 | 7/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 102027 | $957.97 | 7/4/2007 6:06:19AM | | | |

| 74230 | 8/6/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 105299 | $957.97 | 8/6/2007 9:24:35AM | | | |

| 76420 | 9/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $957.97 | $957.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 108260 | $957.97 | 9/4/2007 6:06:25AM | | | |

| 77130 | 9/14/07 12:00 am | REFUND--Unused SVC#105 | | REFUND | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 109269 | ($276.15) | 9/14/2007 9:52:39AM | | | |
| | 109272 | $276.15 | 9/14/2007 9:55:37AM | | | |

| 77131 | 9/14/07 12:00 am | REFUND--Unused SVC#198 | | REFUND | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 109270 | ($34.51) | 9/14/2007 9:52:52AM | | | |
| | 109272 | $34.51 | 9/14/2007 9:55:37AM | | | |

| 77132 | 9/14/07 12:00 am | REFUND--Unused SVC#378 | | REFUND | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 109271 | ($345.19) | 9/14/2007 9:53:02AM | | | |
| | 109272 | $345.19 | 9/14/2007 9:55:37AM | | | |

| 77133 | 9/14/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,452.10 | $1,452.10 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 109273 | $1,452.10 | 9/14/2007 10:01:45AM | | | |

| 78622 | 10/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,507.97 | $1,507.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 111227 | $1,507.97 | 10/4/2007 6:06:29AM | | | |

| 80684 | 11/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,507.97 | $1,507.97 |
|---|---|---|---|---|---|---|

| | **Invoice** | **Amt. Applied** | **Applied Date** | | | |
|---|---|---|---|---|---|---|
| | 113971 | $1,507.97 | 11/4/2007 6:06:30AM | | | |

**EXHIBIT B**

| 82572 | 12/4/07 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,507.97 | $1,507.97 |
|---|---|---|---|---|---|---|
| | **Invoice** 116634 | **Amt. Applied** $1,507.97 | **Applied Date** 12/4/2007  6:07:11AM | | | |
| 84798 | 1/4/08 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,507.97 | $1,507.97 |
| | **Invoice** 119813 | **Amt. Applied** $1,507.97 | **Applied Date** 1/4/2008  6:06:54AM | | | |
| 86945 | 2/4/08 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,507.97 | $1,507.97 |
| | **Invoice** 122866 | **Amt. Applied** $1,507.97 | **Applied Date** 2/4/2008  3:51:38PM | | | |
| 89088 | 2/28/08 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $31.31 | $31.31 |
| | **Invoice** 125761 | **Amt. Applied** $31.31 | **Applied Date** 2/28/2008  11:53:27AM | | | |
| 89446 | 3/4/08 12:00 am | MR GEERT VANMEEL | | MASTERCARD | $1,539.97 | $1,539.97 |
| | **Invoice** 126136 | **Amt. Applied** $1,539.97 | **Applied Date** 3/4/2008  6:06:56AM | | | |
| 92472 | 4/4/08 12:00 am | MR A T SCOTT | | VISA | $1,539.97 | $1,539.97 |
| | **Invoice** 130047 | **Amt. Applied** $1,539.97 | **Applied Date** 4/4/2008  6:06:41AM | | | |
| 96236 | 5/4/08 12:00 am | MR A T SCOTT | | VISA | $1,539.97 | $1,539.97 |
| | **Invoice** 134570 | **Amt. Applied** $1,539.97 | **Applied Date** 5/4/2008  6:06:41AM | | | |
| 99604 | 6/5/08 12:00 am | MR A T SCOTT | | VISA | $1,539.97 | $1,539.97 |
| | **Invoice** 140723 | **Amt. Applied** $1,539.97 | **Applied Date** 6/5/2008  6:06:23AM | | | |
| 103666 | 7/8/08 12:00 am | MR A T SCOTT | | VISA | $1,539.97 | $1,539.97 |
| | **Invoice** 150062 | **Amt. Applied** $1,539.97 | **Applied Date** 7/8/2008  6:06:30AM | | | |

## Customer Status History

| Date | Action | Staffperson |
|---|---|---|
| 8/18/2003  1:18:57PM | Reactivated | David Hecht |

**EXHIBIT B**

# EXHIBIT C

Beijing Ticketing ~ Salesforce - Unlimited Edition        https://ssl.salesforce.com/00100000004JNf9/p?retURL=/00100000004JNf9

 salesforce.com
*Success On Demand*

- Close Window
- Print This Page
- Expand All | Collapse All

# Beijing Ticketing

| | | | |
|---|---|---|---|
| Account Owner | Richard Fox | Phone | 004402075932091 |
| Account Name | Beijing Ticketing | Phone I | |
| Account Site | | Mobile Phone | |
| Parent Account | | Home_Phone | 004402075932091 |
| Account Number | 15961 | Fax | |
| Type | Customer | Website | http://beijingticketing.com |
| Industry | | Ownership | |
| Acct Mgr Last Contact | 11/30/2007 | Employees | |
| Customer Reason | | Visio attached | |
| Internal Reason | | | |
| Internal Sub Reason | | | |
| Cancellation Date | | | |
| Billing Address | 202 Blackfriars Road London, W2 4X GB | Shipping Address | |
| Created By | | Last Modified By | |
| Description | | | |
| Plat Popup Notes | | | |
| Custom Links | ***** DATA CENTER INFO ***** | | |

## Plat Information

| | | | |
|---|---|---|---|
| Plat Company | ServePath | Plat Email Address | beijingticketing@googlemail.com |
| Brand URL | servepath.com | Plat Account Contact Name | IT MANAGER |
| Plat MRR | $629.96 | Default Address | Billing |
| Old MRR | | CC Name | MR A T SCOTT |
| Annual Revenue | $7,559 | CC Address1 | 202 Blackfriars Road |
| Plat Acct Status | Active | CC Address2 | |
| Added to Plat | 9/18/2007 | CC City | London |
| Plat Billing Days | 18 | CC State | |
| Plat Sales Rep | Richard Fox | CC Postal | W2 4X |
| | | CC Country | |

## Contacts
### Email

| | |
|---|---|
| Title | |
| Email | **beijingticketing@googlemail.com** |
| Phone | |
| Fax | |
| Mobile | |
| Description | |

### Mohammad Irfan

| | |
|---|---|
| Title | |
| Email | **mohammad.irfan@gmail.com** |
| Phone | 004402075932091 |

**EXHIBIT C**

8/8/2008 11:05 AM

Beijing Ticketing ~ Salesforce - Unlimited Edition                     https://ssl.salesforce.com/00100000004JNf9/p?retURL=/00100000004JNf9

             Fax
            Mobile
Description

## IT MANAGER

            Title
           Email
          Phone
             Fax
            Mobile
Description

## Alan Scott

            Title
           Email
          Phone
             Fax
            Mobile
Description

