1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:    (213) 430-6407
   dtorres@omm.com
5
   CARLA MENINSKY (State Bar No. 233470)
6  O'Melveny & Myers LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
8  cmeninsky@omm.com

9  Attorneys for Plaintiffs
   The United States Olympic Committee and
10 the International Olympic Committee

11

12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | The United States Olympic Committee and the International Olympic Committee, | Case No. C 08-03514 JSW |
   | Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS** |
   | v. | Date:  August 22, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Jeffrey S. White |
   | Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive, | |
   | Defendants. | |

CASE NO. C 08-01345- JSW    [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MTN FOR LEAVE TO SERVE BY ALTERNATIVE MEANS

1  Plaintiffs, the United States Olympic Committee ("USOC") and the
2  International Olympic Committee ("IOC"), having moved for an order allowing
3  them to serve Defendants via email, and good cause being shown,
4  IT IS ORDERED that the Motion for Leave to Serve by Alternative Means
5  (Doc. #   ) is GRANTED;
6  Dated this _____ day of August, 2008.

7
8                                                  By_____
9                                                      United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| CASE NO. C 08-01345- JSW | - 1 - | [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MTN FOR LEAVE TO SERVE BY ALTERNATIVE MEANS |