DALE M. CENDALI (admitted for all purposes 11/30/93)
DIANA M. TORRES (SBN 162284)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dtorres@omm.com

CARLA MENINSKY (State Bar No. 233470)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
cmeninsky@omm.com

Attorneys for Plaintiffs
The United States Olympic Committee and
the International Olympic Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-10, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03514-JSW<br><br>**PROOF OF SERVICE** |

1 **PROOF OF SERVICE BY EMAIL**

2       I am a citizen of the United States and employed in San Francisco County,

3 California, at the office of a member of the bar of this Court at whose direction this

4 service was made. I am over the age of eighteen years and not a party to the within

5 action. I am a resident of or employed in the county where the service described below

6 occurred. My business address is Embarcadero Center West, 275 Battery Street, San

7 Francisco, California 94111-3344. On August 19, 2008, I transmitted from my business

8 email account, ccoopey@omm.com, an electronic service copy of the following:

9 **PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

10

11 **MEMORANDUM IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

12 **DECLARATION OF CARLA MENINSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

13

14 **[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

15

16 to the following, at the email addresses indicated below:

17 **beijingticketing@googlemail.com,         Mohammad.Irfan@gmail.com.**

18 **bulkregisterdomains@gmail.com and**

19       I declare under penalty of perjury under the laws of the United States that the

20 above is true and correct. Executed on August 19, 2008, at San Francisco, California.

21

22

23                                                   /s/ Christine Coopey

24                                                     Christine Coopey

25

26

27

28

CASE NO. 3:08-cv-03514-JSW                                                                    PROOF OF SERVICE