1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
4  Facsimile:   (213) 430-6407
   dtorres@omm.com
5
   CARLA MENINSKY (State Bar No. 233470)
6  O'Melveny & Myers LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
8  cmeninsky@omm.com

9  Attorneys for Plaintiffs
   The United States Olympic Committee and
10 the International Olympic Committee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The United States Olympic Committee and the International Olympic Committee,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Xclusive Leisure & Hospitality Ltd.; Beijingticketing.com; 2008-0lympics.com; Beijingolympic2008tickets.com; Beijingolympictickets2008.com; Olympic-tickets.net; Olympicticketsbeijing2008.com; Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-03514 JSW<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**<br><br>Date:　August 22, 2008<br>Time:　9:00 a.m.<br>Judge:　Hon. Jeffrey S. White |

1 | Plaintiffs, the United States Olympic Committee ("USOC") and the International Olympic Committee ("IOC"), having moved for an order allowing them to serve Defendants via email, and good cause being shown,

IT IS ORDERED that the Motion for Leave to Serve by Alternative Means (Doc. # ) is GRANTED. Plaintiffs shall file a proposed order granting their request for preliminary injunction by no later than 1:00 p.m. on August 21, 2008.

Dated this  20  day of August, 2008.

By /s/ Jeffrey S. White
United States District Court Judge

CASE NO. C 08-01345- JSW — - 1 - — [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE MTN FOR LEAVE TO SERVE BY ALTERNATIVE MEANS