1  DALE M. CENDALI (admitted for all purposes 11/30/93)
   DIANA M. TORRES (SBN 162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
4  Facsimile:    (213) 430-6407
   dtorres@omm.com
5
   CARLA MENINSKY (State Bar No. 233470)
6  O'MELVENY & MYERS LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2600
   San Francisco, CA 94111-3305
8  cmeninsky@omm.com

9  Attorneys for Plaintiffs
   The United States Olympic Committee and
10 the International Olympic Committee

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  The United States Olympic Committee and the International Olympic Committee, | Case No.  3:08-cv-03514-JSW |
| 16 | |
| 17                  Plaintiffs, | **PROOF OF SERVICE** |
| 18       v. | |
| 19  Does 1-10, inclusive, | |
| 20                  Defendants. | |

---

CASE NO. 3:08-cv-03514-JSW                                                PROOF OF SERVICE
SF1:725413.1

**PROOF OF SERVICE BY EMAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Embarcadero Center West, 275 Battery Street, San Francisco, California 94111-3344. On August 20, 2008, I transmitted from my business email account, sdrucker@omm.com, an electronic service copy of the following:

**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO SERVE BY ALTERNATIVE MEANS**

to the following, at the email addresses indicated below:

**beijingticketing@googlemail.com,**              **Mohammad.Irfan@gmail.com.**

**bulkregisterdomains@gmail.com and**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 20, 2008, at San Francisco, California.

                                                        */s/ Stacey Drucker*
                                                        Stacey Drucker