IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 22, 2008                  **Court Reporter:** Kathy Wyatt

**CASE NO.: C- 08-3514   JSW**

**TITLE:** The U.S. Olympic Committee and the International Olympic Committee v. Does 1 - 10, Inclusive

**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**

Diana Torres                               No appearance by or for defendants
Carla Meninsky

**PROCEEDINGS:**    Preliminary Injunction

**RESULTS:**    The Court heard argument from counsel.
               The motion is taken under submission.
               A written ruling shall issue