**United States District Court**

For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 THE UNITED STATES OLYMPIC
COMMITTEE and THE INTERNATIONAL
10 OLYMPIC COMMITTEE,                    No. C 08-03514 JSW

11          Plaintiffs,

12   v.                                **ORDER DISCHARGING ORDER
                                        TO SHOW CAUSE**
13 DOES 1-10,

14          Defendants.
   _____/

15

16       On November 7, 2008, at the case management conference, this Court issued an Order

17 to Show Cause why the Court should not sanction lead counsel.  Having received Plaintiff's

18 response, the Order to Show Cause is HEREBY DISCHARGED.

19       **IT IS SO ORDERED.**

20

21 Dated:   November 24, 2008

22                                      JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28