## A SCOTT

            Title
           Email
          Phone
             Fax
            Mobile
Description

## Opportunities
### AdvancedPath

| | |
|---|---|
| Stage | **Closed Won** |
| Amount | **$600.00** |
| Close Date | **9/18/2007** |
| Probability (%) | **100** |
| Expected Revenue | **$600.00** |
| Lead Source | **Customer Referral** |
| Owner Full Name | **Richard Fox** |
| Won | ✓ |
| Fiscal Period | **Q3-2007** |
| Next Step | |
| Type | **New Customer** |
| Last Modified Date | **6/24/2008** |
| Description | |

## Cases
### 00141473

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **Phishing Complaint"15961 - Beijing Ticketing"** |
| Priority | **Medium** |
| Date Opened | **8/3/2008** |

**EXHIBIT C**

8/8/2008 11:05 AM

| | |
|---|---|
| Status | **In Progress** |
| Owner | **Brian Menges** |
| Description | |

### 00122320

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **15961 LEGAL DOCUMENTS** |
| Priority | **Normal** |
| Date Opened | **3/20/2008** |
| Status | **Closed** |
| Owner | **scribe** |
| Description | **15961 LEGAL DOCUMENTS** |

### 00115950

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **15961 LEGAL DOCUMENTS** |
| Priority | **Normal** |
| Date Opened | **1/21/2008** |
| Status | **Closed** |
| Owner | **scribe** |
| Description | **15961 LEGAL DOCUMENTS** |

### 00106743

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **Services>Other** |
| Priority | **Medium** |
| Date Opened | **10/19/2007** |
| Status | **Closed** |
| Owner | **Mykah Burkhardt** |
| Description | |

### 00101096

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **locked out of RDP** |
| Priority | **Critical** |
| Date Opened | **9/27/2007** |
| Status | **Closed** |
| Owner | **Doug Ip** |
| Description | |

### 00101091

| | |
|---|---|
| Contact Name | **Mohammad Irfan** |
| Subject | **SSL Certificate** |
| Priority | **Medium** |
| Date Opened | **9/27/2007** |
| Status | **Closed** |
| Owner | **Doug Ip** |
| Description | |

### 00100999

**EXHIBIT C**
4 of 52

8/8/2008 11:05 AM

Case 3:08-cv-03514-JSW     Document 56-4     Filed 08/19/2008     Page 5 of 14

Contact Name  **Mohammad Irfan**
Subject  **Server Unavailable>Server Down Unexpectedly - EMERGENCY**
Priority  **Critical**
Date Opened  **9/26/2007**
Status  **Closed**
Owner  **Doug Ip**
Description

## 00100745

Contact Name  **Mohammad Irfan**
Subject  **Network Issues - Packet Loss**
Priority  **Critical**
Date Opened  **9/24/2007**
Status  **Resolved**
Owner  **Doug Ip**
Description  **Customer connections are really really slow.**

## 00099609

Contact Name  **Mohammad Irfan**
Subject  **(15961-35122)AdvancedPath Dedicated Server: 2 x Intel 2.0 GHz Xeon Processors**
Priority  **Medium**
Date Opened  **9/18/2007**
Status  **Closed**
Owner  **Data Center Operations**
Description
**2048 MB Registered ECC DDR RAM
2 x 80 GB IDE RAID 1 HDs
2000 GB data transfer/month, overage $19.99/10 GB
4 IP addresses, Private VLAN
Full 100Mbps Burstable Connection
Remote Reboot Power Cycling
(15961-35123)Windows Server 2003, Standard, 2 Proc Lic.
(15961-35125)SQL Server 2005 Workgroup, 2 Proc Lic**

**(15961-35124)Verisign SSL Certificate (Intl., Installed)**

**MONTH TO MONTH
STEVEN B**

## Activity History
### Email: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

Name  **Mohammad Irfan**
Related To  **00141473**
Task  ✓
Due Date  **8/4/2008**
Assigned To  **Jigar Balani**
Last Modified Date/Time  **8/3/2008 10:26 PM**
Comments
**Additional To: mohammad.irfan@gmail.com
CC:
BCC:
Attachment: Phishing Complaint.txt**

**Subject: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]
Body:
Hello Mohammad Irfan,**

**EXHIBIT C**

Thank you for contacting the ServePath customer service team. Our records indicate that case 00106743

Services>Other

has been marked resolved. However, our commitment to providing you with the best service possible would not be complete if we didn't ask for your feedback on how we performed.

Please take a moment to complete a brief survey (5 questions) to let us know how we performed so that we can better serve you in the future.

Click here to take our survey:

https://www.crmsurveyor.com/sf/Support.aspx?o=00D00000000hhhW&case=5000000000132kW

Sincerely,

**ServePath**
**360 Spear Street, Suite 200**
**San Francisco, CA 94105**
**US**
**(415) 869-7000**

## New Customer Follow Up: 1 Month

|  |  |
|---|---|
| Name |  |
| Related To | **AdvancedPath** |
| Task | ✔ |
| Due Date | **10/18/2007** |
| Assigned To | **Steven Buelow** |
| Last Modified Date/Time | **10/18/2007 8:22 AM** |
| Comments | **New Customer Follow Up: 1 Month** |

## Email: Re: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.5

|  |  |
|---|---|
| Name | **Mohammad Irfan** |
| Related To | **00101091** |
| Task | ✔ |
| Due Date | **10/4/2007** |
| Assigned To | **Doug Ip** |
| Last Modified Date/Time | **10/4/2007 8:05 AM** |
| Comments | **Additional To: mohammad.irfan@gmail.com**<br>**CC:**<br>**BCC:**<br>**Attachment:**<br><br>**Subject: RE: Re: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]**<br>**Body:**<br>**Hello,**<br><br>Verisign requires a year's payment for SSL certificates. The charges to you cannot be refunded, as Verisign is paid at the start of the process. We will not be able to recover our charges, so unfortunately the SSL certificate you ordered with us is non-refundable.<br><br>**Regards,**<br>**Doug**<br><br>--------------- Original Message ---------------<br>**From: Mohammad Irfan [mohammad.irfan@gmail.com]**<br>**To: helpdesk@servepath.com** |

**EXHIBIT C**
12 of 52

**Subject: Re: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]**

**Hi There**

**We do not have this information at the moment. We are in process of formation of company in United States that may take 1-2 months but we do not want to wait till that time. We need SSL certificate asap to start marketing compaign on our website!**

**Kindly cancel our order for Verisign SSL certificate, we are going to get SSL Certificate from other service providers! We can pay certificate cost for one month!**

**Thanks**
**Irfan**

**On 9/30/07, ServePath Helpdesk- helpdesk@servepath.com < helpdesk@servepath.com> wrote:**
**>**
**> Sir,**
**>**
**> Verisign is asking for more information. I have attached their responses**
**> below.**
**>**
**> Thanks**
**> Jay Flory**
**> ServePath Support**
**>**
**>**
**> ORDER NUMBER: 276939628**
**> COMMON NAME: WWW.BEIJINGTICKETING.COM**
**>**
**> Dear VeriSign Customer,**
**>**
**> VeriSign is unable to verify any valid business registration for your**
**> Organization Name in our currently available public resources. To continue**
**> processing your certificate for BEIJINGTICKETING.COM INC, VeriSign needs**
**> to receive validation of your business registration using one of the choices**
**> below.**
**>**
**> ** All documentation must be current, and show an official filing date of**
**> recording****
**>**
**> Acceptable Proof of Right (Business Registration)**
**>**
**> - Articles of Incorporation**
**> - Business License**
**> - Certificate of Formation**
**> - Doing Business As (DBA) License**
**> - Registration of Trade Name or Assumed Name**
**> - Charter Documents**
**> - Partnership Papers**
**>**
**> Tax licenses (US customers only)**
**> - VeriSign does not accept Federally-issued tax licenses as valid Proof of**
**> Right.**
**> - VeriSign accepts most State issued tax licenses as valid Proof of Right.**
**>**
**> If you have submitted this information already, please disregard this**
**> message. Please include your order number on all faxes. Your prompt**
**> attention to this matter is greatly appreciated!**
**>**
**> ****************************
**> CERTIFICATE SUPPORT**
**> If you have any questions regarding order processing, please visit your**

**EXHIBIT C**

> Order Status
> page: http://www.verisign.com/status
>
> Thank you,
> VeriSign Customer Support
> http://www.verisign.com/support/
>
> -----------------CUT HERE FOR FAX COVER SHEET-----------------------
>
> VERISIGN CLASS3 VALIDATION OF BUSINESS NAME -
>
> FAX COVER SHEET
>
>
> TO: VeriSign, Inc
> FAX: 1-650-961-8870
>
>
> FROM:
> COMMON NAME:
> PHONE:
> FAX:
>
> Additional Comments:
>
>
> ref:00D0hhhW.500012asP:ref
>


--
Mohammad Irfan
Mobile: +44 (0) 7929 127 378
Office: +44 (0) 2075 932 091
Email: Mohammad.irfan@gmail.com
IM: irfan_nu@hotmail.com
URL: http://www.mohammadirfan.co.uk


Doug Ip
Systems Administrator

Email: helpdesk@servepath.com

---

## Email: RE: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.5

| | |
|---|---|
| Name | Mohammad Irfan |
| Related To | 00101091 |
| Task | ✓ |
| Due Date | 9/30/2007 |
| Assigned To | Jay Flory |
| Last Modified Date/Time | 5/7/2008 1:20 AM |
| | Additional To: mohammad.irfan@gmail.com |
| | CC: |
| | BCC: |
| | Attachment: |
| Comments | Subject: RE: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ] |
| | Body: |
| | Sir, |
| | Verisign is asking for more information. I have attached their responses below. |

**EXHIBIT C**
4 of 52

Thanks
Jay Flory
ServePath Support


ORDER NUMBER: 276939628
COMMON NAME: WWW.BEIJINGTICKETING.COM

Dear VeriSign Customer,

VeriSign is unable to verify any valid business registration for your Organization Name in our
currently available public resources. To continue processing your certificate for
BEIJINGTICKETING.COM INC, VeriSign needs to receive validation of your business
registration using one of the choices below.

** All documentation must be current, and show an official filing date of recording**

Acceptable Proof of Right (Business Registration)

- Articles of Incorporation
- Business License
- Certificate of Formation
- Doing Business As (DBA) License
- Registration of Trade Name or Assumed Name
- Charter Documents
- Partnership Papers


Tax licenses (US customers only)
- VeriSign does not accept Federally-issued tax licenses as valid Proof of Right.
- VeriSign accepts most State issued tax licenses as valid Proof of Right.

If you have submitted this information already, please disregard this message. Please include
your order number on all faxes. Your prompt attention to this matter is greatly appreciated!

*******************************
CERTIFICATE SUPPORT
If you have any questions regarding order processing, please visit your Order Status
page: http://www.verisign.com/status

Thank you,
VeriSign Customer Support
http://www.verisign.com/support/

----------------CUT HERE FOR FAX COVER SHEET-----------------------

VERISIGN CLASS3 VALIDATION OF BUSINESS NAME -

FAX COVER SHEET


TO: VeriSign, Inc
FAX: 1-650-961-8870


FROM:
COMMON NAME:
PHONE:
FAX:

Additional Comments:


ref:00D0hhhW.500012asP:ref

**EXHIBIT C**

8/8/2008 11:05 AM

## Email: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.50001

| | |
|---|---|
| Name | **Mohammad Irfan** |
| Related To | **00101091** |
| Task | ✔ |
| Due Date | **9/29/2007** |
| Assigned To | **scribe** |
| Last Modified Date/Time | **5/29/2008 10:31 AM** |

**Additional To: mohammad.irfan@gmail.com**
**CC:**
**BCC:**
**Attachment:**

**Subject: RE: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]**
**Body:**
**Hi Irfan,**

**I have submitted the certificate request to VeriSign and am waiting to receive the certificate from them. I'll install it and let you know as soon as we get their response.**

**By the way, for your future reference, you can't use abbreviations such as "NY" for the city and state when you are generating a CSR; you have to spell out the whole name "New York". I had to generate a new CSR for you, as the form on VeriSign's Web site automatically rejected the CSR containing abbreviations.**

**Regards,**
**Jonathan Campbell**
**ServePath Support**

**--------------- Original Message ---------------**
**From: Mohammad Irfan [mohammad.irfan@gmail.com]**
**To: helpdesk@servepath.com**
**Subject: Re: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]**

Comments

**Hi There**

**I think there is not any issue with SSL? We need to order a fresh SSL certificate for verisign and configure it on the server, this is all according to my experience!**

**Kindly setup the SSL asap, possibly in next 1-2 hours**

**Thanks**
**Irfan**

**On 9/28/07, ServePath Helpdesk- helpdesk@servepath.com < helpdesk@servepath.com> wrote:**
**>**
**> Hi,**
**>**
**> We are checking working on the SSL issue. Please stand by for updates.**
**>**
**> Regards**
**> Peter**
**> ServePath Support.**
**>**
**> --------------- Original Message ---------------**
**> From: ServePath Helpdesk- helpdesk@servepath.com [helpdesk@servepath.com]**
**> To: mohammad.irfan@gmail.com;**
**> Mohammad.irfan@gmail.com**
**> Subject: RE: ServePath - Request for Verisign SSL Certificate [ ref:**
**> 00D0hhhW.500012asP:ref ]**
**>**

**EXHIBIT C**

16 of 52

> Dear Mohammad Irfan,
>
> Thank you for requesting a Verisign SSL Certificate from ServePath.
>
> Please provide us with the following information so that we can begin
> processing your request.
>
> 1. Certificate Signing Request (CSR)
>
> 2. Type of web server being used (e.g. IIS, Apache)
>
> 3. The Fully Qualified Domain Name of the site for which you will be using
> this certificate (e.g. www.mycertificate.com)
>
> 4. Organization Contact Information:
>
> First Name
> Last Name
> Title
> Company
> Address
> City
> State
> Zip
> Country Code
> Email Address
> Office Phone
> Fax
>
> After ServePath processes this certificate order you may be contacted by
> Verisign to provide further information in order to verify the authenticity
> of this request.
>
> When Verisign verifies this request, ServePath will install this
> certificate onto your server
>
> Please reply to this Email for any correspondence pertaining to this
> request.
>
> Best Regards,
> Amanda,
> Servepath Support.
>
> -------------- Original Message ---------------
> From: ServePath Helpdesk- helpdesk@servepath.com [helpdesk@servepath.com]
> To: mohammad.irfan@gmail.com;
> Mohammad.Irfan@gmail.com
> Subject: ServePath - Request for Verisign SSL Certificate [ ref:
> 00D0hhhW.500012asP:ref ]
>
> Dear Mohammad Irfan,
>
> Thank you for requesting a Verisign SSL Certificate from ServePath.
>
> Please provide us with the following information so that we can begin
> processing your request.
>
> 1. Certificate Signing Request (CSR)
>
> 2. Type of web server being used (e.g. IIS, Apache)
>
> 3. The Fully Qualified Domain Name of the site for which you will be
> using this certificate (e.g. www.mycertificate.com)
>
> 4. Organization Contact Information:
>

**EXHIBIT C**
17 of 52

> First Name
> Last Name
> Title
> Company
> Address
> City
> State
> Zip
> Country Code
> Email Address
> Office Phone
> Fax
>
> After ServePath processes this certificate order you may be contacted by
> Verisign to provide further information in order to verify the authenticity
> of this request.
>
> When Verisign verifies this request, ServePath will install this
> certificate onto your server
>
> Please reply to this Email for any correspondence pertaining to this
> request.
>
> Best Regards,
>
> ServePath Technical Team.
>
>
> ref:00D0hhhW.500012asP:ref
>
>
>
>


--
Mohammad Irfan
Mobile: +44 (0) 7929 127 378
Office: +44 (0) 2075 932 091
Email: Mohammad.Irfan@gmail.com
IM: irfan_nu@hotmail.com
URL: http://www.mohammadirfan.co.uk

---

**Email: RE: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.50**

|  |  |
|---|---|
| Name | **Mohammad Irfan** |
| Related To | **00101091** |
| Task | ✓ |
| Due Date | **9/28/2007** |
| Assigned To | **Servepath Steffi** |
| Last Modified Date/Time | **9/28/2007 3:08 AM** |
|  | **Additional To: mohammad.irfan@gmail.com; Mohammad.Irfan@gmail.com**
**CC:**
**BCC:**
**Attachment:** |
| Comments | **Subject: RE: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]**
**Body:**
**Hi,**

**We are checking working on the SSL issue. Please stand by for updates.**

**Regards**
**Peter** |

**EXHIBIT C**

18 of 52                                                                    8/8/2008 11:05 AM

ServePath Support.

--------------- Original Message ---------------
From: ServePath Helpdesk- helpdesk@servepath.com [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com;
Mohammad.Irfan@gmail.com
Subject: RE: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]

Dear Mohammad Irfan,

Thank you for requesting a Verisign SSL Certificate from ServePath.

Please provide us with the following information so that we can begin processing your request.

1. Certificate Signing Request (CSR)

2. Type of web server being used (e.g. IIS, Apache)

3. The Fully Qualified Domain Name of the site for which you will be using this certificate (e.g. www.mycertificate.com)

4. Organization Contact Information:

First Name
Last Name
Title
Company
Address
City
State
Zip
Country Code
Email Address
Office Phone
Fax

After ServePath processes this certificate order you may be contacted by Verisign to provide further information in order to verify the authenticity of this request.

When Verisign verifies this request, ServePath will install this certificate onto your server

Please reply to this Email for any correspondence pertaining to this request.

Best Regards,
Amanda,
Servepath Support.

--------------- Original Message ---------------
From: ServePath Helpdesk- helpdesk@servepath.com [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com;
Mohammad.Irfan@gmail.com
Subject: ServePath - Request for Verisign SSL Certificate [ ref:00D0hhhW.500012asP:ref ]

Dear Mohammad Irfan,

Thank you for requesting a Verisign SSL Certificate from ServePath.

Please provide us with the following information so that we can begin processing your request.

1. Certificate Signing Request (CSR)

2. Type of web server being used (e.g. IIS, Apache)

3. The Fully Qualified Domain Name of the site for which you will be using this certificate (e.g.

**EXHIBIT C**
19 of 52 8/8/2008 11:05 AM

www.mycertificate.com)

**4. Organization Contact Information:**

**First Name**
**Last Name**
**Title**
**Company**
**Address**
**City**
**State**
**Zip**
**Country Code**
**Email Address**
**Office Phone**
**Fax**

After ServePath processes this certificate order you may be contacted by Verisign to provide further information in order to verify the authenticity of this request.

When Verisign verifies this request, ServePath will install this certificate onto your server

Please reply to this Email for any correspondence pertaining to this request.

Best Regards,

ServePath Technical Team.

ref:00D0hhhW.500012asP:ref

---

**Email: ServePath Support Ticket ref:ref:00D0hhhW.500012asP:ref:ref**

|  |  |
|---|---|
| Name | **Mohammad Irfan** |
| Related To | 00101091 |
| Task | ✓ |
| Due Date | 9/27/2007 |
| Assigned To | scribe |
| Last Modified Date/Time | 5/29/2008 10:31 AM |
|  | Additional To: mohammad.irfan@gmail.com<br>CC:<br>BCC:<br>Attachment: |
|  | Subject: ServePath Support Ticket ref:ref:00D0hhhW.500012asP:ref:ref<br>Body:<br>Dear Mohammad Irfan: |
| Comments | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>**This is an automated response**<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* |
|  | Ticket 00101091 has been opened for you regarding your issue with a subject of:<br>Services>Other. |
|  | To update this ticket, you can simply reply to this email. Please make sure to use keep the subject as is and Reply To address of helpdesk@servepath.com the subject line otherwise we will not see your replies. |
|  | To view the status of this ticket, log into the customer portal: http://my.servepath.com<br>Click on "Support" followed by "Ticket History" |
|  | :: Password Management Interface :: |

**EXHIBIT C**

# EXHIBIT D

salesforce.com

## Case: 00141473

| | | | |
|---|---|---|---|
| Case Owner | Brian Menges | Status | In Progress |
| Case Number | 00141473 [View Hierarchy] | Priority | Medium |
| Ticket Number | | Priority: Visual | 4 |
| Contact Name | Mohammad Irfan | Tier | Tier-1 |
| Account Name | Beijing Ticketing | Contact Phone | 004402075932091 |
| Account Number | 15961 | Contact Email | mohammad.irfan@gmail.com |
| Type | Problem | Case Origin | Email |
| Escalation Date | | Case Record Type | Support |
| New Customer? | | Parent Case | |
| | | Next Action | Work |

### First Response

| | | |
|---|---|---|
| First Response Actions | | |
| Actual First Response | 8/3/2008 10:21 PM | |

### Description Information

| | |
|---|---|
| Subject | Phishing Complaint"15961 - Beijing Ticketing" |
| Description | |
| Important Info | |

### Case Categorization

| | | | |
|---|---|---|---|
| Category | Abuse | Case Reason | Phishing Violation |
| Sub Category | Phishing Violation | | |

### Web Information

| | | | |
|---|---|---|---|
| Web Email-CC | | Date/Time Closed | |
| Date/Time Opened | 8/3/2008 10:18 PM | Closed by Self-Service User | |
| Visible in Self-Service Portal | ✓ | Close Reason | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Jigar Belani, 8/3/2008 10:18 PM | Last Modified By | Brian Menges, 8/4/2008 8:11 AM |
| Case Age | 15 | Stell: Last Modified | Day |

### New Activity Flagging

| | |
|---|---|
| New Email | |
| New Comment | |
| New Activity | |

## Contact Information

| | | | |
|---|---|---|---|
| Contact Owner | Richard Fox | Phone | 004402075932091 |
| Name | Mohammad Irfan | Home Phone | |
| Account Name | Beijing Ticketing | Mobile | |
| Title | | Other Phone | |
| Department | | Fax | |
| Reports To | | Email | mohammad.xrfan@gmail.com |
| Assistant | | Asst. Phone | |
| Lead Source | Customer Referral | Contact Preference | Email |
| Lead Method | tradin24seven | Contact Day | Friday |
| Birthdate | | Contact Time | Morning (6am-12pm) |
| Do Not Call | | Email Opt Out | |
| Opt Out - Customer Newsletter | | Opt Out - Special Offers | |
| Mailing Address | 262 Blackfriars Road London, W2 4X GB | Other Address | |
| Lead IP Address | | | |
| Created By | Steven Buslow, 8/16/2007 8:42 AM | Last Modified By | scribe, 8/4/2008 2:01 AM |
| Description | | | |
| Custom Links | Intl. Phone Codes & Rates | US & Can Area Codes | Create Genius E-mail |
| | World Clock/Call Scheduler | map | Launch Genius Tracker |
| | Google this Contact Name | | Genius History |

### Emails

**RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]**

| | |
|---|---|
| Message Date | 8/3/2008 10:26 PM |
| Has Attachment | ✓ |
| Email Address | mohammad.trfan@gmail.com |
| Status | Sent |
| Subject | RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ] |
| Text Body | Hello Mohammad Irfan,<br><br>We have received one more complaint which is attached with this email in the text format.<br><br>Please update us with your additional findings regarding the recent complaint. |

**EXHIBIT D**
1 of 7

08-18-'08 19:24  FROM-SERVEPATH          14158697001          T-951  P003    F-946

Thank You
Jigar H. Balani
ServePath Abuse

———————— Original Message ————————
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001Iy3X:ref ]

Hello Mohammad Irfan,

We have received one more complaint which is attached with this email in the text format.

Please update us with your additional findings regarding the recent complaint.

Thank You
Jigar H. Balani
ServePath Abuse

———————— Original Message ————————
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001Iy3X:ref ]

It has come to our attention hat you appear to be providing
Internet Services to a fraudulent Web site, which is part of
a "phishing scam"".

E-mail messages have been broadly disseminated to
individuals without authorization requesting the recipients
to verify and submit sensitive details related to their bank accounts.
This activity violates copyright, trade-mark, and/or other intellectual
property rights.

Within the fraudulent e-mail message, there is link that loads the
recipients to the imposter's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control.

This spoofed website's purpose is to fraudulently obtain personal
information of customers in order to fraudulently access their bank
accounts.

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/zip file of the
source code of this site so that we may analyze it to help prevent
further attacks. If any customer data has been captured, we also
ask that you send us that data so that we may notify our customers
that they have been defrauded and cancel/reissue their credit cards.
We understand that you may not be aware of this improper use of
your services and we appreciate your cooperation.

We appreciate your swift action on this matter.

ServePath

ref:00D0hhhW.50001Iy3X:ref

## RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001Iy3X:ref ]

Message Date 8/3/2008 10:23 PM

Has Attachment ✓

Email Address mohammed.irfan@gmail.com

Status Replied

Subject RE: Fraudulent Site - case # 00141473 [ref:00D0hhhW.50001Iy3X:ref ]

Hello Mohammad Irfan,

We have received one more complaint which is attached with this email in the text format.

Please update us with your additional findings regarding the recent complaint.

Thank You
Jigar H. Balani
ServePath Abuse

———————— Original Message ————————
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001Iy3X:ref ]

It has come to our attention hat you appear to be providing
Internet Services to a fraudulent Web site, which is part of
Text Body  a "phishing scam"".

E-mail messages have been broadly disseminated to
individuals without authorization requesting the recipients
to verify and submit sensitive details related to their bank accounts.
This activity violates copyright, trade-mark, and/or other intellectual
property rights.

Within the fraudulent e-mail message, there is link that loads the
recipients to the imposter's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control.

This spoofed website's purpose is to fraudulently obtain personal
information of customers in order to fraudulently access their bank
accounts.

**EXHIBIT D**
2 of 7

8/18/2008 3:54 PM

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/zip file of the source code of this site so that we may analyze it to help prevent further attacks. If any customer data has been captured, we also ask that you send us that data so that we may notify our customers that they have been defrauded and cancel/reissue their credit cards. We understand that you may not be aware of this improper use of your services and we appreciate your cooperation.

We appreciate your swift action on this matter.

ServePath

ref:00D0hhhW.50001ly3X:ref

### Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

Message Date  8/3/2008 10:21 PM
Has Attachment  ✓
Email Address  mohammad.irfan@gmail.com
Status  Replied
Subject  Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

It has come to our attention hat you appear to be providing Internet Services to a fraudulent Web site, which is part of a "phishing scam"*.

E-mail messages have been broadly disseminated to individuals without authorization requesting the recipients to verify and submit sensitive details related to their bank accounts. This activity violates copyright, trade-mark, and/or other intellectual property rights.

Within the fraudulent e-mail message, there is link that leads the recipients to the imposter's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control.

Text Body  This spoofed website's purpose is to fraudulently obtain personal information of customers in order to fraudulently access their bank accounts.

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/zip file of the source code of this site so that we may analyze it to help prevent further attacks. If any customer data has been captured, we also ask that you send us that data so that we may notify our customers that they have been defrauded and cancel/reissue their credit cards. We understand that you may not be aware of this improper use of your services and we appreciate your cooperation.

We appreciate your swift action on this matter.

ServePath

ref:00D0hhhW.50001ly3X:ref

## Case Comments

### 8/4/2008 7:55 AM
User  Brian Mongos
Public

| Comment | [07:30:48]$ ftp 65.59.138.21 |

13.337 13-6-46 64.151.82.56/29 69.59.138.20/30

ENABLED - Auto - Full

--------attached server(s)------
AS-01915 (15961-35122) LC02-Y31.25.02 (15961 - Beijing Ticketing)

bigswitch13.sfo2> (enable) set port dis 6/46
This command may disconnect your Telnet session.
Do you want to continue (y/n) [n]? y
Port 6/46 disabled.
bigswitch13.sfo2> (enable) 2008 Aug 04 07:54:14 %ETHC-5-PORTFROMSTP: Port 6/46 left bridge port 6/46

[07:33:26]$ ftp 69.59.138.21

13.337 13-6-46 64.151.82.56/29 69.59.138.20/30

DISABLED - Auto - auto

--------attached server(s)------
AS-01915 (15961-35122) LC02-Y31.25.02 (15961 - Beijing Ticketing)

### 8/4/2008 7:26 AM
User  Adam
Public

### 8/4/2008 7:49 AM
User  Mark Gloshen
Public
Comment  http://www.australianit.news.com.au/t

### 8/4/2008 4:08 AM
User  Beijing Ticketing
Public  ✓

Hi There

Comment  We are investigating the issue and wi

Thanks
Beijing Ticketing

### 8/3/2008 10:21 PM
User  Jigar Balani
Public  ✓

From: lh.seahawk@gmail.com on beh
Posted At: Mon 04-Aug-08 5:14 AM
To: abuse
Posted To: abuse
Conversation: abuse report
Subject: abuse report
Comment

G'day,

I wish to report that the website you a
www.beijingticketing.com
is a scam site. It sells goods, but fails

the server is located at 69.59.138.21(a

### 8/3/2008 10:19 PM

**EXHIBIT D**
3 of 7

8/18/2008 3:54 PM

Comment | Several visitors coming online and inquiring about the beijingticketing site. Some claim to be chasing fraudsters and give information regarding them. I had opened a case 00141499 regarding this. Please check if comments in this case are of any use. I've assigned 00141473 to be the parent case of 00141499.

User | Jigar Balani
Public | ✓

**8/3/2008 10:25 PM**

User | Jigar Balani
Public | ✓

From: Soraya Nawabi [mailto:soraya.nawabi@markmonitor.com]
Posted At: Mon 04-Aug-08 8:53 AM
To: CustomerSupport@enom.com; noc; abuse; Jonathan Lassoff; Yogesh Angrish; Simon Chen; legal@name-services.com; noc@internap.com; abuse@internap.com; noc@internap.com
Cc: DC-OPS; Soraya Nawabi; Tarif Shraim; Allen Chen; Jack Johnson
Posted To: abuse
Conversation: GEMoney Scam - Selling Fake Olympic Tickets. Please take immediate action.
Subject: GEMoney Scam - Selling Fake Olympic Tickets. Please take immediate action.


To Whom It May Concern:

We are writing to inform you of domain names registered via ENOM, INC. that are being used to host fraudulent Scam attempting to sell Fake Olympic Tickets to consumers all over the world. The URLs containing the fraudulent content are as follows:
http://www.beijingticketing.com

These sites have been publicized in the media over the last 24 hours.

Please investigate and suspend or cancel the domains immediately.

Should you have any questions, please call us at +1-301-515-5620.

Thank you,

Soraya Nawabi
MM Ops Center

Domain Name: BEIJINGTICKETING.COM
Registrar: ENOM, INC.
Whois Server: whois.enom.com
Referral URL: http://www.enom.com
Name Server: DNS1.NAME-SERVICES.COM
Name Server: DNS2.NAME-SERVICES.COM
Name Server: DNS3.NAME-SERVICES.COM
Comment | Name Server: DNS4.NAME-SERVICES.COM
Name Server: DNS5.NAME-SERVICES.COM
Status: ok
Updated Date: 17-may-2007
Creation Date: 17-may-2007
Expiration Date: 17-may-2008


FYI -
News stories related to alleged fake tickets

http://www.radioaustralia.net.au/news/stories/200808/s2323020.htm?tab=la
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.radioaustralia.net.au/news/stories/200808/s2323020.htm?tab=la>

test

http://www.smh.com.au/news/latest-news/fake-tickets-leave-trail-of-loser/
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.smh.com.au/news/latest-news/fake-tickets-leave-trail-of-loser/>

s--a-href=http:www.smh.com.au/olympics/beijing2008/bmoraba/2008/08/03/1217701854
125.html

http://www.nzherald.co.nz/section/1/story.cfm?c_id=1&objectid=10525187
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.nzherald.co.nz/section/1/story.cfm?c_id=1%25&objectid=10525187>

http://www.abc.net.au/news/stories/2008/08/04/2323256.htm?site=olympics/
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.abc.net.au/news/stories/2008/08/04/2323256.htm?site=olympics/>

2008

http://www.stuff.co.nz/stuff/4542727s26500.html
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.stuff.co.nz/stuff/4542727s26500.html>

http://www.abc.net.au/news/stories/2008/08/04/2323839.htm?site=local
<https://dc-exch2.mm-corp.net/exchweb/bin/redir.asp?URL=http://www.abc.net.au/news/stories/2008/08/04/2323839.htm?site=local>

**8/3/2008 10:19 PM**

User | Jigar Balani
Public |

Pinging beijingticketing.com [69.59.138.21] with 32 bytes of data:

Reply from 69.59.138.21: bytes=32 time=265ms TTL=111
Reply from 69.59.138.21: bytes=32 time=264ms TTL=111

Ping statistics for 69.59.138.21:
Packets: Sent = 2, Received = 2, Lost = 0 (0% loss),
Approximate round trip times in milli-seconds:
Minimum = 264ms, Maximum = 265ms, Average = 264ms
Control-C
Comment | ^C


Please enter the target: 69.59.138.21

User | Jigar Balani
Public | ✓

From: Allan AWS [mailto:allanaws@h...
Posted At: Mon 04-Aug-08 4:27 AM
To: abuse
Posted To: abuse
Conversation: Your Hosting a sham w
world to buy fake tickets over the inte
Subject: Your Hosting a sham website
to buy fake tickets over the internet.

Hello,
I believe you are hosting a Fraud Web
http://www.beijingticketing.com/

Please read news stories running here
http://www.theaustralian.news.com.au
and take it off line..
Allan

RNOCName: NOC, ServePath, ServeP
RNOCPhone: +1-415-252-3900
RNOCEmail: noc@servepath.com

OrgAbuseHandle: 3AA10-ARIN
OrgAbuseName: ServePath Abuse Ad
OrgAbusePhone: +1-415-869-7000
OrgAbuseEmail: abuse@servepath.co

OrgNOCHandle: SERVE11-ARIN
OrgNOCName: ServePath NOC
OrgNOCPhone: +1-415-869-7000
OrgNOCEmail: noc@servepath.com

Comment | OrgTechHandle: JAL168-ARIN
OrgTechName: Lassoff, Jonathan Ale
OrgTechPhone: +1-415-869-6915
OrgTechEmail: jlassoff@servepath.co

OrgTechHandle: YAN-ARIN
OrgTechName: Angrish, Yogesh
OrgTechPhone: +1-415-869-7000
OrgTechEmail: yogesh@servepath.co

OrgTechHandle: SCH149-ARIN
OrgTechName: Chen, Simon
OrgTechPhone: +1-415-869-7000
OrgTechEmail: schen@servepath.co

# ARIN WHOIS database, last updated
# Enter ? for additional hints on searc

Other WHOIS Servers: APNIC APNIC

Request Bulk Copies of ARIN WHOIS

Copyright © 1997-2007 American Regi

Find out: SEEK Salary Centre Are you

13.337 13-6-46 64.151.82.56/29 69.59.138.20/30

Enabled - Auto - Full

------------------------ attached server(s) ------------------------
AS-01915 (15981-36122) LC02-Y31.25.02 (Beijing Ticketing)
----------------------------------------------------------------

## Activity History

### Email: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

| | |
|---|---|
| Name | Mohammad Irfan |
| Task | ✓ |
| Due Date | 8/4/2008 |
| Assigned To | Jigar Balani |
| Last Modified Date/Time | 8/3/2008 10:28 PM |
| Visible in Self-Service | |

Additional To: mohammad.irfan@gmail.com
CC:
BCC:
Attachment: Phishing Complaint.txt

Subject: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]
Body:
Hello Mohammad Irfan,

We have received one more complaint which is attached with this email in the text format.

Please update us with your additional findings regarding the recent complaint.

Thank You
Jigar H. Balani
ServePath Abuse

------------ Original Message ------------
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

Hello Mohammad Irfan,

We have received one more complaint which is attached with this email in the text format.

Please update us with your additional findings regarding the recent complaint.

Thank You
Jigar H. Balani
ServePath Abuse

------------ Original Message ------------
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

Comments

It has come to our attention hat you appear to be providing
Internet Services to a fraudulent Web site, which is part of
a "phishing scam"".

E-mail messages have been broadly disseminated to
individuals without authorization requesting the recipients
to verify and submit sensitive details related to their bank accounts.
This activity violates copyright, trade-mark, and/or other intellectual
property rights.

Within the fraudulent e-mail message, there is link that leads the
recipients to the impostor's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control,

This spoofed website's purpose is to fraudulently obtain personal
information of customers in order to fraudulently access their bank
accounts.

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/rip file of the
source code of this site so that we may analyze it to help prevent
further attacks. If any customer data has been captured, we also
ask that you send us that data so that we may notify our customers
that they have been defrauded and cancel/reissue their credit cards.
We understand that you may not be aware of this improper use of
your services and we appreciate your cooperation.

We appreciate your swift action on this matter.

ServePath

ref:00D0hhhW.50001ly3X:ref

### Email: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

| | |
|---|---|
| Name | Mohammad Irfan |
| Task | ✓ |
| Due Date | 8/4/2008 |
| Assigned To | Jigar Balani |
| Last Modified Date/Time | 8/3/2008 10:23 PM |
| Visible in Self-Service | |

**EXHIBIT D**
5 of 7

Additional To: mohammad.irfan@gmail.com
CC:
BCC:
Attachment: Phishing Complaint.txt

Subject: RE: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]
Body:
Hello Mohammed Irfan,

We have received one more complaint which is attached with this email in the text format.

Please update us with your additional findings regarding the recent complaint.

Thank You
Jigar H. Balani
ServePath Abuse

------------ Original Message ------------
From: ServePath Helpdesk [helpdesk@servepath.com]
To: mohammad.irfan@gmail.com
Subject: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]

It has come to our attention that you appear to be providing
Internet Services to a fraudulent Web site, which is part of
a "phishing scam".

E-mail messages have been broadly disseminated to
individuals without authorization requesting the recipients
to verify and submit sensitive details related to their bank accounts.
Comments  This activity violates copyright, trade-mark, and/or other intellectual
property rights.

Within the fraudulent e-mail message, there is link that leads the
recipients to the imposter's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control.

This spoofed website's purpose is to fraudulently obtain personal
information of customers in order to fraudulently access their bank
accounts.

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/zip file of the
source code of this site so that we may analyze it to help prevent
further attacks. If any customer data has been captured, we also
ask that you send us that data so that we may notify our customers
that they have been defrauded and cancel/reissue their credit cards.
We understand that you may not be aware of this improper use of
your services and we appreciate your cooperation.

We appreciate your swift action on this matter.

ServePath


ref:00D0hhhW.50001ly3X:ref

**Email: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]**

Name  Mohammad Irfan
Task  ✓
Due Date  8/4/2008
Assigned To  Jigar Balani
Last Modified Date/Time  8/3/2008 10:21 PM
Visible in Self-Service

Additional To: mohammad.irfan@gmail.com
CC:
BCC:
Attachment: Phishing Complaint.txt

Subject: Fraudulent Site - case # 00141473 [ ref:00D0hhhW.50001ly3X:ref ]
Body:
It has come to our attention that you appear to be providing
Internet Services to a fraudulent Web site, which is part of
a "phishing scam".

E-mail messages have been broadly disseminated to
individuals without authorization requesting the recipients
to verify and submit sensitive details related to their bank accounts.
This activity violates copyright, trade-mark, and/or other intellectual
property rights.

Within the fraudulent e-mail message, there is link that leads the
Comments  recipients to the imposter's site:

http://www.beijingticketing.com/

to which you provide services and which is under your control.

This spoofed website's purpose is to fraudulently obtain personal
information of customers in order to fraudulently access their bank
accounts.

Please take all necessary steps to shut this site down immediately.

We also request that you please provide us with a tar/zip file of the
source code of this site so that we may analyze it to help prevent
further attacks. If any customer data has been captured, we also
ask that you send us that data so that we may notify our customers
that they have been defrauded and cancel/reissue their credit cards.
We understand that you may not be aware of this improper use of
your services and we appreciate your cooperation.

**EXHIBIT D**
8/18/2008 3:54 PM

We appreciate your swift action on this matter.

ServePath

ref:00D0hhhW.50001ly3X:ref

## Case History

**8/4/2008 8:11 AM**

User  Brian Menges

Action  Changed Case Owner from Jigar Balani to Brian Menges.
Changed Status from New to In Progress.

**8/3/2008 10:19 PM**

User  Jigar Balani

Action  Changed Case Owner from Abuse to Jigar Balani.

**8/3/2008 10:18 PM**

User  Jigar Balani

Action  Changed Owner (Assignment) from Jigar Balani to Abuse.
Created.

Copyright © 2000-2008 salesforce.com, inc. All rights reserved.

**EXHIBIT D**

8/18/2008 3:54 PM

# EXHIBIT E

| DomainName | Time | ContactType | Type | ContactInfo--> | | | |
|---|---|---|---|---|---|---|---|
| 2008-0lympics.com | 11/8/06 10:17 AM | Registrant | I | XLH | | IT Man; IT | Manager |
| 2008-0lympics.com | 11/8/06 10:17 AM | Technical | I | XLH | | IT Man; IT | Manager |
| 2008-0lympics.com | 11/8/06 10:17 AM | Administrative | I | XLH | | IT Man; IT | Manager |
| 2008-0lympics.com | 11/8/06 10:17 AM | Aux Billing | I | XLH | | IT Man; IT | Manager |
| 2008-0lympics.com | 11/8/06 10:17 AM | Billing | I | XLH | | IT Man; IT | Manager |
| beijingolympic2008tickets.com | 6/6/07 2:49 AM | Billing | I | XLH | | IT Man; IT | Manager |
| beijingolympic2008tickets.com | 6/6/07 2:49 AM | Registrant | I | XLH | | IT Man; IT | Manager |
| beijingolympictickets2008.com | 5/17/07 7:56 AM | Billing | I | XLH | | IT Man; IT | Manager |
| beijingticketing.com | 5/17/07 8:35 AM | Billing | I | XLH | | IT Man; IT | Manager |
| olympic-tickets.net | 11/8/06 10:18 AM | Registrant | I | XLH | | IT Man; IT | Manager |
| olympic-tickets.net | 11/8/06 10:18 AM | Technical | I | XLH | | IT Man; IT | Manager |
| olympic-tickets.net | 11/8/06 10:18 AM | Administrative | I | XLH | | IT Man; IT | Manager |
| olympic-tickets.net | 11/8/06 10:18 AM | Aux Billing | I | XLH | | IT Man; IT | Manager |
| olympic-tickets.net | 11/8/06 10:18 AM | Billing | I | XLH | | IT Man; IT | Manager |
| olympicticketsbeijing2008.com | 5/17/07 7:57 AM | Billing | I | XLH | | IT Man; IT | Manager |

**EXHIBIT E**
**Page 1 of 6**

| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
|-----------|-----------------|-------|-----|-----------------|-------------------------------|
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |
| Suite 700 | Phoenix Ariz AZ | 85016 | US | +44.08452309339 | bulkregisterdomains@gmail.com |

| OrganizationName | JobTitle | FName | LName | Address1 | Address2 |
|---|---|---|---|---|---|
| Theonlineticketsop.com I.N.C | NULL | John | Skipol | 1430 Broadway Suite 1202 Road | NULL |
| Theonlineticketsop.com I.N.C | NULL | John | Skipol | 1430 Broadway Suite 1202 Road | NULL |
| Xclusive Leisure and Hospitality Inc. | IT Manage | M | Irfan | 202 Blackfriars | |
| XLH | IT Manage | M | Irfan | 202 Blackfriars | |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |
| XLH | IT Manage | IT | Manager | Suite 700 | 2415 East Camelback Road |

**EXHIBIT E**
**Page 3 of 6**

| City | StateProvi | StateProvi | PostalCod | Country | Phone | Fax | EmailAddress | Comment | ChangeDate |
|------|-----------|-----------|-----------|---------|-------|-----|--------------|---------|-----------|
| New York | New York | S | 10018 | US | 001 555 76 | NULL | webmaster@theonlineticketshop.com | NULL | 11/16/2006 |
| New York | New York | S | 10018 | US | 1.555769 | NULL | webmaster@theonlineticketshop.com | NULL | 12/4/2006 |
| London | | N | 10018 | GB | 44.07929 | | Mohammad.Irfan@gmail.com | NULL | 1/10/2007 |
| London | | N | 10018 | GB | 44.07929 | | Mohammad.Irfan@gmail.com | NULL | 2/13/2007 |
| London | | N | 85016 | GB | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 2/13/2007 |
| Phoenix Ar | AZ | S | 85016 | US | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 5/9/2007 |
| Phoenix Ar | AZ | S | 85016 | US | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 11/27/2007 |
| Phoenix Ar | AZ | S | 85016 | US | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 1/11/2008 |
| Phoenix Ar | AZ | S | 85016 | US | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 3/31/2008 |
| Phoenix Ar | AZ | S | 85016 | US | 44.08452 | | bulkregisterdomains@gmail.com | NULL | 8/10/2008 |

| Name | CCNumber | ExpMonth | ExpYear | Zip | Address1 | City | State | Country |
|------|----------|----------|---------|-----|----------|------|-------|---------|
| G VAN MEEL | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| MR GEERT P VAN MEEL | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| MR A T SCOTT | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| MR G P P VAN MEEL | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| MR G VAN MEEL | Redacted | Redacted | Redacted | Redacted | Redacted | London | London | GB |
| MR A T SCOTT | Redacted | Redacted | Redacted | Redacted | Redacted | London | London | GB |
| MR A T SCOTT | Redacted | Redacted | Redacted | Redacted | Redacted | London | London | GB |
| MR GREG G SHEPHERD | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| MR GEERT VANMEEL | Redacted | Redacted | Redacted | Redacted | Redacted | LONDON | LONDON | GB |
| TERENCE SHEPHERD | Redacted | Redacted | Redacted | Redacted | Redacted | BLACKHEITH | London | GB |

| Phone | EmailAddress |
|---|---|
| Redacted | bulkregisterdomains@gmail.com |
| Redacted | NULL |
| Redacted | bulkregisterdomains@gmail.com |
| Redacted | NULL |
| Redacted | Mohammad.Irfan@gmail.com |
| Redacted | Mohammad.Irfan@gmail.com |
| Redacted | webmaster@theonlineticketshop.com |
| Redacted | bulkregisterdomains@gmail.com |
| Redacted | bulkregisterdomains@gmail.com |
| Redacted | bulkregisterdomains@gmail.com |

# EXHIBIT F

**Meninsky, Carla**

| | |
|---|---|
| **From:** | Exchange 2003 Admin Account |
| **Sent:** | Monday, August 18, 2008 2:49 PM |
| **To:** | Meninsky, Carla |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**     ATT5784713.txt; The United States Olympic Committee et. al v. Does 1-10, inclusive, Case No. 3:08-cv-03514-JSW


ATT5784713.txt
(637 B)


The United States
Olympic Comm...

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    beijingticketing@googlemail.com
    bulkregisterdomains@gmail.com

**EXHIBIT F**

1